BP-S394.058 **DETAINER ACTION LETTER** CDFRM
MAR 03
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

C1

| To: Tulsa County District Attorney<br>ATTN: Karen<br>500 S. Denver Ave, Ste 900<br>Tulsa, OK 74103-3832 | Institution:<br>United States Penitentiary<br>ATTN: ISM Records Office<br>PO Box 1000<br>Pollock, LA 71467<br>(318) 561-5300 | | |
|---|---|---|---|
| | Date: August 24, 2006 | | |
| Case/Dkt#<br>CF-99-4583 | Inmate's Name:<br>Hanson, George John | Fed Reg No.<br>08585-062 | DOB/SEX/RACE<br>04-08-1964 B/M |
| Aliases | Other No.<br>FBI: 139176AA2, OK DOC#128597 | | |

The below checked paragraph relates to the above named inmate:

☐   This office is in receipt of the following report:_____
_____. Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

☐   A detainer has been filed against this subject in your favor charging _____.Release is tentatively scheduled for ___, however, we will notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov**.

☐   Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐   Your detainer warrant has been removed on the basis of the attached _____. Notify this office immediately if you do not concur with this action.

☐   Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐   I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

✔   Other: **The above named prisoner has been transferred to USP-Pollock. Tentative Release date at this time is N/A LIFE.** To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

Sincerely,

*[signature]*
A. Lemoine, Legal Instruments Examiner
For: M. Singleton,
Asst. Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

(This form may be replicated via WP)                    (Replaces BP-394(58) dtd FEB 1994

**ATTACHMENT 2**