| | |
|---|---|
| **From:** | Tricia Russell |
| **To:** | Brandi Harris; Kim Ludwig; Tom Hird; Callie Heller; Emma Rolls |
| **Subject:** | Fwd: Transfer of inmate George John Hanson (aka, John Fitzgerald Hanson), Register Number 08585-062, to the custody of Oklahoma to implement a sentence of death |
| **Date:** | Sunday, March 2, 2025 8:56:10 AM |
| **Attachments:** | OKAG Letter Re Inamte Hanson - Signed by Acting Director 2.28.2025.pdf |

Just received this.

Begin forwarded message:

> **From:** Jennifer Crabb <jennifer.crabb@oag.ok.gov>
> **Date:** March 2, 2025 at 8:47:03 AM CST
> **To:** Tricia Russell <Tricia_Russell@fd.org>
> **Cc:** Caroline Hunt <caroline.hunt@oag.ok.gov>, Sheri Johnson <sheri.johnson@oag.ok.gov>, Michel Trapasso <Michel.Trapasso@oag.ok.gov>
> **Subject: Fw: Transfer of inmate George John Hanson (aka, John Fitzgerald Hanson), Register Number 08585-062, to the custody of Oklahoma to implement a sentence of death**
>
> > You don't often get email from jennifer.crabb@oag.ok.gov. Learn why this is important
>
> Hi Tricia,
>
> Although the lawsuit that made us codefendants with the BOP, we believe, relieves us of any obligation to share our correspondence, attached is a copy of the BOP's letter approving Mr. Hanson's transfer. Mr. Hanson is currently at OSP.
>
> Thanks,
> Jennifer
>
> Get Outlook for iOS

ATTACHMENT 6