OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| State Of Oklahoma<br><br>v.<br><br>JOHN FITZERALD HANSON<br>  A/K/A GEORGE JOHN HANSON<br>  A/K/A JOHN HANSON<br>  A/K/A JON FITZGERALD HANSON<br>VICTOR CORNELL MILLER | **No. CF-1999-4583**<br>**(Criminal Felony)**<br><br>Filed: 09/22/1999<br>Closed: 12/08/2015<br><br>Judge: Beasley, B. R. |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

# PARTIES

HANSON, JOHN FITZGERALD, Defendant
MILLER, PHYLLIS, MATERIAL WITNESS
MILLER, VICTOR CORNELL, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| JERNIGAN, SARAH M (Bar #21243)<br>MILLER DOLLARHIDE, P.C.<br>100 PARK AVENUE, SECOND FLOOR<br>OKC, OK 73102 | HANSON, JOHN FITZGERALD |
| Lefrancois, Meghan (Bar #32643)<br>Assistant Federal Public Defenders<br>Federal Community Defender Office<br>601 Walnut Street, Ste. 545 West<br>Philadelphia, PA 19106 | HANSON, JOHN FITZGERALD |
| MARTIN, BRIAN | MILLER, PHYLLIS |

ATTACHMENT 7

| Attorney | Represented Parties |
|---|---|
| Tulsa County Public Defender<br>500 W. Archer St.<br>Tulsa, OK 74103 | |
| Woodyard, L Wayne (Bar #9879)<br>Oklahoma Indigent Defense System<br>Tulsa Capital Trial Division<br>610 S. Hiawatha St.<br>Sapulpa, OK 74066 | MILLER, VICTOR CORNELL |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, September 24, 1999 at 10:00 AM<br>ARRAIGNMENT | MILLER, VICTOR CORNELL | Arraignment Docket | |
| Friday, September 24, 1999 at 10:00 AM<br>ARRAIGNMENT | HANSON, JOHN FITZGERALD | Arraignment Docket | |
| Thursday, October 28, 1999 at 9:00 AM<br>PRELIMINARY HEARING ISSUE-PUBLIC DEFENDER | HANSON, JOHN FITZGERALD | Preliminary Hearing Docket | |
| Thursday, October 28, 1999 at 9:00 AM<br>PRELIMINARY HEARING ISSUE-PUBLIC DEFENDER | MILLER, VICTOR CORNELL | Preliminary Hearing Docket | |
| Thursday, December 16, 1999 at 9:00 AM<br>PRELIMINARY HEARING ISSUE-PUBLIC DEFENDER | HANSON, JOHN FITZGERALD | Preliminary Hearing Docket | |
| Thursday, December 16, 1999 at 9:00 AM<br>PRELIMINARY HEARING ISSUE-PUBLIC DEFENDER | MILLER, VICTOR CORNELL | Preliminary Hearing Docket | |
| Thursday, December 16, 1999 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | | Preliminary Hearing Docket | |
| Thursday, December 16, 1999 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | | Preliminary Hearing Docket | |
| Monday, December 27, 1999 at 9:30 AM<br>DISTRICT COURT ARRAIGNMENT | | B. R. Beasley | |
| Monday, December 27, 1999 at 9:30 AM<br>DISTRICT COURT ARRAIGNMENT | | B. R. Beasley | |
| Tuesday, March 7, 2000 at 10:30 AM<br>DISTRICT COURT ARRAIGNMENT/MOTIONS | | B. R. Beasley | |
| Tuesday, March 7, 2000 at 10:30 AM<br>DISTRICT COURT ARRAIGNMENT/MOTIONS | | B. R. Beasley | |
| Monday, April 3, 2000 at 9:30 AM<br>DISTRICT COURT ARRAIGNMENT/MOTIONS | | B. R. Beasley | |
| Monday, April 3, 2000 at 9:30 AM<br>DISTRICT COURT ARRAIGNMENT/MOTIONS | | B. R. Beasley | |
| Thursday, August 3, 2000 at 9:30 AM<br>MUTUAL DISCOVERY/MOTIONS | | Linda G. Morrissey | |

ATTACHMENT 7

| Event | Party | Reporter |
|---|---|---|
| Thursday, August 3, 2000 at 9:30 AM<br>MOTION HEARING/DISCOVERY | | Linda G. Morrissey |
| Thursday, September 28, 2000 at 1:30 PM<br>MOTION HEARING/Discovery | HANSON, JOHN FITZGERALD | Linda G. Morrissey |
| Thursday, September 28, 2000 at 1:30 PM<br>MOTION HEARING/Discovery | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Monday, October 30, 2000 at 1:30 PM<br>MOTION HEARING/DISCOVERY | HANSON, JOHN FITZGERALD | Linda G. Morrissey |
| Monday, October 30, 2000 at 1:30 PM<br>MOTION HEARING/DISCOVERY | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Tuesday, November 28, 2000 at 1:30 PM<br>MOTION HEARING | HANSON, JOHN FITZGERALD | Linda G. Morrissey |
| Tuesday, November 28, 2000 at 1:30 PM<br>MOTION HEARING | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Tuesday, November 28, 2000 at 1:30 PM<br>MOTION HEARING | HANSON, JOHN FITZGERALD | Linda G. Morrissey |
| Tuesday, November 28, 2000 at 1:30 PM<br>MOTION HEARING | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Monday, May 7, 2001 at 1:30 PM<br>JURY TRIAL (ISSUE) | HANSON, JOHN FITZGERALD | Linda G. Morrissey |
| Friday, June 8, 2001 at 1:30 PM<br>SENTENCING (AFTER PLEA) | HANSON, JOHN FITZGERALD | Linda G. Morrissey |
| Monday, July 23, 2001 at 1:30 PM<br>REVIEW | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Monday, July 30, 2001 at 1:30 PM<br>REVIEW <..Status Conference..> | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Monday, October 22, 2001 at 1:30 PM<br>ALLEN (DISCOVERY) HEARING | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Thursday, October 25, 2001 at 9:00 AM<br>ALLEN (DISCOVERY) HEARING | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Tuesday, April 2, 2002 at 9:30 AM<br>JURY TRIAL (ISSUE) | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Monday, June 17, 2002 at 10:00 AM<br>SENTENCING | MILLER, VICTOR CORNELL | Linda G. Morrissey |
| Tuesday, September 30, 2003 at 9:30 AM<br>RESENTENCING CT 1 ONLY (MANDATE) | HANSON, JOHN FITZGERALD | Caroline Wall |
| Monday, November 17, 2003 at 1:30 PM<br>STATUS HEARING | HANSON, JOHN FITZGERALD | Caroline Wall |
| Monday, November 24, 2003 at 1:30 PM<br>STATUS HEARING | HANSON, JOHN FITZGERALD | Caroline Wall |
| Friday, May 14, 2004 at 1:30 PM<br>ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | Caroline Wall |
| Tuesday, June 1, 2004 at 9:30 AM<br>ALLEN (DISCOVERY) HEARING/STATUS CONF. | HANSON, JOHN FITZGERALD | Caroline Wall |

ATTACHMENT 7

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, June 7, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HRG/STATUS | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, June 28, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HRG/STATUS HRG | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, July 12, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, August 16, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, August 19, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, August 26, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, September 2, 2004 at 9:00 AM<br> ADH/ STATUS | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, September 13, 2004 at 1:30 PM<br> JURY TRIAL (ISSUE) | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Tuesday, September 28, 2004 at 9:00 AM<br> STATUS HRG. | MILLER, VICTOR CORNELL | | Caroline Wall |
| Wednesday, September 29, 2004 at 9:00 AM<br> STATUS HRG. | MILLER, VICTOR CORNELL | | Caroline Wall |
| Monday, October 25, 2004 at 1:30 PM<br> STATUS HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Monday, November 8, 2004 at 1:30 PM<br> STATUS HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Monday, December 6, 2004 at 1:30 PM<br> STATUS HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Tuesday, December 14, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Wednesday, December 15, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, December 16, 2004 at 9:00 AM<br> ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, January 6, 2005 at 10:00 AM<br> MOTION HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, January 27, 2005 at 1:30 PM<br> STATUS HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Wednesday, March 2, 2005 at 1:30 PM<br> MOTION HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, March 14, 2005 at 1:30 PM<br> STATUS HRG | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, April 4, 2005 at 1:30 PM<br> MOTION HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Thursday, April 28, 2005 at 1:30 PM<br> ARGUMENTS | MILLER, VICTOR CORNELL | | Caroline Wall |

ATTACHMENT 7

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, May 20, 2005 at 1:30 PM<br>ARGUMENTS | MILLER, VICTOR CORNELL | | Caroline Wall |
| Thursday, May 26, 2005 at 1:30 PM<br>STATUS HRG | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Thursday, June 2, 2005 at 10:00 AM<br>ARGUMENTS | MILLER, VICTOR CORNELL | | Caroline Wall |
| Friday, June 17, 2005 at 1:30 PM<br>DECISION | MILLER, VICTOR CORNELL | | Caroline Wall |
| Thursday, July 21, 2005 at 1:30 PM<br>DECISION | MILLER, VICTOR CORNELL | | Caroline Wall |
| Tuesday, August 30, 2005 at 9:00 AM<br>DECISION | MILLER, VICTOR CORNELL | | Caroline Wall |
| Tuesday, September 13, 2005 at 1:30 PM<br>HEARING | MILLER, VICTOR CORNELL | | Caroline Wall |
| Monday, November 28, 2005 at 1:30 PM<br>ALLEN (DISCOVERY) HEARING | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Wednesday, December 14, 2005 at 9:00 AM<br>ALLEN (DISCOVERY) HEARING | MILLER, VICTOR CORNELL | | Caroline Wall |
| Wednesday, January 4, 2006 at 9:30 AM<br>HEARING ON MOTION FOR CONTINUANCE | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, January 9, 2006 at 9:00 AM<br>JURY TRIAL (ISSUE) | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Tuesday, February 7, 2006 at 9:30 AM<br>SENTENCING (JURY CONVICTION) | HANSON, JOHN FITZGERALD | | Caroline Wall |
| Monday, March 6, 2006 at 1:30 PM<br>STATUS HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Monday, March 20, 2006 at 9:30 AM<br>STATUS HRG | MILLER, VICTOR CORNELL | | Caroline Wall |
| Monday, December 11, 2006 at 9:30 AM<br>ALLEN (DISCOVERY) HEARING | MILLER, VICTOR CORNELL | | Gordon D. McAllister, Jr. |
| Thursday, January 4, 2007 at 9:30 AM<br>ALLEN (DISCOVERY) HEARING | MILLER, VICTOR CORNELL | | Gordon D. McAllister, Jr. |
| Monday, February 5, 2007 at 9:30 AM<br>STATUS/ ALLEN DISCOVERY | MILLER, VICTOR CORNELL | | Dana Kuehn |
| Wednesday, February 28, 2007 at 1:30 PM<br>HEARING | HANSON, JOHN FITZGERALD | | Dana Kuehn |
| Wednesday, March 28, 2007 at 9:00 AM<br>DECISION HEARING | MILLER, VICTOR CORNELL | | Dana Kuehn |
| Thursday, March 29, 2007 at 1:30 PM<br>HEARING/DECISION | MILLER, VICTOR CORNELL | | Dana Kuehn |
| Thursday, May 24, 2007 at 9:00 AM<br>HEARING/DECISION & JURY TRIAL STATUS | MILLER, VICTOR CORNELL | | Dana Kuehn |
| Monday, August 13, 2007 at 9:00 AM<br>JURY TRIAL STATUS | MILLER, VICTOR CORNELL | | Dana Kuehn |

ATTACHMENT 7

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, October 29, 2007 at 9:00 AM<br>  JURY TRIAL STATUS | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Thursday, January 3, 2008 at 9:00 AM<br>  HEARING | MILLER,  PHYLLIS | Dana Kuehn | |
| Tuesday, January 29, 2008 at 9:00 AM<br>  JURY TRIAL STATUS | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Tuesday, February 26, 2008 at 9:00 AM<br>  JURY TRIAL STATUS | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Tuesday, June 3, 2008 at 1:30 PM<br>  ALLEN (DISCOVERY) HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Thursday, August 14, 2008 at 9:00 AM<br>  MOTIONS HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Tuesday, August 26, 2008 at 3:00 PM<br>  MOTIONS HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Monday, September 8, 2008 at 9:00 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Monday, October 6, 2008 at 9:00 AM<br>  ALLEN (DISCOVERY) HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Sunday, October 12, 2008 at 9:00 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Thursday, October 16, 2008 at 1:00 PM<br>  EVIDENTIARY & MOTION TO COMPEL HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Friday, October 24, 2008 at 1:30 PM<br>  JURY TRIAL STATUS & MOTION TO COMPEL HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Thursday, October 30, 2008 at 2:30 PM<br>  DUE DILEGENCE HEARING | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Monday, November 3, 2008 at 9:00 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Tuesday, November 4, 2008 at 8:30 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Wednesday, November 5, 2008 at 9:00 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Thursday, November 6, 2008 at 8:30 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Thursday, November 6, 2008 at 9:00 AM<br>  MATERIAL WITNESS | MILLER,  PHYLLIS | Dana Kuehn | |
| Friday, November 7, 2008 at 8:30 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Friday, November 7, 2008 at 4:00 PM<br>  MATERIAL WITNESS | MILLER,  PHYLLIS | Dana Kuehn | |
| Monday, November 10, 2008 at 8:30 AM<br>  JURY TRIAL (ISSUE) | MILLER,  VICTOR<br>CORNELL | Dana Kuehn | |
| Monday, November 10, 2008 at 9:30 AM<br>  MATERIAL WITNESS | MILLER,  PHYLLIS | Dana Kuehn | |

ATTACHMENT 7

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, November 12, 2008 at 8:30 AM<br>JURY TRIAL (ISSUE) | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Thursday, November 13, 2008 at 8:30 AM<br>JURY TRIAL (ISSUE) | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Thursday, November 13, 2008 at 9:00 AM<br>REVIEW | MILLER,  PHYLLIS | Dana Kuehn | |
| Friday, November 14, 2008 at 9:00 AM<br>JURY TRIAL (ISSUE) | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Monday, November 17, 2008 at 8:30 AM<br>JURY TRIAL (ISSUE) | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Monday, December 8, 2008 at 2:00 PM<br>FORMAL SENTENCING (CT 1 DEATH CT 2 DEATH) | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Friday, March 26, 2010 at 9:30 AM<br>EVIDENTIARY HEARING | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Monday, April 12, 2010 at 3:00 PM<br>MOTION HEARING/ RECUSAL | MILLER,  VICTOR CORNELL | P. Thomas Thornbrugh | |
| Tuesday, April 27, 2010 at 1:30 PM<br>HEARING | MILLER,  VICTOR CORNELL | P. Thomas Thornbrugh | |
| Wednesday, May 5, 2010 at 9:30 AM<br>RECUSAL HEARING | MILLER,  VICTOR CORNELL | P. Thomas Thornbrugh | |
| Tuesday, June 29, 2010 at 1:30 PM<br>RECUSAL HEARING | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Tuesday, April 29, 2014 at 9:30 AM<br>HEARING ON WRIT OF HABEAS CORPUS AND TESTIFICANDUM | MILLER,  PHYLLIS | Dana Kuehn | |
| Wednesday, June 4, 2014 at 9:00 AM<br>HEARING ON CONFLICT FOR PUBLIC DEFENDERS OFFICE | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Monday, July 14, 2014 at 11:00 AM<br>MOTION HEARING ON RECUSAL | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Friday, September 19, 2014 at 9:00 AM<br>HEARING ON DEFT'S MOTION TO RECUSE; TIM HARRIS/MICHELLE KEELEY & JOHN DAVID LUTON | MILLER,  VICTOR CORNELL | Carlos Chappelle | |
| Monday, September 29, 2014 at 1:30 PM<br>STATUS | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Friday, October 24, 2014 at 10:00 AM<br>DISPOSITION STATUS | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Monday, November 24, 2014 at 10:30 AM<br>HEARING ON WRIT OF MANDAMUS | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Monday, December 15, 2014 at 2:00 PM<br>DISCOVERY STATUS HEARING | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Tuesday, February 17, 2015 at 1:30 PM<br>STATUS DISCOVERY HEARING | MILLER,  VICTOR CORNELL | Dana Kuehn | |
| Thursday, February 19, 2015 at 1:30 PM<br>STATUS DISCOVERY HEARING | MILLER,  VICTOR CORNELL | Dana Kuehn | |

ATTACHMENT 7

| Event | Party | Docket | Reporter |
|-------|-------|--------|----------|
| Tuesday, March 24, 2015 at 1:30 PM<br>DISCOVERY CONFERENCE | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Tuesday, May 19, 2015 at 1:30 PM<br>DISCOVERY CONFERENCE | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Tuesday, June 2, 2015 at 10:30 AM<br>HEARING | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Monday, July 27, 2015 at 1:30 PM<br>HEARING ON EX PARTE | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Wednesday, October 21, 2015 at 10:30 AM<br>HEARING ON MOTION | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Tuesday, November 10, 2015 at 10:00 AM<br>HEAIRING ON MOTIONS | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Tuesday, December 8, 2015 at 1:30 PM<br>PRE-SENTENCE INVESTIGATION/ SENTENCING | MILLER, VICTOR CORNELL | Dana Kuehn | |
| Tuesday, May 4, 2021 at 9:00 AM<br>STATUS OF EVIDENTIARY HEARING | HANSON, JOHN FITZGERALD | CF Docket C | |
| Thursday, June 3, 2021 at 1:30 PM<br>EVIDENTIARY HEARING | HANSON, JOHN FITZGERALD | CF Docket C | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**  Count as Filed: HM11, MURDER - FIRST DEGREE AFCF, in violation of 21 O.S. 701.7
Date of Offense: 08/31/1999

| Party Name | Disposition Information |
|------------|------------------------|
| HANSON, JOHN FITZGERALD | **Disposed: CONVICTION, 06/08/2001. Jury Trial**<br>Count as Disposed: MURDER IN THE FIRST DEGREE/FELONY AFCF (HM11)<br>Violation of 21 O.S. 701 0007 |
| MILLER, VICTOR CORNELL | **Disposed: CONVICTION, 12/08/2008. Jury Trial**<br>Count as Disposed: MURDER - FIRST DEGREE(HM11)<br>Violation of 21 O.S. 701.7 |

**Count # 2.**  Count as Filed: HM11, MURDER - FIRST DEGREE AFCF, in violation of 21 O.S. 701.7
Date of Offense: 08/31/1999

| Party Name | Disposition Information |
|------------|------------------------|
| HANSON, JOHN FITZGERALD | **Disposed: CONVICTION, 06/08/2001. Jury Trial**<br>Count as Disposed: MURDER - FIRST DEGREE AFCF(HM11)<br>Violation of 21 O.S. 701.7 |
| MILLER, VICTOR CORNELL | **Disposed: CONVICTION, 12/08/2008. Jury Trial**<br>Count as Disposed: MURDER - FIRST DEGREE AFCF VACATED 9-9-2013(HM11)<br>Violation of 21 O.S. 701.7 |

ATTACHMENT 7

| Party Name | Disposition Information |
|---|---|
| MILLER, VICTOR CORNELL | **Disposed: CONVICTION, 12/08/2015. Guilty Plea**<br>Count as Disposed: MURDER - FIRST DEGREE(HM11)<br>Violation of 21 O.S. 701.7 |

# DOCKET

| nDate | Code | Description | | |
|---|---|---|---|---|
| **09-22-1999** | **[ INFOD ]** | | HANSON, JOHN FITZGERALD 👤 | |
| | | INFORMATION MURDER IN THE FIRST DEGREE/FELONY AFCF (MICROFILMED 9-23-99) | | |
| **09-22-1999** | **[ TEXT ]** | | HANSON, JOHN FITZGERALD 👤 | |
| | | SINGER TODD:ARRAIGNMENT PASSED 9-24-99 @10AM. DEFT IN CUSTODY, BOND SAME | | |
| **09-22-1999** | **[ TEXT ]** | | MILLER, VICTOR CORNELL 👤 | |
| | | COUNT # 002 MURDER IN THE FIRST DEGREE/FELONY AFCF | | |
| **09-22-1999** | **[ TEXT ]** | | MILLER, VICTOR CORNELL 👤 | |
| | | SINGER TODD:ARRAIGNMENT PASSED 9-24-99 @10AM. DEFT IN CUSTODY/BD SAME | | |
| **09-22-1999** | **[ TEXT ]** | | HANSON, JOHN FITZGERALD 👤 | |
| | | COUNT # 002 MURDER IN THE FIRST DEGREE/FELONY AFCF | | |
| **09-22-1999** | **[ INFOD ]** | | MILLER, VICTOR CORNELL 👤 | |
| | | INFORMATION MURDER IN THE FIRST DEGREE/FELONY AFCF | | |
| **09-22-1999** | **[ INFORMATION ]** | | HANSON, JOHN FITZGERALD 👤 | #2 |
| | | DEFENDANT JOHN FITZERALD HANSON WAS CHARGED WITH COUNT #2, MURDER - FIRST DEGREE AFCF IN VIOLATION OF 21 O.S. 701.7 | | |
| **09-22-1999** | **[ INFORMATION ]** | | MILLER, VICTOR CORNELL 👤 | #2 |
| | | DEFENDANT VICTOR CORNELL MILLER WAS CHARGED WITH COUNT #2, MURDER - FIRST DEGREE AFCF IN VIOLATION OF 21 O.S. 701.7 | | |
| **09-22-1999** | **[ INFORMATION ]** | | MILLER, VICTOR CORNELL 👤 | #1 |
| | | DEFENDANT VICTOR CORNELL MILLER WAS CHARGED WITH COUNT #1, MURDER - FIRST DEGREE AFCF IN VIOLATION OF 21 O.S. 701.7 | | |
| **09-22-1999** | **[ INFORMATION ]** | | MILLER, VICTOR CORNELL 👤 | #2 |
| | | DEFENDANT VICTOR CORNELL MILLER WAS CHARGED WITH COUNT #2, MURDER - FIRST DEGREE AFCF IN VIOLATION OF 21 O.S. 701.7 | | |
| **09-22-1999** | **[ INFORMATION ]** | | MILLER, VICTOR CORNELL 👤 | #2 |
| | | DEFENDANT VICTOR CORNELL MILLER WAS CHARGED WITH COUNT #2, MURDER - FIRST DEGREE AFCF IN VIOLATION OF 21 O.S. 701.7 | | |
| **09-24-1999** | **[ DAINS ]** | | MILLER, VICTOR CORNELL 👤 | |
| | | DISTRICT ATTORNEY INSPECTION NOTIFICATION | | |
| **09-24-1999** | **[ NO ]** | | HANSON, JOHN FITZGERALD 👤 | |
| | | NOTICE OF INVOCATION TO CONSTITUTIONAL RIGHTS | | |
| **09-24-1999** | **[ DAINS ]** | | HANSON, JOHN FITZGERALD 👤 | |
| | | DISTRICT ATTORNEY INSPECTION NOTIFICATION | | |

ATTACHMENT 7

**09-24-1999  [ TEXT ]**                                          MILLER, VICTOR CORNELL 👤

SINGER TODD: ARRAIGNMENT-NOT GUILTY PREL HRG ISSUE 10-28-99 9 A.M. DEFT PRESENT AND IN CUSTODY REP BY PUBLIC DEFENDER APPOINTED DEFT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD COURT ENTERS PLEA OF NOT GUILTY. DEFT HELD WITHOUT BOND.

**09-24-1999  [ TEXT ]**                                          HANSON, JOHN FITZGERALD 👤

SINGER TODD: ARRAIGNMENT-NOT GUILTY PREL HRG ISSUE 10-28-99 9 A.M. RM 344. DEFT PRESENT AND IN CUSTODY REP BY ERIC STALL, STATE TIM HARRIS. DEFT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD AND COURT ENTERS PLEA OF NOT GUILTY. DEFT HELD WITHOUT BOND.

**09-28-1999  [ TEXT ]**                                          HANSON, JOHN FITZGERALD 👤

SMITH SARAH DAY: APP TO WITHDRAW SIGNED. OIDS APPOINTED.

**09-29-1999  [ AWDA ]**                                          HANSON, JOHN FITZGERALD 👤

APPLICATION TO WITHDRAW (AS ATTORNEY OF RECORD)

**09-30-1999  [ EOAP ]**                                          HANSON, JOHN FITZGERALD 👤

ENTRY OF APPEARANCE

**09-30-1999  [ AF/SW ]**

AFFIDAVIT & RETURN OF SEARCH WARRANT TRN FRM SW 99 315 & SW 99 316 MICRO 10 05 99 (BOTH DEFTS

**10-04-1999  [ AFPCA ]**                                          HANSON, JOHN FITZGERALD 👤

AFFIDAVIT & FINDING OF PROBABLE CAUSE(ARRESTED)

**10-04-1999  [ AFPCA ]**                                          MILLER, VICTOR CORNELL 👤

AFFIDAVIT & FINDING OF PROBABLE CAUSE(ARRESTED)

**10-08-1999  [ MOCON ]**                                          HANSON, JOHN FITZGERALD 👤

MOTION FOR CONTINUANCE

**10-19-1999  [ TEXT ]**                                          MILLER, VICTOR CORNELL 👤

SINGER TODD: ARRAIGNMENT-NOT GUILTY-PREL HRG RE-SET FOR 12-16-99 @ 9 AM.BY AGREEMENT. ATTY SID CONWAY REP DEFT. STATE REP BY MARK COLLIERBOND REMAIN.

**10-19-1999  [ TEXT ]**                                          HANSON, JOHN FITZGERALD 👤

SINGER TODD: ARRAIGNMENT-NOT GUILTY PREL HRG RESET TO 12-16-99 @ 9:00 AMBY AGREEMENT. ATTY JACK GORDAN. STATE REP BY MARK COLLIER. BOND TO REMAIN.

**10-21-1999  [ RETRL ]**                                          HANSON, JOHN FITZGERALD 👤

RETURN RELEASE

**10-22-1999  [ TEXT ]**                                          MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

**10-22-1999  [ TEXT ]**                                          HANSON, JOHN FITZGERALD 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

**10-28-1999  [ CTPASS ]**                                          HANSON, JOHN FITZGERALD 👤

SINGER TODD: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER. STATE REPRESENTED. PRELIMINARY HEARING PASSED TO 12-16-99 9 A.M. BY . BOND TO REMAIN;

**12-06-1999  [ CTPASS ]**                                          MILLER, VICTOR CORNELL 👤

SMITH SARAH DAY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY JULIE O'CONNELL. STATE REPRESENTED BY REBECCA NIGHTENGALE. PRELIM. HEARING PASSED TO 12-16-99 AT 9:00 A.M. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY.

ATTACHMENT 7

**12-07-1999  [ O ]**                                              MILLER, VICTOR CORNELL 👤

ORDER

---

**12-15-1999  [ MOLIM ]**                                         MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE

---

**12-15-1999  [ AMPG2 ]**                                         HANSON, JOHN FITZGERALD 👤

AMENDED PAGE 2 (OF INFORMATION)

MICROFILM 12/21/99

---

**12-15-1999  [ AMPG2 ]**                                         MILLER, VICTOR CORNELL 👤

AMENDED PAGE 2 (OF INFORMATION)

MICROFILM 12/21/99

---

**12-16-1999  [ CTFREE ]**                                        HANSON, JOHN FITZGERALD 👤

SMITH, CLANCY: PRELIMINARY HEARING PASSED TO 12-17-99. DEFT PRESENT AND REP BY JACK GORDON AND ERIC STAHL. STATE BY TIM HARRIS AND MARK COLLIER. BOND REMAINS.

---

**12-16-1999  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

SMITH, CLANCY: PRELIMINARY HEARING PASSED TO 12-17-99. DEFT PRESENT AND REP BY PETE SILVA AND SID CONWAY.. STATE BY TIM HARRIS AND MARK COLLIER. BOND REMAINS.

---

**12-17-1999  [ CTPRLW ]**                                        HANSON, JOHN FITZGERALD 👤

SINGER TODD: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY ERIC STAHL AND JACK JORDAN. STATE REPRESENTED BY TIM HARRIS AND MARK CALLIER. COURT REPORTER: DORTHY BAYLESS. CASE CALLED FOR PRELIMINARY HEARING. PRELIM HEARING HELD. PC FOUND ON COUNT 1 FOR DEFENDANT A&B. PC FOUND ON COUNT 2 FOR DEFENDANT A&B. DEMURRER O/R ON COUNT 1 FOR DEFENDANT A&B. DEMURRER O/R ON COUNT 2 FOR DEFENDANT A&B. DEFENDANT A&B MOTION TO QUASH AND SUPPRESS MUSKOGEE SEARCH WARRENT O/R. 21 WIT'S SWORN. DEFENDANT A&B STIPS TO MEDICAL EXAMINER'S REPORT. DEFENDANT A&B STIPS TO PAGE 2 OF INFORMATION. DEFENDANT PLEADS NOT GUILTY. COURT HEREBY BINDS THE DEFENDANT OVER TO DISTRICT COURT FOR ARRAIGNMENT ON 12-27-99 AT 9:30 A.M. FOR ARRAIGNMENT BEFORE JUDGE BEASLEY. BOTH DEFENDANT'S TO BE HELD WITHOUT BOND. DEFENDANT REMANDED TO CUSTODY.

---

**12-17-1999  [ CTPRLW ]**                                        MILLER, VICTOR CORNELL 👤

SINGER TODD: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PETE SILVA AND SID CONWAY. STATE REPRESENTED BY TIM HARRIS AND MARK CALLIER. COURT REPORTER: DORTHY BAYLESS. CASE CALLED FOR PRELIMINARY HEARING. PRELIM HEARING HELD. PC FOUND ON COUNT 1 FOR DEFENDANT A&B. PC FOUND ON COUNT 2 FOR DEFENDANT A&B. DEMURRER O/R ON COUNT 1 FOR DEFENDANT A&B. DEMURRER O/R ON COUNT 2 FOR DEFENDANT A&B. DEFENDANT A&B MOTION TO QUASH AND SUPPRESS MUSKOGEE SEARCH WARRENT O/R. 21 WIT'S SWORN. DEFENDANT A&B STIPS TO MEDICAL EXAMINER'S REPORT. DEFENDANT A&B STIPS TO PAGE 2 OF INFORMATION. DEFENDANT PLEADS NOT GUILTY. COURT HEREBY BINDS THE DEFENDANT OVER TO DISTRICT COURT FOR ARRAIGNMENT ON 12-27-99 AT 9:30 A.M. FOR ARRAIGNMENT BEFORE JUDGE BEASLEY. BOTH DEFENDANT'S TO BE HELD WITHOUT BOND. DEFENDANT REMANDED TO CUSTODY.

---

**12-27-1999  [ AMDIN ]**

AMENDED DISTRICT COURT - SECOND AMENDED MICROFILMED 1-3-2000 BOTH DEFTS

---

**12-27-1999  [ MOPRO ]**                                         MILLER, VICTOR CORNELL 👤

MOTION TO PRODUCE

ATTACHMENT 7

**12-27-1999  [ MOQ ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO QUASH

---

**12-27-1999  [ O ]**                                       MILLER, VICTOR CORNELL 👤

ORDER

---

**12-27-1999  [ CTPASS ]**                                  HANSON, JOHN FITZGERALD 👤

B. R. BEASLEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY ERIC STAHL & JACK JORDAN. STATE REPRESENTED BY MARK COLLIER. DISTRICT COURT ARRAIGNMENT/MOTIONS PASSED TO 3-7-2000 AT 10:30 A.M. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK .

---

**12-27-1999  [ CTPASS ]**                                  MILLER, VICTOR CORNELL 👤

B. R. BEASLEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PETE SILVA & SID CONWAY. STATE REPRESENTED BY MARK COLLIER. DISTRICT COURT ARRAIGNMENT/MOTIONS PASSED TO 3-7-2000 AT 10:30 A.M.. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK .

---

**12-28-1999  [ CCERT ]**                                   MILLER, VICTOR CORNELL 👤

COURT REPORTER'S CERTIFICATE & HANSON

---

**01-24-2000  [ T&2 ]**                                     MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT & 2 COPIES OF PROCEEDINGS (VOL I) DECEMBER 16-17, 1999 (COPY TO PD AND DA) ALSO DEFT HANSON

---

**01-24-2000  [ T&2 ]**                                     MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT & 2 COPIES OF PROCEEDINGS (VOL II) DECEMBER 16-17, 1999 (COPY TO PD AND DA) ALSO DEFT HANSON

---

**02-28-2000  [ CTPASS ]**                                  MILLER, VICTOR CORNELL 👤

B. R. BEASLEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY COUNSEL. STATE REPRESENTED BY MARK COLLIER. DISTRICT COURT ARRAIGNMENT/MOTIONS PASSED TO 4-3-2000 AT 9:30 A.M.. BOND TO REMAIN;

---

**02-28-2000  [ CTPASS ]**                                  HANSON, JOHN FITZGERALD 👤

B. R. BEASLEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY COUNSEL. STATE REPRESENTED BY MARK COLLIER. DISTRICT COURT ARRAIGNMENT/MOTIONS PASSED TO 4-3-2000 AT 9:30 A.M.. BOND TO REMAIN;

---

**02-28-2000  [ TEXT ]**                                    MILLER, VICTOR CORNELL 👤

BILL OF PARTICULARS

---

**02-28-2000  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

BILL OF PARTICULARS

---

**03-07-2000  [ CTPASS ]**                                  HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: DEFENDANT PRESENT, IN CUSTODY STATE REPRESENTED BY PAUL WILKENING. DISTRICT COURT ARRAIGNMENT PREVIOUSLY PASSED TO 4-3-2000 AT 9:30 AM. BOND TO REMAIN; .

---

**03-07-2000  [ CTPASS ]**                                  MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT PRESENT, IN CUSTODY STATE REPRESENTED BY PAUL WILKENING. DISTRICT COURT ARRAIGNMENT PREVIOUSLY PASSED TO 4-3-2000 AT 9:30 A. M.. BOND TO REMAIN;

---

**03-29-2000  [ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION FOR SEVERANCE

---

ATTACHMENT 7

**04-03-2000** **[ CTDCA ]**                                              HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY : DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY JACK GORDON JR.. STATE REPRESENTED BY TIM HARRIS AND MARK COLLIER. COURT REPORTER: GARY WOODSON. DISTRICT COURT ARRAIGNMENT HELD. DEFENDANT STANDS MUTE COURT ENTERS A PLEA OF NOT GUILTY TO THE INFORMATION AND REQUESTS JURY TRIAL. DISTRICT ATTORNEY READ SECOND AMENDED INFORMATION. JURY TRIAL SET FOR 1-15-2001 AT 1:30 P.M. MUTUAL DISCOVERY/MOTIONS SET FOR 8-3-2000 AT 9:30 A.M. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK .

**04-03-2000** **[ CTDCA ]**                                              MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY : DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER PETE SILVA AND SID CONWAY. STATE REPRESENTED BY TIM HARRIS AND MARK COLLIER. COURT REPORTER: GARY WOODSON DISTRICT COURT ARRAIGNMENT HELD; DEFENDANT STANDS MUTE, COURT ENTERS A PLEA OF NOT GUILTY TO THE INFORMATION AND REQUESTS JURY TRIAL. JURY TRIAL SET FOR 1-15-2001 AT 9:30 A.M. MUTUAL DISCOVERY/MOTIONS SET FOR 8-3-2000 AT 9:30 A.M. MOTION FOR SEVERANCE GRANTED. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK .

**04-03-2000** **[ BILL ]**                                               MILLER, VICTOR CORNELL 👤

BILL OF PARTICULARS

**04-03-2000** **[ AMPG2 ]**

AMENDED PAGE 2 (OF INFORMATION) 2ND AMENDED PAGE II BOTH DEFTS

MICROFILMED 4/4/2000

**07-13-2000** **[ RTSC ]**                                               HANSON, JOHN FITZGERALD 👤      $ 15.00

RETURN SUBPOENA - DEFENDANT ASSESSED 1/ 2 OF COSTS (AC08)

**07-13-2000** **[ RTSC ]**                                               MILLER, VICTOR CORNELL 👤      $ 15.00

RETURN SUBPOENA - DEFENDANT ASSESSED 1/ 2 OF COSTS (AC08)

**07-13-2000** **[ RTSC ]**                                               HANSON, JOHN FITZGERALD 👤      $ 15.00

RETURN SUBPOENA - DEFENDANT ASSESSED 1/ 2 OF COSTS (AC08)

**07-13-2000** **[ RTSC ]**                                               MILLER, VICTOR CORNELL 👤      $ 15.00

RETURN SUBPOENA - DEFENDANT ASSESSED 1/ 2 OF COSTS (AC08)

**07-26-2000** **[ MO ]**                                                 HANSON, JOHN FITZGERALD 👤

MOTION CHALLENGING DEATH QUALFIICATION VOIR DIRE QUESTIONS

**07-26-2000** **[ MO ]**                                                 HANSON, JOHN FITZGERALD 👤

MOTION FOR VOIR DIRE REGARDING SENENCING

**07-26-2000** **[ TEXT ]**                                               HANSON, JOHN FITZGERALD 👤

SEPARATE OBJECTION STANDARD VERDICT FORM

**07-26-2000** **[ MO ]**                                                 HANSON, JOHN FITZGERALD 👤

MOTION FOR BREWER HERING REGARDING CONTINUING THREAT

**07-26-2000** **[ MOLIM ]**                                              HANSON, JOHN FITZGERALD 👤

MOTION IN LIMINE REGARDING CALDWELL

**07-26-2000** **[ MO ]**                                                 HANSON, JOHN FITZGERALD 👤

MOTION TO REQUIRE COURT TO CHARGE PRESUMPTION OF A LIFE SENTENCE, A LIFE WITHOUT THE POSSIBILITY OF PAROLE SENTENCE & A DEATH SENTENCE

ATTACHMENT 7

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION TO REQUIRE THE STATE TO PROVIDE VICTIM IMPACT STATEMENTS PRIOR TO TRIAL & REQUEST FOR EVIDENTIARY HEARING & BRIEF IN SUPPORT THEREOF

---

**07-26-2000  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

ACCUSED'S OBJECTION TO UNIFORM JURY INSTRUCTIONS REGARDING FINDING OF UNAMINITY WITH RESPECT TO MITIGATING CIRCUMSTANCES

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION TO PRECLUDE PRETRIAL EXEMPTION, PRETRIAL EXCUSAL OR PERMENTORY EXCUSAL OF POOR JURORS, OR IN THE ALTERNATIVE, QUASH THE ARRAY

---

**07-26-2000  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

THE ACCUSED'S OBJECTION TO UNIFORM JURY INSTRUCTIONS REGARDING THE WEIGHING OF AGGRAVATING CIRCUMSTANCES AGAINST MITIGATION

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION TO STRIKE DUPLICATION AGGRAVATING CIRCUMSTANCE

---

**07-26-2000  [ OBJ ]**                                    HANSON, JOHN FITZGERALD 👤

OBJECTIONS TO VICTIM IMPACT STATEMENTS

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION FOR BREWER HEARING REGARDING PREVIOUS FELONY

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION FOR ALLOCUTION RIGHT

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION REGARDING INTRODUCTION OF AUTOPSY PHOTOGRAPHS

---

**07-26-2000  [ OBJ ]**                                    HANSON, JOHN FITZGERALD 👤

OBJECTION TO STATE'S MOTION FOR DISCOVERY

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION TO STRIKE DEATH PENALTY SENTENCING PROCEDURE AS UNCONSTITUTIONAL

---

**07-26-2000  [ APLI ]**                                    HANSON, JOHN FITZGERALD 👤

APPLICATION FOR SEQUESTERED VOIR DIRE CONCERNING DEATH PENALTY ISSUES & PRETRIAL PUBLICITY

---

**07-26-2000  [ MOLIM ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION IN LIMINE REGARDING INTRODUCTION OF CRIME SCENE PHOTOGRAPHS & PHYSICAL EVIIDENCE

---

**07-26-2000  [ DEFT ]**                                    HANSON, JOHN FITZGERALD 👤

DEFENDANT'S OBJECTION TO VERDICT FORM RE: "CONTINUING THREAT"

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION TO PROHIBIT JURY DISPERSAL AND TO PROHIBIT THE JURY'S EXPOSURE TH THE VICTIM'S FAMILY OR FRIENDS

---

**07-26-2000  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION TO ALLOW EVIDENCE IN LIFE WITHOUT THE POSSIBILITY OF PAROLE

---

**08-03-2000  [ CTPASS ]**                                    HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY JACK GORDON NOT PRESENT. STATE REPRESENTED BY TIM HARRIS. MOTIONS HEARING/DISCOVERY PASSED TO 9-28-2000 AT 1:30 P.M.. BOND TO REMAIN;

ATTACHMENT 7

**08-03-2000**  **[ CTPASS ]**                                      MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY SID CONWAY. STATE REPRESENTED BY TIM HARRIS. MOTION HEARING/DISCOVERY PASSED TO 9-28-2000 AT 1:30 P.M.. BOND TO REMAIN;

---

**08-04-2000**  **[ ADISC ]**                                      MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

---

**08-10-2000**  **[ B ]**                                      HANSON, JOHN FITZGERALD 👤

BRIEF IN SUPPORT OF MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS

---

**09-14-2000**  **[ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

DAVID PETERSON: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED

---

**09-18-2000**  **[ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED.

---

**09-18-2000**  **[ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED

---

**09-18-2000**  **[ WHCP ]**                                      HANSON, JOHN FITZGERALD 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**09-18-2000**  **[ AWHCP ]**                                      HANSON, JOHN FITZGERALD 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**09-18-2000**  **[ AWHCP ]**                                      MILLER, VICTOR CORNELL 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**09-18-2000**  **[ WHCP ]**                                      MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO LIFE QUALITY OF THE JURY

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO REQUIRE COURT TO CHARGE PRESUMPTION OF LIFE SENTENCE & DEATH SENTENCE

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION FOR INDIVIDUAL VOIR DIRE OF JURORS AS FAR AS DEATH PENALTY I CONCERNED

---

**09-26-2000**  **[ TEXT ]**                                      MILLER, VICTOR CORNELL 👤

SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO HAVE THE COURT CHARGE WITHERSPOON JURORS THAT THE FINDING OF MITIGATION NEED NOT BE UNANIMOUS

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO EXCLUDE JURORS IN FAVOR OF THE DEATH PENALTY

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTON FOR ADDITIONAL PREEMPTORY CHALLENGES

---

**09-26-2000**  **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO PRECLUDE PROSECUTION FROM USING PREMPTORY CHALLENGES TO EXCLUDE MINORITY RACES OR POOR JURORS

ATTACHMENT 7

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE REGARDING VOIR DIRE ISSUES

---

**09-26-2000  [ TEXT ]**                                        MILLER, VICTOR CORNELL 👤

REQUEST FOR ADDITIONAL QUESTIONS TO BE ASKED BY THE TRIAL COURT

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION FOR DISCOVERY

---

**09-26-2000  [ MOQ ]**                                         MILLER, VICTOR CORNELL 👤

MOTION TO QUASH JURY PANEL

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO PAY EXPENSES OF POOR JURORS, OR, ALTERNATIVELY QUASH THE JURY PANEL

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION FOR DISCOVERY OF PRIOR JURY SERVICE

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION CHALLENGING DEATH QUALIFICATIONS VOIR DIRE QUESTIONS

---

**09-26-2000  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE REGARDING QUESTIONING OF PROSPECTIVE JURORS ON VOIR DIRE EXAMINATION TO
DETERMINE EXCLUSION UNDER WITHERSPOON V ILLINOIS

---

**09-26-2000  [ MOD ]**                                         MILLER, VICTOR CORNELL 👤

MOTION TO DISMISS (ABA MORATORIUM)

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO REQUIRE COURT REPORTER TO RECORD & PRESERVE ALL PROCEEDINGS

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION FOR JURY TO ASSESSMENT PUNISHMENT

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO PROHIBIT INTRODUCTION OF PHYSICAL & FORSENSIC EVIDENCE

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTON TO ADJOURN AT A RESASONABLE TIME

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO ALLOW DEFENSE TO ARGUE LAST

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO ENJOIN VICTIM'S FAMILY FROM SHOWING EMOTION IN THE COURTROOM WHILE SITTING AS
SPECTATORS

---

**09-26-2000  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE RE: PROSECUTORIAL MISCONDUCT

---

**09-26-2000  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE RE : MORSE

---

**09-26-2000  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO ALLOW SEPARATE JURY TO DECIDE PUNISHMENT

---

**09-26-2000  [ MOQ ]**                                         MILLER, VICTOR CORNELL 👤

MOTION TO QUASH BILL OF PARTICULARS & DECLARE DEATH PENALTY UNCONSTITUTIONAL

ATTACHMENT 7

**09-26-2000  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTON FOR A PRE-TRIAL HEARING ON THE BILL OF PARTICULARS

---

**09-26-2000  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO STRIKE BILL OF PARTICULARS

---

**09-26-2000  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE RE; STATE'S USE OF DEFENDANT'S MITIGATION DURING FIRST STAGE & STATE'S USE OF MITIGATION AS AGGRAVATION IN THE PUNISHMENT STAGE

---

**09-26-2000  [ MOPRO ]**                                 MILLER, VICTOR CORNELL 👤

MOTION TO PRODUCE CORRESPONDENCE BETWEEN AN INFORMANT & DISTRTICT ATTORNEY

---

**09-28-2000  [ CTPASS ]**                                HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY JACK GORDON NOT PRESENT. STATE REPRESENTED BY SHARON ASHE. MOTION HEARING/DISCOVERY PASSED TO 10-30-2000 AT 1:30 P.M. WITH CONTINUE DATE FOR 10-31-2000 AT 1:30 P.M. BOND TO REMAIN;

---

**09-28-2000  [ CTPASS ]**                                MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER PETE SILVA. STATE REPRESENTED BY SHARON ASHE. MOTION HEARING/DISCOVERY PASSED TO 10-30-2000 AT 1:30 P.M. WITH CONTINUE DATE OF 10-31-2000 AT 1:30 P.M. . BOND TO REMAIN;

---

**09-29-2000  [ WHCP ]**                                  HANSON, JOHN FITZGERALD 👤

RETURN WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**09-29-2000  [ AWHCP ]**                                 HANSON, JOHN FITZGERALD 👤

RETURN APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**10-30-2000  [ CTPASS ]**                                HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY JACK GORDON. STATE REPRESENTED BY SHARON ASHE. MOTION HEARING/DISCOVERY PASSED TO 11-27-2000 AT 1:30 P.M. BY AGREEMENT. DEFENDANTS APPEARANCE WAIVED. BOND TO REMAIN;

---

**10-30-2000  [ CTPASS ]**                                MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER SID CONWAY. STATE REPRESENTED BY SHARON ASHE. MOTION HEARING/DISVOERY PASSED TO 11-27-2000 AT 1:30 P.M. BY AGREEMENT. DEFENDANTS APPEARANCE WAIVED. BOND TO REMAIN;

---

**11-21-2000  [ MOCON ]**                                 HANSON, JOHN FITZGERALD 👤

MOTION FOR CONTINUANCE BOTH DEFTS

---

**11-21-2000  [ CTPASS ]**                                HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY. STATE REPRESENTED BY SHARON ASHE. MOTION FOR CONTINUANCE GRANTED. CASE PASSED TO 11-28-2000 AT 1:30 P.M. BY AGREEMENT. BOND TO REMAIN; .

---

**11-21-2000  [ CTPASS ]**                                MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY. STATE REPRESENTED BY SHARON ASHE. MOTION FOR CONTINUANCE GRANTED CASE PASSED TO 11-28-2000 AT 1:30 P.M BY AGREEMENT. BOND TO REMAIN;

ATTACHMENT 7

LINDA MORRISSEY; DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY JACK GORDON. STATE BY TIM HARRIS & SHARON ASHE. COURT REPORTER: GARY WOODSON. MOTION HEARING HELD. MOTION TO ALLOW EVIDENCE IN LIFE WITHOUT THE POSSIBILITY OF PAROLE DENIED. MOTION TO PROHIBIT JURY DISPERSAL AND TO PROHIBIT THE JURY'S EXPOSURE TO THE VICTIM'S FAMILY OR FRIENDS DENIED. MOTION IN LIMINE REGARDING INTRODUCTION OF CRIME SCENE PHOTOGRAPHS AND PHYSICAL EVIDENCE DENIED. DEFENDANT'S OBJECTION TO VERDICT FORM RE: "CONTINUING THREAT" RESERVED TO SECOND STATE. MOTION REGARDING INTRODUCTION OF AUTOPSY PHOTOGRAPHS DENIED AT THIS TIME. OBJECTION TO STATE'S MOTION FOR DISCOVERY DENIED. MOTION FOR ALLOCUTION RIGHT DENIED. MOTION TO STRIKE DUPLICATING AGGRAVATING CIRCUMSTANCE DENIED WILL RECONSIDER AT SECOND STATE. MOTION TO PRECLUDE PRETRIAL EXEMPTION, PRETRIAL EXCUSAL OR PEREMPTORY EXCUSAL OF POOR JURORS, OR IN THE ALTERNATIVE, QUASH THE ARRAY DENIED. MOTION TO REQUIRE THIS COURT TO CHARGE PRESUMPTION OF A LIFE SENTENCE, A LIFE WITHOUT THE POSSIBILITY OF PAROLE SENTENCE AND A DEATH SENTENCE DENIED. MOTION IN LIMINE REGARDING CALDWELL TAKEN UNDER ADVISORY. SEPARATE OBJECTION TO STANDARD VERDICT FORM DENIED. MOTION FOR VOIR DIRE REGARDING SENTENCING DENIED. MOTION CHALLENGING "DEATH QUALIFICATION" VOIR DIRE QUESTIONS DENIED. BRIEF IN SUPPORT OF MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS STATE & DENFENDANT WILL DEVELOP ACCEPTABLE QUESTIONAIRE. MOTION FOR BREWER HEARING REGARDING CONTINUING THREAT APPLY BREWER STANDARD BUT BREWER MAY NOT APPLY TO CONTINUING THREAT. MOTION TO REQUIRE THE STATE TO PROVIDE VICTIM IMPACT STATEMENTS PRIOR TO TRIAL AND REQUEST FOR EVIDENTIARY HEARING AND BRIEF IN SUPPPORT THEREOF PER LEDBETTER. MOTION FOR BREWER HEARING REGARDING PREVIOUS FELONY APPLY BREWER. ACCUSED'S OBJECTION TO UNIFORM JURY INSTRUCTIONS REGARDING FINDING OF UNANIMITY WITH RESPECT TO MITIGATING CIRCUMSTANCES RE-URGE IN SECOND STATE. OBJECTIONS TO VICTIM IMPACT STATEMENTS DENIED. THE ACCUSED'S OBJECTION TO UNIFORM JURY INSTRUCTIONS REGARDING THE WEIGHING OF AGGRAVATING CIRCUMSTANCES AGAINST MITIGATION DENIED. MOTION TO STRIKE DEATH PENALTY SENTENCING PROCEDURE AS UNCONSTITUTIONAL DENIED. APPLICATION FOR REQUESTERED VOIR DIRE CONCERNING DEATH PENALTY ISSUES AND PRETRIAL PUBLICITY UNDER ADVISEMENT. JURY TRIAL SET FOR 5-7-2001 AT 1:30 P.M.

ATTACHMENT 7

MILLER, VICTOR CORNELL

LINDA MORRISSEY: DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY PUBLIC DEFENDER SID CONWAY AND PETE SILVA. COURT REPORTER: GARY WOODSON. MOTION HEARING HELD. MOTION TO PRODUCE CORRESPONDENCE BETWEEN AN INFORMANT AND DISTRICT ATTORNEY STATE WILL PROVIDE SUBSTANCE OF ANY AGREEMENTS W/INFORMANT. MOTION IN LIMINE RE: STATE'S USE OF DEFENDANT'S MITIGATION DURING FIRST STATE GRANTED AND STATE'S USE OF MITIGATION AS AGGRAVATION IN THE PUNISHMENT STATE UNDER ADVISEMENT. MOTION FOR A PRE-TRIAL HEARING ON THE BILL OF PARTICULARS DENIED. MOTION TO STRIKE BILL OF PARTICULARS DENIED. MOTION TO QUASH BILL OF PARTICULARS AND DECLARE DEATH PENALTY INCONSTITUTIONAL DENIED. MOTION TO ALLOW SEPARATE JURY TO DECIDE PUNISHMENT DENIED. MOTION IN LIMINE RE: REMORSE DENIED. MOTION IN LIMINE RE: PROSECUTORIAL MISCONDUCT UNDER ADVISORY. MOTION TO INJOIN VICTIM'S FAMILY FROM SHOWING EMOTION IN THE COURTROOM WHILE SITTING AS SPECTATORS DENIED. MOTION TO ALLOW DEFENSE TO ARGUE LAST DENIED. MOTION TO ADJORUN AT A REASONABLE TIME DENIED. MOTION TO PROHIBIT INTRODUCTION OF PHYSICAL AND FORENSIC EDIVENSE 1. STATE AGREES AND CONFESSESS 2. DNA NOT ALLOWED. 3. DENIED 4. DENIED. 5. DENIED. MOTION TO DISMISS DENIED. MOTION TO REQUIRE COURT REPORTER TO RECORD AND PRESERVE ALL PROCEEDINGS STATE CONFESSES. MOTION FOR JURY TO ASSESSMENT PUNISHMENT STATE CONFESSES. MOTION IN LIMINE REGARDING VOIR DIRE ISSUES STATE CONFESSES. MOTION TO PRECLUDE PROSECUTION FROM USING PREMPTORY CHALLENGES TO EXCLUDE MINORITY RACES OR POOR JURORS DENIED. MOTION FOR ADDITIONAL PREEMPTORY CHALLENGES DENIED. MOTION TO EXCLUDE JURORS IN FAVOR OF THE DEATH PENALTY GRANTED. MOTION TO HAVE THE COURT CHARGE WITHERSPOON JURORS THAT THE FINDING OF MITIGATION NEED NOT BE UNANIMOUS DENIED. MOTION FOR INDIVIDUAL VOIR DIRE OF JURORS AS FAR AS DEATH PENALTY IN CONCERNED TAKEN UNDER ADVISEMENT. MOTION CHALLENGING DEATH QUALIFICATIONS VOIR DIRE QUESTIONS DENIED. MOTION TO QUASH JURY PANEL DENIED. MOTION TO PAY EXPENSES OF POOR JURORS, OR, ALTERNATIVELY QUASH THE JURY PANEL DENIED. MOTION FOR DISCOVERY OF PRIOR JURY NCIC OR SIMILIAR BACKGROUND CHECK

---

**12-19-2000  [ NOEVI ]**                                  HANSON, JOHN FITZGERALD

NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES (ALSO DEFT MILLER)

---

**12-19-2000  [ MO ]**                                  HANSON, JOHN FITZGERALD

MOTION FOR EXTENSION OF DISCOVERY DEADLINE (ALSO DEFT MILLER)

---

**12-20-2000  [ NO ]**                                  MILLER, VICTOR CORNELL

NOTICE OF INTENT TO PRODUCE VICTIM IMPACT EVIDENCE

---

**12-20-2000  [ NO ]**                                  HANSON, JOHN FITZGERALD

NOTICE OF INTENT TO PRODUCE VICTIM IMPACT EVIDENCE

---

**12-21-2000  [ NO ]**                                  HANSON, JOHN FITZGERALD

NOTICE OF EVIDENCE IN SUPPORT OF AGGRAVATING CIRCUMSTANCES

---

**12-21-2000  [ NO ]**                                  MILLER, VICTOR CORNELL

NOTICE OF EVIDENCE IN SUPPORT OF AGGRAVATING CIRCUMSTANCES

---

**12-29-2000  [ APLI ]**

APPLICATION TO ENDORSE WITNESS ON INFORMATION

---

**01-03-2001  [ AMPG2 ]**

AMENDED PAGE 2- THIRD AMENDED ( BOTH DEFTS)

MICROFILMED ON 1/16/1

ATTACHMENT 7

01-04-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

UNOPPOSED MOTION FOR CONTINUANCE

---

01-04-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

APPLICATION TO ENDORSE WITNESS ON INFORMATION

---

01-08-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

MOTION IN LIMINE REGARDING PHOTOGRAPHS

---

01-08-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

RESPONSE TO BURKS NOTICE AND MOTION IN LIMINE AND MEMORANDUM BRIEF IN SUPPORT

---

01-09-2001  **[ RTSBN ]**                                   HANSON, JOHN FITZGERALD 👤

RETURN SUBPOENA (NO CHARGE)

---

01-17-2001  **[ RTSBN ]**                                   HANSON, JOHN FITZGERALD 👤

RETURN SUBPOENA (NO CHARGE)

---

01-17-2001  **[ DEFT ]**                                    HANSON, JOHN FITZGERALD 👤

DEFENDANT'S JOHN FIRTZGERALD HANSON'S WITNESS LIST

---

01-18-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤        $ 35.00

DISTRICT COURT SUBPOENA--CRIMINAL, NC, (7)

---

01-24-2001  **[ CTFREE ]**                                  HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: ORDER TO ENDORSE WITNESS ON INFORMATION SIGNED

---

01-24-2001  **[ CTFREE ]**                                  MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: ORDER TO ENDORSE WITNESS ON INFORMATION SIGNED.

---

01-26-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

APPLICAION TO ENDORSE WITNESS ON INFORMATION

---

01-26-2001  **[ O ]**                                       HANSON, JOHN FITZGERALD 👤

ORDER

---

02-22-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

DEFENDANT, JOHN FITZGERALD HANSON'S SUPPLEMENTAL WITNESS LIST

---

03-26-2001  **[ CTFREE ]**

LINDA MORRISSEY: ORDER TO ENDORSE WITNESS ON INFORMATION SIGNED

---

03-26-2001  **[ CTFREE ]**

LINDA MORRISSEY: ORDER TO ENDORSE WITNESS ON INFORMATION SIGNED.

---

04-05-2001  **[ APLI ]**

APPLICATION FOR FURTHER DISCOVERY

---

04-11-2001  **[ O ]**                                       HANSON, JOHN FITZGERALD 👤

ORDER (ALSO DEF. MILLER)

---

04-11-2001  **[ O ]**                                       MILLER, VICTOR CORNELL 👤

ORDER (ALSO DEF. HANSON)

---

04-25-2001  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

APPLICATION TO ENDORSE WITNESS ON INFORMATION

---

04-25-2001  **[ O ]**                                       HANSON, JOHN FITZGERALD 👤

ORDER                                    ATTACHMENT 7

**04-26-2001** **[ RTSBN ]**

RETURN SUBPOENA (NO CHARGE)

**04-27-2001** **[ TEXT ]**                                         HANSON, JOHN FITZGERALD 👤

STATE'S SUPPLEMENTAL DISCOVERY

**05-01-2001** **[ CTFREE ]**                                                        $ 30.00

LINDA MORRISSEY: WARRANT OF ARREST FOR MATERIAL WITNESS ISSUED. FOR RASHAD ALE BARNES
BOND SET IN THE AMOUNT OF $25,000.00

**05-01-2001** **[ TEXT ]**                                         HANSON, JOHN FITZGERALD 👤

ADDITION TO WITNESS LIST

**05-01-2001** **[ AAMW ]**                                         HANSON, JOHN FITZGERALD 👤

APPLICATION FOR ARREST OF MATERIAL WITNESS RASHAD ALE BARNES. MICROFILMED 5-2-2001

**05-03-2001** **[ MO ]**                                           HANSON, JOHN FITZGERALD 👤

MOTION IN LIMINE

**05-03-2001** **[ 👁 WAI$ ]**                                                       $ 30.00

WARRANT OF ARREST ISSUED FOR MATERIAL WITNESS RASHAD ALE BARNES, BOND$25,000

**05-04-2001** **[ CTFREE ]**

LINDA MORRISSEY: BOND WITHDRAWN ON MATERIAL WITNESS RASHAD BARNES. RELEASE ISSUED.

**05-07-2001** **[ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: DEFENDANT PRESENT, IN CUSTODY REPRESENTED BY JACK GORDAN AND ERIC
STALL. STATE BY TIM HARRIS, CLIFF SMITH & BILL MUSSEMAN. COURT REPORTER: GARY WOODSON.
MOTION FOR CONTINUANCE OF JURY TRIAL DENIED. MOTION IN LIMINE ON PHOTO DENIED. MOTION
SUSTAINED AS TO ADDRESS BOOK. MOTION OF CRIME EVIDENCE OVERRULED OVER DEFENDANTS
OBJECTION. MOTION IN LIMINE GRANTED. WITNESS JOHNNY NOE RECOGINIZED BACK FOR 5-14-2001.

**05-07-2001** **[ CTPASS ]**                                       MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER
SID CONWAY & PETE SILVA. STATE REPRESENTED BY TIM HARRIS, CLIFF SMITH & BILL MUSEMAN. CASE
PASSED TO 7-23-2001 AT 1:30 P.M.FOR REVIEW. JURY TRIAL SET FOR 9-17-2001 AT 1:30 P.M.. BOND TO
REMAIN.

ATTACHMENT 7

**05-07-2001** **[ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

LINDA MORRISSEY: JURY TRIAL BEGINNINGS 5-7-2001 AND CONTINUES TO 5-23-2001. DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY JACK GORDON AND ERIC STALL. STATE BY TIM HARIS, CLIFF SMITH & BILL MUSSEMAN. COURT REPORTER: GARY WOODSON. CASE CALLED, BOTH SIDES PRESENT AND ANNOUNCE READY FOR TRIAL. THE JURORS ARE CALLED AND SWORN AS TO QUALIFICATIONS. THE JURY IS IMPANELLED AND EXAMINED FOR CAUSE. THE FOLLOWING JURORS ARE EXCUSED FOR CAUSE 1. BETHANY CLEMENTS 2. SUSAN RUIZ 3. DAVID JELLEY, 4. LATELA JEFFERSON 5. BOBBY BUSBY 6. ERIC REED 7. BETTY RAMSEY 8 TIMOTHY PATTERSON 9. KIMBRA WEBB 10. ROBERT PETERSON 11. SANDRA HANSON 12. LISA ARRINGTON 13. ANGELIA SAULS 14. MARTA MORROW 15. MARGARET PERKINS 16. LINDA ESPOSITO 17. MARGARET MULLIGAN 18.BOBBY JENKINS 19. SARAH BINGHAM 20. MICHAEL SCHLECHT 21. LINDA LAVENDER 22. LUTHER FLANAGAN 23. BETTY RICHARDSON 24. RICHARD DICK 25. JIM JOHNSON 26. ELISA SATTLER 27. WESLEY BUTLER JR. 28. TERRELL JENNINGS 29. JAMES WENSAUER 30. DEBORAH PARMELLE 31. PAULINE MCNEIL 32. PAUL BODKIN 33. MICKY MONTGOMERY 34. LINDA BACON 35. JAMES CAGLE 36. BRIAN TIERNAN 37. RICKEY HOFFMAN 38. ANN CARUSO 39. ROSA VARGAS 40. MARJORY HUTSON. THE JURORS ARE ACCEPTED FOR CAUSE. STATES PEREMPTORY CHALLENGES 1. JAMES FLING 2. DELVIN JORDAN 3. TONY PICKETT 4. SUSAN KILDOW 5. DARLETTE COLE 6. WAIVED 7. BURLDENE LEININGER 8. WAIVED 9. WAIVED. DEFENDANTS PEREMPTORY CHALLENGES: 1. ANTHONY FULFARO 2. KENT SHENFIELD 3. MELANIE ANDERSON 4. SHIRLEY STEVENS 5. PATTI SANDMAN 6. SHERYL CAMPBELL 7. CHARLES KEMP 8. JOHN EBERSTEIN 9. KERRY COCHRAN. THE FOLLOWING JURORS ARE ACCEPTED AND SWORN TO TRY THE CAUSE. 1. MICHAEL HAGGARD 2. KAMWYN DAY 3. DAVID BAKER 4. AARLAN KRUSEMARK 5. SCOTT BUNCH 6. STEVEN COONS 7. MICHAELENE YEARY 8. LINDA CHASTEEN 9. DELBERT MCNEIL 10. JAMES SQUARE 11. TAMMIE WRIGHT 12. MARCY KIRK. ALTERNATE TRACY MOORE AND BARBARA SIPES. OPENING STATEMENTS ARE MADE. FORTY-SIX (46) WITNESSES SWORN. RULE WAS INVOKED WITH THE EXCEPTION OF JIM MOSBY AND AUDREY TUCKER. STATE PRESENTS EVIDENCE AND RESTS. BOTH SIDES REST. THE JURY IS INSTRUCTED AS TO THE LAW. CLOSING ARGUMENTS ARE MADE. JURY RETIRE FOR DELIBERATION. MAY 18, 2001 AT 3:59 P.M. JURY RETURNS INTO OPEN COURT WITH THEIR VERDICT, WHICH IS READ IN OPEN COURT, ORDERED RECORDED AND FILED, AND IS, TO WIT: "WE, THE JURY IMPANELED AND SWORN IN THE ABOVE ENTITLED CAUSE, DO UPON OUR OATHS FIND THE DEFENDANT GUILTY AS CHARGED IN THE INFORMATION HEREIN COUNT 1 MURDER 1ST DEGREE COUNT 2. MURDER 1ST DEGREE. JURORS CONCURRING, SIGNED MICHAEL HAGGARD, FOREMAN. SECOND STAGE BEGINS. STATE PRESENTS EVIDENCE AND REST. DEFENDANT DEMURS AND DEMURRER IN OVERRULED. DEFENDANT PRESENT EVIDENCE AND RESTS. THE JURY IS INSTRUCTED AS TO THE LAW. CLOSING ARGUMENTS ARE MADE. THE BALIFF AND JURY RETIRE FOR DELIBERATION. MAY 23, 2001 AT 6:19 P.M., JURY RETURNS INTO OPEN COURT WITH THEIR VERDICT, WHICH IS READ IN OPEN COURT, ORDERED RECORDED AND FILED, AND IS, TO WIT: "WE, THE JURY IMPANELED AND SWORN IN THE ABOVE ENTITLED CAUSE, DO UPON OUR OATHS FIX PUNISHMENT ON COUNT 1 AS DEATH COUNT 2 LIFE WITHOUT PAROLE JURORS CONCURRING, SIGNED MICHAEL HAGGARD, FOREMAN. JURY DISCHARGED. WITNESS LIST CONTINUE

---

**05-07-2001** **[ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WITNESS SWORN IN ABOVE MINUTE: WITNESSES SWORN: AUDREY TUCKER, ANAA BLAZER, LOU NEVILLE, SARAH DURKEE, BEVERLY FARNELL, JAMES LANENDUSKY, JAMES MOSEBY, TIM HAYHURST, TRANSCRIPT READ OF EDWARDS, STEVE NORTON, RASHAD BARNES, TIMOTHY BARNES, RONALD JONES, JIM SMITH, BOB HICKEY, SUNDEEP PATEL, GRETCHEN ROLAND, MIKE NANCE, DOUG NOORDYKE, JOHN HARRIS, MARK ROBINSON, WILLIAM PARRISH, CHAD FARMER, LANCE SCHROYER, JOHN FITZER, TAMMY O'CONNELL, MARGARET LOVEALL, MIKE NANCE, BOB YERTON, CLYDE SNOW, GARY SZABO, PHYLLIS MILLER, JEFF FELTON, MARY ANZALONE, DENNIS FULLER, JASHVANTBHA: PAREKH, MARGARET MENDEZ, JAMES BRADLEY BLAKE, JOLANDA BEESLEY, SARA MOONEY, TRISH HAMPTON, SHERRY THURMAN, JACOB THURMAN, DIANNE MOSEBY, CHARMYN CLARIETT, CHARLOTTE WARD.

ATTACHMENT 7

| 05-08-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| WARRANT OF ARREST OF MATERIAL WITNESS | | | | |

| 05-08-2001 | [ RTSUB$ ] | HANSON, JOHN FITZGERALD 👤 | | $ 30.00 |
|---|---|---|---|---|
| RETURN SUBPOENA | | | | |

| 05-08-2001 | [ RTSUB$ ] | HANSON, JOHN FITZGERALD 👤 | | $ 30.00 |
|---|---|---|---|---|
| RETURN SUBPOENA | | | | |

| 05-08-2001 | [ RTSUB$ ] | HANSON, JOHN FITZGERALD 👤 | | $ 30.00 |
|---|---|---|---|---|
| RETURN SUBPOENA | | | | |

| 05-08-2001 | [ RTSUB$ ] | HANSON, JOHN FITZGERALD 👤 | | $ 30.00 |
|---|---|---|---|---|
| RETURN SUBPOENA | | | | |

| 05-08-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| WARRANT OF ARREST OF MATERIAL WITNESS | | | | |

| 05-08-2001 | [ CTFREE ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| LINDA MORRISSEY: DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY JACK GORDAN & ERIC STALL. STATE BY TIM HARRIS, CLIFF SMITH & BILL MUSSEMAN. COURT REPORTER: GARY WOODSON. USE OF VISUAL IN VOIR DIRE PREVIOUSLY RULED ON. MECHANIC OF VOIR DIRE GRANTED. REQUEST FOR DEFENDANT TO VOIR DIRE FIRST DENIED EXCEPTION GIVEN. | | | | |

| 05-09-2001 | [ RTSUB$ ] | HANSON, JOHN FITZGERALD 👤 | | $ 30.00 |
|---|---|---|---|---|
| RETURN SUBPOENA | | | | |

| 05-14-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| NOTICE OF INTENT TO USE PREVIOUS TESTIMONY OF UNAVAILBLE WITNESS | | | | |

| 05-22-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| MOTION TO DISMISS "GREAT RISK OF DEATH TO MORE THAN ONE PERSON" AGGRAVATING CIRCUMSTANCES FOR LACK OF SUFFICIENT EVIDENCE | | | | |

| 05-22-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| MOTION TO DISMISS THE "CONTINUING THREAT" AGGRAVATOR FOR LACK OF SUFFICIENT EVIDENCE | | | | |

| 05-22-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| MOTION TO STRIKE THE BILL OF PARTICULARS | | | | |

| 05-24-2001 | [ RTSUB$ ] | HANSON, JOHN FITZGERALD 👤 | | $ 30.00 |
|---|---|---|---|---|
| RETURN SUBPOENA | | | | |

| 06-05-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| DEFENDANT JOHN FITZGERALD HANSON'S PROPOSED JURY INSTRUCTIONS | | | | |

| 06-05-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|
| DEFENDANT JOHN FITZGERALD HANSON'S PROPOSED JURY INSTRUCTIONS | | | | |

| 06-08-2001 | [ DISPFELONY ] | HANSON, JOHN FITZGERALD 👤 | #2 | |
|---|---|---|---|---|

| 06-08-2001 | [ PFE7 ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 3.00 |
|---|---|---|---|---|
| LAW LIBRARY FEE | | | | |

| 06-08-2001 | [ AFIS ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 2.94 |
|---|---|---|---|---|
| C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS | | | | |

| 06-08-2001 | [ CLEET ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 6.92 |
|---|---|---|---|---|
| C.L.E.E.T. PENALTY ASSESSMENT | | | | |

ATTACHMENT 7

| 06-08-2001 | [ SSF ] | HANSON, JOHN FITZGERALD | #2 | $ 5.00 |
|---|---|---|---|---|

SHERIFF'S SERVICE FEE ON ARRESTS

| 06-08-2001 | [ COSTF ] | HANSON, JOHN FITZGERALD | #2 | $ 95.00 |
|---|---|---|---|---|

COURT COSTS ON FELONY

| 06-08-2001 | [ AFISA ] | HANSON, JOHN FITZGERALD | #2 | $ 0.06 |
|---|---|---|---|---|

AFIS ADMINISTRATIVE FEE

| 06-08-2001 | [ CLEETA ] | HANSON, JOHN FITZGERALD | #2 | $ 0.08 |
|---|---|---|---|---|

CLEET ADMINISTRATIVE FEE

| 06-08-2001 | [ FINE ] | HANSON, JOHN FITZGERALD | #2 | $ 10,000.00 |
|---|---|---|---|---|

FINES PAYABLE TO COUNTY

| 06-08-2001 | [ VCA ] | HANSON, JOHN FITZGERALD | #2 | $ 250.00 |
|---|---|---|---|---|

VICTIMS COMPENSATION ASSESSMENT (AC12)

| 06-08-2001 | [ DISPFELONY ] | HANSON, JOHN FITZGERALD | #1 | |
|---|---|---|---|---|

LINDA MORRISSEY: DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY JACK GORDON. STATE BY TIM HARRIS, CLIFF SMITH & BILL MUSSEMAN. COURT REPORTER: GARY WOODSON. CASE CALLED FOR SENTENCING. JURY TRIAL HELD. DEFENDANT PREVIOUSLY FOUND GUILTY. COUNT 1 DEATH PLUS COSTS. COUNT 2 LIFE WITHOUT PAROLE FINED $10,000.00/COSTS, $250.00 VCA. EXECUTION SET FOR 8-14-2001. DEFENDANT ADVISED OF APPEAL RIGHTS, COMMITMENT FOR PUNISHMENT ISSUED. JUDGMENT AND SENTENCE ISSUED. RULE 8 HEARING SIGNED. DEFENDANT REQUESTS TO WAIT 10 DAYS IN THE TULSA COUNTY JAIL.

| 06-08-2001 | [ PFE7 ] | HANSON, JOHN FITZGERALD | #1 | $ 3.00 |
|---|---|---|---|---|

LAW LIBRARY FEE

| 06-08-2001 | [ AFIS ] | HANSON, JOHN FITZGERALD | #1 | $ 2.94 |
|---|---|---|---|---|

C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS

| 06-08-2001 | [ CLEET ] | HANSON, JOHN FITZGERALD | #1 | $ 6.92 |
|---|---|---|---|---|

C.L.E.E.T. PENALTY ASSESSMENT

| 06-08-2001 | SSF | HANSON, JOHN FITZGERALD | #1 | $ 5.00 |
|---|---|---|---|---|

SHERIFF'S SERVICE FEE ON ARRESTS

| 06-08-2001 | [ COSTF ] | HANSON, JOHN FITZGERALD | #1 | $ 95.00 |
|---|---|---|---|---|

COURT COSTS ON FELONY

| 06-08-2001 | [ AFISA ] | HANSON, JOHN FITZGERALD | #1 | $ 0.06 |
|---|---|---|---|---|

AFIS ADMINISTRATIVE FEE

| 06-08-2001 | [ CLEETA ] | HANSON, JOHN FITZGERALD | #1 | $ 0.08 |
|---|---|---|---|---|

CLEET ADMINISTRATIVE FEE

| 06-08-2001 | [ NOAPP ] | HANSON, JOHN FITZGERALD | | |
|---|---|---|---|---|

NOTICE OF INTENT TO APPEAL ORDER DETERMINING INDIGENCY, APPELLATE COUNSEL, PREPARATION OF APPEAL RECORD, AND GRANTING TRIAL COUNSEL'S MOTION TO WITHDRAW; COURT REPORTER'S ACKNOWLEDGEMENT; AND NOTIFICATION OF APPROPRIATE APPELLATE COUNSEL, IF APPOINTED.

| 06-08-2001 | [ COSTF ] | HANSON, JOHN FITZGERALD | #2 | $ 95.00 |
|---|---|---|---|---|

COURT COSTS ON FELONY

| 06-08-2001 | [ SSF ] | HANSON, JOHN FITZGERALD | #2 | $ 5.00 |
|---|---|---|---|---|

SHERIFF'S SERVICE FEE ON ARRESTS

ATTACHMENT 7

| 06-08-2001 | [ CLEET ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 3.92 |
|---|---|---|---|---|

CLEET PENALTY ASSESSMENT

| 06-08-2001 | [ PFE7 ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 3.00 |
|---|---|---|---|---|

LAW LIBRARY FEE

| 06-08-2001 | [ AFIS ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 2.94 |
|---|---|---|---|---|

CLEET PENALTY ASSESSMENT FOR AFIS

| 06-08-2001 | [ CLEETA ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 0.08 |
|---|---|---|---|---|

CLEET ADMINISTRATIVE FEE

| 06-08-2001 | [ AFISA ] | HANSON, JOHN FITZGERALD 👤 | #2 | $ 0.06 |
|---|---|---|---|---|

AFIS ADMINISTRATIVE FEE

| 06-12-2001 | [ RULE8 ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

ORDER OF THE COURT - RULE 8 HEARING

| 06-12-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

STATEMENT OF THE CASE AND INSTRUCTIONS OF THE COURT

| 06-19-2001 | [ NOAPP ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

NOTICE OF INTENT TO APPEAL AMENDED: ORDER DETERMINING INDIGENCY,APPLELLATE COUNSEL, PREPARATION OF APPEAL RECORD, AND GRANTING TRIAL COUNSEL=S MOTION TO WITHDRAW; COURT REPORTER'S ACKNOWLEDGEMENT; AND NOTIFICATION OF APPROPRIATE APPELLATE COUNSEL, IF APPOINTED.

| 06-19-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

APPLICATION FOR STAY OF EXECUTION MICRO 07-02-01

| 06-20-2001 | [ CAP ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

CERTIFICATE OF APPEAL - #F-2001-00717

| 06-22-2001 | [ TEXT ] | | | |
|---|---|---|---|---|

FILE DEATH WARRANT - CERTIFIED COPIES TO: GOVERNOR FRANK KEATING, DEPARTMENT OF CORRECTIONS, AND COURT OF CRIMINAL APPEALS
FILE JUDGMENT & SENTENCE - COUNT 1 - DEATH PENALTY
FILE JUDGMENT & SENTENCE - COUNT 2 - LIFE WITHOUT PAROLE
FILE REPORT OF THE TRIAL JUDGE - CERTIFIED COPIES TO: GOVERNOR FRANK KEATING AND COURT OF CRIMINAL APPEALS

| 07-03-2001 | [ RETCP ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

RETURN COMMITMENT FOR PUNISHMENT

| 07-05-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

| 07-05-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

SUPPLEMENTAL COURT REPORTERS ACKNOWLEDGEMENT

| 07-09-2001 | [ RTSUB ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

RETURN SUBPOENA

| 07-10-2001 | [ TEXT ] | HANSON, JOHN FITZGERALD 👤 | | |
|---|---|---|---|---|

SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

ATTACHMENT 7

**07-11-2001  [ TEXT ]**                                      HANSON, JOHN FITZGERALD 👤

TWO COPIES OF THE FOLLOWING TRANSCRIPTS HAVE BEEN FILED:
1) PROCEEDINGS (VOL I) DECEMBER 16 AND 17, 1999
2) PROCEEDINGS (VOL II) DECEMBER 16, 17, 1999

**07-23-2001  [ CTPASS ]**                                    MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER.
STATE REPRESENTED BY BILL MUSSEMAN. REVIEW PASSED TO 7-30-2001 AT 1:30 P.M. . BOND TO REMAIN;

**07-25-2001  [ TEXT ]**                                      HANSON, JOHN FITZGERALD 👤

FILE CERTIFIED COPY OF REPORT OF TRIAL JUDGE, RECEIVED FROM COURT OF CRIMINAL APPEALS.
ORIGINAL NOT IN FILE, NOT ON MICROFILM.

**07-25-2001  [ O ]**                                         HANSON, JOHN FITZGERALD 👤

ORDER STAYING EXECUTION (COPY TO JUDGE MORRISSEY & DA) ****REMICRO 10-30-01****

**07-30-2001  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT NOT PRESENT, REPRESENTED BY PUBLIC DEFENDER SID CONWAY.
STATE BY CLIFF SMITH, BILL MUSSEMAN, TIM HARRIS. COURT REPORTER: GARY WOODSON. DEFENDANTS
APPEARANCE WAIVED. JURY TRIAL SET FOR 11-5-2001 AT 1:30 P.M. MUTUAL DISCOVERY 9-28-2001. ALLEN
HEARING 10-22-2001 AT 1:30 P.M. BOND TO REMAIN.

**09-25-2001  [ NOF ]**                                       HANSON, JOHN FITZGERALD 👤

NOTICE OF FILING

ATTACHMENT 7

**09-25-2001  [ T&3 ]**                                        HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPT & 3 COPIES OF THE FOLLOWING HAVE BEEN FILED IN OUR OFFICE:

1) PROCEEDINGS APRIL 3, 2000
2) MOTION HEARING NOVEMBER 28, 2000
3) MOTION HEARING NOVEMBER 29, 2000
4) JURY TRIAL (VOL I) MAY 7, 2001
5) JURY TRIAL (VOL II) MAY 8, 2001
6) JURY TRIAL (VOL III) MAY 9, 2001
7) JURY TRIAL (VOL IV) MAY 10, 2001
8) JURY TRIAL (VOL V) MAY 11, 2001
9) JURY TRIAL (VOL VI) MAY 14, 2001
10) JURY TRIAL (VOL VII) MAY 15, 2001
11) JURY TRIAL (VOL VIII) MAY 16, 2001
12) JURY TRAIL (VOL IX) MAY 17, 2001
13) JURY TRIAL (VOL X) MAY 18, 2001
14) JURY TRIAL (VOL XI) MAY 21, 2001
15) JURY TRIAL (VOL XII) MAY 22, 2001
16) JURY TRIAL (VOL XIII) MAY 23, 2001
17) SENTENCING JUNE 8, 2001

ORIGINAL AND 3 SETS OF STATE'S EXHIBITS 1-11, 13 AND 14 (PHOTOPGRAPHS), 15 (CELL PHONE), 16 (FLIP PART OF CELL PHONE), 17 AND 18 (PROJECTILES), 19-22 (PHOTOGRAPHS), 23 (METAL ADDRESS BOOK), 24 (PROJECTILE), 25 AND 26 (PHOTOGRAPHS), 27 (CASING), 31, 33-38 (PHOTOGRAPHS), 39 (MOTEL REGISTRATION CARD), 40 AND 41 (PHOTOCOPY OF FINGERPRINT), 42-48, 51 (PHOTOGRAPHS), 52 AND 53 (GUN), 54, 54 (PHOTOGRAPHS), 56-58 (ID CARDS), 59 (SOCIAL SECURITY CARD), 60 (BIRTH CERTIFICATE), 61 (LIVE ROUNDS OF AMMUNITION), 62 (DUCT TAPE), 63 (SACKS), 64 (ROUNDS OF AMMUNITION), 65 (MAGAZINE WITH ROUNDS OF AMMUNITION), 68 AND 69 (SEAT BELTS) 70-72 (PHOTOGRAPHS), 73-75 (FINGERPRINTS), 77 AND 78 (CASSETTE TAPE), 79 (X-RAY OF JERALD THURMAN), 80-83 (JUDGMENTS AND SENTENCES), 86, 88-90 (PHOTOGRAPHS), DEFENDANT'S EXHIBITS 1 (DOCUMENT ENTITLED "DEATH PENALTY CASE"), 2 (DOCUMENT ENTITLED ("JUROR'S BILL OF RIGHTS"), 3 (DOCUMENT ENTITLED "AGGRAVATING CIRCUMSTANCES/MITIGATING CIRCUMSTANCES") AND 2 NOTES FROM THE JURY

---
**09-26-2001  [ TEXT ]**                                        HANSON, JOHN FITZGERALD 👤

APPLICATION TO INSPECT AND PHOTOGRAPH TRIAL EXHIBITS (BOTH DEFENDANTS

---
**10-15-2001  [ PYREQ ]**                              HANSON, JOHN FITZGERALD 👤      $ 56.00

PAYMENT REQUEST - TRANSCRIPTS VOUCHER #99123

---
**10-16-2001  [ RTSUB ]**                                        HANSON, JOHN FITZGERALD 👤

RETURN SUBPOENA (BOTH DEF.)

---
**10-22-2001  [ AWITO ]**                                        MILLER, VICTOR CORNELL 👤

APPLICATION TO ENDORSE WITNESS ON INFORMATION & ORDER

---
**10-22-2001  [ O ]**                                        MILLER, VICTOR CORNELL 👤

ORDER

---
**10-22-2001  [ TEXT ]**                                        MILLER, VICTOR CORNELL 👤

STATE'S SUPPLEMENTAL DISCOVERY NOTICE

ATTACHMENT 7

**10-22-2001  [ NO ]**                               MILLER, VICTOR CORNELL 👤

NOTICE OF STATE'S INTENT TO USE DNA EVIDENCE

---

**10-22-2001  [ RTSBN ]**                            MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE)

---

**10-22-2001  [ CTPASS ]**                           MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER SID
CONWAY & PETE SILVA. STATE REPRESENTED BY CLIFF SMITH. ALLEN HEARING PASSED TO 10-25-2001 AT
9:00 A.M. ORDER TO ENDORSE WITNESS SIGNED. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

---

**10-23-2001  [ RTSUB ]**                            MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (VERA WHITEHILL)

---

**10-24-2001  [ CTFREE ]**                           MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: WRIT OF HABEAS CORPUS AD TESTIFICANDUM SIGNED.

---

**10-24-2001  [ TEXT ]**                             HANSON, JOHN FITZGERALD 👤

TALKED WITH LEE ANNE AT OIDS (CAPITAL) AND SHE SAYS THEY HAVE DUPLICATE COPIES OF
TRANSCRIPTS OF PROCEEDINGS (VOLS I AND II) DECEMBER 16-17, 1999

---

**10-24-2001  [ MOLIM ]**                            MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE REGARDING ADMISSION OF HANSON STATEMENT OF FACTS

---

**10-25-2001  [ CTPASS ]**                           MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY SID CONWAY & PETE
SILVA. STATE REPRESENTED BY CLIFF SMITH & BILL MUSSEMAN. ALLEN HEARING PASSED TO 10-29-2001
AT 1:30 P.M.. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

---

**10-26-2001  [ O ]**                                MILLER, VICTOR CORNELL 👤

ORDER

---

**10-26-2001  [ PYREQ ]**            HANSON, JOHN FITZGERALD 👤            $ 5,342.50

PAYMENT REQUEST - TRANSCRIPTS VOUCHER # 99183

---

**10-26-2001  [ WHCT ]**                             MILLER, VICTOR CORNELL 👤

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**10-26-2001  [ WHCT ]**                             MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**10-26-2001  [ TEXT ]**                             MILLER, VICTOR CORNELL 👤

APPLICATION TO ENDORSE WITNESS ON INFORMATION

---

**10-26-2001  [ TEXT ]**                             MILLER, VICTOR CORNELL 👤

STATES SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE EVIDENCE OF OTHER BAD ACTS

---

**10-26-2001  [ TEXT ]**                             MILLER, VICTOR CORNELL 👤

RESPONSE TO STATES REQUEST TO INTRODUCE HEARSAY STATEWMENTS OF RASHAD BARNES

---

**10-26-2001  [ CTFREE ]**                           MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: ORDER TO ENDORSE WITNESS SIGNED

---

**10-29-2001  [ MOCON ]**                            MILLER, VICTOR CORNELL 👤

MOTION FOR CONTINUANCE AND AFD

---

ATTACHMENT 7

**10-29-2001  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY PUBLIC DEFENDER SID CONWAY & PETE SILVA. STATE BY CLIFF SMITH & BILL MUSSEMAN. COURT REPORTER: GARY WOODSON. DEFENDANTS MOTION DENIED. JURY TRIAL PASSED TO 1-7-2002 AT 1:30 P.M. DEFENDANT RECOGNIZED BACK

**10-30-2001  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: JURY TRIAL RESET FOR 4-2-2002 AT 9:30 A.M. STATE BY BILL MUSSEMAN.

**11-08-2001  [ NNCRA ]**                                    HANSON, JOHN FITZGERALD 👤

NOTICE OF NON-COMPLETION - RECORD ON APPEAL (TRANSCRIPTS OF THE FOLLOWING HAVE NOT BEEN FILED: 1) ARRAIGNMENT OCTOBER 19, 1999 - NO COURT REPORTER PRESENT, 2) HEARING DECEMBER 27, 1999 - NO COURT REPORTER PRESENT, 3) HEARING MARCH 27, 2000 - NO COURT REPORTER PRESENT, 4) HEARING AUGUST 3, 2000 - NO COURT REPORTER PRESENT, 5) HEARING SEPTEMBER 28, 2000 - NO COURT REPORTER PRESENT AND 6) HEARING OCTOBER 30, 2000 - NO COURT REPORTER PRESENT) COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND OKLAHOMA INDIGENT DEFENSE SYSTEM

**11-09-2001  [ RTSUB ]**                                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA

**12-28-2001  [ ADISC ]**

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY (BOTH DEFENDANT'S)

**01-11-2002  [ RQCCA ]**

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

ATTACHMENT 7

APPEAL RECORDS (3 EACH OF VOLS I-III), ORIGINAL TRANSCRIPT AND 2 COPIES OF THE FOLLOWING
TRANSMITTED TO COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL:

1) PROCEEDINGS (VOL I) DECEMBER 16 AND 17, 1999
2) PROCEEDINGS (VOL II) DECEMBER 16 AND 17, 1999
3) PROCEEDINGS APRIL 3, 2000
4) MOTION HEARING NOVEMBER 28, 2000
5) MOTION HEARING NOVEMBER 29, 2000
6) JURY TRIAL (VOL I) MAY 7, 2001************ALL IN BOX 1***********

7) JURY TRIAL (VOL II) MAY 8, 2001
8) JURY TRIAL (VOL III) MAY 9, 2001
9) JURY TRIAL (VOL IV) MAY 10, 2001
10) JURY TRIAL (VOL V) MAY 11, 2001
11) JURY TRIAL (VOL VI) MAY 14, 2001
12) JURY TRIAL (VOL VII) MAY 15, 2001
13) JURY TRIAL (VOL VIII) MAY 16, 2001************BOX 2************

14) JURY TRIAL (VOL IX) MAY 17, 2001
15) JURY TRIAL (VOL X) MAY 18, 2001
16) JURY TRIAL (VOL XI) MAY 21, 2001
17) JURY TRIAL (VOL XII) MAY 22, 2001
18) JURY TRIAL (VOL XIII) MAY 23, 2001
19) SENTENCING JUNE 8, 2001

ORIGINAL AND 2 SETS OF STATE'S EXHIBITS 1-11, 13-29, 31, 33-48, 51-65, 68-75, 77-83, 86, 88-90,
DEFENDANT'S EXHIBITS 1-3 AND TWO NOTES FROM THE JURY IN SEALED, MANILA ENVELOPES********BOX
3**********

ATTACHMENT 7

| 01-11-2002 **[ TEXT ]** | HANSON, JOHN FITZGERALD 👤 |
| --- | --- |

APPEAL RECORD (1 EACH OF VOLS I-III) AND COPY OF THE FOLLOWING TRANSCRIPTS TRANSMITTED TO OIDS BY CERTIFIED MAIL:

1) PROCEEDINGS APRIL 3, 2000
2) MOTION HEARING NOVEMBER 28, 2000
3) MOTION HEARING NOVEMBER 29, 2000
4) JURY TRIAL (VOL I) MAY 7, 2001
5) JURY TRIAL (VOL II) MAY 8, 2001
6) JURY TRIAL (VOL III) MAY 9, 2001
7) JURY TRIAL (VOL IV) MAY 10, 2001
8) JURY TRIAL (VOL V) MAY 11, 2001
9) JURY TRIAL (VOL VI) MAY 14, 2001
10) JURY TRIAL (VOL VII) MAY 15, 2001
11) JURY TRIAL (VOL VIII) MAY 16, 2001
12) JURY TRIAL (VOL IX) MAY 17, 2001
13) JURY TRIAL (VOL X) MAY 18, 2001
14) JURY TRIAL (VOL XI) MAY 21, 2001
15) JURY TRIAL (VOL XII) MAY 22, 2001
16) JURY TRIAL (VOL XIII) MAY 23, 2001
17) SENTENCING JUNE 8, 2001

COPY OF STATE'S EXHIBITS 1-11, 13-29, 31, 33-48, 51-65, 68-75, 77-83, 86, 88-90, DEFENDANT'S EXHIBITS 1-3 AND TWO NOTES FROM THE JURY IN SEALED, MANILA ENVELOPE

| 01-11-2002 **[ O ]** | HANSON, JOHN FITZGERALD 👤 | |
| --- | --- | --- |

ORDER DIRECTING CLERK OF THIS COURT TO ISSUE NOTICE TO TRANSMIT APPEAL RECORD (COPY TO DA & JUDGE MORRISSEY)

| 01-14-2002 **[ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 24.05 |
| --- | --- | --- |

RECEIPT FOR CERTIFIED MAIL

| 01-14-2002 **[ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 27.25 |
| --- | --- | --- |

RECEIPT FOR CERTIFIED MAIL

| 01-14-2002 **[ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 19.25 |
| --- | --- | --- |

RECEIPT FOR CERTIFIED MAIL

| 01-14-2002 **[ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 30.85 |
| --- | --- | --- |

RECEIPT FOR CERTIFIED MAIL

| 01-14-2002 **[ ABST ]** | #1 |
| --- | --- |

ABSTRACT SENT TO D.P.S.

| 01-22-2002 **[ RETCM ]** | HANSON, JOHN FITZGERALD 👤 |
| --- | --- |

RETURN RECEIPT CERT. MAIL DELIVERED TO JAMES PATTERSON/COURT OF CRIMINAL APPEALS 1/18/02

| 01-22-2002 **[ RETCM ]** | HANSON, JOHN FITZGERALD 👤 |
| --- | --- |

RETURN RECEIPT CERT. MAIL DELIVERED TO JAMES PATTERSON/COURT OF CRIMINAL APPEALS 1/18/02

| 01-23-2002 **[ RETCM ]** | HANSON, JOHN FITZGERALD 👤 |
| --- | --- |

RETURN RECEIPT CERT. MAIL DELIVERED TO JAMES PATTERSON/COURT OF CRIMINAL APPEALS 1/18/02

| 01-23-2002 **[ RETCM ]** | HANSON, JOHN FITZGERALD 👤 |
| --- | --- |

RETURN RECEIPT CERT. MAIL DELIVERED TO OIDS 1/22/02

ATTACHMENT 7

**01-28-2002  [ RECP ]**                                    HANSON, JOHN FITZGERALD 👤

RECEIPT FOR APPEAL RECORD

---

**03-13-2002  [ RTSUB ]**                                   MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA/RASHAD ALE BARNES

---

**03-15-2002  [ RTSUB ]**                                   MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA/RASHAD ALI BARNES

---

**03-18-2002  [ CTFREE ]**                                  MILLER, VICTOR CORNELL 👤

PETERSON, DAVID FOR MORRISSEY, LINDA: GRANTED - ORDER - TO PREPARE TRANSCRIPTS.

---

**03-18-2002  [ CTFREE ]**

PETERSON, DAVID FOR MORRISSEY, LINDA: GRANTED - WRIT OF HABEAS CORPUS AD TESTIFICANDUM - SIGNED AT 11:17A.M. ON THE 18TH DAY OF MARCH, 2002.

---

**03-18-2002  [ PWHCT ]**                                   MILLER, VICTOR CORNELL 👤

PETITION - WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**03-18-2002  [ WHCT ]**                                    MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**03-18-2002  [ O ]**                                       MILLER, VICTOR CORNELL 👤

ORDER

---

**03-21-2002  [ T&2 ]**                                     MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT & 2 COPIES OF CROSS-EXAMINATION OF RASHAD ALI BARNES MARCH 15, 2002 (COPY TO PD AND DA)

---

**03-22-2002  [ RTSUB ]**                                   MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA/JOHNNY NOE

---

**03-25-2002  [ ADISC ]**                                   MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

---

**04-02-2002  [ RTSUB ]**                                   MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA/GREG MALONE

---

**04-02-2002  [ MOQ&S ]**                                   MILLER, VICTOR CORNELL 👤

MOTION TO QUASH AND SUPPRESS

---

**04-02-2002  [ MOLIM ]**                                   MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE

---

**04-02-2002  [ MOLIM ]**                                   MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE

---

**04-02-2002  [ MOLIM ]**                                   MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE

---

ATTACHMENT 7

**04-02-2002  [ CTFREE ]**                                         MILLER, VICTOR CORNELL 👤

LINDA MORRISSEY: CASE CALLED, BOTH SIDES PRESENT AND ANNOUNCE READY FOR TRIAL. THE STATE OF OKLAHOMA PRESENT AND REPRESENTED BY STEVE SWEWLL, BILL MUSSEMAN AND MARNY HILL. DEFENDANT PRESENT IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER PETE SILVA AND SID CONWAY. COURT REPORTER: GARY WOODSON. THE JURORS ARE CALLED AND SWORN AS TO QUALIFICATIONS. THE JURY IS IMPANELLED AND EXAMINED FOR CAUSE. THE FOLLOWING JURORS ARE EXCUSED FOR CAUSE: CINDY TOWNSEND, KURT KECK, JEREMY THOMAS, PAUL DREW JR, STEPHEN KAUBLE III, GARY GRIGGS, RITA GUFFEY, RYAN MCCALLUM KATHY MCCLURE, LARRY WISELEY, DANH DO, VAUGHN MILLER, JOHN BRENNAN, JOHN BARR, JERRY BONUS, ROSS CAMP, TERRI BOYD, JERRY SMITH, LISA CONGLETON, J. WORTHAM JR., TERESA LOWE, SHAWN MARCUM, HOWARD MORGAN, ERNIE FLEMING, BRYAN DRAKE, JORGE HALSTEAD, MARY KEITHLINE, CHERY ROSENBERGER, DANIEL BURKEY. THE JURORS ARE ACCEPTED FOR CAUSE. STATE PEREMPTORY CHALLENGES: 1. SON ROCKSTROH 2. ROBERT LIESER JR. 3. PHILLIP LEITHNER 4. JOEY PEREZ 5. ROSEMARY WILLIAM 6. ANTHONY FERRIER 7. IRMA FIERRO 8. ANNA JUNK 9. JEAN LEDBETTER. DEFENDANT PEREMPTORY CHALLENGES: 1. RECTOR GOTCHER 2. ROBERT NICKLE 3. DYAN KRANTZ 4. CHRISTIAN BROOKER 5. WILLIAM FISHER 6. CLARANELL ACUNA 7. CECIL COX 8. EDWARD RASCHEN 9. SANDRA FORESTER. THE FOLLOWING JURORS ARE ACCEPTED AND SWORN TO TRY THE CAUSE. 1. ANNA GORMAN 2. KAMORA LOPEZ 3. JAMES LAWBAUGH JR. 4. BILLY HOLLOMON 5. VICKIE RENK 6.DENNIS BLOYED 7. PAMELA DUNLAP 8. ADAM BLACKBURN 9. FRANCES BURNS 10. BRADLEY EATON 11. DEBOREA BAKER 12. DAVID HAINES ALTERNATE CYNTHIA WOODARD AND PAUL HOPKINS. OPENING STATEMENTS ARE MADE, THIRTY-FIVE (35) WITNESSES SWORN. RULE WAS INVOKED. STATE PRESENTES EVIDENCE AND RESTS. DEFENDANT DEMURS AND DEMURRER IS OVERRULED. DEFENDANT PRESENTS EVIDENCE AND REST. DEFENDANT MOVES FOR DIRECTED VERDICT AND IS OVERRULED. BOTH SIDES REST. THE JURY IS INSTRUCTED AS TO THE LAW. CLOSING ARGUMENTS ARE MADE. AT 2:55 P.M. 4-16-2002, THE BAILIFF AND THE JURY RETIRE FOR DELIBERATION. AT 8:00 P.M. 4-16-2002, JURY RETURNS INTO OPEN COURT WITH THEIR VERDICT, WHICH IS READ IN OPEN COURT, ORDERED RECORDED AND FILED, AND IS, TO WIT: "WE, THE JURY IMPANELED AND SWORN IN THE ABOVE ENTITLED CAUSE, DO UPON OUR OATHS FIND THE DEFENDANT GUILTY AS CHARGED IN THE INFORMATION HEREIN COUNT 1 MURDER FIRST DEGREE COUNT 2 MURDER FIRST DEGREE JURORS CONCURRING, SIGNED B. J. HOLLOMON, FOREMAN. JURY RECOGNIZED BACK TO 4-17-2002 AT 9:00 A.M. FOR SECOND STAGE OF TRIAL. TEN (10) WITNESSES SWORN. RULE WAS INVOKED. STATE PRESENTS EVIDENCE AND RESTS. DEFENDANT PRESENTS EVIDENCE AND RESTS. BOTH SIDES REST. THE JURY IS INSTRUCTED AS TO THE LAW. CLOSING ARGUMENTS ARE MADE. AT 6:00 P.M., THE BAILIFF AND THE JURY RETIRE FOR DELIBERATION. AT 6:00 P.M. 4-19-2002, JURY RETURNS INTO OPEN COURT WITH THE VERDICT, WHICH IS COUNT 1 MURDER IN THE FIRST DEGREE FIX HIS PUNISHMENT AT LIFE IN THE STATE PENITENTIARY WITHOUT THE POSSIBILITY OF PAROLE COUNT 2 MURDER IN THE FIRST DEGREE FIX HIS PUNISHMENT AT DEATH. JURORS CONCURRING, SIGNED B. J. HOLLOMON, FOREMAN. JURY DISCHARGED. DEFENDANT TO BE HELD WITHOUT BOND COMMITMENT ISSUED. FORMAL SENTENCING SET FOR 6-17-2002 AT 10:00 A.M.

**04-02-2002  [ CTFREE ]**                                         MILLER, VICTOR CORNELL 👤

WITNESS SWON IN THE ABOVE MINUTE WERE: WITNESSES SWORN: DAVID LEAVELL, AUDREY TUCKER, BEVERLY FARRELL, LUCILLE NEVILLE, JIM MOSEBY, ANNA BLAZER (TESTIMONY READ) PHYLLIS MILLER, JEFFREY FELTON, SUNDEEP PATEL, RASHAD BARNES, TIM HAYHURST, STEPHEN NORTON, JOHN HARRIS, RONALD JONES, BRANDI WILSON, BOBBIE FILAK, PHULLIS MILLER, MARK ROBINSON, WILLIAM PARRISH, CHAD FARMER, DONTREAT, DOUG NOORDYKE, MARGARET LOVEALL, MICHAEL NANCE, JIMMY SMITH, BOB HICKEY, MARY ANZALONE, DENNIS FULLER, ROBERT YERTON, CLYDE SNOW, BICTOR MILLER, ALTON WHITLE, JR., GREGORY MALONE, JOHNY NOE, BETTYE BRIMMER, SARA MOONEY, BERTY THURMAN, TRISH HAMPTON, SHERRY THURMAN, JAKE THURMAN, DIANNE MOSEBY, MARK CUNNINGHAM, MARSHA WILLIAMS, MARK CUNNINGHAM, SONJA DEBOSE.

ATTACHMENT 7

**04-03-2002  [ RTSUB ]**                                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA/RASHAD BARNES

---

**04-04-2002  [ TEXT ]**                                     MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE

---

**04-09-2002  [ AFD ]**                                      MILLER, VICTOR CORNELL 👤

AFFIDAVIT

---

**04-09-2002  [ PYREQ ]**                                    MILLER, VICTOR CORNELL 👤        $ 170.50

PAYMENT REQUEST - TRANSCRIPTS VOUCHER#104881

---

**04-16-2002  [ RTSUB ]**

RETURN SUBPOENA/BETTY BRIMMER

---

**04-17-2002  [ MO ]**                                       MILLER, VICTOR CORNELL 👤

MOTION FOR "BREWER" HEARING RE PRIOR CONVICTION INVOLVING VIOLENCE AND CONTINUING
THREAT AGGRAVATING CIRCUMSTANCES

---

**04-17-2002  [ MOLIM ]**                                    MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE

---

**04-17-2002  [ MOD ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO DISMISS AGGRAVATING CIRCUMSTANCE OF RISK OF DEATH TO TWO OR MORE PERSONS

---

**04-17-2002  [ MOD ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO DISMISS AGGRAVATING CIRCUMSTANCE THAT DEFENDANT COMMITTED MURDER TO AVOID
ARREST OR PROSECUTION

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED VERDICT FORM

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ DEFT ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED INSTRUCTION NO.

---

**04-17-2002  [ MO ]**                                       MILLER, VICTOR CORNELL 👤

MOTION TO STRIKE AGGRAVATING CIRCUMSTANCES AS VAGUE AND OVERBROAD

---

**04-17-2002  [ MO ]**                                       MILLER, VICTOR CORNELL 👤

MOTION TO STRIKE "CONTINUING THREAT" AGGRAVATING CIRCUMSTANCE AS UNCONSTITUTIONALLY
VAGUE

ATTACHMENT 7

| | | |
|---|---|---|
| 04-17-2002  **[ MO ]** | MILLER, VICTOR CORNELL 👤 | |
| MOTION TO STRIKE DUPLICATING AGGRAVATING CIRCUMSTANCES | | |

| | |
|---|---|
| 04-17-2002  **[ DEFT ]** | MILLER, VICTOR CORNELL 👤 |
| DEFENDANT'S OBJECTION TO STANDARD JURY INSTRUCTIONS RE: EVALUATION OF MITIGATING EVIDENCE | |

| | |
|---|---|
| 04-17-2002  **[ MO ]** | MILLER, VICTOR CORNELL 👤 |
| MOTION TO PRECLUDE VICTIM IMPACT EVIDENCE | |

| | |
|---|---|
| 04-17-2002  **[ OBJ ]** | MILLER, VICTOR CORNELL 👤 |
| OBJECTIONS TO VICTIM IMPACT STATEMENTS | |

| | |
|---|---|
| 04-17-2002  **[ OBJ ]** | MILLER, VICTOR CORNELL 👤 |
| OBJECTION TO STANDARD VERDICT FORM | |

| | |
|---|---|
| 04-17-2002  **[ DEFT ]** | MILLER, VICTOR CORNELL 👤 |
| DEFENDANT'S OBJECTION TO VERDICT FORM RE: "CONTINUING THREAT" | |

| | |
|---|---|
| 04-19-2002  **[ MOLIM ]** | MILLER, VICTOR CORNELL 👤 |
| MOTION IN LIMINE | |

| | |
|---|---|
| 04-30-2002  **[ RETRL ]** | |
| RETURN RELEASE MATERIAL WITNESS MICROFILMED 5-3-02 | |

| | |
|---|---|
| 05-21-2002  **[ CAP ]** | HANSON, JOHN FITZGERALD 👤 |
| CERTIFICATE OF APPEAL - #PCD-2002-628 | |

| | |
|---|---|
| 05-22-2002  **[ VERDU ]** | MILLER, VICTOR CORNELL 👤 |
| DEFENDANT'S VERDICT(S) UNSIGNED, # 1-3 | |

| | |
|---|---|
| 05-22-2002  **[ DEFT ]** | MILLER, VICTOR CORNELL 👤 |
| DEFENDANT'S REQUESTED JURY INSTRUCTIONS NOS. 1-37 | |

| | |
|---|---|
| 05-22-2002  **[ AFD ]** | MILLER, VICTOR CORNELL 👤 |
| AFFIDAVIT | |

| | |
|---|---|
| 06-17-2002  **[ MO ]** | MILLER, VICTOR CORNELL 👤 |
| MOTION FOR PROPORTIONALITY REVIEW | |

| | | |
|---|---|---|
| 06-17-2002  **[ NOREQ ]** | MILLER, VICTOR CORNELL 👤 | $ 100.00 |
| NOTICE OF INTENT TO APPEAL; ORDER DETERMINING INDIGENCY, APPELLATE COUNSEL, PREPARATION OF APPEAL RECORD, GRANTING TRIAL COUNSEL'S MOTION TO WITHDRAW; COURT REPORTER ACKNOWLEDGMENT; NOTIFICATION OF APPELLATE COUNSEL IF APPOINTED. | | |

| | |
|---|---|
| 06-19-2002  **[ J&SDP ]** | MILLER, VICTOR CORNELL 👤    **#2** |
| JUDGMENT AND SENTENCE - DEATH PENALTY - CERTIFIED COPY TO COURT OF CRIMINAL APPEALS AND GOVERNOR | |
| | |
| DEATH WARRANT EXECUTION SET 8-19-2002 | |
| CERTIFIED COPY TO COURT OF CRIMINAL APPEALS AND GOVERNOR | |

| | |
|---|---|
| 06-19-2002  **[ RTJ ]** | MILLER, VICTOR CORNELL 👤 |
| REPORT OF TRIAL JUDGE - CERTIFIED COPY TO COURT CRIMINAL APPEALS | |

| | |
|---|---|
| 06-19-2002  **[ RETCP ]** | MILLER, VICTOR CORNELL 👤 |
| RETURN COMMITMENT FOR PUNISHMENT | |

ATTACHMENT 7

| | | |
|---|---|---|
| **06-21-2002  [ RULE8 ]** | MILLER, VICTOR CORNELL 👤 | |
| ORDER OF THE COURT - RULE 8 HEARING | | |
| **06-24-2002  [ IJ ]** | MILLER, VICTOR CORNELL 👤 | |
| INSTRUCTIONS TO JURY | | |
| **06-24-2002  [ TEXT ]** | MILLER, VICTOR CORNELL 👤 | |
| VERDICT FORMS (4 SIGNED) (4 UNSIGNED) | | |
| **06-24-2002  [ J&S ]** | MILLER, VICTOR CORNELL 👤 | #1 |
| JUDGMENT AND SENTENCE | | |
| **06-26-2002  [ MO ]** | MILLER, VICTOR CORNELL 👤 | |
| MOTION FOR PROPORTIONALITY REVIEW | | |
| **06-28-2002  [ NOF ]** | MILLER, VICTOR CORNELL 👤 | |
| NOTICE OF FILING | | |
| **06-28-2002  [ T&3 ]** | MILLER, VICTOR CORNELL 👤 | |

ORIGINAL TRANSCRIPT & 3 COPIES OF THE FOLLOWING FILED:

1) JURY TRIAL (VOL I) APRIL 2, 2002
2) JURY TRIAL (VOL II) APRIL 3, 2002
3) JURY TRIAL (VOL III) APRIL 4, 2002

| | | |
|---|---|---|
| **07-01-2002  [ CAP ]** | MILLER, VICTOR CORNELL 👤 | |
| CERTIFICATE OF APPEAL - #D-2002-782 | | |
| **07-16-2002  [ O ]** | MILLER, VICTOR CORNELL 👤 | |
| ORDER STAYING EXECUTION UNTIL FURTHER NOTICE. (COPY TO JUDGE AND DA) | | |
| **07-30-2002  [ PYREQ ]** | MILLER, VICTOR CORNELL 👤 | $ 1,727.50 |
| PAYMENT REQUEST - TRANSCRIPTS VOUCHER#108565 | | |
| **08-16-2002  [ ABST ]** | | #1 |
| ABSTRACT RE-SENT TO D.P.S. | | |
| **08-16-2002  [ ABST ]** | | #2 |
| ABSTRACT RE-SENT TO D.P.S. | | |
| **10-02-2002  [ EAA ]** | MILLER, VICTOR CORNELL 👤 | |
| ENTRY OF APPEARANCE AND MOTION TO ALLOW THE CAPITAL POST CONVICTION DIVISION OF THE OKLAHOMA INDIGENT DEFENSE SYSTEM TO WITHDRAW FROM FURTHER REPRESENTATION IN THE ABOVE STYLED CASE (COPY TO DA & JUDGE MORRISSEY) | | |
| **10-03-2002  [ CAP ]** | MILLER, VICTOR CORNELL 👤 | |
| CERTIFICATE OF APPEAL - #PCD-2002-1211 | | |
| **11-04-2002  [ CTFREE ]** | HANSON, JOHN FITZGERALD 👤 | |
| LINDA MORRISSEY: AMEND MINUTE OF 11-28-2000 TO SHOW MOTION HEARING HELD ON 11-28-2000 & 11-29-2000. | | |

ATTACHMENT 7

**11-25-2002  [ COPY ]**                                    MILLER, VICTOR CORNELL 👤

COPY OF INDEX OF APPEAL RECORD (4 VOLS EACH OF VOLS I-IV) ORIGINAL TRANSCRIPT AND 1 COPY OF THE FOLLOWING INCLUDED IN APPEAL FOR CO-DEFT HANSON COCA #D-2001-00717:

1) PROCEEDINGS (VOLS I AND II) DECEMBER 16 AND 17, 1999
2) PROCEEDINGS APRIL 3, 2000
3) MOTION HEARING NOVEMBER 28, 2000

ORIGINAL TRANSCRIPT AND 3 COPIES OF THE FOLLOWING INCLUDED IN APPEAL RECORD:

1) JURY TRIAL (VOL I) APRIL 2, 2002
2) JURY TRIAL (VOL II) APRIL 3, 2002
3) JURY TRIAL (VOL III) APRIL 4, 2002

---

**11-25-2002  [ T&3 ]**                                    MILLER, VICTOR CORNELL 👤

2 COPIES OF THE FOLLOWING TRANSCRIPTS FILED (NOT INDEXED BUT INCLUDED IN APPEAL RECORD):

1) PROCEEDINGS APRIL 3, 2000
2) MOTION HEARING NOVEMBER 28, 2000

ORIGINAL TRANSCRIPT & 3 COPIES OF THE FOLLOWING FILED (NOT INDEXED BUT INCLUDED IN APPEAL RECORD):

1) MOTION IN LIMINE OCTOBER 29, 2001
2) JURY TRIAL (VOL IV) APRIL 5, 2002
3) JURY TRIAL (VOL V) APRIL 5 AND 8, 2002
4) JURY TRIAL (VOL VI) APRIL 9, 2002
5) JURY TRIAL (VOL VII) APRIL 10, 2002
6) JURY TRIAL (VOL VIII) APRIL 11, 2002
7) JURY TRIAL (VOL IX) APRIL 12, 2002
8) JURY TRIAL (VOL X) APRIL 15, 2002
9) JURY TRIAL (VOL XI) APRIL 16, 2002
10) JURY TRIAL (VOL XII) APRIL 17, 2002
11) JURY TRIAL (VOL XIII) APRIL 18, 2002
12) JURY TRIAL (VOL XIV) APRIL 19, 2002
13) SENTENCING JUNE 17, 2002

ATTACHMENT 7

**11-25-2002  [ TEXT ]**                                             MILLER, VICTOR CORNELL 👤

ORIGINAL AND 3 SETS OF THE FOLLOWING EXHIBITS IN SEALED, MANILA ENVELOPES:

STATE'S EXHIBITS 1 AND 2 (PHOTO OF FRONT OF BOWLES' VEHICLE), 3 (ENLARGEMENT PHOTO OF BOWLES' VEHICLE), 4 AND 5 (N/A), 6 AND 7 (ENLARGEMENT PHOTO OF DIRT PIT ENTRANCE), 8 (ENLARGEMENT PHOTO OF LEFT GATE OF DIRT PIT ENTRANCE), 9 (PHOTO OF WHERE THURMAN WAS LYING), 10 (PHOTO OF WHERE THURMANS WAS LYING (WITH CELL PHONE)), 11 (PHOTO OF DUMP TRUCK), 12 (N/A), 13 (PHOTO OF BOWLES' LEG AND SHOE), 14 (PHOTO OF WHERE BOWLES' BODY WAS FOUND), 15 (CELL PHONE), 16 (FLIP PART OF CELL PHONE), 17 AND 18 (PROJECTILES), 19-21 (PHOTOS OF ADDRESS BOOK), 22 (ENLARGEMENT PHOTO OF ADDRESS BOOK), 23 (METAL ADDRESS BOOK), 24 (PROJECTILE), 25 (ENLARGEMENT PHOTO OF WHERE BOWLES' BODY WAS FOUND), 26 (ENLARGEMENT PHOTO OF SPEND BULLET IN SHOVELFUL OF DIRT), 27 (CASING), 28 (BULLET), 29 (CASING), 30 (N/A), 31 (PHOTO OF TIRE FO BOWLES' VEHICLE), 32 (N/A), 33 (ENLARGEMENT PHOTO OF BACK SEAT OF BOWLES' VEHICLE), 34 (ENLARGEMENT PHOTO OF SEAT OF BOWLES' VEHICLE), 35 (N/A), 36 (PHOTO OF CAR WINDOW), 37 AND 38 (PHOTO OF OASIS MOTEL), 39 (MOTEL REGISTRATION CARD), 40 AND 41 (PHOTOCOPY OF FINGERPRINTS), 42 (N/A), 43 (PHOTO OF ECONO LODGE), 44 (N/A), 45 (PHOTO OF ECONO LODGE), 46 AND 47 (N/A), 48 (ENLARGEMENT PHOTO OF GUNS), 49 ($665 CASH), 50 (N/A), 51 (ENLARGEMENT PHOTO OF CONTENTS OF TOILET TANK), 52 AND 53 (GUN), 54 (PHOTO OF INTERIOR OF MOTEL ROOM), 55 (PHOTO OF DUFFLE BAG AND CONTENTS), 56-60 (PHOTOGRAPH), 61 (LIVE ROUNDS OF AMMUNITION), 62 (DUCT TAPE), 63 (VARIOUS SACKS), 64 (ROUNDS OF AMMUNITION), 65 (MAGAZINE WITH ROUNDS OF AMMUNITION), 66 AND 67 (N/A), 68 AND 69 (SEAT BELT), 70 (N/A), 71 AND 72 (8 1/2 X11 DIGITAL PHOTO OF FINGERPRINT ON SEALT BELT), 73-75 (PHOTOCOPY OF FINGERPRINTS), 76 (N/A), 77 (CASSETTE TAPE-DEATH ANGEL ACT III), 78 (CASSETTE TAPE-SLIM SHADY), 79 (X-RAY OF JERALD THURMAN), 80-82 (PHOTOGRAPHS), 83-85 (N/A),86 (PHOTO OF BANK ROBBERY), 87 (N/A), 88 (PHOTO OF BANK ROBBERY), 89 AND 90 (N/A), 91 (RECEIPT FOR GUN), 92 AND 93 (PHOTORAPH), 94 (N/A), 95 AND 96 (PHOTOGRAPH), 97 (N/A), 98 AND 99 (PHOTOGRAPH) AND 100-103 (JUDGMENT AND SENTENCE)

**11-25-2002  [ NOF ]**                                             MILLER, VICTOR CORNELL 👤

NOTICE OF FILING

**11-25-2002  [ NOF ]**                                             MILLER, VICTOR CORNELL 👤

NOTICE OF FILING

**11-25-2002  [ TEXT ]**                                             MILLER, VICTOR CORNELL 👤

ORIGINAL AND 3 SETS OF DEFENDANT'S EXHIBITS 1-5 (PHOTOGRAPH), 6 (CUNNINGHAM'S CURRICULUM VITAE), 7 (CAPITAL SENTENCING REPORT), 8 (AFFIDAVIT), 9 (BALER'S CURRICULUM VITAE) AND 10 (CUNNINGHAM'S CURRICULUM VITAE) AND COURT'S EXHIBITS 1 (LETTER FROM DR. SNOW TO DR. ANZALONE), 2 (NOTICE FO INTENT TO PRODUCE VICTIM IMPACT EVIDENCE) AND 3 (ORDER GRANTING POST-CONVICTION RELIEF) ALL EXHIBITS ENCLOSED IN SEALED, MANILA ENVELOPES

**11-26-2002  [ NCRAP ]**                                             MILLER, VICTOR CORNELL 👤

NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL, TCPD, OIDS AND LANITA HENRICKSEN

**12-05-2002  [ RECAP ]**                                             MILLER, VICTOR CORNELL 👤

RECEIP OF APPEAL RECORD

**12-09-2002  [ RQCCA ]**                                             MILLER, VICTOR CORNELL 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

ATTACHMENT 7

APPEAL RECORDS (2 EACH OF VOLS I-IV) AND ORIGINAL TRANSCRIPT AND 1 COPY OF THE FOLLOWING
TRANSMITTED TO COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL:

1) MOTION IN LIMINE OCTOBER 29, 2001
2) JURY TRIAL (VOL I) APRIL 2, 2002
3) JURY TRIAL (VOL II) APRIL 3, 2002-----------BOX 1

4) JURY TRIAL (VOL III) APRIL 4, 2002
5) JURY TRIAL (VOL IV) APRIL 5, 2002
6) JURY TRIAL (VOL V) APRIL 8, 2002
7) JURY TRIAL (VOL VI) APRIL 9, 2002
8) JURY TRIAL (VOL VII) APRIL 10, 2002
9) JURY TRIAL (VOL VIII) APRIL 11, 2002
10) JURY TRIAL (VOL IX) APRIL 12, 2002
11) JURY TRIAL (VOL X) APRIL 15, 2002
12) JURY TRIAL (VOL XI) APRIL 16, 2002--------------BOX 2

13) JURY TRIAL (VOL XII) APRIL 17, 2002
14) JURY TRIAL (VOL XIII) APRIL 18, 2002
15) JURY TRIAL (VOL XIV) APRIL 19, 2002
16) SENTENCING JUNE 17, 2002

ORIGINAL AND 1 SET OF STATE'S EXHIBITS 1-3, 4&5 N/A, 6-11, 12N/A, 13-29, 30N/A, 31, 32N/A, 33-34, 35N/A,
36-41, 42N/A, 43, 44N/A, 45, 46 AND 47N/A, 48, 49 50N/A, 51-65, 66&67N/A, 68, 69, 70N/A, 71-76, 76N/A, 77-82,
83-85N/A, 86, 87N/A, 88, 89&90N/A, 91-93, 94N/A, 95-96, 97N/A, 98-103, DEFENDNAT'S EXHIBITS 1-10 AND
COURT'S EXHIBITS 1-3-----------------------------BOX 3

ATTACHMENT 7

**12-09-2002  [ TEXT ]**                                                           MILLER, VICTOR CORNELL 👤

APPEAL RECORDS (1 EACH VOLS I-IV) AND COPY OF THE FOLLOWING TRNASCRIPTS TRANSMITTED TO
LANITA HENRICKSEN BY CERTIFIED MAIL:

1) PROCEEDINGS APRIL 3, 2000
2) MOTION HEARING NOVEMBER 28, 2002
3) MOTION IN LIMINE OCTOBER 29, 2001
4) JURY TRIAL (VOL I) APRIL 2, 2002
5) JURY TRIAL (VOL II) APRIL 3, 2002
6) JURY TRIAL (VOL III) APRIL 4, 2002
7) JURY TRIAL (VOL IV) APRIL 5, 2002
8) JURY TRIAL (VOL V) APRIL 8, 2002
9) JURY TRIAL (VOL VI) APRIL 9, 2002
10) JURY TRIAL (VOL VII) APRIL 10, 2002
11) JURY TRIAL (VOL VIII) APRIL 11, 2002
12) JURY TRIAL (VOL IX) APRIL 12, 2002
13) JURY TRIAL (VOL X) APRIL 15, 2002
14) JURY TRIAL (VOL XI) APRIL 16, 2002
15) JURY TRIAL (VOL XII) APRIL 17, 2002
16) JURY TRIAL (VOL XIII) APRIL 18, 2002
17) JURY TRIAL (VOL XIV) APRIL 19, 2002
18) SENTENCING JUNE 17, 2002

COPY OF STATE'S EXHIBITS 1-3, 4&5NA, 6-11, 12NA, 13-29, 30NA, 31, 32NA, 33-34, 35NA, 36-41, 42NA, 43,
44NA, 45, 46&47NA, 48, 49, 50NA, 51-65, 66&67NA, 68, 69, 70NA, 71-75, 76NA, 77-82, 83-85NA, 86, 87NA, 88,
89NA, 91-93, 94NA, 95-96, 97NA, 98-103, DEFENDANT'S EXHIBITS 1-10 AND COURT'S EXHIBITS 1-3****ALL
TRANSCRIPTS IN BOX 1-APPEAL RECORDS AND EXHIBITS IN BOX 2****

| | | |
|---|---|---:|
| **12-10-2002  [ RECM$ ]** | MILLER, VICTOR CORNELL 👤 | $ 29.25 |
| RECEIPT FOR CERTIFIED MAIL BOX 2 | | |
| **12-10-2002  [ RECM$ ]** | MILLER, VICTOR CORNELL 👤 | $ 13.00 |
| RECEIPT FOR CERTIFIED MAIL BOX 2 | | |
| **12-10-2002  [ RECM$ ]** | MILLER, VICTOR CORNELL 👤 | $ 26.60 |
| RECEIPT FOR CERTIFIED MAIL BOX 1 | | |
| **12-10-2002  [ RECM$ ]** | MILLER, VICTOR CORNELL 👤 | $ 18.60 |
| RECEIPT FOR CERTIFIED MAIL BOX 3 | | |
| **12-11-2002  [ RETCM ]** | MILLER, VICTOR CORNELL 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO LENITA HENRICKSON 12/10/02 BOX 2 | | |
| **12-11-2002  [ RECM$ ]** | MILLER, VICTOR CORNELL 👤 | $ 27.10 |
| RECEIPT FOR CERTIFIED MAIL BOX 1 | | |
| **12-13-2002  [ RETCM ]** | MILLER, VICTOR CORNELL 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE/COURT OF CRIMINAL APPEALS 12/10/02 (BOX 3) | | |
| **12-13-2002  [ RETCM ]** | MILLER, VICTOR CORNELL 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO LANITA HENRICKSEN 12/11/02 (BOX 1) | | |

ATTACHMENT 7

**12-16-2002** **[ PYREQ ]**                                          MILLER, VICTOR CORNELL 👤        $ 4,487.08

PAYMENT REQUEST - TRANSCRIPTS VOUCHER#113210

---

**12-20-2002** **[ RETCM ]**                                          MILLER, VICTOR CORNELL 👤

RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE/COURT OF CRIMINAL APPEALS 12/16/02
(BOX 1)

---

**12-20-2002** **[ RETCM ]**                                          MILLER, VICTOR CORNELL 👤

RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE/COURT OF CRIMINAL APPEALS 12/16/02
(BOX 2)

---

**02-07-2003** **[ T&1 ]**                                            MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT AND ONE COPY OF EXCERPTED TESTIMONY OF JUROR SON ROCKSTROH FROM
JURY TRIAL APRIL 2 AND 3, 2002

---

**03-28-2003** **[ O ]**                                              MILLER, VICTOR CORNELL 👤

ORDER DENYING MOTION TO APPOINT NEW APPELLATE COUNSEL AND DENYING REQUEST TO REMAND
FOR HEARING ON SUCH MOTION

---

**06-23-2003** **[ O ]**                                              HANSON, JOHN FITZGERALD 👤

ORDER (COPY TO DA & JUDGE WALL)

---

**07-29-2003** **[ MANTO ]**                                          HANSON, JOHN FITZGERALD 👤

RECEIVED MANDATE (CT 1 AFFIRMED AND REMANDED FOR RESENTECNING; CT 2 AFFIRMED) DELIVERED
TO JUDGE JUDGE WALL

---

**08-06-2003** **[ CTFREE ]**                                         HANSON, JOHN FITZGERALD 👤

WALL C: MANDATE RECEIVED AND ORDERED FILED & SPREAD OF RECORD THIS 6TH DAY OF AUGUST,
2003. /S/ CAROLINE E. WALL, JUDGE. HEARING SET 9-30-03 @9:30 A.M. FOR RESENTENCING. DISTRICT
ATTORNEY'S OFFICE TO WRIT DEFENDANT.

---

**08-18-2003** **[ MAN ]**                                            HANSON, JOHN FITZGERALD 👤

MANDATE/CT 1 AFFIRMED & REMANDED FOR RESENTENCING; CT 2 AFFIRMED

---

**08-20-2003** **[ TEXT ]**                                           HANSON, JOHN FITZGERALD 👤

RETURN OF THE COURT CLERK (MANDATE) MAILED TO COURT OF CRIMINAL APPEALS.

RECEIPT FOR MANDATE MAILED TO COURT OF CRIMINAL APPEALS.

---

**08-21-2003** **[ RET ]**                                            HANSON, JOHN FITZGERALD 👤

RETURN DEATH WARRANT

---

**08-27-2003** **[ CTFREE ]**                                         HANSON, JOHN FITZGERALD 👤

WALL C: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED. HEARING PREVIOUSLY SET 9-30-03
@9:30 A.M.

---

**09-10-2003** **[ CTFREE ]**                                         HANSON, JOHN FITZGERALD 👤

WALL C: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED.

---

**09-10-2003** **[ AWHCP ]**                                          HANSON, JOHN FITZGERALD 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**09-10-2003** **[ WHCP ]**                                           HANSON, JOHN FITZGERALD 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

ATTACHMENT 7

**09-30-2003  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON. STATE BY BILL MUSSEMAN. SCHEDULING STATUS HEARING SET 11-17-03 @1:30 P.M. DEF'TS APPEARANCE WAIVED AT NEXT HEARING. DEF'T CAN BE TRANSPORTED BACK TO DEPT. OF CORRECTIONS.

**10-09-2003  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: ORDER OF RELEASE ISSUED FOR DEF'T TO BE TRANSPORTED BACK TO DEPT. OF CORRECTIONS.

**10-17-2003  [ RETRL ]**                                       HANSON, JOHN FITZGERALD 👤

RETURN RELEASE

**11-10-2003  [ RWHCP$ ]**                                      HANSON, JOHN FITZGERALD 👤      $ 1,169.75

RETURN WRIT - HABEAS CORPUS AD PROSEQUENDUM (AC08)

**11-10-2003  [ SORET ]**                                       HANSON, JOHN FITZGERALD 👤      $ 1,137.52

SHERIFF'S RETURN

**11-17-2003  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON BY PHONE. STATE BY BILL MUSSEMAN AND TIM HARRIS. CASE CALLED FOR STATUS HEARING. HEARING PASSED AT DEFENDANT'S REQUEST TO 11-24-03 1:30 P.M. WITH NO OBJECTION BY STATE.

**11-24-2003  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. JACK GORDON APPOINTED TO REPRESENT DEFENDANT. DISCOVERY HEARING SET 5-14-04 @1:30 P.M. JURY TRIAL SET 9-13-04 @1:30 P.M.

**12-17-2003  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

**01-29-2004  [ O ]**                                           MILLER, VICTOR CORNELL 👤

CORRECTION ORDER

**03-01-2004  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: ORDER APPOINTING COUNSEL SIGNED (J GORDON)

**03-02-2004  [ O ]**                                           HANSON, JOHN FITZGERALD 👤

ORDER APPOINTING COUNSEL

**04-07-2004  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: EMPLOYMENT OF EXPERT SIGNED. COURT WILL APROVE FEES TO EXPERTS AFTER REVIEWING BILLS. COURT IS NOT AUTHORIZING $5,000 UP FRONT.

**04-08-2004  [ TEXT ]**                                        HANSON, JOHN FITZGERALD 👤

EMPLOYMENT OF EXPERT

**04-20-2004  [ LT ]**                                          MILLER, VICTOR CORNELL 👤

LETTER (TO JUDGE WALL)

**05-10-2004  [ TEXT ]**                                        HANSON, JOHN FITZGERALD 👤

ACCUSED'S FIRST REQUESTS FOR DISCOVERY

**05-14-2004  [ CTPASS ]**                                      HANSON, JOHN FITZGERALD 👤

WALL, CAROLINE: DEFENDANT NOTPRESENT, IN CUSTODY AND REPRESENTED BY JACK GORDON. STATE REPRESENTED BY BILL MUSSEMAN. ALLEN DISCOVERY HEARING/STATUS PASSED TO 6-1-04 AT 9:30 AM IN ROOM 404. DEFENDANT REMANDED TO CUSTODY, HELD WITHOUT BOND.

ATTACHMENT 7

**06-01-2004** **[ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY IN TEXAS. REPRESENTED BY JACK GORDON. STATE BY BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING & STATUS HEARING. HEARING PASSED TO 6-7-04 @9:00 A.M. STATE TO WRIT DEFENDANT.

---

**06-02-2004** **[ TEXT ]**                                      HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPTS OF THE FOLLOWING WERE RETURNED BY THE COURT OF CRIMINAL APPEALS AND PLACED IN FILE:
1. PROCEEDINGS ON APRIL 3, 2000
2. MOTION HEARING ON NOVEMBER 28, 2000
3. MOTION HEARING ON NOVEMBER 29, 2000
4. JURY TRIAL VOL 1 OF 13 ON MAY 7, 2001

---

**06-07-2004** **[ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT. REPRESENTED BY JACK GORDON, NOT PRESENT. STATE BY BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING. WRIT SIGNED. HEARING PASSED TO 6-28-04 @9:00 A.M. TO CONFIRM DEFENDANT HAS BEEN TRANSPORTED.

---

**06-17-2004** **[ AWHCP ]**                                     HANSON, JOHN FITZGERALD 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**06-17-2004** **[ WHCP ]**                                      HANSON, JOHN FITZGERALD 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**06-28-2004** **[ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON, NOT PRESENT. STATE BY CHRISTY HIDY FOR BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING. HEARING RESET TO 7-12-04 @9:00 A.M. FOR DEFENDANT TO BE TRANSPORTED.

---

**07-01-2004** **[ SORET ]**                                     HANSON, JOHN FITZGERALD 👤        $ 100.67

SHERIFF'S RETURN

---

**07-12-2004** **[ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON, NOT PRESENT. STATE BY BILL MUSSEMAN, NOT PRESENT. CASE CALLED FOR DISCOVERY HEARING. DISCOVERY HEARING SET 8-16-04 @9:00 A.M. CASE PREVIOUSLY SET FOR JURY TRIAL 9-13-04 @1:30 P.M.

---

**08-06-2004** **[ MOCON ]**                                     HANSON, JOHN FITZGERALD 👤

MOTION FOR CONTINUANCE

---

**08-10-2004** **[ APLI ]**                                      HANSON, JOHN FITZGERALD 👤

APPLICATION FOR APPOINTMENT OF CO-COUNSEL

---

**08-16-2004** **[ CTPASS ]**                                    HANSON, JOHN FITZGERALD 👤

WALL, CAROLINE: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY JACK GORDON, NOT PRESENT. STATE REPRESENTED BY SHANNON TAYLOR FOR BILL MUSSEMAN. ALLEN DISCOVERY HEARING PASSED TO 8-19-04 AT 9:00 AM IN ROOM 404. DEFENDANT REMANDED TO CUSTODY ORDERED HELD WITHOUT BOND.

---

**08-19-2004** **[ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON. STATE BY SHANNON TAYLOR FOR BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING. HEARING PASSED TO 8-26-04 @9:00 A.M. DEFENDANT'S APPEARANCE IS WAIVED FOR HEARING.

---

ATTACHMENT 7

**08-26-2004  [ CTFREE ]**                                            HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON, NOT PRESENT. STATE BY BILL MUSSEMAN, NOT PRESENT. CASE CALLED FOR DISCOVERY HEARING. HEARING PASSED BY COURT TO 9-2-04 @9:00 A.M. FOR ATTORNEYS TO BE PRESENT. BOND TO REMAIN SAME.

**09-02-2004  [ CTFREE ]**                                            HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON. STATE BY BILL MUSSEMAN AND TIM HARRIS. CASE CALLED FOR STATUS HEARING. JURY TRIAL SET 1-10-05 @1:30 P.M. DISCOVERY HEARING SET DECEMBER 14, 15 & 16, 2004 AT 9:00 AM. BOND TO REMAIN SAME.

**09-08-2004  [ CTFREE ]**                                            HANSON, JOHN FITZGERALD 👤

WALL C: APPLICATION FOR APPOINTMENT OF CO-COUNSEL DENIED.

**09-08-2004  [ APLI ]**                                              HANSON, JOHN FITZGERALD 👤

APPLICATION FOR APPOINTMENT OF CO-COUNSEL

**09-23-2004  [ CTFREE ]**                                            MILLER, VICTOR CORNELL 👤

WALL C: STATUS HEARING SET 9/28/04 @9:00 A.M. BY COURT

**09-28-2004  [ CTFREE ]**                                            MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT. NOT REPRESENTED BY COUNSEL. STATE BY RUSTY ANDERSON. CASE CALLED FOR STATUS HEARING. HEARING PASSED BY COURT TO 9-29-04 @9:00 A.M.

**09-29-2004  [ CTFREE ]**                                            MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. HEARING PASSED TO 10-25-04 @1:30 P.M. FOR STATE TO WRIT DEFENDANT.

**10-12-2004  [ TEXT ]**                                              MILLER, VICTOR CORNELL 👤

ONE COPY OF TRANSCRIPT OF EXCERPTED TESTIMONY OF JUROR SON ROCKSTROH FROM THE JURY TRIAL HAD ON THE 2ND AND 3RD DAYS OF APRIL, 2002 CHECKED OUT BY TULSA COUNTY DISTRICT ATTORNEY OFFICE.

**10-25-2004  [ CTFREE ]**                                            MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT. NOT REPRESENTED BY COUNSEL. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. HEARING PASSED TO 11-8-04 @1:30 P.M. FOR MANDATE TO BE RECEIVED.

**10-27-2004  [ O ]**                                                 HANSON, JOHN FITZGERALD 👤

CORRECTION ORDER

**10-27-2004  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

**10-29-2004  [ O ]**                                                 MILLER, VICTOR CORNELL 👤

ORDER DISMISSING POST-CONVICTION APPEAL

**11-08-2004  [ CTFREE ]**                                            MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY AND PETE SILVA. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. STATE TO WRIT DEFENDANT. HEARING PASSED BY AGREEMENT TO 12-6-04 @1:30 P.M. DEF'T RECOG. BACK WITH BOND TO REMAIN SAME.

**11-09-2004  [ MANTO ]**                                             MILLER, VICTOR CORNELL 👤

RECEIVED MANDATE (REVERSED AND REMANDED FOR NEW TRIAL) - DELIVERED TO JUDGE WALL.

**11-12-2004  [ APLI ]**                                              HANSON, JOHN FITZGERALD 👤

APPLICATION TO RECONSIDER (COPY TO JUDGE WALL PER ATTORNEY REQUEST)

ATTACHMENT 7

**11-16-2004  [ APLI ]**          HANSON, JOHN FITZGERALD 👤

APPLICATION TO BIFURCATE VIOR DIRE

---

**11-18-2004  [ CTFREE ]**          MILLER, VICTOR CORNELL 👤

WALLC : MANDATE RECEIVED AND ORDERED FILED & SPREAD OF RECORD THIS 18TH DAY OF NOVEMBER, 2004. /S/ CAROLINE E. WALL, JUDGE.

---

**11-19-2004  [ CTFREE ]**          MILLER, VICTOR CORNELL 👤

WALL C: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED.

---

**11-19-2004  [ AWHCP ]**          MILLER, VICTOR CORNELL 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**11-19-2004  [ WHCP ]**          MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**11-22-2004  [ TEXT ]**          MILLER, VICTOR CORNELL 👤

RECEIPT FOR MANDATE AND RETURN OF MANDATE MAILED TO COURT OF CRIMINAL APPEALS.

---

**11-22-2004  [ MAN ]**          MILLER, VICTOR CORNELL 👤

MANDATE (REVERSED AND REMANDED FOR NEW TRIAL)

---

**12-02-2004  [ SORET ]**          MILLER, VICTOR CORNELL 👤      $ 214.29

SHERIFF'S RETURN

---

**12-02-2004  [ OCISR ]**          MILLER, VICTOR CORNELL 👤      $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**12-03-2004  [ TEXT ]**          HANSON, JOHN FITZGERALD 👤

STATE'S RESPONSE TO DEFENDANT'S APPLICATION TO BIFURCATE VOIR DIRE

---

**12-06-2004  [ CTFREE ]**          MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY PETE SILVA AND SID CONWAY. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. HEARING PASSED BY AGREEMENT TO 1-27-05 @1:30 P.M. DEF'T RECOG. BACK WITH BOND TO REMAIN SAME.

---

**12-10-2004  [ CTFREE ]**          HANSON, JOHN FITZGERALD 👤

WALL C: ORDER SIGNED (STEVE HIGHTOWER APPOINTED CO-COUNSEL)

---

**12-10-2004  [ O ]**          HANSON, JOHN FITZGERALD 👤

ORDER

---

**12-14-2004  [ RTSUB ]**

RETURN SUBPOENA-SERVED DAVID LEAVELL

---

**12-14-2004  [ CTFREE ]**          HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON, NOT PRESENT. STATE BY BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING. HEARIN STRICKEN TO BE RESET UPON APPLICATION.

---

**12-28-2004  [ TEXT ]**          HANSON, JOHN FITZGERALD 👤

VOIR DIRE - THE REQUIREMENT FOR THE FAIR AND IMPARTIAL JUROR

---

**12-29-2004  [ MO ]**          HANSON, JOHN FITZGERALD 👤

SUPPLEMENTAL MOTION FOR DISCOVERY

---

ATTACHMENT 7

**01-03-2005  [ CTFREE ]**                                             HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON AND STEVE HIGHTOWER. STATE BY BILL MUSSEMAN AND TIM HARRIS. MOTION HEARING SET 1-5-05 @10:30 A.M.

**01-04-2005  [ CTFREE ]**                                             HANSON, JOHN FITZGERALD 👤

WALL C: HEARING OF 1-5-05 RESET BY COURT TO 1-6-05 @10:00 A.M.

**01-05-2005  [ TEXT ]**                                               HANSON, JOHN FITZGERALD 👤

ORIGINAL STATE'S EXHIBITS 1-11, 13, 14-29, 31, 33-48, 51-65, 68-75, 77-83, 86, 88-90, AND DEFENDANT'S EXHIBITS 1-3, WITH TWO NOTES FROM THE JURY IN UNSEALED MANILA ENVELOPE RETURNED BY THE COURT OF CRIMINAL APPEALS.

**01-05-2005  [ TEXT ]**                                               MILLER, VICTOR CORNELL 👤

ORIGINAL STATE'S EXHIBITS 1-3, 4-5 N/A,6-11,12 N/A, 13-29, 30 N/A, 31, 33-34, 35 N/A, 36-41, 42 N/A, 43, 44 N/A, 45, 46 & 47 N/A, 48-49, 50 N/A, 51-65, 66 & 67 N/A, 68-69, 70 N/A, 71-75, 76 N/A, 77-82, 83-85 N/A, 86, 87 N/A, 88, 89 & 90 N/A, 91-93, 95-96, 97 N/A, 98-103, AND DEFENDANT'S EXHIBITS 1-3, 5-10, COURT'S EXHIBITS 1-3.

ALSO INCLUDED THREE JURY NOTES AND TWO NOTES FROM JUDGE, STATE'S EXHIBITS 32 & 94.

DEFENDANT'S EXHIBIT 4 IS MISSING.

RETURNED BY THE COURT OF CRIMINAL APPEALS.

**01-05-2005  [ TEXT ]**                                               HANSON, JOHN FITZGERALD 👤

RECEIPT FOR STATE'S EXHIBITS 1-11, 13, 14-29, 31, 33-48, 51-65, 68-75, 77-83, 86, 88-90, CHECKED OUT TO TULSA COUNTY DISTRICT ATTORNEY.

**01-06-2005  [ TEXT ]**                                               HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPT OF THE FOLLOWING WAS RETURNED BY THE COURT OF CRIMINAL APPEALS AND PLACED IN FILE;
1) PROCEEDINGS - VOLUME I (PAGES 1-296) DECEMBER 16-17, 1999,
2) PROCEEDINGS - VOLUME II (PAGES 297-400) DECEMBER 16-17, 1999,
3) SENTENCING HAD ON THE 8TH DAY OF JUNE, 2001,
4) VOLUME II OF XIII OF JURY TRIAL HAD ON THE 8TH DAY OF MAY, 2001,
5) VOLUME III OF XIII OF JURY TRIAL HAD ON THE 9TH DAY OF MAY, 2001,
6) VOLUME IV OF XIII OF JURY TRIAL HAD ON THE 10TH DAY OF MAY, 2001,
7) VOLUME V OF XIII OF JURY TRIAL HAD ON THE 11TH DAY OF MAY, 2001,
8) VOLUME VI OF XIII OF JURY TRIAL HAD ON THE 14TH DAY OF MAY, 2001,
9) VOLUME VII OF XIII JURY TRIAL HAD ON THE 15TH DAY OF MAY, 2001,
10) VOLUME VIII OF XIII OF JURY TRIAL HAD ON THE 16TH DAY OF MAY, 2001,
11) VOLUME IX OF XIII OF JURY TRIAL HAD ON THE 17TH DAY OF M AY, 2001,
12) VOLUME X OF XIII OF JURY TRIAL HAD ON THE 18TH DAY OF MAY, 2001,
13) VOLUME XI OF XIII JURY TRIAL HAD ON THE 21ST DAY OF MAY, 2001,
14) VOLUME XII OF XIII JURY TRIAL HAD ON THE 22ND DAY OF MAY, 2001,
15) VOLUME XIII OF XIII JURY TRIAL HAD ON THE 23RD DAY OF MAY, 2001.

ATTACHMENT 7

**01-06-2005  [ TEXT ]**                                        MILLER, VICTOR CORNELL 👤

APPEAL RECORD (1) VOLUMES I, II, II, AND IV, WITH ORIGINAL TRANSCRIPTS OF THE FOLLOWING
RETURNED BY THE COURT OF CRIMINAL APPEALS AND PLACED IN FILE;
1) SENTENCING HAD ON THE 17TH DAY OF JUNE, 2002,
2) MOTION IN LIMINE HAD ON THE 29TH DAY OF OCTOBER, 2001,
3) JURY TRIAL VOLUME I OF XIV HAD ON THE 2ND DAY OF APRIL, 2002,
4) JURY TRIAL VOLUME II OF XIV HAD ON THE 3RD DAY OF APRIL, 2002,
5) JURY TRIAL VOLUME III OF XIV HAD ON THE 4TH DAY OF APRIL, 2002,
6) JURY TRIAL VOLUME IV OF XIV HAD ON THE 5TH DAY OF APRIL, 2002,
7) JURY TRIAL VOLUME V OF XIV HAD ON THE 5TH AND 8TH DAYS OF APRIL, 2002,
8) JURY TRIAL VOLUME VI OF XIV HAD ON THE 9TH DAY OF APRIL, 2002,
9) JURY TRIAL VOLUME VII OF XIV HAD ON THE 10TH DAY OF APRIL, 2002,
10) JURY TRIAL VOLUME VIII OF XIV HAD ON ATHE 11TH DAY OF APRIL, 2002,
11) JURY TRIAL VOLUME IX OF XIV HAD ON THE 12TH DAY OF APRIL, 2002,
12) JURY TRIAL VOLUME X OF XIV HAD ON THE 15TH DAY OF APRIL, 2002,
13) JURY TRIAL VOUME XI OF XIV HAD ON THE 16TH DAY OF APRIL, 2002,
14) JURY TRIAL VOLUME XII OF XIV HAD ON THE 17TH DAY OF APRIL, 2002,
15) JURY TRIAL VOLUME XIII OF XIV HAD ON THE 18TH DAY OF APRIL, 2002,
16) JURY TRIAL VOLUME XIV OF XIV HAD ON THE 19TH DAY OF APRIL, 2002.

**01-06-2005  [ CNOTE ]**                                        MILLER, VICTOR CORNELL 👤

CASE NOTE; COURT FILE HAS BEEN EXPANDED TO FOUR VOLUMES.

(ALSO DEFENDANT HANSON)

**01-06-2005  [ CTFREE ]**                                        HANSON, JOHN FITZGERALD 👤

WALL, CAROLINE: DEFENDANT NOT PRESENT IN CUSTODY AND REPRESENTED BY JACK GORDON AND
STEVE HIGHTOWER. STATE REPRESENTED BY TIM HARRIS AND BILL MUSSEMAN. DEFENDANT'S MOTION
FOR CONTINUANCE GRANTED. DEFENDANT GRANTED OPPORTUNITY TO FILE MOTION FOR POST-
CONVICTION RELIEF. PARTIES TO REQUEST DATE FOR HEARING. JURY TRIAL SET ON 1-10-05 STRICKEN.

**01-07-2005  [ TEXT ]**                                        MILLER, VICTOR CORNELL 👤

RECEIPT FOR STATE'S EXHIBITS 1-3, 4-5 N/A,6-11,12 N/A, 13-29, 30 N/A, 31, 33-34, 35 N/A, 36-41, 42 N/A, 43, 44
N/A, 45, 46 & 47 N/A, 48-49, 50 N/A, 51-65, 66 & 67 N/A, 68-69, 70 N/A, 71-75, 76 N/A, 77-82, 83-85 N/A, 86, 87 N/A,
88, 89 & 90 N/A, 91-93, 95-96, 97 N/A, 98-103, CHECK OUT BY TULSA COUNTY DISTRICT ATTORNEY.

**01-13-2005  [ RTSUB$ ]**                                        HANSON, JOHN FITZGERALD 👤                    $ 30.00

RETURN SUBPOENA- (PERSONAL SERVICE) SERVED SUNDEEP PATEL

**01-13-2005  [ OCISR ]**                                        HANSON, JOHN FITZGERALD 👤                    $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**01-13-2005  [ ADISC ]**                                        HANSON, JOHN FITZGERALD 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

**01-14-2005  [ CTFREE ]**                                        HANSON, JOHN FITZGERALD 👤

WALL C: HEARING SET ON POST CONVICTION RELIEF ON 3-2-05 @1:30 P.M.

**01-14-2005  [ APCR ]**                                        HANSON, JOHN FITZGERALD 👤

APPLICATION FOR POST CONVICTION RELIEF - COPY TO DISTRICT ATTORNEY AND JUDGE WALL)

**01-14-2005  [ B ]**                                        HANSON, JOHN FITZGERALD 👤

BRIEF IN SUPPORT OF NEW TRIAL

ATTACHMENT 7

**01-24-2005  [ MOD ]**                                          HANSON, JOHN FITZGERALD 👤

MOTION TO DISMISS DEFENDANT'S APPLICATIONS FOR POST-CONVICTION RELIEF

---

**01-27-2005  [ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY AND PETE SILVA. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. STATE TO FILE RESPONSE BY 3-14-05. MOTION HEARING SET 3-29-05 @1:30 P.M. DEF'T RECOG. BACK WITH BOND TO REMAIN SAME.

---

**01-27-2005  [ DEFT ]**                                        MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION TO DISMISS WITH BRIEF IN SUPPORT

---

**01-31-2005  [ TEXT ]**                                        HANSON, JOHN FITZGERALD 👤

RESPONSE TO STATE'S MOTION TO DISMISS

---

**03-02-2005  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON. STATE BY TIM HARRIS AND BILL MUSSEMAN. ANNE MOCHA, REPORTER. CASE CALLED FOR MOTION HEARING. ARGUMENTS HEARD. MOTION FOR POST CONVICTION RELIEF SUSTAINED. DEFENSE TO PREPARE ORDER. STATUS HEARING SET 3-14-05 @1:30 P.M.

---

**03-14-2005  [ TEXT ]**                                        MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

---

**03-14-2005  [ OG ]**                                          HANSON, JOHN FITZGERALD 👤

ORDER GRANTING APPLICATION FOR POST-CONVICTION RELIEF

---

**03-14-2005  [ OG ]**                                          HANSON, JOHN FITZGERALD 👤

ORDER GRANTING STAY EXECUTION OF JUDGMENT PENDING APPEAL TO THE OKLAHOMA COURT OF CRIMINAL APPEALS

---

**03-14-2005  [ MO ]**                                          HANSON, JOHN FITZGERALD 👤

VERIFIED MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL TO THE OKLAHOMA COURT OF CRIMINAL APPEALS

---

**03-14-2005  [ CTFREE ]**                                      HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON. STATE BY TIM HARRIS, BILL MUSSEMAN AND FRED MORGAN. ANNE MOCHA, REPORTER. DEF'TS APPLICATION FOR POST CONVICTION RELIEF GRANTED. ORDER SIGNED. STATE GIVES NOTICE OF INTENT TO APPEAL. ORDER SIGNED GRANTING STAY. DEF'T TO BE TRANSPORTED BACK TO FEDERAL CUSTODY. ORDER OF RELEASE ISSUED.

---

**03-17-2005  [ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

WALL C: HEARING OF 3/29/05 RESET BY COURT TO 4/4/05 @1:30 P.M.

---

**03-17-2005  [ RETRL ]**                                       HANSON, JOHN FITZGERALD 👤

RETURN RELEASE

---

**03-21-2005  [ NOAPP ]**                                       HANSON, JOHN FITZGERALD 👤

NOTICE OF INTENT TO APPEAL ORDER GRANTING APPLICATION FOR POST-CONVICTION-RELIEF/AND ORDERING NEW TRIAL

---

**03-22-2005  [ R ]**                                           MILLER, VICTOR CORNELL 👤

DEFENDANT'S REPLY BRIEF: MOTION TO DISMISS

---

**03-24-2005  [ SORET ]**                                       HANSON, JOHN FITZGERALD 👤        $ 1,067.19

SHERIFF'S RETURN

ATTACHMENT 7

**03-24-2005**  **[ OCISR ]**                                    HANSON, JOHN FITZGERALD 👤                     $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**03-28-2005**  **[ B ]**                                       MILLER, VICTOR CORNELL 👤

STATE'S SUR REPLY BRIEF: DEFENDANT'S MOTION TO DISMISS

**04-04-2005**  **[ NOF ]**                                     HANSON, JOHN FITZGERALD 👤

NOTICE OF FILING

**04-04-2005**  **[ T&1 ]**                                     HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPT AND ONE COPY OF HEARING RE: PROPOSED ORDERS ON MARCH 14, 2005. COURT REPORTER GIVE ONE COPY TO DISTRICT ATTORNEY.

**04-04-2005**  **[ CTFREE ]**                                  MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY TIM HARRIS AND BILL MUSSEMAN. CASE CALLED FOR MOTION HEARING. HEARING PASSED TO 4-27-05 @1:30 P.M. FOR ARGUMENTS. DEF'T RECOG. BACK WITH BOND TO REMAIN SAME.

**04-11-2005**  **[ COPYI ]**                                   HANSON, JOHN FITZGERALD 👤                     $ 200.00

COPY OF INDEX OF APPEAL RECORD. WITH ORIGINAL TRANSCRIPT AND ONE COPY OF HEARING RE: PROPOSED ORDERS ON MARCH 14, 2005. COURT REPORTER GIVE DISTRICT ATTORNEY'S OFFICE THEIR COPY.

**04-11-2005**  **[ NCRAP ]**                                   HANSON, JOHN FITZGERALD 👤

NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY AND JACK GORDON.

**04-11-2005**  **[ B ]**                                       HANSON, JOHN FITZGERALD 👤

BRIEF IN SUPPORT OF PETITION IN ERROR

**04-11-2005**  **[ B ]**                                       HANSON, JOHN FITZGERALD 👤

BRIEF IN SUPPORT OF WRIT OF PROHIBITION

**04-11-2005**  **[ NO ]**                                      HANSON, JOHN FITZGERALD 👤

PETITION IN ERROR

**04-15-2005**  **[ RQCCA ]**                                   HANSON, JOHN FITZGERALD 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

**04-15-2005**  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

APPEAL RECORD (1), WITH ORIGINAL TRANSCRIPT OF HEARING RE: PROPOSED ORDERS ON MARCH 14, 2005, TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL.

**04-18-2005**  **[ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

APPEAL RECORD (1), WITH ONE COPY OF HEARING RE: PROPOSED ORDERS TRANSCRIPT ON MARCH 14, 2005, TRANSMITTED TO JACK GORDON BY CERTIFIED MAIL.

**04-18-2005**  **[ CAP ]**                                     HANSON, JOHN FITZGERALD 👤

CERTIFICATE OF APPEAL - # PCD-2005-351

**04-19-2005**  **[ RECM$ ]**                                   HANSON, JOHN FITZGERALD 👤                     $ 11.50

RECEIPT FOR CERTIFIED MAIL - JACK GORDON

**04-19-2005**  **[ RECM$ ]**                                   HANSON, JOHN FITZGERALD 👤                     $ 11.50

RECEIPT FOR CERTIFIED MAIL - MICHAEL S. RICHIE/COURT OF CRIMINAL APPEALS

**04-19-2005**  **[ NOF ]**                                     HANSON, JOHN FITZGERALD 👤

NOTICE OF FILING (AMENDED FOR STATE'S CASE NUMBER CORRECTION)    ATTACHMENT 7

**04-21-2005  [ TEXT ]**                                             HANSON, JOHN FITZGERALD 👤

RECEIPT FOR APPEAL RECORD. ONE CERTIFIED COPY OF COURT FILE PICKED UP BY DISTRICT ATTORNEY OFFICE.

---

**04-21-2005  [ RETCM ]**                                           HANSON, JOHN FITZGERALD 👤

RETURN RECEIPT CERT. MAIL DELIVERED TO JACK GORDON/APPEAL RECORD (1) 04/19/2005

---

**04-25-2005  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

WALL C: HEARING OF 4/27/05 RESET BY COURT TO 4/28/05 @1:30 P.M.

---

**04-25-2005  [ RETCM ]**                                           HANSON, JOHN FITZGERALD 👤

RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE/COURT OF CRIMINAL APPEALS/APPEAL RECORD (1) 04/19/2005

---

**04-27-2005  [ O ]**                                               HANSON, JOHN FITZGERALD 👤

ORDER CONSOLIDATING APPEALS AND GRANTING PETITION FOR WRIT OF PROHIBITION

---

**04-28-2005  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY BILL MUSSEMAN. CASE CALLED FOR HEARING ON ARGUEMENTS. HEARING PASSED BY AGREEMENT TO 5-20-05 @1:30 P.M. BOND TO REMAIN SAME.

---

**04-29-2005  [ CTFREE ]**                                          HANSON, JOHN FITZGERALD 👤

WALL C: HEARING SET BY COURT FOR 5-16-05 @1:30 P.M. PARTIES NOTIFIED

---

**05-06-2005  [ CTFREE ]**                                          HANSON, JOHN FITZGERALD 👤

WALL C: STATUS HEARING SET BY AGREEMENT OF ALL PARTIES ON 5/26/05 @1:30 P.M.

---

**05-09-2005  [ TEXT ]**                                            HANSON, JOHN FITZGERALD 👤

APPEAL RECORD (1), VOLUME III, RETURN BY THE COURT OF CRIMINAL APPEALS AND PLACED IN COURT FILE IN CRIMINAL DIVISION.

---

**05-13-2005  [ TEXT ]**                                            MILLER, VICTOR CORNELL 👤

SPECIAL APPEARANCE BY THE UNITED STATES OF AMERICA AND MOTION TO QUASH SUBPOENA TO TODD B. GOLLIHARE

---

**05-20-2005  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY AND STEPHEN GREUBEL. STATE BY BILL MUSSEMAN. CASE CALLED FOR ARGUMENTS. HEARING PASSED BY COURT TO 6-2-05 @10:00 A.M. BOND TO REMAIN SAME.

---

**05-26-2005  [ CTFREE ]**                                          HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON AND STEVE HIGHTOWER. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. DEF'TS OBJECTION TO RESENTENCING TRIAL OVERRULED. JURY TRIAL SET 1-9-06 @1:30 P.M. DISCOVERY HEARING SET 11-28-05 @1:30 P.M. BOND TO REMAIN SAME.

---

**05-26-2005  [ TEXT ]**                                            HANSON, JOHN FITZGERALD 👤

OBJECTION TO RESENTENCING TRIAL FOR FAILURE TO AFFORD DEFENDANT SUBSTANTIAL DUE PROCESS GUARANTEED BY THE UNITED STATES AND OKLAHOMA CONSTITUTIONS

---

**05-26-2005  [ WL ]**                                              HANSON, JOHN FITZGERALD 👤

SUPPLEMENTAL WITNESS AND EXHIBIT LIST

---

ATTACHMENT 7

---

**06-02-2005  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY STEPHEN GREUBEL AND SID CONWAY. STATE BY TIM HARRIS AND BILL MUSSEMAN. ANNE MOCHA, REPORTER. CATHYRN MCCLARIHAN, ATTORNEY WITH DEPARTMENT OF JUSTICE. MOTION TO QUASH WITHDRAWN. CASE CALLED FOR ARGUMENTS. ARGUMENTS HEARD. DECISION HEARING SET 6-17-05 @1:30 P.M.

**06-03-2005  [ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

WALL C: ORDER DENYING MOTION FOR NEW TRIAL/APPLICATION FOR POST-CONVICTION RELIEF SIGNED

**06-17-2005  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

WALL, CAROLINE: DEFENDANT NOT PRESENT, IN CUSTODY, AND REPRESENTED BY SID CONWAY. STATE REPRESENTED BY JAKE CAIN. DECISION PASSED TO 7-21-05 AT 1:30 PM. DEFENDANT REMANDED TO CUSTODY ORDERED HELD WITHOUT BOND.

**07-21-2005  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY PETE SILVA. STATE BY BILL MUSSEMAN. CASE CALLED FOR DECISION. HEARING PASSED BY COURT TO 8-30-05 @9:00 A.M. DEF'T RECOG. BACK WITH BOND TO REMAIN SAME.

**07-25-2005  [ TEXT ]**                                         HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPTS OF THE FOLLOWING, RETURNED BY COURT OF CRIMINAL APPEALS AND PLACED IN COURT FILE:
HEARING RE: PROPOSED ORDERS HEARD MARCH 14, 2005.

**08-30-2005  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY BILL MUSSEMAN AND ERIC JOHNSTON. ANNE MOCHA, REPORTER. CASE CALLED FOR DECISION. MOTION TO DISMISS DENIED. ARRAIGNMENT HELD. DEF'T STANDS MUTE. COURT ENTERS PLEA OF NOT GUILTY. JURY TRIAL SET 2-6-06 1:30 P.M. DISCOVERY HEARING SET 12-14-05 @9:00 A.M. DEF'T RECOG. BACK TO BOTH DATES. BOND TO REMAIN SAME.

**09-07-2005  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

WALL C: ORDER SIGNED (FOR TRANSCRIPT). ORDER SIGNED SETTING HEARING ON APPLICATION FOR STAY OF PROCEEDINS. HEARING SET 9/13/05 @1:30 P.M.

**09-07-2005  [ O ]**                                             MILLER, VICTOR CORNELL 👤

ORDER

**09-07-2005  [ DEFT ]**                                          MILLER, VICTOR CORNELL 👤

DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS

**09-07-2005  [ DEFT ]**                                          MILLER, VICTOR CORNELL 👤

DEFENDANT'S NOTICE OF INTENT TO SEEK EXTRAORDINARY RELIEF, AND DESIGNATION OF RECORD (MICROFILMED 09/08/2005)

**09-13-2005  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY ERIC JOHNSTON. CASE CALLED FOR MOTION HEARING. MOTION TO STAY PROCEEDINGS GRANTED AT REQUEST OF DEFENDANT NO OBJECTION BY STATE. STRIKE JURY TRIAL DATE. STATUS HEARING DATE SET 2-27-06 @1:30 P.M. DEF'T RECOG. BACK WITH BOND TO REMAIN SAME.

ATTACHMENT 7

**09-13-2005  [ CTFREE ]**                                       MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY ERIC JOHNSTON. CASE CALLED FOR HEARING. DEF'TS MOTION FOR STAY GRANTED AT REQUEST OF DEFENDANT WITH NO OBJECTION BY STATE. STRIKE JURY TRIAL DATE. STATUS HEARING SET 2-27-06 @1:30 P.M. BOND TO REMAIN SAME.

**09-26-2005  [ TEXT ]**                                       HANSON, JOHN FITZGERALD 👤

(ALSO DEFENDANT MILLER) COURT FILE EXPANDED INTO VOLUME V

**09-26-2005  [ T&2 ]**

ORIGINAL TRANSCRIPT & 2 COPIES OF THE FOLLOWING;
1) HEARING RE: MOTION TO DISMISS ON JUNE 2 2005,
2) THE COURT'S RULING RE: MOTION TO DISMISS ON AUGUST 30, 2005,

**09-26-2005  [ COPYI ]**                                       MILLER, VICTOR CORNELL 👤         $ 200.00

COPY OF INDEX OF APPEAL RECORD (3), WITH ORIGINAL TRANSCRIPT AND TWO COPIES OF THE FOLLOWING;
1) HEARING RE: MOTION TO DISMISS ON JUNE 2, 2005,
2) THE COURT'S RULING RE: MOTION TO DISMISS ON AUGUST 30, 2005.

**09-26-2005  [ NCRAP ]**                                       MILLER, VICTOR CORNELL 👤

NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND PUBLIC DEFENDER'S OFFICE.

**09-26-2005  [ NOF ]**                                       MILLER, VICTOR CORNELL 👤

NOTICE OF FILING

**09-27-2005  [ TEXT ]**                                       MILLER, VICTOR CORNELL 👤

THREE CERTIFIED COPIES OF COURT FILE WITH ORIGINAL TRANSCRIPT AND TWO COPIES OF THE FOLLOWING PICKED UP BY TULSA COUNTY PUBLIC DEFENDER'S OFFICE;
1) HEARING RE: MOTION TO DISMISS ON JUNE 2, 2005,
2) THE COURT'S RULING RE: MOTION TO DISMISS ON AUGUST 30, 2005.

**09-27-2005  [ T&2 ]**                                       MILLER, VICTOR CORNELL 👤

ORIGINAL AND TWO SETS OF DEFENDANT'S EXHIBIT 1.

**09-27-2005  [ TEXT ]**                                       MILLER, VICTOR CORNELL 👤

RECEIPT FOR APPEAL RECORD. ORIGINAL AND TWO SETS OF DEFENDANT'S EXHIBIT 1, PICKED UP BY TULSA COUNTY PUBLIC DEFENDER'S OFFICE.

**09-28-2005  [ COPYI ]**                                       MILLER, VICTOR CORNELL 👤

CORRECTED COPY OF INDEX OF APPEAL RECORD TO INCLUDE ORIGINAL AND TWO SETS OF DEFENDANT'S EXHIBIT 1.

**09-28-2005  [ NCRAP ]**                                       MILLER, VICTOR CORNELL 👤

CORRECTED NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND TULSA COUNTY PUBLIC DEFENDER'S OFFICE.

**09-30-2005  [ RQCCA ]**                                       MILLER, VICTOR CORNELL 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

**10-20-2005  [ PYREQ ]**                                       MILLER, VICTOR CORNELL 👤

PAYMENT REQUEST

ATTACHMENT 7

**10-27-2005  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

---

**11-14-2005  [ ODNY ]**                                                      MILLER, VICTOR CORNELL 👤

ORDER DENYING PETITION FOR EXTRAORDINARY RELIEF

---

**11-28-2005  [ CTFREE ]**                                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN FEDERAL CUSTODY. REPRESENTED BY JACK GORDON. STATE BY BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING. MATERIAL TO BE EXCHANGED BY 12/2/05.

---

**12-14-2005  [ CTFREE ]**                                                    MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY SID CONWAY. STATE BY BILL MUSSEMAN. CASE ALLED FOR DISCOVERY HEARING. HEARING STRICKEN. STATUS HEARING SET 2-27-06 @1:30 P.M.

---

**12-15-2005  [ CTFREE ]**                                                    HANSON, JOHN FITZGERALD 👤

WALL C: ORDER OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM SIGNED.

---

**12-15-2005  [ WHCT ]**                                                      HANSON, JOHN FITZGERALD 👤

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**12-15-2005  [ AWHCT ]**                                                     HANSON, JOHN FITZGERALD 👤

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**12-20-2005  [ CTFREE ]**                                                    HANSON, JOHN FITZGERALD 👤

WALL C: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED

---

**12-20-2005  [ WHCP ]**                                                      HANSON, JOHN FITZGERALD 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**12-20-2005  [ AWHCP ]**                                                     HANSON, JOHN FITZGERALD 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**12-28-2005  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE)- BRAD BLAKE - PERSONAL SERVICE (BOTH DEFENDANTS)

---

**12-28-2005  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - DAVID LEAVELL - PERSONAL SERVICE (BOTH DEFENDANTS)

---

**12-29-2005  [ DISRQ ]**                                                     HANSON, JOHN FITZGERALD 👤

SUPPLEMENTAL RESPONSE TO DISCOVERY REQUEST

---

**12-30-2005  [ RTSUB ]**

RETURN SUBPOENA - BETTY BRIMMER - NOT FOUND

---

**12-30-2005  [ RTSUB ]**

RETURN SUBPOENA - SUNDEEP PATEL - NOT FOUND

---

**12-30-2005  [ NO ]**                                                        HANSON, JOHN FITZGERALD 👤

NOTICE OF INTENT TO USE PREVIOUS TESTIMONY OF UNAVAILABLE WITNESSES

---

**01-03-2006  [ CTFREE ]**                                                    HANSON, JOHN FITZGERALD 👤

WALL C: ORDER FOR HEARING DATE SIGNED. HEARING SET 1-4-06 @9:30 A.M.

---

**01-03-2006  [ OH ]**                                                        HANSON, JOHN FITZGERALD 👤

ORDER FOR HEARING DATE

---

**01-03-2006  [ MOCON ]**                                                     HANSON, JOHN FITZGERALD 👤

MOTION FOR CONTINUANCE                                    ATTACHMENT 7

**01-04-2006  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON AND STEVE HIGHTOWER. STATE BY BILL MUSSEMAN. KIM WHITE, REPORTER. CASE CALLED FOR MOTION HEARING. STATE'S MOTION FOR CONTINUANCE DENIED. JURY TRIAL CONTINUED SET 1-9-06.

**01-04-2006  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: ORDER ALLOWING ISSUANCE OF SUBPOENAS SIGNED

**01-04-2006  [ AFD ]**                                       HANSON, JOHN FITZGERALD 👤

AFFIDAVIT FOR ISSUING OUT OF COUNTY SUBPOENAS

**01-06-2006  [ MOLIM ]**                                     HANSON, JOHN FITZGERALD 👤

MOTION IN LIMINE

**01-09-2006  [ SORET ]**                                     HANSON, JOHN FITZGERALD 👤          $ 333.30

SHERIFF'S RETURN-TRANSPORTATION COST FOR MATERIAL WITNESS FOR LAWTON CORRECTIONAL FACILITY TO DLMCJC

**01-09-2006  [ OCISR ]**                                     HANSON, JOHN FITZGERALD 👤           $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**01-09-2006  [ SORET ]**                                     HANSON, JOHN FITZGERALD 👤        $ 2,070.25

SHERIFF'S RETURN-TRANSPORTATION COST FOR WRIT FROM U S PENITENTIARY, MARION, IL TO DLMCJC

**01-09-2006  [ OCISR ]**                                     HANSON, JOHN FITZGERALD 👤           $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**01-09-2006  [ MO ]**                                        HANSON, JOHN FITZGERALD 👤

MOTION FOR PRE-TRIAL EXHIBIT HEARING AND NOTICE OF SECTION 701.10A

**01-09-2006  [ MOH ]**                                       HANSON, JOHN FITZGERALD 👤

MOTION FOR BREWER HEARING

**01-09-2006  [ MOLIM ]**                                     HANSON, JOHN FITZGERALD 👤

MOTION IN LIMINE

**01-09-2006  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: MATERIAL WITNESS PHYLLIS MILLER RECOGNIZED BACK TO 1-12-06 @9:00 A.M. ON THE 8TH FLOOR.

ATTACHMENT 7

**01-09-2006  [ CTJURY ]**                                          HANSON, JOHN FITZGERALD

WALL C: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY JACK GORDON AND STEVE HIGHTOWER. STATE REPRESENTED BY BILL MUSSMAN AND DOUG DRUMMOND. COURT REPORTER KIM WHITE. CASE CALLED FOR JURY TRIAL AND PARTIES ANNOUNCE READY FOR TRIAL. THE JURORS ARE CALLED AND SWORN AS TO QUALIFICATIONS. THE JURY IS IMPANELED AND EXAMINED FOR CAUSE. THE FOLLOWING JUROR(S) IS(ARE) EXCUSED FOR CAUSE: KENDRA POLANCO, ROSEZELLA JACOMINE, WILLIAM LANE, RONALD JACKSON, CYNTHIA GIDDINGS, MARY LAREY, MARY LOCKE, JOHN MERRILL, JENNIFER JORDAN, RITA GUFFEY, DANIEL KING, LYNN MCLELLAN, ROBERT RILLO, STEPHANIE SELLE, MICHAEL DENIRO, JASON JORDAN, FLORENCE CARAWAY, TAMIKA JOHNSON, LORI CAIN, MITCHELLE SANDERS, PAUL MCKINNEY, PAULA CHAMBLESS, SCOTTIE LOVELL, ALLEN GARRETT, MARTHA POYNOR, MARK VENDLEY, AMBER BLACK. THE JURORS ARE ACCEPTED FOR CAUSE. PEREMPTORY CHALLENGES ISSUED BY THE STATE OF OKLAHOMA: 1. JAMES MOORMAN 2. NATHAN O'BRIEN 3. TARYN WILKEY 4. LIDNA DAVIS 5-9. WAIVED. PEREMPTORY CHALLENGES ISSUED BY THE DEFENDANT: 1. ROGER FISH 2. TREVOR WILSON 3. JOHN MARSAGLIA 4. ELIAS THOMPSON 5. RANDALL CLOUD 6. TARA VANARSDEL 7. THOMAS ALLEN 8. JAMES COPELAND 9. WAIVED. THE FOLLOWING JURORS ARE ACCEPTED AND SWORN TO TRY THE CAUSE: 1. HENRIK NAHKALA 2. FRANKETA BELL 3. ARTHUR MANION 4. BONNIE PLUTE 5. ROBERT SMITH 6. VIOLET COBB 7. PAMELA TEASE 8. JAKE SIMMONS 9. CARI SMITH 10. OTTO STRIZEK 11. ALFRED BAKER 12. CERESE COOK. THE FOLLOWING ALTERNATE JUROR ARE SELECTED - KAREN MORGAN. THE RULE OF SEQUESTRATION WAS INVOKED. STATE PRESENTS EVIDENCE AND RESTS. DEFENDANT DEMURS AND THE DEMURRER IS OVERRULED. DEFENDANT PRESENTS EVIDENCE AND RESTS. DEFENDANT MOVES FOR DIRECTED VERDICT AND IS OVERRULED. BOTH SIDES REST. THE JURY IS INSTRUCTED AS TO THE LAW. CLOSING ARGUMENTS ARE MADE. THE SWEARING OF THE BAILIFF IS WAIVED AND AT 1/24/06 @12:30 P.M., THE BAILIFF AND JURY RETIRE FOR DELIBERATION. AT 4:15 PM, THE JURY RETURNS INTO OPEN COURT WITH THEIR VERDICT, WHICH IS READ IN OPEN COURT AND IS TO WIT: WE, THE JURY IMPANELED AND SWORN IN THE ABOVE ENTITLED CAUSE, DO UPON OUR OATHS, HAVING BEEN INFORMED THE DEFENDANT, JOHN FITZGERALD HANSON, WAS FOUND GUILTY OF MURDER IN THE FIRST DEGREE, FIX HIS PUNISHMENT AT DEATH. /S/ ROBERT SMITH, FOREPERSON. JURY DISCHARGED. FORMAL SENTENCING SET 2/7/06 @9:30 A.M. COMMITMENT ISSUED. DEFENDANT RECOGNIZED BACK. WITNESSES SWORN: AUDREY TUCKER, ANNA BLAZER, LUCILLE NEVILLE, SARAH DURKEE, BEVERLY FERRELL, JAMES LAVENDUSKY, JAMES MOSEBY, JIM HAYHURST, STEVE NORTON. CORPORAL T. JONES, RASHAD BARNES, JIM SMITH, JOHN HARRIS. MR. NORDITE, MR. POWELL, CHAD FARMER, TROOPER SHROYER, DET. LOVALL, MIKE NANCE, PHYLLIS MILLER, DR. DISTEPHANO, MAGGIE MENDELZ, JAMES BLAKE, JOLONADA BEASLEY, CLYDE SNOW, JEANNIE RUSSELL, TAMEKA SIMMONS, ERICK KNOWLES, ANNETTE MOIER, MARKEL HANSON.

**01-10-2006  [ TEXT ]**                                            HANSON, JOHN FITZGERALD

SUPPLEMENTAL BRIEF ON BREWER ISSUE

**01-11-2006  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - SERVED PHYLLIS MILLER ON 1-9-06

**01-12-2006  [ CTFREE ]**                                          HANSON, JOHN FITZGERALD

WALL C: WITNESS PHYLLIS MILLER RECOGNIZED BACK TO 2/16/06 @1:00 TO MEET WITH DISTRICT ATTORNEY. WITNESS IS ORDERED TO STAY IN CONTACT WITH THE DISTRICT ATTORNEY'S OFFICE.

**01-12-2006  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - PERSONAL SERVICE - PHYLLIS MILLER ON 1-9-06

**01-17-2006  [ TEXT ]**                                            HANSON, JOHN FITZGERALD

SUPPLEMENTAL BRIEF REGARDING EDMUND INSTRUCTION

**01-17-2006  [ NO ]**                                              HANSON, JOHN FITZGERALD

NOTICE OF CASE LAW ON CONTINUING THREAT AGGRAVATOR                 ATTACHMENT 7

**01-23-2006  [ DEFT ]**                                      HANSON, JOHN FITZGERALD 👤

DEFENDANT'S PROPOSED JURY INSTRUCTIONS

---

**01-24-2006  [ OBJ ]**                                       HANSON, JOHN FITZGERALD 👤

OBJECTION TO REVISION OF OUJI 10-8

---

**01-25-2006  [ VERD ]**                                      HANSON, JOHN FITZGERALD 👤

VERDICT(S) SIGNED, # 1

---

**01-25-2006  [ VERDU ]**                                     HANSON, JOHN FITZGERALD 👤

VERDICT(S) UNSIGNED, #2

---

**01-25-2006  [ TEXT ]**                                      HANSON, JOHN FITZGERALD 👤

JURY INSTRUCTONS, 1-26, WITH 1 SIGNED VERDICT

---

**01-26-2006  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: RELEASE ISSUED ON WITNESS AHMAD HENRY TO BE RETURNED TO DEPARTMENT OF
CORRECTIONS.

---

**01-30-2006  [ RETRL ]**                                     HANSON, JOHN FITZGERALD 👤

RETURN RELEASE (MICROFILMED 2-1-06)

---

**02-01-2006  [ MOAF ]**                                      HANSON, JOHN FITZGERALD 👤

MOTION FOR ATTORNEY FEES

---

**02-01-2006  [ RETCO ]**                                     HANSON, JOHN FITZGERALD 👤

RETURN COMMITMENT

---

**02-07-2006  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY JACK GORDON AND STEVE HIGHTOWER. STATE
BY DOUG DRUMMOND. KIM WHITE, REPORTER. CASE CALLED FOR SENTENCING. COURT SENTENCES
DEFENDANT IN ACCORDANCE WITH JURY VERDICT TO DEATH. EXECUTION SET 5-9-06 @10:00 A.M.
DEFENDANT RELEASED FROM WRIT AND IS TO BE TRANSPORTED BACK TO DEPARTMENT OF
CORRECTIONS IMMEDIATELY. ORDER OF RELEASE ISSUED. J&S ISSUED. DEATH WARRANT ISSUED.
NOTICE OF INTENT TO APPEAL AND APPOINTING OIDS SIGNED. JACK GORDON AND STEVE HIGHTOWER
ALLOWED TO WITHDRAW.

---

**02-07-2006  [ SORET ]**                       HANSON, JOHN FITZGERALD 👤            $ 322.61

SHERIFF'S RETURN-TRANSPORTATION COST ON WRIT FOR MATERIAL WITNESS FROM DLMCJC TO
LAWTON CORRECTIONAL FACILITY

---

**02-07-2006  [ OCISR ]**                        HANSON, JOHN FITZGERALD 👤            $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**02-07-2006  [ APLI ]**                                      HANSON, JOHN FITZGERALD 👤

APPLICATION FOR STAY OF EXECUTION

---

**02-07-2006  [ NOREQ ]**                                     HANSON, JOHN FITZGERALD 👤

NOTICE OF INTENT TO APPEAL; ORDER DETERMINING INDIGENCY, APPELLATE COUNSEL, PREPARATION
OF APPEAL RECORD, GRANTING TRIAL COUNSEL'S MOTION TO WITHDRAW; COURT REPORTER
ACKNOWLEDGMENT; NOTIFICATION OF APPELLATE COUNSEL IF APPOINTED AND DESIGNATION OF
RECORD

---

**02-07-2006  [ MOAF ]**                                      HANSON, JOHN FITZGERALD 👤

MOTION FOR ATTORNEYS FEES

ATTACHMENT 7

**02-08-2006  [ DW ]**                                    HANSON, JOHN FITZGERALD 👤    #1

DEATH WARRANT - EXECUTION SET MAY 9, 2006 AT 10:00 A.M.
CERTIFIED COPY TO TULSA COUNTY SHERIFF AND D.O.C.

---

**02-08-2006  [ J&SDP ]**                                HANSON, JOHN FITZGERALD 👤    #1

JUDGMENT AND SENTENCE - DEATH PENALTY
CERTIFIED COPY TO TULSA COUNTY SHERIFF AND D.O.C.

---

**02-13-2006  [ CAP ]**                                  HANSON, JOHN FITZGERALD 👤

CERTIFICATE OF APPEAL - # D-2006-126 AND COURT TULSA COUNTY

---

**02-14-2006  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

WALL C: HEARING OF 2-27-06 RESET BY COURT TO 3-6-06 @1:30 PM. PARTIES NOTIFIED.

---

**02-14-2006  [ RETRL ]**                                HANSON, JOHN FITZGERALD 👤

RETURN RELEASE

---

**02-15-2006  [ SORET ]**                                HANSON, JOHN FITZGERALD 👤    $ 1,667.44

SHERIFF'S RETURN-TRANSPORTATION COST ON WRIT FROM DLMCJC TO U.W. PENITENTIARY, MARION, ILL.

---

**02-15-2006  [ OCISR ]**                                HANSON, JOHN FITZGERALD 👤    $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**02-17-2006  [ LT ]**                                   HANSON, JOHN FITZGERALD 👤

LETTER

---

**02-23-2006  [ CTFREE ]**                               HANSON, JOHN FITZGERALD 👤

WALL C: ORDER FOR ATTORNEY FEES SIGNED (J. GORDON $20,000/ STEVE HIGHTOWER $5,000)

---

**02-23-2006  [ CTFREE ]**                               HANSON, JOHN FITZGERALD 👤

WALL C: ORDER FOR PAYMENT SIGNED (DR. J. RUSSELL $7,358.25)

---

**02-23-2006  [ APLI ]**                                 HANSON, JOHN FITZGERALD 👤

APPLICATION FOR PAYMENT TO DR. JEANNE RUSSELL

---

**02-28-2006  [ O ]**                                    HANSON, JOHN FITZGERALD 👤

ORDER GRANTING STAY OF EXECUTION PENDING CONCLUSION OF APPELLATE PROCEEDINGS

---

**03-02-2006  [ APLI ]**                                 HANSON, JOHN FITZGERALD 👤

APPLICATION FOR PAYMENT TO DR. JEANNE RUSSELL

---

**03-02-2006  [ O ]**                                    HANSON, JOHN FITZGERALD 👤

ORDER FOR PAYMENT

---

**03-02-2006  [ O ]**                                    HANSON, JOHN FITZGERALD 👤

ORDER FOR ATTORNEY FEES

---

**03-03-2006  [ MO ]**                                   HANSON, JOHN FITZGERALD 👤

MOTION FOR PAYMENT OF PROFESSIONAL SERVICE FEES

---

**03-06-2006  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

WALL C: DEF'T IN CUSTODY, NOT PRESENT. REPRESENTED BY SID CONWAY AND PETE SILVA. STATE BY BILL MUSSEMAN. CASE CALLED FOR STATUS HEARING. HEARING PASSED AT STATE'S REQUEST TO 3-20-06 @9:30 A.M. BOND TO REMAIN SAME.

---

**03-08-2006  [ TEXT ]**                                 HANSON, JOHN FITZGERALD 👤

SUPPLEMENTAL DESIGNATION OF RECORD ON APPEALS                ATTACHMENT 7

**03-15-2006  [ TEXT ]**                                     HANSON, JOHN FITZGERALD 👤

SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

---

**03-20-2006  [ CTFREE ]**                                  MILLER, VICTOR CORNELL 👤

WALL C: DEF'T PRESENT, IN CUSTODY. REPRESENTED BY PETE SILVA. STATE BY BILL MUSSEMAN. BARBARA TIFFEE, REPORTER. CASE CALLED FOR STATUS HEARING. DEFENDANT WAIVES RIGHT TO SPEEDY TRIAL. JURY TRIAL RESET TO 2-5-07 @1:30 P.M. DISCOVERY HEARING SET 12-11-06 @9:30 A.M. DEF'TS APPEARANCE WAIVED AT DISCOVERY HEARING. HEARINGS PASSED AT DEFENDANT'S REQUEST. ORDER OF RELEASE ISSUED FOR DEFENDANT TO BE TRANSPORTED BACK TO FEDERAL CUSTODY. STATE TO WRIT DEFENDANT FOR JURY TRIAL.

---

**03-21-2006  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

AMENDMENT TO SUPPLEMENTAL DESIGNATION OF RECORD WITH PROOF OF SERVICE ON COURT REPORTERS

---

**03-23-2006  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

(ASLO DEFENDANT MILLER)

COURT FILE EXPANDED INTO VOLUME VI.

---

**03-27-2006  [ RETRL ]**                                   MILLER, VICTOR CORNELL 👤

RETURN RELEASE

---

**03-28-2006  [ SORET ]**                                   MILLER, VICTOR CORNELL 👤          $ 481.57

SHERIFF'S RETURN-TRANSPORTATION COST FROM DLMCJC TO U S PENITENTIARY, LEVENWORTH, KANSAS

---

**03-28-2006  [ OCISR ]**                                   MILLER, VICTOR CORNELL 👤          $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**06-09-2006  [ TEXT ]**                                    MILLER, VICTOR CORNELL 👤

ONE ORIGINAL OF THE FOLLOWING TRANSCRIPTS RETURNED BY COURT OF CRIMINAL APPEALS AND PLACED IN COURT FILE:
1) MOTION TO DISMISS HEARING HELD ON 6-2-05
2) MOTION TO DISMISS HEARING HELD ON 8-30-05
DEFENSE EXHIBIT #1

---

**06-09-2006  [ CAP ]**                                     HANSON, JOHN FITZGERALD 👤

CERTIFICATE OF APPEAL - # PCD-2006-614 AND COURT TULSA COUNTY

---

**08-04-2006  [ CTFREE ]**                                  HANSON, JOHN FITZGERALD 👤

WALL C: CAPITAL FELONY REPORT OF THE TRIAL JUDGE SIGNED AND FILED.

---

**08-04-2006  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

CAPITAL FELONY REPORT OF THE TRIAL JUDGE

---

**08-09-2006  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

COPIES OF THE FOLLOWING TRANSCRIPTS RETURNED BY OIDS AND PLACED IN COURT FILE:
1) PRELIMINARY HEARING VOLUME I HELD ON DECEMBER 16-17, 1999
2) PRELIMINARY HEARING VOLUME II HELD ON DECEMBER 16-17, 1999
3) PROPOSED ORDERS HEARING HELD ON 3-14-05

---

**08-14-2006  [ MOD ]**                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S PRO SE MOTION TO DISMISS FOR VIOLATION OF THE INTERSTATE AGREEMENT ON DETAINERS ACT WITH SUPPORTING ARGUMENTS - COPY TO DA & JUDGE WALL

ATTACHMENT 7

**08-15-2006  [ NOF ]**                                    HANSON, JOHN FITZGERALD 👤

NOTICE OF FILING

---

**08-15-2006  [ T&2 ]**                                    HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPT & 2 COPIES OF HEARING RE: PROPOSED ORDER ON MARCH 14, 2005.

ORIGINAL TRANSCRIPT AND 3 COPIES OF HERAING RE: PROPOSED ORDERS ON MARCH 2, 2005.

---

**08-17-2006  [ NNCRA ]**                                  HANSON, JOHN FITZGERALD 👤

NOTICE OF NON-COMPLETION - RECORD ON APPEAL

HAVE NOT RECEIVED THE FOLLOWING TRANSCRIPTS;
1) PROCEEDINGS ON JANUARY 4, 2006,
2) JURY TRIAL JANUARY 9-24, 2006,
3) SENTENCING ON FEBRUARY 7, 2006.

COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND OKLAHOMA INDIGENT DEFENSE SYSTEM.

---

**08-22-2006  [ AFD ]**                                    HANSON, JOHN FITZGERALD 👤

AFFIDAVIT REQUESTING EXTENSION OF TIME

---

**08-25-2006  [ PYREQ ]**                                  HANSON, JOHN FITZGERALD 👤          $ 70.00

PAYMENT REQUEST - TRANSCRIPTS - VOUCHER # 19086 $70.00

---

**08-31-2006  [ OG ]**                                     HANSON, JOHN FITZGERALD 👤

ORDER GRANTING EXTENSION OF TIME TO COMPLETE TRANSCRIPT

---

**09-01-2006  [ CTFREE ]**                                 MILLER, VICTOR CORNELL 👤

WALL C: DEF'T NOT PRESENT. NOT REPRESENTED BY COUNSEL. STATE BY FRED MORGAN. STATE GIVEN TO 10-1-06 TO RESPOND.

---

**09-26-2006  [ T ]**                                      MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT OF HEARING ON MARCH 20TH, 2006.

---

**10-16-2006  [ AFD ]**                                    HANSON, JOHN FITZGERALD 👤

AFFIDAVIT REQUESTING SECOND EXTENSION OF TIME

---

**10-20-2006  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

---

**11-03-2006  [ TEXT ]**                                   HANSON, JOHN FITZGERALD 👤

TRANSCRIPT FEES PREVIOUSLY ASSESSED HAVE NOW BEEN REALIZED.
$70 ADDED TO BALANCE.

---

**11-03-2006  [ OG ]**                                     HANSON, JOHN FITZGERALD 👤

ORDER GRANTING COURT REPORTER ADDITIONAL TIME TO FILE TRIAL TRANSCRIPTS AND , IF TRANCRIPTS ARE NOT FILED BY APPOINTED TIME, DIRECTING COURT REPORTER TO APPEAR AND SHOW CAUSE WHY TRANCRIPTS HAVE NOT BEEN FILED

---

**12-11-2006  [ CTFREE ]**                                 MILLER, VICTOR CORNELL 👤

MCALLISTER G: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY PETE SILVA. STATE BY BILL MUSSEMAN. CASE CALLED FOR DISCOVERY HEARING. HEARING PASSED BY AGREEMENT TO 1-4-07 @9:30 A.M.

---

ATTACHMENT 7

**12-19-2006  [ OG ]**                                    HANSON, JOHN FITZGERALD

ORDER GRANTING COURT REPORTER UNTIL DECEMBER 26, 2006 TO FILE TRIAL TRANSCRIPTS AND
DIRECTING COURT REPORTER TO APPEAR AND SHOW CAUSE ON JANUARY 2, 2007 IF THE TRANSCRIPTS
ARE NOT TIMELY FILED

---

**12-20-2006  [ AFD ]**                                   HANSON, JOHN FITZGERALD

AFFIDAVIT REQUESTING EXTENSION OF TIME

---

**12-26-2006  [ AFD ]**                                   HANSON, JOHN FITZGERALD

AFFIDAVIT OF FILING

---

**12-26-2006  [ T&3 ]**                                   HANSON, JOHN FITZGERALD

ORIGINAL TRANSCRIPT & 3 COPIES OF THE FOLLOWING;
1) MOTION HEARING ON JANUARY 4TH, 2006,
2) RE-SENTENCING JURY TRIAL ON JANUARY 9TH, 2006 VOLUME I OF XI,
3) SENTENCING JURY TRIAL ON JANUARY 10TH, 2006, VOLUME II OF XI,
4) SENTENCING JURY TRIAL ON JANUARY 11TH, 2006, VOLUME III OF XI,
5) SENTENCING JURY TRIAL ON JANUARY 12TH, 2006 VOLUME IV OF XI,
6) SENTENCING JURY TRIAL ON JANUARY 13TH, 2006 VOLUME V OF XI,
7) SENTENCING JURY TRIAL ON JANUARY 17TH, 2006 VOLUME VI OF XI,
8) SENTENCING JURY TRIAL ON JANUARY 18TH, 2006 VOLUME VII OF XI,
9) SENTENCING JURY TRIAL ON JANUARY 19TH, 2006 VOLUME VIII OF XI,
10) SENTENCING JURY TRIAL ON JANUARY 20TH, 2006 VOLUME IX OF XI,
11) SENTENCING JURY TRIAL ON JANUARY 23RD, 2006 VOLUME X OF XI,
12) SENTENCING JURY TRIAL ON JANUARY 24TH, 2006 VOLUME XI OF XI,
13) SENTENCING JURY TRIAL ON FEBRUARY 7TH, 2006,
WITH ORIGIANL AND THREE SETS OF EXHIBITS IN UNSEALED MANILA ENVELOPES.

ATTACHMENT 7

**12-28-2006  [ COPY ]**                                                                          HANSON, JOHN FITZGERALD 👤      $ 300.00

COPY OF INDEX OF APPEAL RECORD (4), VOLUMES I, II, III, IV, V, VI, VII, VIII AND IX, WITH ORIGINAL
TRANSCRIPT AND ONE COPY OF PROCEEDINGS - VOLUME I (PAGES 1-296) ON DECEMBER 16-17, 1999,
TWO COPIES TRANSMITTED TO THE COURT OF CRIMINAL APPEALS ON JANUARY 11, 2002.

ORIGINAL TRANSCRIPT AND ONE COPY OF PROCEEDINGS - VOLUME II (PAGES 297-400) ON DECEMBER 16-
17, 1999, TWO COPIES TRANSMITTED TO THE COURT OF CRIMINAL APPEALS ON JANUARY 11, 2002.

ORIGINAL TRANSCRIPT OF THE FOLLOWING, TWO COPIES TRANSMITTED TO THE COURT OF CRIMINAL
APPEALS ON JANUARY 11, 2002, AND ONE COPY TRANSMITTED TO OKLAHOMA INDIGENT DEFENSE
SYSTEM ON JANUARY 11, 2002);
1) PROCEEDINGS HAD ON THE 3RD DAY OF APRIL, 2000,
2) MOTION HEARING HAD ON THE 28TH DAY OF NOVEMBER, 2000,
3) MOTION HEARING HAD ON THE 29TH DAY OF NOVEMBER, 2000,
4) VOLUME I OF XIII JURY TRIAL HAD ON THE 7TH DAY OF MAY, 2001,
5) VOLUME II OF XIII JURY TRIAL HAD ON THE 8TH DAY OF MAY, 2001,
6) VOLUME III OF XIII JURY TRIAL HAD ON THE 9TH DAY OF MAY, 2001,
7) VOLUME IV OF XIII JURY TRIAL HAD ON THE 10TH DAY OF MAY, 2001,
8) VOLUME V OF XIII JURY TRIAL HAD ON THE 11TH DAY OF MAY, 2001,
9) VOLUME VI OF XIII JURY TRIAL HAD ON THE 14TH DAY OF MAY, 2001,
10) VOLUME VII OF XIII JURY TRIAL HAD ON THE 15TH DAY OF MAY, 2001,
11) VOLUME VIII OF XIII JURY TRIAL HAD ON THE 16TH DAY OF MAY, 2001,
12) VOLUME IX OF XIII JURY TRIAL HAD ON THE 17TH DAY OF MAY, 2001,
13) VOLUME X OF XIII JURY TRIAL HAD ON THE 18TH DAY OF MAY, 2001,
14) VOLUME XI OF XIII JURY TRIAL HAD ON THE 21ST DAY OF MAY, 2001,
15) VOLUME XII OF XIII JURY TRIAL HAD ON THE 22ND DAY OF MAY, 2001,
16) VOLUME XIII OF XIII JURY TRIAL HAD ON THE 23RD DAY OF MAY, 2001,
17) SENTENCING HAD ON THE 8TH DAY OF JUNE, 2001.

ORIGINAL TRANSCRIPT AND THREE COPIES OF THE FOLLOWING;
18) HEARING RE: PROPOSED ORDERS ON MARCH 2, 2005,
19) HEARING RE: PROPOSED ORDERS ON MARCH 14, 2005,
20) MOTION HEARING ON JANUARY 4, 2006,
21) RE-SENTENCING JURY TRIAL ON JANUARY 9TH, 2006 VOLUME I OF XI,
22) SENTENCING JURY TRIAL ON JANUARY 10TH, 2006 VOLUME II OF XI,
23) SENTENCING JURY TRIAL ON JANUARY 11TH, 2006 VOLUME III OF XI,
24) SENTENCING JURY TRIAL ON JANUARY 12TH, 2006 VOLUME IV OF XI,
25) SENTENCING JURY TRIAL ON JANUARY 13TH, 2006 VOLUME V OF XI,
26) SENTENCING JURY TRIAL ON JANUARY 17TH, 2006 VOLUME VI OF XI,
27) SENTENCING JURY TRIAL ON JANUARY 18TH, 2006 VOLUME VII OF XI,
28) SENTENCING JURY TRIAL ON JANUARY 19TH, 2006 VOLUME VIII OF XI,
29) SENTENCING JURY TRIAL ON JANUARY 20TH, 2006 VOLUME IX OF XI,
30) SENTENCING JURY TRIAL ON JANUARY 23RD, 2006 VOLUME X OF XI,
31) SENTENCING JURY TRIAL ON JANUARY 24TH, 2006 VOLUMW XI OF XI,
32) SENTENCING JURY TRIAL ON FEBRUARY 7TH, 2006,
WITH ORIGINAL AND THREE SETS OF EXHIBITS IN UNSEALED MANILA ENVELOPES.

---

**12-28-2006  [ NCRAP ]**                                                              HANSON, JOHN FITZGERALD 👤

NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT
ATTORNEY, ATTORNEY GENERAL AND OKLAHOMA INDIGENT DEFENSE SYSTEM.

ATTACHMENT 7

**01-04-2007  [ CTFREE ]**                                              MILLER, VICTOR CORNELL 👤

MCALLISTER, GORDON: DEFENDANT NOT PRESENT, IN CUSTODY, AND REPRESENTED BY PETE SILVA AND SID CONWAY. STATE REPRESENTED BY BILL MUSSEMAN. ALLEN DISCOVERY HEARING PASSED AT DEFENSE COUNSELS REQUEST TO 2-5-07 AT 9:30 AM. DEFENSE COUNSEL REQUESTS STRIKING JURY TRIAL DATE.THE STATE TO WRIT DEFENDANT BACK.

**01-05-2007  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE)- PERSONAL SERVICE DENNIS FULLER ON 12/31/06

**01-05-2007  [ RQCCA ]**                                              HANSON, JOHN FITZGERALD 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

ATTACHMENT 7

THE FOLLOWING HAS BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL;

BOX 1;
APPEAL RECORDS (2), VOLUMES I, II, III, IV, AND V.

BOX 2;
APPEAL RECORDS (2), VOLUMES VI, VII, VIII AND IX, WITH ORIGINAL TRANSCRIPT OF THE FOLLOWING;
1) PROCEEDINGS - VOLUME I (PAGES 1-296) DECEMBER 16-17, 1999,
2) PROCEEDINGS - VOLUME II (PAGES 297-400) DECEMBER 16-17, 1999,
3) PROCEEDINGS HAD ON THE 3RD DAY OF APRIL, 2000,
4) MOTION HEARING HAD ON THE 28TH DAY OF NOVEMBER, 2000,
5) MOTION HEARING HAD ON THE 29TH DAY OF NOVEMBER, 2000,

BOX 3;
ORIGINAL TRANSCRIPT OF THE FOLLOWING;
1) VOLUME I OF XIII JURY TRIAL HAD ON THE 7TH DAY OF MAY, 2001,
2) VOLUME II OF XIII JURY TRIAL HAD ON THE 8TH DAY OF MAY, 2001,
3) VOLUME III OF XIII JURY TRIAL HAD ON THE 9TH DAY OF MAY, 2001,
4) VOLUME IV OF XIII JURY TRIAL HAD ON THE 10TH DAY OF MAY, 2001,
5) VOLUME V OF XIII JURY TRIAL HAD ON THE 11TH DAY OF MAY, 2001,
6) VOLUME VI OF XIII JURY TRIAL HAD ON THE 14TH DAY OF MAY, 2001,
7) VOLUME VII OF XIII JURY TRIAL HAD ON THE 15TH DAY OF MAY, 2001,
8) VOLUME VIII OF XIII JURY TRIAL HAD ON THE 16TH DAY OF MAY, 2001,
9) VOLUME IX OF XIII JURY TRIAL HAD ON THE 17TH DAY OF MAY, 2001,
10) VOLUME X OF XIII JURY TRIAL HAD ON THE 18TH DAY OF MAY, 2001,
11) VOLUME XI OF XIII JURY TRIAL HAD ON THE 21ST DAY OF MAY, 2001,
12) VOLUME XII OF XIII JURY TRIAL HAD ON THE 22ND DAY OF MAY, 2001,
13) VOLUME XIII OF XIII JURY TRIAL HAD ON THE 23RD DAY OF MAY, 2001,
14) SENTENCING HAD ON THE 8TH DAY OF JUNE, 2001,
15) HEARING RE: PROPOSED ORDERS MARCH 14, 2005,
16) MOTION HEARING JANUARY 4TH, 2006
17) HEARING RE: PROPOSED ORDERS MARCH 2, 2005,
WITH ORIGINAL AND ONE SET OF EXHIBITS IN UNSEALED MANILA ENVELOPES.

BOX 4;
ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) RE-SENTENCING JURY TRIAL JANUARY 9TH, 2006 VOLUME I OF XI,
2) SENTENCING JURY TRIAL JANUARY 10TH, 2006 VOLUME II OF XI,
3) SENTENCING JURY TRIAL JANUARY 11TH, 2006 VOLUME III OF XI,
4) SENTENCING JURY TRIAL JANUARY 12TH, 2006 VOLUME IV OF XI,
5) SENTENCING JURY TRIAL JANUARY 13TH, 2006 VOLUME V OF XI,
6) SENTENCING JURY TRIAL JANUARY 17TH, 2006 VOLUME VI OF XI,

BOX 5;
ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) SENTENCING JURY TRIAL JANUARY 18TH, 2006 VOLUME VII OF XI,
2) SENTENCING JURY TRIAL JANUARY 19TH, 2006 VOLUME VIII OF XI,
3) SENTENCING JURY TRIAL JANUARY 20TH, 2006 VOLUME IX OF XI,
4) SENTENCING JURY TRIAL JANUARY 23RD, 2006 VOLUME X OF XI,

ATTACHMENT 7

5) SENTENCING JURY TRIAL JANUARY 24TH, 2006 VOLUME XI OF XI,
6) SENTENCING JURY FEBRUARY 7TH, 2006.

---

**01-08-2007  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

THE FOLLOWING WAS TRANSMITTED TO OKLAHOMA INDIGENT DEFENSE SYSTEM BY CERTIFIED MAIL;

BOX 1;
APPEAL RECORDS (2), VOLUMES I, II, III, IV, AND V.

BOX 2;
APPEAL RECORDS (2), VOLUMES VI, VII, VIII, AND IX, WITH ONE COPY OF THE FOLLOWING TRANSCRIPTS;
1) PROCEEDINGS - VOLUME I (PAGES 1-296) DECEMBER 16-17, 1999,
2) PROCEEDINGS - VOLUME II (PAGES 297-400) DECEMBER 16-17, 1999,
AND TWO COPIES OF THE FOLLOWING TRANCRIPTS;
1) HEARING RE: PROPOSED ORDERS MARCH 2, 2005,
2) MOTION HEARING JANUARY 4TH, 2006,
3) HEARING RE: PROPOSED ORDERS MARCH 14, 2005,

BOX 3;
TWO COPIES OF THE FOLLOWING TRANSCRIPTS;
1) RE-SENTENCING JURY TRIAL JANUARY 9TH, 2006 VOLUME I OF XI,
2) SENTENCING JURY TRIAL JANUARY 10TH, 2006 VOLUME II OF XI,
3) SENTENCING JURY TRIAL JANUARY 11TH, 2006 VOLUME III OF XI,
4) SENTENCING JURY TRIAL JANUARY 12TH, 2006 VOLUME IV OF XI,
5) SENTENCING JURY TRIAL JANUARY 13TH, 2006 VOLUME V OF XI,
6) SENTENCING JURY TRIAL JANUARY 17TH, 2006 VOLUME VI OF XI,
7) SENTENCING JURY TRIAL JANUARY 18TH, 2006 VOLUME VII AND XI,

BOX 4;
TWO COPIES OF THE FOLLOWING TRANSCRIPTS;
1) SENTENCING JURY TRIAL JANUARY 19TH, 2006 VOLUME VIII OF XI,
2) SENTENCING JURY TRIAL JANUARY 20TH, 2006 VOLUME IX OF XI,
3) SENTENCING JURY TRIAL JANUARY 23RD, 2006 VOLUME X OF XI,
4) SENTENCING JURY TRIAL JANUARY 24TH, 2006 VOLUME XI OF XI,
5) SENTENCING JURY TRIAL FEBRUARY 7TH, 2006,
WITH TWO SETS OF EXHIBITS IN UNSEALED MANILA ENVELOPES.

---

**01-09-2007  [ RECM$ ]**                    HANSON, JOHN FITZGERALD 👤                    $ 29.70
RECEIPT FOR CERTIFIED MAIL $29.70

---

**01-09-2007  [ RECM$ ]**                    HANSON, JOHN FITZGERALD 👤                    $ 18.50
RECEIPT FOR CERTIFIED MAIL $18.50

---

**01-09-2007  [ RECM$ ]**                    HANSON, JOHN FITZGERALD 👤                    $ 28.05
RECEIPT FOR CERTIFIED MAIL $28.05

---

**01-09-2007  [ RECM$ ]**                    HANSON, JOHN FITZGERALD 👤                    $ 28.55
RECEIPT FOR CERTIFIED MAIL $28.55

---

**01-09-2007  [ RECM$ ]**                    HANSON, JOHN FITZGERALD 👤                    $ 26.35
RECEIPT FOR CERTIFIED MAIL $26.35                         ATTACHMENT 7

---

| | | |
|---|---|---|
| **01-09-2007  [ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 28.05 |
| RECEIPT FOR CERTIFIED MAIL $28.05 | | |
| **01-09-2007  [ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 27.45 |
| RECEIPT FOR CERTIFIED MAIL $27.45 | | |
| **01-09-2007  [ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 19.60 |
| RECEIPT FOR CERTIFIED MAIL $19.60 | | |
| **01-09-2007  [ RECM$ ]** | HANSON, JOHN FITZGERALD 👤 | $ 28.55 |
| RECEIPT FOR CERTIFIED MAIL $28.55 | | |
| **01-11-2007  [ CTFREE ]** | MILLER, VICTOR CORNELL 👤 | |
| JUDGE DANA KUEHN: WRIT OF HABEAS CORPUS AD PROSEQUENDUM, SIGNED. | | |
| **01-11-2007  [ WHCP ]** | MILLER, VICTOR CORNELL 👤 | |
| WRIT OF HABEAS CORPUS AD PROSEQUENDUM | | |
| **01-11-2007  [ AWHCP ]** | MILLER, VICTOR CORNELL 👤 | |
| APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM | | |
| **01-12-2007  [ RETCM ]** | HANSON, JOHN FITZGERALD 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO OIDS - 1/10/07 | | |
| **01-12-2007  [ RETCM ]** | HANSON, JOHN FITZGERALD 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO OIDS - 1/10/07 | | |
| **01-12-2007  [ RETCM ]** | HANSON, JOHN FITZGERALD 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO OIDS - 1/10/07 | | |
| **01-16-2007  [ RETCM ]** | HANSON, JOHN FITZGERALD 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO OIDS - 1/10/07 | | |
| **01-16-2007  [ RETCM ]** | HANSON, JOHN FITZGERALD 👤 | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE - NO DATE OF DELIVERY (5) | | |
| **01-17-2007  [ TEXT ]** | HANSON, JOHN FITZGERALD 👤 | |
| RECEIPTS FOR APPEAL RECORD FROM THE COURT OF CRIMINAL APPEALS FOR BOXES 1-5, (5) | | |
| **01-18-2007  [ PYREQ ]** | HANSON, JOHN FITZGERALD 👤 | $ 6,853.00 |
| PAYMENT REQUEST - TRANSCRIPTS- VOUCHER # 22543 | | |
| **01-23-2007  [ RECAP ]** | HANSON, JOHN FITZGERALD 👤 | |
| RECEIPT FOR APPEAL RECORD (4) | | |
| **01-31-2007  [ RTSUB$ ]** | MILLER, VICTOR CORNELL 👤 | $ 50.00 |
| RETURN SUBPOENA-NOT FOUND, DAVID LEAVELL ON 1-12-07/ OUT OF WORK FOR HEALTH REASONS LIVES OUT OF COUNTY | | |
| **01-31-2007  [ OCISR ]** | MILLER, VICTOR CORNELL 👤 | $ 10.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| **02-01-2007  [ RTSUB$ ]** | MILLER, VICTOR CORNELL 👤 | $ 50.00 |
| RETURN SUBPOENA-NOT FOUND BRAD BLAKE ON 1-12-07 / SEVERAL ATTEMPTS UNABLE TO MAKE CONTACT | | |
| **02-01-2007  [ OCISR ]** | MILLER, VICTOR CORNELL 👤 | $ 10.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |

ATTACHMENT 7

**02-02-2007  [ SORET ]**                                        MILLER, VICTOR CORNELL 👤      $ 1,350.47

SHERIFF'S RETURN-TRANSPORTATION COSTS ON WRIT FROM US PENITENTIARY, TERRE HAUTE, INDIANA.

**02-02-2007  [ OCISR ]**                                        MILLER, VICTOR CORNELL 👤      $ 10.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**02-05-2007  [ CTPASS ]**                                       MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE CALLED FOR STATUS/ALLEN DISCOVERY HEARING; DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY SID CONWAY & PETE SILVA. STATE REPRESENTED BY BILL MUSSEMAN. MOTION & DISMISS SET FOR HEARING 3-29-2007 9:00 A.M. JURY TRIAL (ISSUE) SET 5-21-2007 9:00 A.M. DEFENDANT REMANDED TO CUSTODY & RECOGNIZED BACK FOR MOTIONS HEARING WITH SAME BOND TO REMAIN.

**02-06-2007  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - PERSONAL SERVICE SUNDEEP PATEL ON 1/31/07

**02-15-2007  [ NCRAP ]**                                        HANSON, JOHN FITZGERALD 👤

WITHDRAWN THIS 15TH DAY OF FEBRUARY NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND OKLAHOMA INDIGENT DEFENSE SYSTEM.

WITHDRAWN THIS 15TH DAY OF FEBRUARY 2007 PURSANT TO ORDER FROM THE COURT OF CRIMINAL APPEALS DATED FEBRUARY 12, 2007. WITHDRAWAL OF NOTICE OF COMPLETION REFILED THIS DATE.

**02-15-2007  [ O ]**                                            HANSON, JOHN FITZGERALD 👤

ORDER REMANDING MATTER TO THE HONORABLE CAROLINE E. WALL, DISTRICT JUDGE , DISTRICT COURT OF TULSA COUNTY, FOR FINDING OF FACT AND STAYING BRIEFING SCHEDULE

**02-21-2007  [ RECP ]**                                         HANSON, JOHN FITZGERALD 👤

RECEIPT FOR EXHIBITS

THE FOLLOWING STATE'S EXHIBITS WAS RETURNED BY THE DISTRICT ATTORNEY'S OFFICE; 1-11, 13-29, 31, 33-39, 40, 41, 42-48, 51-59, 60, 61-65, 68-72, 73, 74, 75, 77-79, 86, 88-90.

STATE'S EXHIBITS 80-83 WAS PULLED AND TRANSMITTED TO THE COURT OF CRIMINAL APPEALS JANUARY 5, 2007, AND TO OKLAHOMA INDIGENT DEFENSE SYSTEM JANUARY 8, 2007.

**02-22-2007  [ OSH ]**                                          HANSON, JOHN FITZGERALD 👤

ORDER SETTING HEARING REGARDING ORDER REMANDING THE MATTER FOR FINDINGS OF FACT AND STAYING OF BRIEFING SCHEDULE

**02-22-2007  [ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

JUDGE DANA KUEHN: ORDER SETTING HEARING 2-28-3007 1:30 P.M., SIGNED.

**02-28-2007  [ NCRAP ]**                                        HANSON, JOHN FITZGERALD 👤

NOTICE OF COMPLETION OF RECORD ON APPEAL AFTER FINDINGS OF FACT - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND OKLAHOMA INDIGENT DEFENSE SYSTEM

ORIGINAL EXHIBITS FROM FIRST TRIAL INCLUDED IN THIS NOTICE: STATE'S EXHIBITS 1-11, 13-29, 31, 33-48, 51-65, 68-75, 77-83, 86, 88-90, DEFENDANT'S EXHIBITS 1 -3 , AND TWO JUROR NOTES.

TRANSMITTED TO COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL                ATTACHMENT 7

**02-28-2007  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

KUEHN, DANA: ALL RECORDS CORRECT AND COMPLETE AND COURT CLERKS OFFICE TO FILE NOTICE OF COMPLETION. COPIES TO COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL, AND OKLAHOMA INDIGENT DEFENSE SYSTEM.

**03-01-2007  [ MOD ]**                                       MILLER, VICTOR CORNELL 👤

MOTION TO DISMISS FOR VIOLATION OF THE INTERSTATE ACT ON DETAINERS

**03-02-2007  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

JUDGE DANA KUEHN: FINDING OF FACT & CONCLUIONS OF LAW, SIGNED.

**03-05-2007  [ RETCM ]**                                     HANSON, JOHN FITZGERALD 👤

RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S RICHIE, CCA (NO DATE GIVEN)

**03-06-2007  [ RQCCA ]**                                     HANSON, JOHN FITZGERALD 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

**03-06-2007  [ RECP ]**                                      HANSON, JOHN FITZGERALD 👤

RECEIPT FOR EXHIBITS

**03-08-2007  [ F&C ]**                                       HANSON, JOHN FITZGERALD 👤

FINDINGS OF FACT AND CONCLUSIONS OF LAW

**03-09-2007  [ RTSUB ]**                                     MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA - PERSONAL SERVICE TO DLMCJC / TCJ - JAIL RECORDS CUSTODIAN C/O CARLA HOUSLEY - TULSA CO. SHERIFF DEPT. ON 3/9/07

**03-12-2007  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER SETTING HEAIRNG, SIGNED. HEARING FOR DECISION SET 3-28-2007 9:00 A.M.

**03-19-2007  [ OSH ]**                                       MILLER, VICTOR CORNELL 👤

ORDER SETTING HEARING

**03-20-2007  [ RESP ]**                                      MILLER, VICTOR CORNELL 👤

RESPONSE TO MOTION TO DISMISS

**03-27-2007  [ TEXT ]**                                      MILLER, VICTOR CORNELL 👤

SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS FOR VIOLATION OF THE INTERSTATE ACT ON DETAINERS

**03-28-2007  [ TEXT ]**                                      MILLER, VICTOR CORNELL 👤

SUPPLEMENT TO THE STATE'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**03-28-2007  [ CTPASS ]**                                    MILLER, VICTOR CORNELL 👤

KUEHN, DANA: DEFENDANT NOT PRESENT, IN CUSTODY, AND REPRESENTED BY SID CONWAY AND PETE SILVA. STATE REPRESENTED BY FRED MORGAN. DECISION HEARING PASSED TO 3-29-07 AT 1:30 PM AT THE COURTS REQUEST WITH NO OBJECTION FROM DEFENSE OR STATE. DEFENDANT REMANDED TO CUSTODY, ORDERED HELD WITHOUT BOND.

**03-29-2007  [ CTPASS ]**                                    MILLER, VICTOR CORNELL 👤

KUEHN, DANA: DEFENDANT NOT PRESENT, IN CUSTODY, AND REPRESENTED BY SID CONWAY AND PETE SILVA. STATE REPRESENTED BY FRED MORGAN AND BILL MUSSEMAN. COURT REPORTER, DIANA CAVENAH. HEARING HELD AND PASSED TO 4-19-07 AT 1:30 PM. DEFENDANT REMANDED TO CUSTODY, ORDERED HELD WITHOUT BOND.

ATTACHMENT 7

**04-04-2007** **[ ADISC ]**                                    MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY SUPPLEMENTAL PAGES 589 TO 960

---

**04-11-2007** **[ RESP ]**                                    MILLER, VICTOR CORNELL 👤

ADDITIONAL RESPONSE TO MOTION TO DISMISS

---

**04-13-2007** **[ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: STRIKE HEARING ON 4-19-2007 AND RESET 5-24-2007 9:00 A.M. FOR DECISION/MOTIONS. DEFENDANT TO REMAIN IN CUSTODY.

---

**05-07-2007** **[ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: PER REQUEST OF SID CONWAY, P.D. , STRIKE JURY TRIAL DATE OF 5-21-2007 & RESET WITH DECISION ON MOTIONS TO 5-24-2007 9:00 A.M. FOR STATUS.

---

**05-17-2007** **[ TEXT ]**                                    MILLER, VICTOR CORNELL 👤

ADDITIONAL ARGUMENT AND AUTHORITY FOLLOWING THE 3/29/07 HEARING ON DEFENDANT'S MOTION TO DISMISS FOR VIOLATION OF THE INTERSTATE ACT ON DETAINERS

---

**05-24-2007** **[ CTPASS ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE CALLED FOR HEARING/DECISION & JURY TRIAL STATUS; DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY SID CONWAY & PETE SILVA, P.D. STATE REPRESENTED BY FRED MORGAN, BILL MUSSEMAN & DOUG DRUMMOND. BRIEFS WERE SUBMITTED BY ALL PARTIES. MOTION TO DISMISS, DENIED. DEFENDANT TO SEEK EXTRAORDINARY RELIEF. DEFENDANT'S REQUEST TO STAY PROCEEDINGS, GRANTED. JURY TRIAL (STATUS) SET 8-13-2007 9:00 A.M. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN.

---

**05-29-2007** **[ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S NOTICE OF INTENT TO SEEK EXTRAORDINARY RELIEF, AND DESIGNATION OF RECORD

---

**05-29-2007** **[ O ]**                                    MILLER, VICTOR CORNELL 👤

ORDER

---

**06-13-2007** **[ T ]**                                    MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT AND TWO COPIES OF THE FOLLOWING (ONE COPY PLACED IN COURT FILE);
1) PROCEEDINGS HAD ON MAY 24, 2007,
2) PROCEEDINGS HAD ON MARCH 29, 2007,
WITH ORIGINAL AND TWO SETS JURY TRIAL APPEAL DEFENDANT'S EXHIBIT NO. 1 MARCH 29, 2007 IN SEALED MANILA ENVELOPES (ONE SET PLACED IN COURT FILE).

---

**06-13-2007** **[ COPYI ]**                                    MILLER, VICTOR CORNELL 👤          $ 200.00

COPY OF INDEX OF WRIT, (2), WITH ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) PROCEEDINGS HAD ON MAY 24, 2007,
2) PROCEEDINGS HAD ON MARCH 29, 2007,
WITH ORIGINAL AND ONE SET OF JURY TRIAL APPEAL DEFENDANT'S EXHIBIT NO. 1 MARCH 29, 2007 IN SEALED MANILA ENVELOPES.

---

**06-13-2007** **[ NCRAP ]**                                    MILLER, VICTOR CORNELL 👤

NOTICE OF COMPLETION OF WRIT - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND PUBLIC DEFENDER.

---

**06-13-2007** **[ NOF ]**                                    MILLER, VICTOR CORNELL 👤

NOTICE OF FILING

---

**06-14-2007** **[ RECP ]**                                    MILLER, VICTOR CORNELL 👤

RECEIPT FOR WRIT

ATTACHMENT 7

**06-29-2007  [ PYREQ ]**                                MILLER, VICTOR CORNELL 👤        $ 154.00

PAYMENT REQUEST - TRANSCRIPTS - VOUCHER # 28231

---

**07-13-2007  [ O ]**                                    MILLER, VICTOR CORNELL 👤

ORDER DIRECTING RESPONSE

---

**07-18-2007  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER DESIGNATING REPRESENTATIVE

---

**07-18-2007  [ TEXT ]**                                 MILLER, VICTOR CORNELL 👤

ONE COPY OF THE FOLLOWING GIVEN TO FRED MORGAN IN THE DISTRICT ATTORNEY'S OFFICE;
1) PROCEEDINGS ON MARCH 29, 2007,
2) PROCEEDINGS ON MAY 24, 2007.

---

**07-18-2007  [ O ]**                                    MILLER, VICTOR CORNELL 👤

ORDER DESIGNATING REPRESENTATIVE

---

**07-24-2007  [ F&C ]**                                  MILLER, VICTOR CORNELL 👤

FINDINGS OF FACT AND CONCLUSIONS OF LAW

---

**08-13-2007  [ CTPASS ]**                               MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE CALLED FOR JURY TRIAL STATUS AND PASSED TO 10-29-2007 9:00 A.M. WITH
NO OBJECTION FROM THE STATE. DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY SID CONWAY,
P.D. STATE REPRESENTED BY BILL MUSSEMAN. REPORTER: DIANA CAVENAH. DEFENDANT REMANDED TO
CUSTODY & RECOGNIZED BACK WITH SAME BOND TO REMAIN.

---

**09-28-2007  [ ODNY ]**                                 MILLER, VICTOR CORNELL 👤

ORDER DENYING EXTRAORDINARY RELIEF

---

**10-17-2007  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-29-2007  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

KUEHN, DANA: DEFENDANT NOT PRESENT, IN CUSTODY, AND REPRESENTED BY SID CONWAY. STATE
REPRESENTED BY BILL MUSSEMAN. DEFENSE COUNSEL CONTINUES STAY ON JURY TRIAL STATUS AS
WELL AS WITH SPEEDY TRIAL RIGHTS. JURY TRIAL STATUS PASSED TO 1-29-08 AT 9:00 AM. DEFENDANT
REMANDED TO CUSTODY, HELD WITHOUT BOND.

---

**01-29-2008  [ CTPASS ]**                               MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: JURY TRIAL STATUS RESET 2-26-2008 9:00 A.M. DEFENDANT PRESENT, IN CUSTODY &
REPRESENTED BY SID CONWAY, P.D. STATE REPRESENTED BY CHRISTINA WOLFRAM. DEFENDANT
REMANDED TO CUSTODY & RECOGNIZED BACK WITH SAME BOND TO REMAIN.

---

**02-07-2008  [ TEXT ]**                                 MILLER, VICTOR CORNELL 👤

COPY OF ORIGINAL RECORD
ORIGINAL TRANSCRIPTS OF THE FOLLOWING RETURNED BY COURT OF CRIMINAL APPEALS AND PLACED
IN COURT FILE:
1) HEARING/DECISION HEARING HELD ON 3-27-07
2) HEARING/DECISION & JURY TRIAL STATUS HELD ON 5-24-07
DEFENSE EXHIBIT #1 PLACED IN MANILLA ENVELOPE AND PUT IN COURT FILE

---

**02-26-2008  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN; CASE CALLED FOR JURY TRIAL STATUS; DEFENDANT PRESENT, IN CUSTODY &
REPRESENTED BY SID CONWAY & PETE SILVA. STATE REPRESENTED BY DOUG DRUMMOND. JURY TRIAL
(ISSUE) SET 9-8-2008 9:00 A.M. ALLEN HEARING SET 6-3-2008 1:30 P.M. DEFENDANT REMANDED TO
CUSTODY & TO BE BROUGHT BACK TO COURT FOR ALL APPEARANCES.   ATTACHMENT 7

**06-03-2008  [ CTPASS ]**                                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE CALLED FOR ALLEN (DISCOVERY) HEARING; DEFENDANT PRESENT, IN
CUSTODY & REPRESENTED BY PETE SILVA. STATE REPRESENTED BY BILL MUSSEMAN. REPORTER: DIANA
CAVENAH. DISCOVERY COMPLETED. DEFENDANT'S MOTIONS DUE 7-25-2008 & STATE TO RESPOND BY 8-8-
2008. MOTIONS HEARING SET 8-14-2008 9:00 A.M. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND
TO REMAIN.

---

**06-11-2008  [ DEFT ]**                                                  MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION FOR AN ORDER OF THE COURT - COPY TO DA & JUDGE KUEHN
Document Available at Court Clerk's Office

---

**06-11-2008  [ DEFT ]**                                                  MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE OF DEFENDANT'S RIGHT TO BE HEARD
BY HIMSELF AND COUNSEL - COPY TO DA & JUDGE KUEHN
Document Available at Court Clerk's Office

---

**06-11-2008  [ DEFT ]**                                                  MILLER, VICTOR CORNELL 👤

DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE OF
DEFENDANT'S RIGHT TO BE HEARD BY HIMSELF AND COUNSEL - COPY TO DA & JUDGE KUEHN
Document Available at Court Clerk's Office

---

**07-15-2008  [ CTFREE ]**                                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER, SIGNED.

---

**07-18-2008  [ DEFT ]**                                                  MILLER, VICTOR CORNELL 👤

DEFENDANT'S AMENDED BRIEF IN SUPPORT OF MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE OF
DEFENDANT'S RIGHT TO BE HEARD BY HIMSELF AND COUNSEL - COPY TO DA & JUDGE KUEHN
Document Available at Court Clerk's Office

---

**07-29-2008  [ TEXT ]**

SPECIAL APPEARANCE BY THE UNITED STATES OF AMERICA AND MOTION TO QUASH SUBPOENA
DIRECTED TO DEPUTY U.S. MARSHAL JAMES CALDWELL
Document Available at Court Clerk's Office

---

**07-29-2008  [ O ]**                                                     MILLER, VICTOR CORNELL 👤

ORDER
Document Available at Court Clerk's Office

---

**07-31-2008  [ NO ]**                                                    MILLER, VICTOR CORNELL 👤

NOTICE OF INTENTION TO REURGE PREVIOUSLY FILED MOTIONS
Document Available at Court Clerk's Office

---

**08-01-2008  [ CTFREE ]**

JUDGE DANA KUEHN: BILL MUSSEMAN PRESENT FOR THE STATE. STATE WITHDRAWS SUBPOENA
SEEKING THE TESTIMONY OF WITNESS U.S. MARSHALL CALDWELL.

---

**08-08-2008  [ RESP ]**                                                  MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE RE: REMORSE
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                                  MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR A PRE-TRIAL HEARING ON THE BILL OF PARTICULARS
Document Available at Court Clerk's Office

---

ATTACHMENT 7

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO REQUIRE COURT TO CHARGE PRESUMPTION OF LIFE
SENTENCE AND DEATH SENTENCE
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE RE PROSECUTORIAL MISCONDUCT
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO PRECLUDE PROSECUTION FROM USING PREEMPTORY
CHALLENGES TO EXCLUDE MINORIRY RACES OR POOR JURORS
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE BILL OF PARTICULARS
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO QUASH BILL OF PARTICULARS AND DECLARE DEATH
PENALTY UNCONSTITUTIONAL
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO ENJOIN VICTIM'S FAMILY FROM SHOWING EMOTION IN
THE COURTROOM WHILE SITTING AS SPECTATORS
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION CHALLENGING DEATH QUALIFICATIONS VOIRE DIRE
QUESTIONS
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO HAVE THE COURT CHARGE WITHERSPOON JURORS
THAT THE FINDING OF MITIGATION NEED NOT BE UNANAMOUS
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO ALLOW SEPARATE JURY TO DECIDE PUNISHMENT
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO QUASH JURY PANEL
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO ADJOURN AT A REASONABLE TIME
Document Available at Court Clerk's Office

---

**08-08-2008  [ RESP ]**                                              MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY OF PRIOR JURY SERVICE
Document Available at Court Clerk's Office

---

ATTACHMENT 7

**08-08-2008**  **[ DIS ]**                                          MILLER, VICTOR CORNELL 👤

DISCOVERY MOTION TO PRODUCE
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT INTRODUCTION OF PHYSICAL AND FORENSIC
EVIDENCE
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ NO ]**                                          MILLER, VICTOR CORNELL 👤

NOTICE OF INTENT TO REURGE PREVIOUSLY FILED MOTIONS AND NOTICES
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE RE: STATE'S USE OF DEFENDANT'S MITIGATION
DURING FIRST STAGE AND STATE'S USE OF MITIGATION AS AGGRAVATION IN THE PUNISHMENT STAGE
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR ADDITIONAL PREEMPTORY CHALLENGES
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO REQUIRE COURT REPORTER TO RECORD AND
PRESERVE ALL PROCEEDING
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO ALLOW DEFENSE TO ARGUE LAST
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR JURY TO ASSESS PUNISHMENT
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RESP ]**                                          MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO PAY EXPNESES OF POOR JURORS, OR , ALTERNATIVELY
QUASH THE JURY PANEL
Document Available at Court Clerk's Office

---

**08-08-2008**  **[ RTSBN ]**                                          MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE) - PERSONAL SERVICE TO DLMCJC/TCJ RECORDS CUSTODIAN -
DEPUTY PSALIDAS - 8/7/08
Document Available at Court Clerk's Office

---

**08-14-2008**  **[ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE CALLED FOR MOTIONS HEARING; DEFENDANT PRESENT, IN CUSTODY &
REPRESENTED BY PETE SILVA & SHENA BURGESS. STATE REPRESENTED BY TIM HARRIS & BILL
MUSSEMAN. REPORTER: DIANA CAVENAH. MOTIONS HEARING HELD & DECISION BY THE COURT MADE.

---

**08-22-2008**  **[ TEXT ]**                                          MILLER, VICTOR CORNELL 👤

SUPPLEMENTAL NOTICE OF EVIDENCE IN SUPPORT OF AGGRAVATING CIRCUMSTANCE
Document Available at Court Clerk's Office

---

ATTACHMENT 7

**08-25-2008** **[ CTFREE ]** MILLER, VICTOR CORNELL

JUDGE DANA KUEHN: DEFENDANT FAILS TO FILE ADDITIONAL MOTIONS BY 8-20-2008 AND ANY FURTHER MOTIONS HEARING STRICKEN UNTIL REQUESTED BY PARTIES.

---

**08-26-2008** **[ CTFREE ]** MILLER, VICTOR CORNELL

JUDGE DANA KUEHN: MOTIONS HEARING STRICKEN, PARTIES FAILED TO FILE MOTIONS.

---

**08-27-2008** **[ ADISC ]** MILLER, VICTOR CORNELL

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available at Court Clerk's Office

---

**08-29-2008** **[ MOPRO ]** MILLER, VICTOR CORNELL

MOTION TO PRODUCE
Document Available at Court Clerk's Office

---

**09-02-2008** **[ CTFREE ]** MILLER, VICTOR CORNELL

JUDGE DANA KUEHN: ORDER ON MOTIONS HEARD AUGUST 14, 2008, SIGNED..

---

**09-05-2008** **[ CTFREE ]** MILLER, VICTOR CORNELL

KELLOUGH FOR KUEHN: WARRANT OF ARREST OF MATERIAL WITNESS SIGNED. WITNESS PHYLLIS MILLER. BOND $50,000.

---

**09-05-2008** **[ 👁 BWIMW ]** MILLER, PHYLLIS

BENCH WARRANT FOR MATERIAL WITNESS, JUDGE: WILLIAM KELLOUGH - BOND AMOUNT: $50,000.00


**WARRANT FEES REMOVED AND I NCLUDED WITH SHERIFF'S RETURN**

---

**09-05-2008** **[ OCISR ]** MILLER, PHYLLIS

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**09-05-2008** **[ AAMW ]** MILLER, VICTOR CORNELL

APPLICATION FOR ARREST OF MATERIAL WITNESS PHYLLIS MILLER
Document Available at Court Clerk's Office

---

**09-08-2008** **[ CTPASS ]** MILLER, PHYLLIS

JUDGE DANA KUEHN: JURY TRIAL (ISSUE) PSSSED TO 11-3-2008 9:00 A.M. AT REQUEST OF BOTH PARTIES. DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA & SHEENA BURGESS. STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. ALLEN HEARING SET 10-6-2008 9:00 A.M. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN.

---

**09-08-2008** **[ CTFREE ]** MILLER, VICTOR CORNELL

JUDGE DANA KUEHN: AMENDED MINUTE OF 9-8-2008--MINUTE SHOULD REFLECT NAME OF VICTOR MILLER (NO PHYLLIS).

---

**09-10-2008** **[ ADISC ]** MILLER, VICTOR CORNELL

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available at Court Clerk's Office

---

**09-11-2008** **[ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - SERVED TO DAVID LEAVELL - 9/3/08
Document Available at Court Clerk's Office

---

**09-11-2008** **[ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - SERVED BRAD BLAKE - 9/3/08
Document Available at Court Clerk's Office

ATTACHMENT 7

**09-11-2008  [ RTSBN ]**

RETURN SUBPOENA (NO CHARGE) - SERVED SUNDEEP PATEL - 9/4/08
Document Available at Court Clerk's Office

---

**09-17-2008  [ MOPRO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO PRODUCE
Document Available at Court Clerk's Office

---

**10-06-2008  [ CTPASS ]**                                    MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: CASE CALLED FOR ALLEN HEARING & PASSED FOR EVIDENTIARY HEARING &
MOTION TO COMPEL HEARING ON 10-16-2008 1:00 P.M. DEFENDANT PRESENT, IN CUSTODY &
REPRESENTED BY PETE SILVA & SHEENA BURGESS. STATE REPRESENTED BY BILL MUSSEMAN.
REPORTER: DIANA CAVENAH. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN.

---

**10-06-2008  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: AMENDED MINUTE OF 10-6-2008---DEFENDANT'S NAME IS VICTOR MILLER (NOT
PHYLLIS MILLER).

---

**10-07-2008  [ ADISC ]**                                    MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY SUPPLEMENTAL PAGES 961 TO 1038
Document Available at Court Clerk's Office

---

**10-13-2008  [ RTSBN ]**                                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE) SERVED TO CPL. MIKE COOK 10-10-08
Document Available at Court Clerk's Office

---

**10-13-2008  [ RTSBN ]**                                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE) SERVED TO DET. ALVIN MCDONALD 10-10-08
Document Available at Court Clerk's Office

---

**10-13-2008  [ RTSBN ]**                                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE) SERVED TO DET. MIKE O'BRIEN 10-10-08
Document Available at Court Clerk's Office

---

**10-13-2008  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-15-2008  [ ADISC ]**                                    MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available at Court Clerk's Office

---

**10-16-2008  [ CTFREE ]**                                    MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: CASE CALLED FOR EVIDENTIARY & MOTION TO COMPEL HEARING. DEFENDANT
PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA & SHEEN BURGESS. STATE REPRESENTED BY TIM
HARRIS & BILL MUSSEMAN. HEARING HELD. 4 WITNESSES SWORN. JURY TRIAL STATUS & MOTION TO
COMPEL HEARING SET 10-24-2008 1:30 P.M. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO
REMAIN.

---

**10-16-2008  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: AMENDED MINUTE OF 10-16-2008. DEFENDANT IS VICTOR MILLER (NOT PHYLLIS).

---

**10-16-2008  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: AMENDED MINUTE--DIANA CAVENAH REPORTED THE HEARING AND THE
DEFENDANT WAS VICTOR CORNELL MILLER..

ATTACHMENT 7

**10-23-2008** **[ RTSUB$ ]**        MILLER, VICTOR CORNELL 👤     $ 50.00

RETURN SUBPOENA NOT SERVED BRAD BLAKE - MOVED - 10/15/08
Document Available at Court Clerk's Office

---

**10-23-2008** **[ OCISR ]**        MILLER, VICTOR CORNELL 👤     $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**10-24-2008** **[ CTFREE ]**        MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: CASE CALLED FOR JURY TRIAL STATUS & MOTION TO COMPEL HEARING.
DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA & SHEENA BURGESS. STATE
REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. REPORTER: DIANA CAVENAH. HEARING HELD.
DEFENDANT'S MOTION TO COMPEL CONCLUDED. DEFENDANT REQUESTED NO FURTHER HEARING ON
MOTION TO COMPEL. DUE DELEGENCE HEARING SET 10-30-2008 2:30 P.M. DEFENDANT REMANDED TO
CUSTODY WITH SAME BOND TO REMAIN.

---

**10-24-2008** **[ O ]**        MILLER, VICTOR CORNELL 👤

ORDER
Document Available at Court Clerk's Office

---

**10-24-2008** **[ AWITO ]**        MILLER, VICTOR CORNELL 👤

APPLICATION TO ENDORSE WITNESS ON INFORMATION
Document Available at Court Clerk's Office

---

**10-28-2008** **[ MOQ ]**

SPECIAL APPEARANCE BY THE UNITED STATES OF AMERICA & MOTION TO QUASH SUBPOENA DIRECTED
TO DEPUTY U.S. MARSHALL JAMES CALDWELL
Document Available at Court Clerk's Office

---

**10-30-2008** **[ CTFREE ]**        MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: COURT NOTIFIED THE MATERIAL WITNESS IN CUSTODY & ADDED TO DOCKET
INSTANTER. COURT APPOINTS BRIAN MARTIN TO REPRESENT PHYLLIS MILLER, PRESENT. MATERIAL
WITNESS RECOGNIZED BACK 11-3-2008 9:00 A.M. MATERIAL WITNESS REMANDED TO CUSTODY WITH
SAME BOND TO REMAIN.

---

**10-30-2008** **[ CTFREE ]**        MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE SET FOR DUE DILEGENCE HEARING. HEARING STRICKEN BY AGREEMENT OF
THE PARTIES--PETE SILVA FOR THE DEFENDANT AND TIM HARRIS FOR THE STATE.

---

**10-31-2008** **[ SORET ]**        HANSON, JOHN FITZGERALD 👤     $ 157.62

SHERIFF'S RETURN - TRANSPORTATION COST FOR WARRANT ON MATERIAL WITNESS PHYLLIS MILLER
FROM DLM
Document Available at Court Clerk's Office

---

**10-31-2008** **[ OCISR ]**        HANSON, JOHN FITZGERALD 👤     $ 12.50

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**10-31-2008** **[ SORET ]**        MILLER, VICTOR CORNELL 👤     $ 157.61

SHERIFF'S RETURN - TRANSPORTATION COST FOR WARRANT ON MATERIAL WITNESS PHYLLIS MILLER
FROM DLM

---

**10-31-2008** **[ OCISR ]**        MILLER, VICTOR CORNELL 👤     $ 12.50

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**11-03-2008** **[ ↺ RETBW ]**        MILLER, VICTOR CORNELL 👤

WARRANT RETURNED 11/3/2008, WARRANT ISSUED ON 9/5/2008
Document Available at Court Clerk's Office       ATTACHMENT 7

**11-03-2008**  **[ CTPASS ]**                                                MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: MATERIAL WITNESS PRESENT & REPRESENTED BY BRIAN MARTIN. STATE REPRESENTED BY BILL MUSSEMAN. PERSONAL RECOGNIZANCE BOND SIGNED. NOTICE FOR ANKLE MONITOR, SIGNED. ORDER APPOINTING CONFLICT ATTORNEY, BRIAN MARTIN, SIGNED. COURT ORDERS WITNESS RELEASED ON PERSONAL RECOGNIZANCE BOND WITH ANKLE MONITOR. ORDER OF RELEASE ISSUED.

---

**11-03-2008**  **[ REQCR ]**                         MILLER, VICTOR CORNELL 👤    #1    $ 20.00

COURT REPORTER FEE AT TRIAL (JURY/NON-JURY/PRELIMINARY)

---

**11-03-2008**  **[ OCISR ]**                         MILLER, VICTOR CORNELL 👤    #1    $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**11-03-2008**  **[ CTJURY ]**                        MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PETE SILVA & SHEEN BURGESS. STATE REPRESENTED BY BILL MUSSEMAN & TIM HARRIS. COURT REPORTER DIANA CAVENAH. CASE CALLED FOR JURY TRIAL AND PARTIES ANNOUNCE READY FOR TRIAL. THE JURORS ARE CALLED AND SWORN AS TO QUALIFICATIONS. JURY SELECTED IN 8 PANELS OF 12 AND GIVEN QUESTIONAIRES TO FILL OUT BEFORE LEAVING FOR THE DAY. JURY TRIAL (ISSUE) CONTINUED TO 11-4-2008 8:30 A.M. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN.

---

**11-04-2008**  **[ OAPCD ]**                         MILLER, VICTOR CORNELL 👤

ORDER APPOINTING CONFLICT DEFENDER
Document Available at Court Clerk's Office

---

**11-04-2008**  **[ CTPASS ]**                        MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: JURY TRIAL (ISSUE) PASSED TO 11-5-2008 8:30 A.M. DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA & SHEENA BURGESS. STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. REPORTER: DIANA CAVENAH. VOIR DIRE STILL IN PROGRESS. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN.

---

**11-04-2008**  **[ CTFREE ]**                                MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: ELECTRONIC MONITORING, SIGNED. RULE 8 (FEES WAIVED), SIGNED.

---

**11-05-2008**  **[ PR ]**                         HANSON, JOHN FITZGERALD 👤         $ 5.00

RECOGNIZANCE BOND FOR MILLER, PHYLLIS POSTED BY MILLER, PHYLLIS, POSTED 11/05/2008
Document Available at Court Clerk's Office

---

**11-05-2008**  **[ BOJ ]**                         HANSON, JOHN FITZGERALD 👤        $ 12.50

BOND INITIAL FILING JAIL FUND FEE

---

**11-05-2008**  **[ CCADMIN25 ]**                   HANSON, JOHN FITZGERALD 👤         $ 1.25

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**11-05-2008**  **[ CTPASS ]**                        MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: JURY TRIAL (ISSUE) PASSED TO 11-6-2008 8:30 A.M. DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA & SHEENA BURGESS. STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. REPORTER: DIANA CAVENAH. COURT IN VOIR DIRE & CONTINUED. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN.

---

**11-05-2008**  **[ PR ]**                            MILLER, VICTOR CORNELL 👤        $ 5.00

PERSONAL RECOGNIZANCE BOND FOR MILLER, PHYSLLIS POSTED BY MILLER, PHYLLIS POSTED 11-5-2008

---

**11-05-2008**  **[ BOJ ]**                           MILLER, VICTOR CORNELL 👤       $ 12.50

BOND INITIAL FILING JAIL FUND FEE

ATTACHMENT 7

**11-05-2008  [ CCADMIN25 ]**                    MILLER, VICTOR CORNELL 👤                  $ 2.50

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**11-06-2008  [ CTPASS ]**                    MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: MATERIAL WITNESS, PHYLLIS MILLER, RECOGNIZED BACK 11-7-2008 4:00 P.M.
WITNESS RECOGNIZED BACK WITH BOND TO REMAIN. STATE PRESENT & REPRESENTED BY BILL
MUSSEMAN. WITNESS REPRESENTED BY BRIAN MARTIN (APPEARANCE WAIVED).

---

**11-06-2008  [ ELECTM ]**                    MILLER, PHYLLIS 👤

ELECTRONIC MONITORING/ SOBRIETOR PROGRAM
Document Available at Court Clerk's Office

---

**11-06-2008  [ RULE8 ]**                    MILLER, PHYLLIS 👤

ORDER OF THE COURT - RULE 8 HEARING
Document Available at Court Clerk's Office

---

**11-06-2008  [ RETRL ]**                    MILLER, PHYLLIS 👤

RETURN RELEASE
Document Available at Court Clerk's Office

---

**11-06-2008  [ CTJURY ]**                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PETE SILVA & SHEENA
BURGESS . STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. COURT REPORTER DIANA CAVENAH.
JURY QUALIFIED FOR THE DEATH PENALTY CONCLUDED. 47 JURORS QUALIFIED. REGULAR VOIR DIRE TO
BEGIN 11-7-2008 8:30 A.M. DEFENDANT REMANDED TO CUSTODY WITH SAME BOND TO REMAIN. FURTHER
MINUTE TO FOLLOW CONCLUSION OF TRIAL.

---

**11-07-2008  [ CTFREE ]**                    MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: MATERIAL WITNESS PRESENT & RECOGNIZED BACK 11-10-2008 9:30 A.M. BOND TO
REMAIN.

---

**11-07-2008  [ CTPASS ]**                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: JURY TRIAL (ISSUE) CONTINUED TO 11-10-2008 8:30 A.M.

---

**11-10-2008  [ CTJURY ]**                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA & SHEEN
BURGESS. STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. REPORTER: DIANA CAVENAH. THE
FOLLOWING JURORS WERE ACCEPTED TO TRY THE CASE LATE ON 11-7-2008--1. EUGENE HARMS 2. GARY
CLAYBO 3. LISA SHOTTS 4. JULIANNA WAHLMEIER 5. NILOY HING 6. DENNIS BROWN 7. KIM HUNT 8. DAVID
TURNER 9. DENISE HEADLEY 10. KEARY RICHARDSON 11. ROBIN CROWDUS 12. SUSAN JAMES PLUS 2
ALTERNATES 13. JENNIFER SPIVEY & 14. TANYA HAYNES. JURORS SWORN TO TRY THE CAUSE. OPENING
STATEMENTS ARE MADE. RULE WAS INVOKED. WITNESSES SWORN & TESTIMONY BEGAN. FURTHER
MINUTE TO FOLLOW CONCLUSION OF TRIAL.

---

**11-10-2008  [ RTSBN ]**                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE) - SERVED TO DETECTIVE MIKE NANCE - 11/7/08
Document Available at Court Clerk's Office

---

**11-10-2008  [ CTFREE ]**                    MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: MATERIAL WITNESS RESET 11-13-2008 9:00 A.M. & RECOGNIZED BACK BY THE
COURT.

---

ATTACHMENT 7

**11-14-2008** **[ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT'S REQUESTED VERDICT FORM (REJECTED), SIGNED. DEFENDANT'S 1ST REQUESTED INSTRUCTION CIRCUMSTANTIAL EVIDENCE (REJECTED), SIGNED. PRESUMPTION OF INNOCENSE BURDEN OF PROOF--REASONABLE DOUBT (REJECTED), SIGNED. (ALTERNATIVE INSTRUCTION) BURDEN OF PROOF---REASONABLE DOUBT (REJECTED), SIGNED. DEFENDANT'S REQUIRED JURY INSTRUCTION #3 (REJECTED), SIGNED. DEFENDANT'S REQUESTED JURY INSTRUCTION #4 (REJECTED), SIGNED.

---

**11-17-2008** **[ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT'S REQUESTED 2ND STAGE JURY INSTRUCTIONS NUMBERED 1 TO 44, SIGNED.

---

**11-17-2008**  **[ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED JURY INSTRUCTION NO. 4
Document Available at Court Clerk's Office

---

**11-17-2008**  **[ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED JURY INSTRUCTION NO. 3
Document Available at Court Clerk's Office

---

**11-17-2008**  **[ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED VERDICT FORM
Document Available at Court Clerk's Office

---

**11-17-2008**  **[ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S FIRST REQUESTED INSTRUCTION CIRCUMSTANTIAL EVIDENCE
Document Available at Court Clerk's Office

ATTACHMENT 7

**11-17-2008** **[ CTJURY ]**                                              MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: JURY TRIAL BEGAN ON 11-3-2008 & ENDED ON 11-17-2008. JURY TRIAL WAS NOT IN SESSION ON 11-11-2008 (VETERANS DAY). DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PETE SILVA & SHEENA BURGESS. STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. COURT REPORTER DIANA CAVENAH. STATE PRESENTS EVIDENCE AND RESTS. DEFENDANT DEMURS AND THE DEMURRER IS OVERRULED. DEFENDANT PRESENTS EVIDENCE AND RESTS. DEFENDANT MOVES FOR DIRECTED VERDICT AND IS OVERRULED. BOTH SIDES REST. THE JURY IS INSTRUCTED AS TO THE LAW. CLOSING ARGUMENTS ARE MADE. THE SWEARING OF THE BAILIFF IS WAIVED AND THE BAILIFF AND JURY RETIRE FOR DELIBERATION ON FRIDAY NOVEMBER 14, 2008 . JURY DELIVERATED APPROXIMATELY 1 & 1/2 HOURS. THE JURY RETURNS INTO OPEN COURT WITH THEIR VERDICT, WHICH IS READ IN OPEN COURT AND IS TO WIT: WE, THE JURY IMPANELED AND SWORN IN THE ABOVE ENTITLED CAUSE, DO UPON OUR OATHS FIND THE DEFENDANT GUILTY OF THE CHARGE OF MURDER IN THE FIRST DEGREE. JURORS CONCURRING, SIGNED BY GARY CLAYBO, FOREMAN. JURY RECOGNIZED BACK 11-17-2008 FOR DEATH PENALTY PROCEEDINGS. WITNESS(ES) SWORN AND TESTIMONY HEARD IN TRIAL FOR THE STATE---1. AUDREY TUCKER 2. BEVERLY FARRELL 3. LUCILLE NEVILLE 4. JAMES LAVENDUSKY 5. MAGGIE MENDEZ 6. DAVID LEAVELL 7. JIM MOSEBY 8. SUNDEEP PATEL 9. ANNA BLAZER 10. TIMOTHY HAYHURST 11. OFFICER JOHN EDWARDS 12. DEPUTY STEVE NORTON 13. JOHN HARRIS 14. DETECTIVE R.T. JONES 15. DETECTIVE MARGARET LOVEALL 16. DETECTIVE MICHAEL L. LANCE 17. TRANSCRIPT OF TESTIMONY OF LEROY SMITH 18. DETECTIVE DOUG NOORDYKE 19. DETECTIVE BOB HICKEY 20. BRANDI WILSON 21. BOBBIE FILAK 22. JOLAONDA BEASLEY 23. ROBERT YERTON 24. PHYLLIS MILLER 25. CAPTAIN CHAD FARMER 26. FBI SPECIAL AGENT KEVIN WHITE. WITNESSES BY THE DEFENSE: 27. JOHNY NOE WITNESSES FOR THE STATE: 28. TRANSCRIPT OF TESTIMONY OF BETTYE BRIMMER 29. RONALD DISTEFANO, M.D. 30. MARK BOESE 31. DETECTIVE JEFF FELTON STATE RESTS. WITNESSES BY THE DEFENSE: 32. VICTOR MILLER DEFENSE RESTS. REBUTTAL WITNESSES FOR THE STATE: 33. DETECTIVE MIKE NANCE. STATE RESTS. CLOSING ARGUMENTS MADE. VERDICT READ. JURY POLLED.

SECOND - STAGE PROCEEDINGS: OPENING STATEMENTS MADE. WITMESSES FOR THE STATE: 34. MAGGIE MENDEZ 35. KEVIN WILLIAMSON 36. JOLANDA BEASLEY. VICTIM IMPACT STATEMENT WITNESSES FOR THE SATTE: 37. JAKE THURMAN 38. SHERRY THURMAN 39. BETTY THURMAN 40. TRISH THURMAN HAMPTON 41. SARA MOONEY. STATE RESTS. WITNESSES FOR THE DEFENSE: 42. VICTOR MILLER. DEFENSE RESTS. COURT READS JURY INSTRUCTIONS. CLOSING ARGUMENTS MADE. SWEARING OF BAILFF IS WAIVED & AT 4:13 P.M. THE BAILIFF & THE JURY RETIRE FOR DELIBERATION. AT 6:40 P.M., JURY RETURNS INTO OPEN COURT WITH THEIR VERDICT, WHICH IS READ IN OPEN COURT, ORDERED RECORDED 7 FILED, AND I, TO WITH:"WE, THE JURY, IMPANELLED & SWORN IN THE ABOUVE ENTITLED CAUSE, DO UPON OUR OATHS, HAVING HERETOFORE FOUND THE DEFENDANT, VICTOR CORNELL MILLER, GUILTY OF MURDER IN THE FIRST DEGREE, FIX HIS PUNISHMENT AT DEATH IN BOTH COUNTS 1 & 2. DATED THIS 17TH DAY OF NOVEMBER, 2008. JURORS CONCURRING, SIGNED GARY CLAYBO, FOREMAN." .JURY POLLED. JURY DISCHARGED. FORMAL SENTENCING SET 12-8-2008 2:00 P.M. DEFENDANT REMANDED TO CUSTODY & CONTINUED TO BE HELD WITHOUT BOND

**11-18-2008** **[ CTFREE ]**                                              MILLER, PHYLLIS 👤

JUDGE DANA KUEHN: BRIAN MARTIN PRESENT FOR MATERIAL WITNESS, PHYLLIS MILLER. BILL MUSSEMAN PRESENT FOR THE STATE. PER AGREEMENT, THE COURT ORDERS ANKLE MONITOR REMOVED.

**11-19-2008** **[ DEFT ]**                                              MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUESTED 2ND STAGE JURY INSTRUCTIONS
Document Available at Court Clerk's Office

ATTACHMENT 7

**11-21-2008** **[ VERD ]**        MILLER, VICTOR CORNELL 👤

4 SIGNED VERDICTS, 4 UNSIGNED VERDICTS
Document Available at Court Clerk's Office

---

**11-21-2008** **[ IJ ]**        MILLER, VICTOR CORNELL 👤

STATEMENT OF THE CASE AND INSTRUCTIONS OF THE COURT: #1 - 1A, #2 - 55, WITH 2 SIGNED VERDICTS.
Document Available at Court Clerk's Office

---

**11-24-2008** **[ CTFREE ]**        MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER APPROVING ATTORNEY FEES (IN THE AMOUNT OF $782.00 TO BRIAN MARTIN), SIGNED.

---

**11-26-2008** **[ O ]**        MILLER, VICTOR CORNELL 👤

ORDER APPROVING ATTORNEY FEES
Document Available at Court Clerk's Office

---

**12-04-2008** **[ WFPDA ]**        MILLER, VICTOR CORNELL 👤      $ 1,052.30

WITNESS FEES PAID BY DISTRICT ATTORNEY ON 11-20-2008
Document Available at Court Clerk's Office

---

**12-08-2008** **[ CONVICTED ]**        MILLER, VICTOR CORNELL 👤    #1

DANA KUEHN , JUDGE: CASE CALLED FOR FORMAL SENTENCING. DEFENDANT PRESENT, IN CUSTODY & REPRESENTED BY PETE SILVA. STATE REPRESENTED BY TIM HARRIS & BILL MUSSEMAN. REPORTER: DIANA CAVENAH. COURT SENTENCED THE DEFENDANT ON BOTH COUNTS 1 & 2 TO DEATH. EXECUTION DATE SET 3-2-2009. DEFENDANT TO PAY COURT COSTS. DEFENDANT ADVISED OF HIS RIGHT TO APPEAL. NOTICE OF INTENT TO APPEAL, ETC., SIGNED. DEFENDANT'S REQUEST FOR RIGHT OF ALLOCUTION, DENIED. COURT VACATED THE DENIAL & GRANTED THE DEFENDANT'S RIGHT OF ALLOCUTION. DEFENDANT DECLINED TO ALLOCUTE. COMMITMENT FOR PUNISHMENT ISSUED. IMMEDIATE TRANSPORTATION REQUESTED. JUDGMENT & SENTENCES ISSUED.

---

**12-08-2008** **[ COSTF ]**        MILLER, VICTOR CORNELL 👤    #1    $ 95.00

COURT COSTS ON FELONY

---

**12-08-2008** **[ SSF ]**        MILLER, VICTOR CORNELL 👤    #1    $ 5.00

SHERIFF'S SERVICE FEE ON ARRESTS

---

**12-08-2008** **[ CLEET ]**        MILLER, VICTOR CORNELL 👤    #1    $ 3.92

CLEET PENALTY ASSESSMENT

---

**12-08-2008** **[ PFE7 ]**        MILLER, VICTOR CORNELL 👤    #1    $ 3.00

LAW LIBRARY FEE

---

**12-08-2008** **[ AFIS ]**        MILLER, VICTOR CORNELL 👤    #1    $ 2.94

AFIS FEE

---

**12-08-2008** **[ CLEETA ]**        MILLER, VICTOR CORNELL 👤    #1    $ 0.08

CLEET ADMINISTRATIVE FEE

---

**12-08-2008** **[ AFISA ]**        MILLER, VICTOR CORNELL 👤    #1    $ 0.06

AFIS ADMINISTRATIVE FEE

---

**12-08-2008** **[ COSTF ]**        MILLER, VICTOR CORNELL 👤    #2    $ 95.00

COURT COSTS ON FELONY

---

**12-08-2008** **[ SSF ]**        MILLER, VICTOR CORNELL 👤    #2    $ 5.00

SHERIFF'S SERVICE FEE ON ARRESTS

ATTACHMENT 7

| | | |
|---|---|---|
| **12-08-2008  [ CLEET ]** | MILLER, VICTOR CORNELL 👤  **#2** | $ 3.92 |
| CLEET PENALTY ASSESSMENT | | |
| **12-08-2008  [ PFE7 ]** | MILLER, VICTOR CORNELL 👤  **#2** | $ 3.00 |
| LAW LIBRARY FEE | | |
| **12-08-2008  [ AFIS ]** | MILLER, VICTOR CORNELL 👤  **#2** | $ 2.94 |
| AFIS FEE | | |
| **12-08-2008  [ CLEETA ]** | MILLER, VICTOR CORNELL 👤  **#2** | $ 0.08 |
| CLEET ADMINISTRATIVE FEE | | |
| **12-08-2008  [ AFISA ]** | MILLER, VICTOR CORNELL 👤  **#2** | $ 0.06 |
| AFIS ADMINISTRATIVE FEE | | |
| **12-10-2008  [ WFPDA ]** | MILLER, VICTOR CORNELL 👤 | $ 180.08 |
| WITNESS FEES PAID BY DISTRICT ATTORNEY ON 11-25-2008<br>Document Available at Court Clerk's Office | | |
| **12-11-2008  [ J&S ]** | MILLER, VICTOR CORNELL 👤  **#2** | |
| JUDGMENT AND SENTENCE<br>Document Available at Court Clerk's Office | | |
| **12-11-2008  [ J&S ]** | MILLER, VICTOR CORNELL 👤  **#1** | |
| JUDGMENT AND SENTENCE<br>Document Available at Court Clerk's Office | | |
| **12-11-2008  [ ABST ]** | MILLER, VICTOR CORNELL 👤  **#1** | |
| ABSTRACT SENT TO D.P.S. | | |
| **12-12-2008  [ DW ]** | MILLER, VICTOR CORNELL 👤  **#1** | |
| DEATH WARRANT - CERTIFIED COPY TO COURT OF CRIMINAL APPEALS<br>Document Available at Court Clerk's Office | | |
| **12-12-2008  [ DW ]** | MILLER, VICTOR CORNELL 👤  **#2** | |
| DEATH WARRANT - CERTIFIED COPY TO COURT OF CRIMINAL APPEALS<br>Document Available at Court Clerk's Office | | |
| **12-12-2008  [ NOREQ ]** | MILLER, VICTOR CORNELL 👤 | |
| NOTICE OF INTENT TO APPEAL; ORDER DETERMINING INDIGENCY, APPELLATE COUNSEL, PREPARATION OF APPEAL RECORD, GRANTING TRIAL COUNSEL'S MOTION TO WITHDRAW; COURT REPORTER ACKNOWLEDGMENT; NOTIFICATION OF APPELLATE COUNSEL IF APPOINTED AND DESIGNATION OF RECORD<br>Document Available at Court Clerk's Office | | |
| **12-17-2008  [ RETJS$ ]** | MILLER, VICTOR CORNELL 👤 | $ 50.00 |
| RETURN JUDGMENT & SENTENCE - DEATH WARRANT<br>Document Available at Court Clerk's Office | | |
| **12-17-2008  [ OCISR ]** | MILLER, VICTOR CORNELL 👤 | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| **12-18-2008  [ WFPDA ]** | MILLER, VICTOR CORNELL 👤 | $ 79.00 |
| WITNESS FEES PAID BY DISTRICT ATTORNEY ON 12-4-08<br>Document Available at Court Clerk's Office | | |

ATTACHMENT 7

| | | |
|---|---|---|
| **12-18-2008  [ WFPDA ]** | MILLER, VICTOR CORNELL 👤 | $ 93.28 |

WITNESS FEES PAID BY DISTRICT ATTORNEY ON 12-11-08
Document Available at Court Clerk's Office

---

**12-23-2008  [ CAP ]**  MILLER, VICTOR CORNELL 👤

CERTIFICATE OF APPEAL - #D-2008-1196 AND TULSA COUNTY DISTRICT COURT
Document Available at Court Clerk's Office

---

**12-23-2008  [ CAP ]**  MILLER, VICTOR CORNELL 👤

CERTIFICATE OF APPEAL - #F-2008-1206 AND TULSA COUNTY DISTRICT COURT
Document Available at Court Clerk's Office

---

**01-05-2009  [ WFPDA ]**  MILLER, VICTOR CORNELL 👤     $ 500.00

WITNESS FEES PAID BY DISTRICT ATTORNEY ON 12-23-08
Document Available at Court Clerk's Office

---

**01-05-2009  [ WFPDA ]**  MILLER, VICTOR CORNELL 👤     $ 154.32

WITNESS FEES PAID BY DISTRICT ATTORNEY ON 12-18-2008
Document Available at Court Clerk's Office

---

**01-06-2009  [ RTJ ]**  MILLER, VICTOR CORNELL 👤

REPORT OF TRIAL JUDGE - CERTIFIED COPY TO COURT CRIMINAL APPEALS
Document Available at Court Clerk's Office

---

**01-06-2009  [ RTJ ]**  MILLER, VICTOR CORNELL 👤

REPORT OF TRIAL JUDGE - CERTIFIED COPY TO COURT CRIMINAL APPEALS
Document Available at Court Clerk's Office

---

**01-16-2009  [ ODISM ]**  MILLER, VICTOR CORNELL 👤

ORDER DISMISSING DUPLICATE APPELLATE PROCEEDINGS AND DIRECTIVE TO THE CLERK OF THE
APPELLATE COURTS
Document Available at Court Clerk's Office

---

**01-16-2009  [ ABST ]**  MILLER, VICTOR CORNELL 👤     #2

ABSTRACT SENT TO D.P.S.

---

**01-29-2009  [ CAP ]**  MILLER, VICTOR CORNELL 👤

CERTIFICATE OF APPEAL - #PCD-2009-66 AND TULSA COUNTY DISTRICT COURT
Document Available at Court Clerk's Office

---

**02-04-2009  [ O ]**  MILLER, VICTOR CORNELL 👤

ORDER STAYING EXECUTION DATE
Document Available at Court Clerk's Office

---

**04-15-2009  [ MANTO ]**  HANSON, JOHN FITZGERALD 👤

RECEIVED MANDATE (AFFIRMED) - DELIVERED TO JUDGE KUEHN.

---

**04-16-2009  [ CTFREE ]**  HANSON, JOHN FITZGERALD 👤

JUDGE DANA KUEHN: MANDATE RECEIVED & ORDERED FILED & SPREAD OF RECORD THIS 16TH DAY OF
APRIL, 2009. SIGNED.

---

**04-16-2009  [ NO ]**  HANSON, JOHN FITZGERALD 👤

NOTICE OF ISSUANCE OF MANDATE
Document Available at Court Clerk's Office

ATTACHMENT 7

**04-17-2009  [ MAN ]**                                    HANSON, JOHN FITZGERALD &

MANDATE AFFIRMED
Document Available at Court Clerk's Office

---

**04-24-2009  [ TEXT ]**                                   HANSON, JOHN FITZGERALD &

RECEIPT FOR MANDATE AND TEMPORARY RETURN OF MANDATE MAILED TO COURT OF CRIMINAL
APPEALS

---

**05-05-2009  [ B ]**                                      MILLER, VICTOR CORNELL &

BRIEF IN OPPOSITION TO PETITIONER'S WRIT OF PROHIBITION
Document Available at Court Clerk's Office

---

**06-04-2009  [ MANTO ]**                                  HANSON, JOHN FITZGERALD &

RECEIVED MANDATE (DENIED) FOR PCD-2006-614- DELIVERED TO JUDGE KUEHN.

---

**06-08-2009  [ CTFREE ]**                                 HANSON, JOHN FITZGERALD &

JUDGE DANA KUEHN: MANDATE RECEIVED & ORDERED FILED & SPREAD OF RECORD THIS 8TH DAY OF
JUNE, 2009, SIGNED.

---

**06-08-2009  [ AFD ]**                                    MILLER, VICTOR CORNELL &

AFFIDAVIT
Document Available at Court Clerk's Office

---

**06-09-2009  [ NNCRA ]**                                  MILLER, VICTOR CORNELL &

NOTICE OF NON-COMPLETION - RECORD ON APPEAL

DO NOT HAVE THE FOLLOWING TRANSCRIPTS:
1) MOTION HEARING AUGUST 14, 2008,
2) JURY TRIAL STATUS HEARING MARCH 13, 2007,
3) ALLEN HEARING JUNE 3, 2008,
4) ALLEN HEARING OCTOBER 6, 2008,
5) PROCEEDINGS OCTOBER 16, 2008,
6) PROCEEDINGS OCTOBER 24, 2008,
7) JURY TRIAL NOVEMBER 3-17, 2008,
8) SENTENCING DECEMBER 8, 2008

COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL, PUBLIC
DEFENDER AND L. WAYNE WOODYARD.
Document Available at Court Clerk's Office

---

**06-09-2009  [ MAN ]**                                    HANSON, JOHN FITZGERALD &

MANDATE DENIED
Document Available at Court Clerk's Office

---

**06-19-2009  [ TEXT ]**                                   HANSON, JOHN FITZGERALD &

RECEIPT FOR MANDATE AND TEMPORARY RETURN OF MANDATE FOR PCD-2006-614 MAILED TO THE
COURT OF CRIMINAL APPEALS.

---

**06-25-2009  [ OG ]**                                     MILLER, VICTOR CORNELL &

ORDER GRANTING COURT REPORTER - FIRST EXTENSION REQUEST - OUT OF TIME
Document Available at Court Clerk's Office

---

ATTACHMENT 7

**07-07-2009 [ NNCRA ]**                                          MILLER, VICTOR CORNELL 👤

NOTICE OF NON-COMPLETION - RECORD ON APPEAL

DO NOT HAVE THE FOLLOWING TRANSCRIPTS:
1) MOTION HEARING AUGUST 14, 2008,
2) JURY TRIAL STATUS HEARING MARCH 13, 2007,
3) ALLEN HEARING JUNE 3, 2008,
4) ALLEN HEARING OCTOBER 6, 2008,
5) PROCEEDINGS OCTOBER 16, 2008,
6) PROCEEDINGS OCTOBER 24, 2008,
7) JURY TRIAL NOVEMBER 3-17, 2008,
8) SENTENCING DECEMBER 8, 2008

COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL, PUBLIC
DEFENDER AND LEON W. WOODYARD.
Document Available at Court Clerk's Office

---

**07-08-2009 [ AFD ]**                                           MILLER, VICTOR CORNELL 👤

AFFIDAVIT
Document Available at Court Clerk's Office

---

**07-22-2009 [ OG ]**                                            MILLER, VICTOR CORNELL 👤

ORDER GRANTING COURT REPORTER - SECOND EXTENSION REQUEST
Document Available at Court Clerk's Office

---

**07-23-2009 [ OG ]**                                            MILLER, VICTOR CORNELL 👤

ORDER GRANTING COURT REPORTER - SECOND EXTENSION REQUEST
Document Available at Court Clerk's Office

---

**08-10-2009 [ NNCRA ]**                                         MILLER, VICTOR CORNELL 👤

NOTICE OF NON-COMPLETION - RECORD ON APPEAL

DO NOT HAVE THE FOLLOWING TRANSCRIPTS:
1) MOTION HEARING AUGUST 14, 2008,
2) JURY TRIAL STATUS HEARING MARCH 13, 2007,
3) ALLEN HEARING JUNE 3, 2008,
4) ALLEN HEARING OCTOBER 6, 2008,
5) PROCEEDINGS OCTOBER 16, 2008,
6) PROCEEDINGS OCTOBER 24, 2008,
7) JURY TRIAL NOVEMBER 3-17, 2008,
8) SENTENCING DECEMBER 8, 2008

COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL, PUBLIC
DEFENDER AND LEON W. WOODYARD.

Document Available at Court Clerk's Office

---

**08-10-2009 [ AFD ]**                                           MILLER, VICTOR CORNELL 👤

AFFIDAVIT
Document Available at Court Clerk's Office

---

ATTACHMENT 7

MILLER, VICTOR CORNELL 👤

ORDER GRANTING COURT REPORTER ADDITIONAL TIME TO FILE TRIAL TRANSCRIPTS
Document Available at Court Clerk's Office

---

**09-04-2009  [ T&3 ]**                                        MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT & 3 COPIES OF THE FOLLOWING;
1) PROCEEDINGS HAD ON AUGUST 13, 2007,
2) PROCEEDINGS HAD ON JUNE 3, 2008,
3) PROCEEDINGS HAD ON AUGUST 14, 2008,
4) PROCEEDINGS HAD ON OCTOBER 6, 2008,
5) PROCEEDINGS HAD ON OCTOBER 16, 2008,
6) PROCEEDINGS HAD ON OCTOBER 24, 2008,
7) MASTER CONTENTS INDEX AND EXHIBIT INDEX VOLUMES I - VOLUME X, JURY TRIAL HAD ON
NOVEBMER 3 - 17, 2008,
8) VOLUME I OF VOLUME X JURY TRIAL ON THE 3RD DAY OF NOVEMBER, 2008,
9) VOLUME II OF VOLUME X JURY TRIAL ON THE 4TH DAY OF NOVEMBER, 2008,
10) VOLUME III OF VOLUME X JURY TRIAL ON THE 5TH DAY OF NOVEMBER, 2008,
11) VOLUME IV OF VOLUME X JURY TRIAL ON THE 6TH DAY OF NOVEMBER, 2008,
12) VOLUME V OF VOLUME X JURY TRIAL ON THE 7TH DAY OF NOVEMBER, 2008,
13) VOLUME VI OF VOLUME X JURY TRIAL ON THE 10TH DAY OF NOVEMBER, 2008,
14) VOLUME VII OF VOLUME X JURY TRIAL ON THE 12TH DAY OF NOVEMBER, 2008,
15) VOLUME VIII OF VOLUME X JURY TRIAL ON THE 13TH DAY OF NOVEMBER, 2008,
16) VOLUME IX OF VOLUME X JURY TRIAL ON THE 14TH DAY OF NOVEMBER, 2008,
17) VOLUME X OF VOLUME X JURY TRIAL ON THE 17TH DAY OF NOVEBMER, 2008,
18) SENTENCING HAD ON DECEMBER 8, 2008,
WITH ORIGINAL AND THREE SETS OF STATE'S EXHIBIT A IN SEALED MANILA ENVELOPES.

ALSO ORIGINAL AND THREE SETS OF STATE'S EXHIBITS 1-11, 13-18, 22-29, 31-43, 45, 48, 51-65, 68-75, 79, 80,
82, 86, 88-93, 95, 96, 98-115, DEFENDANT'S EXHIBITS 1-5, AND COURT'S EXHIBIT 1 IN SEALED MANILA
ENVELOPES.
Document Available at Court Clerk's Office

---

**09-04-2009  [ NO ]**                                        MILLER, VICTOR CORNELL 👤

JURY TRIAL APPEAL NOTICE OF FILING
Document Available at Court Clerk's Office

---

**09-04-2009  [ NO ]**                                        MILLER, VICTOR CORNELL 👤

NOTICE OF FILING EXHIBITS IN COURT PROCEEDINGS
Document Available at Court Clerk's Office

---

ATTACHMENT 7

MILLER, VICTOR CORNELL    $ 300.00

COPY OF INDEX OF APPEAL RECORD (4), VOLUMES I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII AND XIV WITH ORIGINAL TRANSCRIPT OF THE FOLLOWING TRANSMITTED TO COURT OF CRIMINAL APPEALS JANUARY 5, 2007, TWO COPIES TRANSMITTED TO COURT OF CRIMINAL APPEALS JANUARY 11, 2002 AND ONE COPY TRANSMITTTED TO OKLAHOMA INDIGENT DEFENSE SYSTEM JANUARY 11, 2002;

1) TWO COPIES OF PROCEEDINGS APRIL 3, 2000,

2) ONE COPY OF MOTION HEARING NOVEMBER 28, 2000, PUBLIC DEFENDER HAS ONE COPY,

3) ONE COPY PRELIMINARY HEARING VOLUME I DECEMBER 16-17, 1999, PUBLIC DEFENDER HAS ONE COPY,

4) ONE COPY PRELIMINARY HEARING VOLUME II DECEMBER 16-17, 1999, PUBLIC DEFENDER HAS ONE COPY,

ORIGINAL TRANSCRIPT OF THE FOLLOWING, ONE COPY TRANSMITTED TO COURT OF CRIMINAL APPEALS DECEMBER 9, 2002;

1) ONE COPY MOTION IN LIMINE HAD ON THE 29TH DAY OF OCTOBER, 2001, PUBLIC DEFENDER HAS ONE COPY,

2) ONE COPY JURY TRIAL VOLUME I OF XIV HAD ON THE 2ND DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

3) ONE COPY JURY TRIAL VOLUME II OF XIV HAD ON THE 3RD DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

4) ONE COPY JURY TRIAL VOLUME III OF XIV HAD ON THE 4TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

5) ONE COPY JURY TRIAL VOLUME IV OF XIV HAD ON THE 5TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

6) ONE COPY JURY TRIAL VOLUME V OF XIV HAD ON THE 5TH AND 8TH DAYS OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

7) ONE COPY JURY TRIAL VOLUME VI OF XIV HAD ON THE 9TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

8) ONE COPY JURY TRIAL VOLUME VII OF XIV HAD ON THE 10TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

9) ONE COPY JURY TRIAL VOLUME VIII OF XIV HAD ON THE 11TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

10) ONE COPY JURY TRIAL VOLUME IX OF XIV HAD ON THE 12TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

11) ONE COPY JURY TRIAL VOLUME X OF XIV HAD ON THE 15TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

12) ONE COPY JURY TRIAL VOLUME XI OF XIV HAD ON THE 16TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

13) ONE COPY JURY TRIAL VOLUME XII OF XIV HAD ON THE 17TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

14) ONE COPY JURY TRIAL VOLUME XIII OF XIV HAD ON THE 18TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

15) ONE COPY JURY TRIAL VOLUME XIV OF XIV HAD ON THE 19TH DAY OF APRIL, 2002, PUBLIC DEFENDER HAS ONE COPY,

16) ONE COPY SENTENCING HAD ON THE 17TH DAY OF JUNE, 2002, PUBLIC DEFENDER HAS ONE,

ORIGINAL TRANSCRIPT AND TWO COPIES OF THE FOLLOWING, TWO COPIES TRANSMITTED TO TULSA COUNTY PUBLIC DEFENDER SEPTEMBER 27, 2005;

1) HEARING RE: MOTION TO DISMISS JUNE 2, 2005,

ATTACHMENT 7

2) THE COURT'S RULING RE: MOTION TO DISMISS AUGUST 30, 2005,

ORIGINAL TRANSCRIPT AND THREE COPIES HEARING MARCH 20TH, 2006,

ORIGINAL TRANSCRIPT AND TWO COPIES OF THE FOLLOWING, ONE COPY

TO THE TULSA COUNTY PUBLIC DEFENDER'S OFFICE JUNE 14, 2007;

1) PROCEEDINGS HAD ON MARCH 29, 2007,

2) PROCEEDINGS HAD ON MAY 24, 2007,

ORIGINAL TRANSCRIPT AND TWO COPIES OF CROSS-EXAMINATION OF RASHAD

ALI BARNES MARCH 15, 2002, ONE COPY TO TULSA COUNTY PUBLIC DEFENDER OFFICE

MARCH 21, 2002,

ORIGINAL AND TWO SET OF DEFENDANT'S EXHIBIT 1, ONE SET TRANSMITTED

TO TULSA COUNTY PUBLIC DEFENDER SEPTEMBER 27, 2005,

ORIGINAL AND TWO SET OF DEFENDANT'S EXHIBIT NO. 1 MARCH 29, 2007,

ONE SET OF TULSA COUNTY PUBLIC DEFENDER JUNE 14, 2007,

ORIGINAL AND ONE SET OF DEFENDANT'S EXHIBITS 1-3, 5-10, 4 MISSING,

AND COURTS' EXHIBITS 1-3 WITH THREE JURY NOTES AND 2 NOTES FROM

JUDGE IN UNSEALED MANILA ENVELOPE. TULSA. PUBLIC DEFENDER HAS

ONE SET. ONE SET TRANSMITTED TO THE COURT OF CRIMINAL APPEALS

DECEMBER 9, 2002.

ORIGINAL TRANSCRIPT AND THREE COPIES OF THE FOLLOWING;

1) PROCEEDINGS HAD ON AUGUST 13, 2007,

2) PROCEEDINGS HAD ON JUNE 3, 2008,

3) PROCEEDINGS HAD ON AUGUST 14, 2008,

4) PROCEEDINGS HAD ON OCTOBER 6, 2008,

5) PROCEEDINGS HAD ON OCTOBER 16, 2008,

6) PROCEEDINGS HAD ON OCTOBER 24, 2008,

7) MASTER CONTENTS INDEX AND EXHIBIT INDEX VOLUMES I - VOLUME X,

JURY TRIAL HAD ON NOVEMBER 3 - 17, 2008,

8) VOLUME I OF VOLUME X JURY TRIAL ON THE 3RD DAY OF NOVEBMER, 2008,

9) VOLUME II OF VOLUME X JURY TRIAL ON THE 4TH DAY OF NOVEMBER, 2008,

10) VOLUME III OF VOLUME X JURY TRIAL ON THE 5TH DAY OF NOVEMBER, 2008,

11) VOLUME IV OF VOLUME X JURY TRIAL ON THE 6TH DAY OF NOVEMBER, 2008,

12) VOLUME V OF VOLUME X JURY TRIAL ON THE 7TH DAY OF NOVEMBER, 2008,

13) VOLUME VI OF VOLUME X JURY TRIAL ON THE 10TH DAY OF NOVEMBER, 2008,

14) VOLUME VII OF VOLUME X JURY TRIAL ON THE 12TH DAY OF NOVEMBER, 2008,

15) VOLUME VIII OF VOLUME X JURY TRIAL ON THE 13TH DAY OF NOVEMBER, 2008,

16) VOLUME IX OF VOLUME X JURY TRIAL ON THE 14TH DAY OF NOVEMBER, 2008,

17) VOLUME X OF VOLUME X JURY TRIAL ON THE 17TH DAY OF NOVEMBER, 2008,

18) SENTENCING HAD ON DECEMBER 8, 2008,

TWO BROWN FOLDERS JURY QUESTIONNAIRES TO BE TRANSMITTED TO THE

COURT OF CRIMINAL APPEALS ONLY.

WITH ORIGINAL AND THREE SETS OF STATE'S EXHIBIT A IN SEALED

MANILA ENVELOPES.

ALSO ORIGINAL AND THREE SETS OF STATE'S EXHIBITS 1-11, 13-18, 22-29, 31-43,

45, 48, 51-65, 68-75, 79, 80, 82, 86, 88-93, 95, 96, 98-115. DEFENDANT'S EXHIBITS

1 THROUGH 5. COURT'S EXHIBIT 1 IN SEALED MANILA ENVELOPES.

Document Available at Court Clerk's Office

ATTACHMENT 7

**09-09-2009  [ NCRAP ]**                                      MILLER, VICTOR CORNELL 👤

NOTICE OF COMPLETION OF RECORD ON APPEAL ON DEATH PENALTY CONVICTION- COPIES TO: COURT
OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL, OKLAHOMA INDIGENT DEFENSE
SYSTEM AND TULSA COUNTY PUBLIC DEFENDER.
Document Available at Court Clerk's Office

---

**09-11-2009  [ LT ]**                                        MILLER, VICTOR CORNELL 👤

LETTER
Document Available at Court Clerk's Office

---

**09-15-2009  [ RQCCA ]**                                     MILLER, VICTOR CORNELL 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD FOR PDC-2009-66.
Document Available at Court Clerk's Office

---

**09-15-2009  [ RQCCA ]**                                     MILLER, VICTOR CORNELL 👤

REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD FOR D-2008-1206.
Document Available at Court Clerk's Office

---

**09-15-2009  [ RECAP ]**                                     MILLER, VICTOR CORNELL 👤

RECEIPT FOR APPEAL RECORD
Document Available at Court Clerk's Office

---

**09-15-2009  [ RECAP ]**                                     MILLER, VICTOR CORNELL 👤

RECEIPT FOR APPEAL RECORD
Document Available at Court Clerk's Office

---

**09-15-2009  [ RECAP ]**                                     MILLER, VICTOR CORNELL 👤

RECEIPT FOR APPEAL RECORD
Document Available at Court Clerk's Office

---

**09-15-2009  [ RECAP ]**                                     MILLER, VICTOR CORNELL 👤

RECEIPT OF APPEAL RECORD
Document Available at Court Clerk's Office

---

ATTACHMENT 7

THE FOLLOWING HAS BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL;

BOX 1;
APPEAL RECORDS (2), VOLUMES I, II, III, IV, V, VI,

BOX 2;
APPEAL RECORDS (2), VII, VIII, IX, X, XI, XII, XIII AND XIV WITH ORIGINAL TRANSCRIPTS OF THE FOLLOWING;
1) MOTION IN LIMINE HAD ON THE 29TH DAY OF OCTOBER, 2001,
2) JURY TRIAL VOLUME I OF XIV HAD ON THE 2ND DAY OF APRIL, 2002,
3) JURY TRIAL VOLUME II OF XIV HAD ON THE 3RD DAY OF APRIL, 2002,
4) JURY TRIAL VOLUME III OF XIV HAD ON THE 4TH DAY OF APRIL, 2002,
5) JURY TRIAL VOLUME IV OF XIV HAD ON THE 5TH DAY OF APRIL, 2002,
6) JURY TRIAL VOLUME V OF XIV HAD ON THE 5TH AND 8TH DAYS OF APRIL, 2002,
7) JURY TRIAL VOLUME VI OF XIV HAD ON THE 9TH DAY OF APRIL, 2002,
8) JURY TRIAL VOLUME VII OF XIV HAD ON THE 10TH DAY OF APRIL, 2002,
9) JURY TRIAL VOLUME VIII OF XIV HAD ON THE 11TH DAY OF APRIL, 2002,
10) JURY TRIAL VOLUME IX OF XIV HAD ON THE 12TH DAY OF APRIL, 2002,

BOX 3;
ORIGINAL TRANSCRIPT OF THE FOLLOWING;
1) JURY TRIAL VOLUME X OF XIV HAD ON THE 15TH DAY OF APRIL, 2002,
2) JURY TRIAL VOLUME XI OF XIV HAD ON THE 16TH DAY OF APRIL, 2002,
3) JURY TRAIL VOLUME XII OF XIV HAD ON THE 17TH DAY OF APRIL, 2002,
4) JURY TRIAL VOLUME XIII OF XIV HAD ON THE 18TH DAY OF APRIL, 2002,
5) JURY TRIAL VOLUME XIV OF XIV HAD ON THE 19TH DAY OF APRIL, 2002,
6) SENTENCING HAD ON THE 17TH DAY OF JUNE, 2002,
WITH ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) HEARING RE: MOTION TO DISMISS JUNE 2, 2005,
2) THE COURT'S RULING RE: MOTION TO DISMISS AUGUST 30, 2005,
3) HEARING MARCH 20TH, 2006,
4) PROCEEDINGS HAD ON MARCH 29, 2007,
5) PROCEEDINGS HAD ON MAY 24, 2007,
6) CROSS-EXAMINATION OF RASHAD ALI BARNES MARCH 15, 2002,
7) PROCEEDINGS HAD ON AUGUST 13, 2007,
8) PROCEEDINGS HAD ON JUNE 3, 2008,
9) PROCEEDINGS HAD ON AUGUST 14, 2008,
10) PROCEEDINGS HAD ON OCTOBER 6, 2008,
11) PROCEEDINGS HAD ON OCTOBER 16, 2008,
12) PROCEEDINGS HAD ON OCTOBER 24, 2008,
13) MASTER CONTENTS INDEX AND EXHIBIT INDEX VOLUMES I - X, JURY TRIAL HAD ON NOVEMBER 3 - 17, 2008,
14) VOLUME I OF VOLUME X JURY TRIAL ON THE 3RD DAY OF NOVEMBER, 2008,
15) VOLUME II OF VOLUME X JURY TRIAL ON THE 4TH DAY OF NOVEMBER, 2008,
16) VOLUME III OF VOLUME X JURY TRIAL ON THE 5TH DAY OF NOVEMBER, 2008,

BOX 4;
ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) VOLUME IV OF VOLUME X JURY TRIAL ON THE 6TH DAY OF NOVEMBER, 2008,

ATTACHMENT 7

2) VOLUME V OF VOLUME X JURY TRIAL ON THE 7TH DAY OF NOVEMBER, 2008,
3) VOLUME VI OF VOLUME X JURY TRIAL ON THE 10TH DAY OF NOVEMBER, 2008,

BOX 5;
TWO BROWN FOLDERS JURY QUESTIONNAIRES WITH ORIGINAL AND ONE SET OF THE FOLLOWING EXHIBITS;
1) DEFENDANT'S EXHIBIT NO. 1 MARCH 29, 2007 IN SEALED MANILA ENVELOPES,
2) DEFENDANT'S EXHIBIT #1 IN FASTENED MANILA ENVELOPES,
3) STATE'S EXHIBIT A IN SEALED MANILA ENVELOPES,
4) STATE'S EXHIBITS 1-11, 13-18, 22-29, 31-43, 45, 48, 51-65, 68-75, 79, 80, 82, 86, 88-93, 95, 96, 98-115,
DEFENDANT'S EXHIBITS 1 THROUGH 5. COURT'S EXHIBIT 1 IN SEALED MANILA ENVELOPES,
ALSO ORIGINAL DEFENDANT'S EXHIBITS 1-3, 5-10, 4 MISSING,
AND COURTS' EXHIBITS 1-3 WITH THREE JURY NOTES AND 2 NOTES FROM
JUDGE IN UNSEALED MANILA ENVELOPE.
AND ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) VOLUME VII OF VOLUME X JURY TRIAL ON THE 12TH DAY OF NOVEMBER, 2008,
2) VOLUME VIII OF VOLUME X JURY TRIAL ON THE 13TH DAY OF NOVEMBER, 2008,

BOX 6;
ORIGINAL TRANSCRIPT AND ONE COPY OF THE FOLLOWING;
1) VOLUME IX OF VOLUME X JURY TRIAL ON THE 14TH DAY OF NOVEMBER, 2008,
2) VOLUME X OF VOLUME X JURY TRIAL ON THE 17TH DAY OF NOVEMBER, 2008,
3) SENTENCING HAD ON DECEMBER 8, 2008,

| | | | |
|---|---|---|---|
| **09-17-2009  [ RECM$ ]** | MILLER, VICTOR CORNELL | | $ 147.60 |
| RECEIPT FOR CERTIFIED MAIL $147.60<br>Document Available at Court Clerk's Office | | | |
| **09-18-2009  [ PYREQ ]** | MILLER, VICTOR CORNELL | | $ 10,094.00 |
| PAYMENT REQUEST - TRANSCRIPTS<br>Document Available at Court Clerk's Office | | | |
| **09-21-2009  [ RETCM ]** | MILLER, VICTOR CORNELL | | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE, COURT OF CRIMINAL APPEALS - NO DATE GIVEN<br>Document Available at Court Clerk's Office | | | |
| **09-21-2009  [ RETCM ]** | MILLER, VICTOR CORNELL | | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE, COURT OF CRIMINAL APPEALS - NO DATE GIVEN<br>Document Available at Court Clerk's Office | | | |
| **09-21-2009  [ RETCM ]** | MILLER, VICTOR CORNELL | | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE, COURT OF CRIMINAL APPEALS - NO DATE GIVEN<br>Document Available at Court Clerk's Office | | | |
| **09-21-2009  [ RETCM ]** | MILLER, VICTOR CORNELL | | |
| RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE, COURT OF CRIMINAL APPEALS - NO DATE GIVEN<br>Document Available at Court Clerk's Office | | | |

ATTACHMENT 7

**09-21-2009**  **[ RETCM ]**                                    MILLER, VICTOR CORNELL

RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE, COURT OF CRIMINAL APPEALS - NO
DATE GIVEN
Document Available at Court Clerk's Office

**09-21-2009**  **[ RETCM ]**                                    MILLER, VICTOR CORNELL

RETURN RECEIPT CERT. MAIL DELIVERED TO MICHAEL S. RICHIE, COURT OF CRIMINAL APPEALS - NO
DATE GIVEN
Document Available at Court Clerk's Office

**10-09-2009**  **[ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

**10-10-2009**  **[ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

**11-16-2009**  **[ RECAP ]**                                    MILLER, VICTOR CORNELL

RECEIPT FOR APPEAL RECORD
Document Available at Court Clerk's Office

**03-12-2010**  **[ O ]**                                        MILLER, VICTOR CORNELL

ORDER REMANDING MATTER TO THE HONORABLE DANA KUEHN, ASSOCIATE DISTRICT JUDGE, DISTRICT
COURT OF TULSA COUNTY, FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW AND HOLDING BRIEFING
SCHEDULE IN ABEYANCE PENDING RESOLUTION
Document Available at Court Clerk's Office

**03-15-2010**  **[ PWHCP ]**                                    MILLER, VICTOR CORNELL

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

**03-16-2010**  **[ CTFREE ]**                                   MILLER, VICTOR CORNELL

JUDGE KUEHN: ORDER SETTING EVIDENTIARY HEARING SIGNED. HEARING SET 3/26/10 AT 9:30AM.

**03-19-2010**  **[ REQ ]**                                      MILLER, VICTOR CORNELL

APPELLANT'S PRO SE REQUEST FOR AN IN CAMERA HEARING TO DISQUALIFY JUDGE OR TO TRANSFER
CAUSE TO ANOTHER JUDGE - COPY TO DA & JUDGE KUEHN
Document Available at Court Clerk's Office

**03-22-2010**  **[ CTFREE ]**                                   MILLER, VICTOR CORNELL

JUDGE GLASSCO: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED.

**03-22-2010**  **[ WHCP ]**                                     MILLER, VICTOR CORNELL

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

**03-22-2010**  **[ OH ]**                                       MILLER, VICTOR CORNELL

ORDER FOR HEARING
Document Available at Court Clerk's Office

**03-26-2010**  **[ MO ]**                                       MILLER, VICTOR CORNELL

APPELLANT'S PRO SE MOTION TO RECUSE ASSOCIATE DISTRICT JUDGE DANA L. KUEHN FROM
PRESIDING OVER COURT ORDERED EVIDENTIARY HEARING PROCEEDINGS
Document Available at Court Clerk's Office

ATTACHMENT 7

**03-26-2010  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

APPELLANT'S PRO SE MOTION FOR A RE-HEARING WITH THE CHIEF JUDGE FOR TULSA COUNTY ON A
MOTION TO RECUSE ASSOCIATE DISTRICT JUDGE FROM PRESIDING OVER OKLAHOMA COURT OF
CRIMINAL APPEALS COURT ORDERED EVIDENTIARY HEARING PROCEEDINGS
Document Available at Court Clerk's Office

---

**03-26-2010  [ CTFREE ]**                                MILLER, VICTOR CORNELL 👤

THORNBRUGH, P. THOMAS: HEARING ON MOTION TO RECUSE SET FOR 4-12-10 AT 3:00 PM IN ROOM 706.

---

**03-26-2010  [ CTFREE ]**                                MILLER, VICTOR CORNELL 👤

JUDGE KUEHN: ORDER SIGNED FOR THE TRANSCRIPT OF PROCEEDINGS HELD ON 3/26/10 BE PRODUCED
AND FILED, AND BE PAID BY THE COURT FUND.

---

**04-01-2010  [ RETRL ]**                                 MILLER, VICTOR CORNELL 👤

RETURN RELEASE
Document Available at Court Clerk's Office

---

**04-06-2010  [ T&3 ]**                                   MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT & 3 COPIES OF PROCEEDINGS ON MARCH 26, 2010 AND PLACED IN COURT FILE.
Document Available at Court Clerk's Office

---

**04-06-2010  [ NOF ]**                                   MILLER, VICTOR CORNELL 👤

NOTICE OF FILING TRANSCRIPT ON APPEAL
Document Available at Court Clerk's Office

---

**04-06-2010  [ O ]**                                     MILLER, VICTOR CORNELL 👤

ORDER
Document Available at Court Clerk's Office

---

**04-07-2010  [ SORET ]**                                 MILLER, VICTOR CORNELL 👤        $ 165.50

SHERIFF'S RETURN - TRANSPORTATION COSTS FROM DLMCJC TO OKLAHOMA STATE PENITENTIARY AT
MCALESTER, OK
Document Available at Court Clerk's Office

---

**04-07-2010  [ OCISR ]**                                 MILLER, VICTOR CORNELL 👤        $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**04-07-2010  [ SORET ]**                                 MILLER, VICTOR CORNELL 👤        $ 271.00

SHERIFF'S RETURN - TRANSPORTATION COSTS FROM OKLAHOMA STATE PENITENTIARY AT MCALESTER,
OK
Document Available at Court Clerk's Office

---

**04-07-2010  [ OCISR ]**                                 MILLER, VICTOR CORNELL 👤        $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**04-12-2010  [ CTFREE ]**                                MILLER, VICTOR CORNELL 👤

THORNBRUGH, P. THOMAS: PATRICK ADAMS FOR THE DEFENDANT. DEFENDANT RELEASED BACK TO THE
DEPARTMENT OF CORRECTIONS. HEARING RESET FOR 4-27-10 AT 1:30 PM BEFORE JUDGE THORNBRUGH.
COUNSEL TO WRIT DEFENDANT FOR HEARING.

---

**04-22-2010  [ PEFO ]**                                  MILLER, VICTOR CORNELL 👤

PETITION FOR EXTENSION OF TIME TO ISSUE FINDINGS OF FACT PENDING HEARING ON APPELLANT'S
MOTION TO DISQUALIFY TRIAL COURT JUDGE
Document Available at Court Clerk's Office

ATTACHMENT 7

**04-23-2010  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE GLASSCO: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED.

---

**04-23-2010  [ AWHCP ]**                                    MILLER, VICTOR CORNELL 👤

APPLICATION & AFFIDAVIT FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

---

**04-23-2010  [ WHCP ]**                                    MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

---

**04-27-2010  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

THORNBRUGH, THOMAS: DEFENDANT NOT PRESENT, IN THE CUSTODY OF THE DEPARTMENT OF
CORRECTIONS, AND REPRESENTED BY PATRICK ADAMS. STATE REPRESENTED BY TIM HARRIS. THE
PUBLIC DEFENDER'S OFFICE IS REPRESENTED BY STEWART SUTHERLAND. WRIT OF HABEAS CORPUS AD
PROSEQUENDUM SIGNED. HEARING ON RECUSAL SET FOR 5-5-10 AT 9:30 AM BEFORE JUDGE
THORNBRUGH. DEFENDANT REMANDED TO THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS.

---

**04-27-2010  [ WHCP ]**                                    MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

---

**04-28-2010  [ PYREQ ]**                                    MILLER, VICTOR CORNELL 👤          $ 42.00

PAYMENT REQUEST - TRANSCRIPTS
Document Available at Court Clerk's Office

---

**05-05-2010  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

THORNBRUGH, P. THOMAS: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY PATRICK ADAMS,
FOR PURPOSES OF RECUSAL HEARING ONLY. INTERESTED PARTY FOR THE STATE, MATNEY ELLIS. COURT
REPORTER, JODI TERRY. OTHER COUNSEL PRESENT, STEWART SOUTHERLAND FOR THE PUBLIC
DEFENDERS OFFICE AND ELWAY WOODYARD FOR THE OKLAHOMA INDIGENT DEFENSE SYSTEM, WHO IS
REPRESENTING THE DEFENDANT BEFORE THE COURT OF CRIMINAL APPEALS. DEFENDANT PRESENTS
THE COURT WITH MOTION TO SEAL PROCEEDINGS AND SEAL MINUTE AND TRANSCRIPT. THE COURT
DENIES DEFENDANTS MOTION. EX PARTE MOTION SUSTAINED BY THE COURT. ALL PARTIES IN THE
GALLERY ARE REQUESTED TO LEAVE. OBJECTION NOTED BY MATNEY ELLIS, INTERESTED PARTY FROM
THE DISTRICT ATTORNEYS OFFICE. RECUSAL HEARING HELD. ONE WITNESS SWORN. TESTIMONY HEARD
ON THE RECORD. THE COURT TAKES DECISION UNDER ADVISEMENT AND WILL FILE WRITTEN DECISION
WITHIN 20 DAYS. THE COURT ORDERS THE DEFENDANT BE RELEASED BACK TO THE DEPARTMENT OF
CORRECTIONS. RELEASE ISSUED TO JAIL.

---

**05-10-2010  [ OG ]**                                    MILLER, VICTOR CORNELL 👤

ORDER GRANTING EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
REMAND
Document Available at Court Clerk's Office

---

**05-11-2010  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

THORNBRUGH, P. THOMAS: ORDER OVERRULING DEFENDANT/APPELLANT'S MOTION TO DISQUALIFY
JUDGE ENTERED. IT IS THEREFORE ORDERED BY THE COURT THAT DEFENDANT/APPELLANT'S MOTION
TO DISQUALIFY JUDGE KUEHN IS OVERRULED. COPY OF ORDER MAILED TO PATRICK ADAMS AND TULSA
COUNTY DISTRICT ATTORNEY'S OFFICE.

---

**05-11-2010  [ RETRL ]**                                    MILLER, VICTOR CORNELL 👤

RETURN RELEASE
Document Available at Court Clerk's Office                          ATTACHMENT 7

---

**05-12-2010  [ O ]**                                    MILLER, VICTOR CORNELL 👤

ORDER OVERRULING DEFENDANT/ APPELLANT'S MOTION TO DISQUALIFY JUDGE
Document Available at Court Clerk's Office

---

**05-12-2010  [ PEFO ]**                                 MILLER, VICTOR CORNELL 👤

PETITION FOR EXTENSION OF TIME TO ISSUE FINDINGS OF FACT PENDING HEARING ON APPELLANT'S
MOTION TO DISQUALIFY TRIAL COURT JUDGE
Document Available at Court Clerk's Office

---

**05-19-2010  [ SORET ]**                                MILLER, VICTOR CORNELL 👤              $ 282.50

SHERIFF'S RETURN - TRANSPORTATION COSTS ON WRIT FROM OKLAHOMA STATE PENITENTIARY AT
MCALESTER, OK
Document Available at Court Clerk's Office

---

**05-19-2010  [ OCISR ]**                                MILLER, VICTOR CORNELL 👤              $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**05-21-2010  [ SORET ]**                                MILLER, VICTOR CORNELL 👤              $ 262.00

SHERIFF'S RETURN - TRANSPORTATION COSTS ON WRIT FROM DLMCJC TO OKLAHOMA STATE
PENITENTIARY AT MCALESTER, OK
Document Available at Court Clerk's Office

---

**05-21-2010  [ OCISR ]**                                MILLER, VICTOR CORNELL 👤              $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**06-07-2010  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

KUEHN, DANA: RECUSAL HEARING SET FOR 6-29-10 AT 1:30 PM. COURT NOTIFIES PETE SILVA, STUART
SUTHERLAND, AND PATRICK ADAMS, BY PHONE. PATRICK ADAMS TO NOTIFY THE STATE.

---

**06-25-2010  [ CTFREE ]**                               MILLER, VICTOR CORNELL 👤

KUEHN, DANA: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED.

---

**06-25-2010  [ AWHCP ]**                                MILLER, VICTOR CORNELL 👤

APPLICATION & AFFIDAVIT FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

---

**06-25-2010  [ WHCP ]**                                 MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available at Court Clerk's Office

---

**06-25-2010  [ PEFO ]**                                 MILLER, VICTOR CORNELL 👤

PETITIONER'S PRO SE PETITION FOR WRIT OF MANDAMUS
Document Available at Court Clerk's Office

ATTACHMENT 7

**06-29-2010  [ CTFREE ]**                                                     MILLER, VICTOR CORNELL 👤

KUEHN, DANA: DEFENDANT PRESENT, IN CUSTODY, REPRESENTED BY PATRICK ADAMS, COURT
APPOINTED ONLY FOR THIS PROCEEDING. STUART SUTHERLAND PRESENT FOR THE PUBLIC
DEFENDERS' OFFICE. WAYNE WOODYARD PRESENT FOR THE OKLAHOMA INDIGENT DEFENSE SYSTEM,
CAPITAL APPEALLANT COUNSEL. THE ATTORNEY GENERALS' OFFICE IS NOT REPRESENTED. TIM HARRIS
PRESENT AS INTERESTED PARTY. COURT REPORTER, DIANA CAVENAH. CASE CALLED FOR DEFENDANTS
PRO SE MOTION AS TO RECUSAL PERTAINING TO COUNSEL APPOINTMENT. FORMER MOTION TO HAVE
JUDGE KUEHN RECUSE, DENIED BOTH BY JUDGE KUEHN AND BY JUDGE THORNBRUGH, PRESIDING.
DEFENDANT MOVES THE COURT FOR STAY OF PROCEEDINGS. DENIED, EXCEPTION NOTED. DEFENDANTS
MOTION IN REGARDS TO THE REMOVAL AS COUNSEL OF STUART SUTHERLAND DUE TO CONFLICT OF
INTEREST WITH THE PUBLIC DEFENDER'S OFFICE GRANTED BY THE COURT. THE COURT MAKES THE
RECOMMENDATION THAT MR. SUTHERLAND WITHDRAW AS ATTORNEY OF RECORD. THE COURT FILES
ORDER ON FINDING OF FACT/CONCLUSION OF LAW AS TO DISCONTINUATION OF APPEALLANT COUNSEL.
THE COURT FILES FINDINGS AND SENDS COPIES TO INTERESTED PARTIES. RELEASE TO THE
DEPARTMENT OF CORRECTIONS ISSUED TO THE JAIL.

---

**06-29-2010  [ F&C ]**                                                        MILLER, VICTOR CORNELL 👤

FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER RECOMMENDING DISCONTINUATION OF
APPELLATE COUNSEL'S REPRESENTATION OF APPELLANT
Document Available at Court Clerk's Office

---

**06-29-2010  [ APLI ]**                                                       MILLER, VICTOR CORNELL 👤

APPELLANT'S APPLICATION TO SEAL PROCEEDINGS
Document Available at Court Clerk's Office

---

**06-29-2010  [ MO ]**                                                         MILLER, VICTOR CORNELL 👤

MOTION FOR STAY OF PROCEEDINGS
Document Available at Court Clerk's Office

---

**07-02-2010  [ RETRL ]**                                                      MILLER, VICTOR CORNELL 👤

RETURN RELEASE
Document Available at Court Clerk's Office

---

**07-07-2010  [ SORET ]**                                      MILLER, VICTOR CORNELL 👤        $ 271.50

SHERIFF'S RETURN - TRANSPORTATION COSTS ON WRIT FROM OKLAHOMA STATE PENITENTIARY (DOC)
AT MCALESTER, OK
Document Available at Court Clerk's Office

---

**07-07-2010  [ OCISR ]**                                      MILLER, VICTOR CORNELL 👤         $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**07-12-2010  [ SORET ]**                                      MILLER, VICTOR CORNELL 👤        $ 273.00

SHERIFF'S RETURN - TRANSPORTATION COSTS ON WRIT FROM OKLAHOMA STATE PENITENTIARY AT
MCALESTER, OK
Document Available at Court Clerk's Office

---

**07-12-2010  [ OCISR ]**                                      MILLER, VICTOR CORNELL 👤         $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

ATTACHMENT 7

**07-27-2010  [ O ]**                                                    MILLER, VICTOR CORNELL 👤

ORDER REMANDING MATTER TO THE HONORABLE DANA KUEHN, ASSOCIATE DISTRICT JUDGE, DISTRICT COURT OF TULSA COUNTY, FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW AND APPOINTMENT OF CONFLICT FREE COUNSEL AND ORDER DENYING APPELLANT'S PRO SE APPLICATION FOR A WRIT OF MANDAMUS - COPY TO DA & JUDGE KUEHN
Document Available at Court Clerk's Office

---

**08-23-2010  [ O ]**                                                    MILLER, VICTOR CORNELL 👤

ORDER ESTABLISHING DUE DATE FOR BRIEF IN CHIEF - COPIES TO JUDGE KUEHN & JUDGE GILLERT
Document Available at Court Clerk's Office

---

**10-04-2010  [ TEXT ]**                                                  MILLER, VICTOR CORNELL 👤

ONE COPY OF THE FOLLOWING TRANSCRIPTS RETURNED BY PUBLIC DEFENDER'S OFFICE AND PLACED IN APPEAL BOOKCASE;
1) MASTER CONTENTS INDEX AND EXHIBIT INDEX VOLUMES I - VOLUME X, JURY TRAIL HAD ON NOVEMBER 3 - 17, 2008,
2) VOLUME I OF VOLUME X JURY TRIAL ON THE 3RD DAY OF NOVEMBER, 2008,
3) VOLUME II OF VOLUME X JURY TRIAL ON THE 4TH DAY OF NOVEMBER, 2008,
4) VOLUME III OF VOLUME X JURY TRIAL ON THE 5TH DAY OF NOVEMBER, 2008,
5) VOLUME IV OF VOLUME X JURY TRIAL ON THE 6TH DAY OF NOVEMBER, 2008,
6) VOLUME V OF VOLUME X JURY TRIAL ON THE 7TH DAY OF NOVEMBER, 2008,
7) VOLUME VI OF VOLUME X JURY TRIAL ON THE 10TH DAY OF NOVEMBER, 2008,
8) VOLUME VII OF VOLUME X JURY TRIAL ON THE 12TH DAY OF NOVEMBER, 2008,
9) VOLUME VIII OF VOLUME X JURY TRIAL ON THE 13TH DAY OF NOVEMBER, 2008,
10) VOLUME IX OF VOLUME X JURY TRIAL ON THE 14TH DAY OF NOVEMBER, 2008,
11) VOLUME X OF VOLUME X JURY TRIAL ON THE 17TH DAY OF NOVEMBER, 2008,
12) PROCEEDINGS HAD ON AUGUST 13, 2007,
13) PROCEEDINGS HAD ON JUNE 3, 2008,
14) PROCEEDINGS HAD ON AUGUST 14, 2008,
15) PROCEEDINGS HAD ON OCTOBER 6, 2008,
16) PROCEEDINGS HAD ON OCTOBER 16, 2008,
17) PROCEEDINGS HAD ON OCTOBER 24, 2008,
18) PROCEEDINGS HAD ON DECEMBER 8, 2008,
WITH ONE SET OF STATE'S EXHIBITS 1-11, 13-18, 22-29, 31-43, 45, 48, 51-65, 68-75, 79, 80, 82, 86, 88-93, 95, 96, 98-115, DEFENDANT'S EXHIBITS 1 THROUGH 5 AND COURT'S EXHIBIT 1 IN UNSEALED MANILA ENVELOPE.

ALSO ONE SET OF STATE'S EXHIBIT A IN UNSEALED MANILA ENVELOPE.

ATTACHMENT 7

**10-04-2010** **[ TEXT ]**                              MILLER, VICTOR CORNELL 👤

ONE COPY OF THE FOLLOWING TRANSCRIPTS RETURNED BY THE PUBLIC DEFENDER'S OFFICE AND PLACED IN APPEAL BOOK CASE;

1) PRELIMINARY HEARING - VOLUME I (PAGES 1-296) DECEMBER 16-17, 1999,

2) PRELIMINARY HEARING - VOLUME II (PAGES 297-400) DECEMBER 16-17, 1999,

3) CROSS-EXAMINATION OF RASHAD ALI BARNES MARCH 15, 2002,

4) SENTENCING HAD ON THE 17TH DAY OF JUNE, 2002,

5) MOTION IN LIMINE HAD ON THE 29TH DAY OF OCTOBER, 2001 SUMMARY OF TRANSCRIPT IN BACK,

6) MOTION HEARING HAD ON THE 28TH DAY OF NOVEMBER, 2000,

7) JURY TRIAL VOLUME I OF XIV HAD ON THE 2ND DAY OF APRIL, 2002,

8) JURY TRIAL VOLUME II OF XIV HAD ON THE 3RD DAY OF APRIL, 2002 WITH SUMMARY OF TRANSCRIPT IN BACK,

9) JURY TRIAL VOLUME III OF XIV HAD ON THE 4TH DAY OF APRIL, 2002 WITH SUMMARY OF TRANSCRIPT IN BACK,

10) JURY TRIAL VOLUME IV OF XIV HAD ON THE 5TH DAY OF APRIL, 2002 WITH SUMMARY OF TRANSCRIPT IN BACK,

11) JURY TRIAL VOLUME V OF XIV HAD ON THE 5TH AND 8TH DAYS OF APRIL, 2002,

12) JURY TRIAL VOLUME VI OF XIV HAD ON THE 9TH DAY OF APRIL, 2002,

13) JURY TRIAL VOLUME VII OF XIV HAD ON THE 10TH DAY OF APRIL, 2002,

14) JURY TRIAL VOLUME VIII OF XIV HAD ON THE 11TH DAY OF APRIL, 2002,

15) JURY TRIAL VOLUME IX OF XIV HAD ON THE 12TH DAY OF APRIL, 2002,

16) JURY TRIAL VOLUME X OF XIV HAD ON THE 15TH DAY OF APRIL, 2002,

17) JURY TRIAL VOLUME XI OF XIV HAD ON THE 16TH DAY OF APRIL, 2002 WITH SUMMARY OF TRANSCRIPT IN BACK,

18) JURY TRIAL VOLUME XII OF XIV HAD ON THE 17TH DAY OF APRIL, 2002,

19) JURY TRIAL VOLUME XIII OF XIV HAD ON THE 18TH DAY OF APRIL, 2002 WITH SUMMARY OF TRANSCRIPT IN BACK,

20) JURY TRIAL VOLUME XIV OF XIV HAD ON THE 19TH DAY OF APRI, 2002 WITH SUMMARY OF TRANSCRIPT IN BACK,

21) PROCEEDINGS HAD ON MAY 24, 2007,

22) PROCEEDINGS HAD ON MARCH, 29, 2007,

23) THE COURT'S RULING RE: MOTION TO DISMISS AUGUST 30, 2005,

24) HEARING RE: MOTION TO DISMISS JUNE 2, 2005,

25) PROCEEDINGS HAD ON THE 3RD DAY OF APRIL, 2000,

WITH ONE SET OF STATE'S EXHBITS 1-3, 6-11, 13-29, 31-34, 36-41, 43, 45,48, 49, 51-65, 68, 69, 71-75, 77-82, 86, 88, 91-96,98-103, DEFENDANT'S EXHBITS 1-3- 5-10,COURT'S EXHBITS 1-3 AND NOTES FROM JURY AND JUDGE IN UNSEALED MANILA ENVELOPE.

---

**10-04-2010** **[ RFT ]**                              MILLER, VICTOR CORNELL 👤

RECEIPT FOR TRANSCRIPT
Document Available at Court Clerk's Office

---

**10-04-2010** **[ RFT ]**                              MILLER, VICTOR CORNELL 👤

RECEIPT FOR TRANSCRIPT
Document Available at Court Clerk's Office

---

**10-05-2010** **[ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-06-2010** **[ RECAP ]**                              MILLER, VICTOR CORNELL 👤

RECEIPT FOR APPEAL RECORD
Document Available at Court Clerk's Office

ATTACHMENT 7

**10-06-2010  [ RECAP ]**                                                    MILLER, VICTOR CORNELL 👤

RECEIPT FOR APPEAL RECORD
Document Available at Court Clerk's Office

---

**01-07-2011  [ RTSBN ]**                                                    MILLER, VICTOR CORNELL 👤

RETURN SUBPOENA (NO CHARGE) SERVED - 1/7/11
Document Available at Court Clerk's Office

---

**01-24-2011  [ ODNY ]**                                                     MILLER, VICTOR CORNELL 👤

ORDER DENYING PRO SE MOTION
Document Available at Court Clerk's Office

---

**02-07-2011  [ CAP ]**                                                      HANSON, JOHN FITZGERALD 👤

CERTIFICATE OF APPEAL - #PCD-2011-58 AND TULSA COUNTY DISTRICT COURT
Document Available at Court Clerk's Office

---

**02-15-2011  [ AFD ]**                                                      MILLER, VICTOR CORNELL 👤

AFFIDAVIT AND NOTICE OF COURT REPORTER AS TO CORRECTION IN VOLUME VI OF JURY TRIAL
TRANSCRIPT
Document Available at Court Clerk's Office

---

**03-24-2011  [ MANTO ]**                                                    HANSON, JOHN FITZGERALD 👤

RECEIVED MANDATE (DENIED) - DELIVERED TO JUDGE GLASSCO

---

**03-28-2011  [ CTFREE ]**                                                   HANSON, JOHN FITZGERALD 👤

JUDGE GLASSCO: MANDATE RECEIVED AND ORDERED FILED SPREAD OF RECORD.

---

**03-28-2011  [ MAN ]**                                                      HANSON, JOHN FITZGERALD 👤

MANDATE DENIED
Document Available at Court Clerk's Office

---

**03-31-2011  [ TEXT ]**                                                     HANSON, JOHN FITZGERALD 👤

RECEIPT FOR MANDATE AND TEMPORARY RETURN OF MANDATE MAILED TO THE COURT OF CRIMINAL
APPEALS.

---

**06-22-2011  [ O ]**                                                        MILLER, VICTOR CORNELL 👤

ORDER DISMISSING PRO SE MOTION
Document Available at Court Clerk's Office

---

**07-06-2011  [ APLI ]**                                                     MILLER, VICTOR CORNELL 👤

APPLICATION FOR ORDER DIRECTING DAVID MOSS CRIMINAL JUSTICE CENTER TO PROVIDE COPIES OF
DEFENDANT'S RECORDS TO THE DEFENSE
Document Available at Court Clerk's Office

---

**07-11-2011  [ CTFREE ]**                                                   MILLER, VICTOR CORNELL 👤

KUEHN, DANA: ODER DIRECTING DAVID L. MOSS CORRECTIONAL CENTER TO PROVIDE COPIES OF
DEFENDANTS RECORDS TO THE DEFENSE, SIGNED.

---

**07-22-2011  [ DEFT ]**                                                     MILLER, VICTOR CORNELL 👤

DEFENDANT'S FORMAL COMPLAINT
Document Available at Court Clerk's Office

---

**09-27-2011  [ CNOTE ]**                                                    MILLER, PHYLLIS 👤

CASE NOTE: CORRECTIONS MADE THIS DATE TO FEES INCORRECTLY ASSESSED TO MATERIAL WITNESS.

---

**10-12-2011  [ CTRS ]**                                                     HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND                            ATTACHMENT 7

**10-12-2011  [ CTRS ]**                                        MILLER, VICTOR CORNELL &

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-17-2012  [ CTRS ]**                                        HANSON, JOHN FITZGERALD &

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-17-2012  [ CTRS ]**                                        MILLER, VICTOR CORNELL &

CLAIM FOR INTERCEPT OF TAX REFUND

---

**09-09-2013  [ MANTO ]**                                       MILLER, VICTOR CORNELL &

RECEIVED MANDATE (AFFIRMED IN PART; MODIFIED IN PART, REVERSED IN PART AND REMANDED WITH
INSTRUCTIONS) - DELIVERED TO JUDGE KUEHN

---

**09-09-2013  [ CTFREE ]**                                      MILLER, VICTOR CORNELL &

JUDGE DANA KUEHN: MANDATE RECEIVED AND ORDERED FILED AND SPREAD OF RECORD SIGNED BY
THE COURT. AFFIRMED IN PART: MODIFIED IN PART, REVERSED IN PART AND REMANDED WITH
INSTRUCTIONS.

---

**09-17-2013  [ CTFREE ]**                                      MILLER, VICTOR CORNELL &

JUDGE DANA KUEHN: AS PER MANDATE ON 9-9-2013, COUNT 1 IS REVERSED AND MODIFIED TO A
SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE. MODIFIED JUDGEMENT AND SENTENCE
ISSUED FOR COUNT 1 ONLY. COUNT 2 IS ALSO REVERSED AND REMANDED FOR RESENTENCING ON
COUNT 2, PARTIES NOTIFIED TO GET WITH COURT FOR NEW COURT DATE.

---

**09-18-2013  [ MAN ]**                                         MILLER, VICTOR CORNELL &

MANDATE AFFIRMED IN PART; MODIFIDED IN PART, REVERSED IN PART AND REMANDED WITH
INSTRUCTIONS
Document Available (#1022950170) ⎙TIFF    🗎PDF

---

**09-20-2013  [ J&S ]**                                         MILLER, VICTOR CORNELL &    #1

MODIFIED PER MANDATE FILED 9-9-2013 JUDGMENT AND SENTENCE
Document Available (#1022936047) ⎙TIFF    🗎PDF

---

**09-23-2013  [ TEXT ]**                                        MILLER, VICTOR CORNELL &

RECEIPT FOR MANDATE AND RETURN OF MANDATE MAILED TO THE COURT OF CRIMINAL APPEALS.

---

**10-09-2013  [ ODISM ]**                                       MILLER, VICTOR CORNELL &

ORDER OF DISMISSAL APPLICATION FOR POST CONVICTION APPEAL
Document Available (#1023065032) ⎙TIFF    🗎PDF

---

**10-25-2013  [ CTRS ]**                                        HANSON, JOHN FITZGERALD &

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-25-2013  [ CTRS ]**                                        MILLER, VICTOR CORNELL &

CLAIM FOR INTERCEPT OF TAX REFUND

---

**03-13-2014  [ AWHCT ]**                                       MILLER, VICTOR CORNELL &

APPLICATION - WRIT OF HABEAS CORPUS AD TESTIFICANDUM
Document Available (#1024431780) ⎙TIFF    🗎PDF

---

**03-14-2014  [ CTFREE ]**                                      MILLER, VICTOR CORNELL &

JUDGE DANA KUEHN: WRIT OF HABEAS CORPUS AND TESTIFICANDUM SIGNED BY THE COURT. HEARING
SET FOR 4-29-2014 AT 9:30 AM BEFORE JUDGE KUEHN.

---

**03-14-2014  [ WHCT ]**                                        MILLER, VICTOR CORNELL &

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
Document Available (#1024433554) ⎙TIFF    🗎PDF              ATTACHMENT 7

**03-31-2014  [ AWHCP ]**          MILLER, VICTOR CORNELL 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available (#1024190797) 🗋TIFF    🅰PDF

---

**03-31-2014  [ NO ]**          MILLER, VICTOR CORNELL 👤

DEFENDANTS MEMORANDUM OF NOTICE OF DEFENDANT ASSERTING RIGHT TO SIXTH AMENDMENT
RIGHT TO SELF REPRENTATION
Document Available (#1024190793) 🗋TIFF    🅰PDF

---

**04-10-2014  [ CTFREE ]**          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: WRIT OF HABEAS CORPUS AD PROSEQUENDUM SIGNED BY THE COURT.

---

**04-10-2014  [ WHCP ]**          MILLER, VICTOR CORNELL 👤

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available (#1024847822) 🗋TIFF    🅰PDF

---

**04-10-2014  [ AWHCP ]**          MILLER, VICTOR CORNELL 👤

APPLICATION - WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Document Available (#1024847826) 🗋TIFF    🅰PDF

---

**04-29-2014  [ CTFREE ]**          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT IN CUSTODY, REPRESENTED BY JACK ZANERHAFT, GREG
GRAVES, AND STUART SOUTHERLAND. COURT REPORTER DANA CAVANAH. HEARINGHELD. CONFLICT
FOR PUBLIC DEFENDER SET FOR 6-4-2014 @ 9 AM.

---

**04-29-2014  [ DEFT ]**          MILLER, VICTOR CORNELL 👤

DEFENDANT'S REQUEST FOR AN IN CAMERA HEARING TO DISQUALIFY JUDGE OR TO TRANSFER CAUSE
TO ANOTHER JUDGE
Document Available (#1024909608) 🗋TIFF    🅰PDF

---

**06-02-2014  [ DEFT ]**          MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION TO DISQUALIFY/ RECUSE DISTRICT COURT JUDGE DANA KUEHN FROM PRESIDING
OVER APPELLATE COURT ORDERED RESENTENCING HEARING - COPY TO JUDGE & DA GLASSCO
Document Available (#1025058381) 🗋TIFF    🅰PDF

---

**06-04-2014  [ CTFREE ]**          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT. IN CUSTODY, PD ALLOWED TO WITHDRAW AS STANDBY
COUNSEL WITH NO OBJ FROM DEFENDANT. MR. WOODYARD IS APPOINTED TO ASSIST DEFENDANT ON A
PRO BONO BASIS WITHOUT OBJECTION FROM DEFENDANT. MOTION TO RECUSE PASSED BY AGREEMENT
TO JULY 14, 2014 AT 11 A.M. DEFENDANT MILLER TO REMAIN IN THE TCJ AND NOT TRANSPORT TO
FEDERAL CUSTODY PER HIS REQUEST. COURT REPORTER DIANA CAVENAH.

---

**06-13-2014  [ SORET ]**          MILLER, VICTOR CORNELL 👤      $ 259.55

SHERIFF'S RETURN TRANSPORTATION COSTS ON WRIT FROM OKLAHOMA STATE REFORMATORY AT
MCALESTER, OKLAHOMA
Document Available (#1026038006) 🗋TIFF    🅰PDF

---

**06-13-2014  [ OCISR ]**          MILLER, VICTOR CORNELL 👤      $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**06-18-2014  [ EAA ]**          MILLER, VICTOR CORNELL 👤

ENTRY OF APPEARANCE
Document Available (#1026144602) 🗋TIFF    🅰PDF

---

ATTACHMENT 7

**07-07-2014  [ MO ]**                                             HANSON, JOHN FITZGERALD 👤

MOTION TO INTERVENE WITH NEWLY DISCOVERED WITHHELD EVIDENCE AMICUS CURACE BRIEF
Document Available (#1026394674) 🗎TIFF    📕PDF

---

**07-14-2014  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: TIM HARRIS, MICHELLE KEELY AND JOHN DAVID LUTON PRESENT FOR STATE OF
OKLAHOMA. VICTOR MILLER AND JOHN WOODYARD PRESENT FOR DEFENSE. DIANA PAULEY, COURT
REPORTER. REQUEST TO RECUSE HELD IN CAMERA, MOTION TO RECUSE HELD IN COURT. COURT
DENIES RECUSAL REQUEST. DEFENDANT ANNOUNCES INTENT TO APPEAL. CASE SENT TO JUDGE
CHAPPELLE FOR APPEAL. PAUPERS AFFIDAVIT EXECUTED.

---

**07-14-2014  [ O ]**                                             HANSON, JOHN FITZGERALD 👤

ORDER
Document Available (#1026512485) 🗎TIFF    📕PDF

---

**07-14-2014  [ DEFT ]**                                          MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION FOR A RE-HEARING WITH CHEIRF JUDGE FOR TULSA COUNTY ON A MOTION TO
RECUSE DISTRICT JUDGE FROM PRESIDING OVER OKLAHOMA COURT OF CRIMINAL APPEALS COURT
ORDERED REMAND FOR RE SENTENCING HEARING PROCEEDINGS
Document Available (#1026513945) 🗎TIFF    📕PDF

---

**07-14-2014  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

CHAPPELLE, CARLOS; CASE COMES ON FOR HEARING. TIM HARRIS, MICHELLE KEELY AND JOHN DAVID
LUTON PRESENT FOR STATE OF OKLAHOMA. WAYNE WOODYARD PRESENT FOR DEFENSE. HEARING ON
DEFENDANT'S MOTION TO RECUSE JUDGE KUEHN SET ON 9/19/14 AT 9:00 A.M.

---

**07-15-2014  [ PA ]**                                            MILLER, VICTOR CORNELL 👤

PAUPER'S AFFIDAVIT
Document Available (#1026508263) 🗎TIFF    📕PDF

---

**07-16-2014  [ CNOTE ]**                                         MILLER, VICTOR CORNELL 👤

AMENDED WRITTEN REQUEST TO RE-PRESENT MOTION TO RECUSE TRIAL JUDGE HAND DELIVERED TO
JUDGE CHAPPELLE.

---

**07-16-2014  [ AM ]**                                            MILLER, VICTOR CORNELL 👤

AMENDED WRITTEN REQUEST TO REPRESENT MOTION TO RECUSE TRIAL JUDGE
Document Available (#1026141558) 🗎TIFF    📕PDF

---

**07-24-2014  [ CTFREE ]**                                        MILLER, VICTOR CORNELL 👤

CHAPPELLE, CARLOS; NOTICE OF HEARING; AMENDED WRITTEN
REQUEST TO RE-PRESENT MOTION TO RECUSE TRIAL JUDGE IS
SET FOR HEARING ON SEPTEMBER 19, 2014 AT 9:00 A.M. NOTICE TO: TIM HARRIS, MICHELLE KEELEY,
JOHN LUTON, WAYNE WOODYARD, VICTOR MILLER;

---

**07-24-2014  [ NOH ]**                                           MILLER, VICTOR CORNELL 👤

NOTICE OF HEARING
Document Available (#1026511763) 🗎TIFF    📕PDF

---

**07-24-2014  [ NOF ]**                                           MILLER, VICTOR CORNELL 👤

NOTICE OF FILING TRANSCRIPT ON APPEAL IN CRIMINAL PROCEEDING
Document Available (#1026570531) 🗎TIFF    📕PDF

---

ATTACHMENT 7

**07-24-2014  [ T&2 ]**                                                    MILLER, VICTOR CORNELL 👤

ORIGINAL TRANSCRIPT & 2 COPIES OF THE FOLLOWING (ONE COPY TO DISTRICT ATTORNEY'S OFFICE
AND ONE COPY RETAINED IN FILE FOR WAYNE WOODYARD);
1) PROCEEDINGS VOLUME I OF VOLUME II HAD ON THE 4TH DAY OF JUNE, 2014,
2) PROCEEDINGS VOLUME II OF VOLUME II HAD ON THE 14TH DAY OF JULY, 2014,
Document Available (#1026567781) 🗎TIFF    📄PDF

---

**07-25-2014  [ CTFREE ]**                                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: APPLICATION FOR ORDER TO PAY TRANSCRIPT AT PUBLIC EXPENSE SIGNED BY THE
COURT.

---

**07-25-2014  [ O ]**                                                      MILLER, VICTOR CORNELL 👤

ORDER TO PAY FOR TRANSCRIPTS AT PUBLIC EXPENSE
Document Available (#1026661615) 🗎TIFF    📄PDF

---

**07-25-2014  [ TEXT ]**                                                   MILLER, VICTOR CORNELL 👤

RECEIPT FOR TRANSCRIPTS
Document Available (#1026567757) 🗎TIFF    📄PDF

---

**07-25-2014  [ APLI ]**                                                   MILLER, VICTOR CORNELL 👤

APPLICATION FOR ORDER TO PAY FOR TRANSCRIPT AT PUBLIC EXPENSE
Document Available (#1026661619) 🗎TIFF    📄PDF

---

**08-11-2014  [ PYREQ ]**                                  MILLER, VICTOR CORNELL 👤              $ 252.00

PAYMENT REQUEST - TRANSCRIPTS
Document Available (#1026759620) 🗎TIFF    📄PDF

---

**09-11-2014  [ OBJ ]**                                                    MILLER, VICTOR CORNELL 👤

STATE OF OKLAHOMA'S OBJECTION TO DEFENDANT'S MOTION TO RECUSE TRIAL JUDGE
Document Available (#1027168441) 🗎TIFF    📄PDF

---

**09-19-2014  [ CTFREE ]**                                                MILLER, VICTOR CORNELL 👤

CHAPPELLE, CARLOS; CASE COMES ON FOR HEARING ON DEFENDANT'S MOTION TO RECUSE TRIAL
JUDGE. TIM HARRIS, MICHELLE KEELEY & JOHN LUTON APPEAR FOR THE STATE. WAYNE WOODYARD
APPEARS FOR DEFENDANT VICTOR CORNELL MILLER. TAISHA IRONS, COURT REPORTER; DEFENDANT'S
MOTION TO RECUSE TRIAL JUDGE IS DENIED.

---

**09-22-2014  [ CTFREE ]**                                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: CASE SET FOR STATUS ON 9-29-14 AT 1:30.

---

**09-29-2014  [ CTFREE ]**                                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, MR. WOODYARD PRESENT AS STANDBY
COUNSEL. TIM HARRIS, MICHELLE KEELY, JOHN DAVID LUTON, PRESENT FOR THE STATE. MR. MILLER
REURGES HIS ARGUMENT ABOUT RECUSAL AND ANNOUNCES HE WILL NOT SEEK AN APPEAL OF JUDGE
CHAPPELLES RULING. COURT GRANTS DEF REQUEST TO REPRESENT HIMSELF WITH TESTIMONY ON THE
RECORD. DISPOSTION STATUS SET OCTOBER 24 , 2014 AT 10 A.M. BY AGREEMENT. DEFENDANT
REMANDED TO CUSTODY

ATTACHMENT 7

**10-24-2014  [ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN; ALL PARTIES PRESENT. TIM HARRIS, JOHN LUTEN AND MICHELE KEELY FOR THE STATE. VICTOR MILLER, PRO SE. IN CUSTODY, STATUS CONFERENCE ON DISCOVERY HELD. DEFENDANT REQUESTS COURT SIGN ORDER REGARDING PROCEDURE FOR DELIVERY AND STORAGE OF DISCOVERY AT THE JAIL FOR HIS REVIEW. THE COURT ORDERS THE DEFENDANT TO PREPARE AN ORDER FOR THE COURT WITH PROCEDURES THAT ARE ACCEPTABLE TO THE SHERIFF'S DEPARTMENT AND PRESENT THE SAME TO THE STATE BY OCTOBER 29, 2014. THE STATE IS TO OBJECT, IF THE STATE OBJECTS, BY OCTOBER 31, 2014. THE PARTIES ARE TO INFORM THE COURT OF AN AGREED UPON DATE FOR THE NEXT STATUS CONFERENCE OCTOBER 31, 2014 @ 10 AM.

---

**10-24-2014  [ RPT ]**                                         MILLER, VICTOR CORNELL 👤

REPORT TO THE TRIAL COURT
Document Available (#1027518742) 📄TIFF    📕PDF

---

**10-24-2014  [ APLI ]**                                        MILLER, VICTOR CORNELL 👤

APPLICATION FOR ORDER CONFIRMING INDIGENCY AND FOR CASE MADE AT PUBLIC EXPENSE
Document Available (#1027482582) 📄TIFF    📕PDF

---

**11-05-2014  [ APLI ]**                                        MILLER, VICTOR CORNELL 👤

APPLICATION FOR A WRIT OF MANDAMUS COPY TO JUDGE BARCUS AND D.A.
Document Available (#1026985157) 📄TIFF    📕PDF

---

**11-14-2014  [ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: HEARING ON WRIT OF MANDAMUS SET FRO 11-24-2014 @ 10:30 AM.

---

**11-18-2014  [ DEFT ]**                                        MILLER, VICTOR CORNELL 👤

DEFENDANT'S ADDITIONAL ARGUMENTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR A WRIT OF MANDAMUS
Document Available (#1027807569) 📄TIFF    📕PDF

---

**11-24-2014  [ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT WITH STANDBY COUNSEL MR. WOODYARD. STATE PRESENT BY JOHN DAVID LUTEN. TSCO PRESENT AND REPRESENTED BY MATNEY ELLIS. ARGUMENT AND EVIDENCE REGARDING THE DEFENDANT'S WRIT OF MANDAMUS HELD. COURT CONFIRMS THAT DEFENDANT WAS DECLARED INDIGENT ON OCTOBER 24, 2014 AND NOTIFIED TSCO. COURT TO PREPARE ORDER ON DECISION ON WRIT ANNOUNCED IN COURT ON THE RECORD. TSCO TO BRIEF ISSUE OF DEFENDANT WANTING ACCESS TO THE INTERNET BY DECEMBER 18, 2014 AND DEFENDANT TO RESPOND BY JANUARY 5, 2015. DISCOVERY STATUS HEARING SET DECEMBER 15, 2014 AT 2:00 PM. DEFENDANT REMANDED TO CUSTODY, BOND TO REMAIN.

---

**11-24-2014  [ O ]**                                           MILLER, VICTOR CORNELL 👤

ORDER
Document Available (#1027891065) 📄TIFF    📕PDF

---

**11-24-2014  [ EAA ]**                                         MILLER, VICTOR CORNELL 👤

TULSA COUNTY SHERIFF'S OFFICE ENTRY OF APPEARANCE AND RESPONSE TO PETITIONER'S APPLICATION FOR A WRIT A MANDAMUS AND PETITIONER'S ADDITIONAL ARGUMENTS AND AUTHORITIES IN SUPPORT OF THE APPLICATION FOR A WRIT OF MANDAMUS
Document Available (#1027728308) 📄TIFF    📕PDF

---

**11-25-2014  [ O ]**                                           MILLER, VICTOR CORNELL 👤

ORDER ON DEFENDANT'S WRIT OF MANDAMUS
Document Available (#1027987918) 📄TIFF    📕PDF

ATTACHMENT 7

---

**12-03-2014  [ APLI ]**                                                      MILLER, VICTOR CORNELL 👤

APPLICATION FOR ORDER FOR PREPARATION OF TRANSCRIPT AT PUBLIC EXPENSE
Document Available (#1027807235) 🗎TIFF    📄PDF

---

**12-03-2014  [ DEFT ]**                                                      MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER ON DEFENDANTS WRIT OF MANDAMUS
Document Available (#1027807239) 🗎TIFF    📄PDF

---

**12-10-2014  [ DEFT ]**                                                      MILLER, VICTOR CORNELL 👤

DEFENDANT'S NOTICE OF ADDITIONAL ISSUES TO BE CONSIDERED ON RECONSIDERATION OF
MANDAMUS ORDER
Document Available (#1027807042) 🗎TIFF    📄PDF

---

**12-15-2014  [ TEXT ]**                                                      MILLER, VICTOR CORNELL 👤

RESPONDENT TULSA COUNTY SHERIFF'S OFFICE BRIEF REGARDING PETITIONER'S INTERNET ACCESS TO
LEGAL MATERIAL
Document Available (#1028039256) 🗎TIFF    📄PDF

---

**12-31-2014  [ MEMO ]**                                                      MILLER, VICTOR CORNELL 👤

PETITIONERS REPLY MEMORANDUM OF LAW REGARDING INTERNET ACCESS BY PRISONERS COPY TO
JUDGE BARCUS AND D.A.
Document Available (#1028125618) 🗎TIFF    📄PDF

---

**12-31-2014  [ NO ]**                                                        MILLER, VICTOR CORNELL 👤

PETITTIONER'S SUPPLEMENTAL NOTICE OF ADDITIONAL ISSUES FOR MANDAMUS ORDER COPY TO JUDGE
BARCUS AND D.A.
Document Available (#1028125622) 🗎TIFF    📄PDF

---

**01-05-2015  [ MO ]**                                                        MILLER, VICTOR CORNELL 👤

MOTION TO STRIKE REQUIREMENT BY STANDBY COUNSEL TO CERTIFY TO TCSO THE WITNESSES TO BE
CALLED BY PRO SE DEFENDANT MILLER
Document Available (#1028038405) 🗎TIFF    📄PDF

---

**01-05-2015  [ TEXT ]**                                                      MILLER, VICTOR CORNELL 👤

REPORT TO THE TRIAL COURT #2
Document Available (#1028038409) 🗎TIFF    📄PDF

---

**01-06-2015  [ CTFREE ]**                                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, AND STAND BY COUNSE WAYNE WOODYARD
PRESENT. STATE REPRESENTED BY MICHELLE KELLY AND JOHN DAVID LUTON. TSCO REPRESENTED BY
MATNEY ELLIS. HEARING HLED ON MOTION TO RECONSIDER. DEFENDANT TO SUPPLY COURT WITH MAIL
LIST BY JANUARY 9TH, 2015 TCSO TO FILE A REPONSE TO MOTION FOR ADDITIONAL ISSUED BY 1-30-2015.

---

**01-06-2015  [ CTFREE ]**                                                    MILLER, VICTOR CORNELL 👤

MINUTE FOR 1-6-2015 IS IN ERROR MINUTE FOR 1-6-2015 SHOULD READ:
JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, AND STAND BY COUNSEL WAYNE WOODYARD
PRESENT. STATE REPRESENTED BY MICHELLE KELLY AND JOHN DAVID LUTON. TSCO REPRESENTED BY
MATNEY ELLIS. HEARING HLED ON MOTION TO RECONSIDER. DEFENDANT TO SUPPLY COURT WITH MAIL
LIST BY JANUARY 9TH, 2015 TCSO TO FILE A REPONSE TO MOTION FOR ADDITIONAL ISSUED BY 1-30-2015.
DISCOVERY STATUS HEARING SET FOR 2-17-2015 AT 1:30 PM BEFORE JUDGE KUEHN.

---

**01-09-2015  [ TEXT ]**                                                      MILLER, VICTOR CORNELL 👤

RESPONDENT TULSA COUNTY SHERIFF'S OFFICE PRODUCTION OF PETITONER'S INMATE BALANCE
HISTORY REPORT
Document Available (#1028237267) 🗎TIFF    📄PDF                    ATTACHMENT 7

**01-12-2015  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER ON DEFENDANT'S WITNESS LIST PROVIDED TO THE COURT FOR DISCOVERY
PROCEDURE PURPOSE ONLY AND ISSUANCE OF A PROTECTIVE ORER SIGNED BY THE COURT.

---

**01-13-2015  [ O ]**                                              MILLER, VICTOR CORNELL 👤

ORDER ON DEFENDANT'S WITNESS LIST PROVIDED TO THE COURT FOR DISCOVERY PROCEDURE
PRUPOSES ONLY AND ISSUANCE OF A PROTECTIVE ORDER
Document Available (#1028270861) 📄TIFF    📄PDF

---

**01-26-2015  [ RESP ]**                                           MILLER, VICTOR CORNELL 👤

RESPONDENT TULSA COUNTY SHERIFF'S OFFICE RESPONSE TO PETITIONER'S MOTION FOR ADDITIONAL
MANDAMUS ISSUES
Document Available (#1028421955) 📄TIFF    📄PDF

---

**02-17-2015  [ EAA ]**                                            MILLER, VICTOR CORNELL 👤

ENTRY OF APPEARANCE
Document Available (#1028653446) 📄TIFF    📄PDF

---

**02-17-2015  [ CTPASS ]**                                         MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: STATUS OF DISCOVERY HEARING PASSED TO 2-19-2015 2 1:30 PM BEFORE JUDGE
KUEHN.

---

**02-18-2015  [ DEFT ]**                                           MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION FOR EMBERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION COPY TO JUDGE WALL AND D.A.
Document Available (#1028124896) 📄TIFF    📄PDF

---

**02-19-2015  [ P ]**                                              MILLER, VICTOR CORNELL 👤

PETITIONER'S REPLY TO RESPONDENT TULSA COUNTY SHERIFF'S OFFICE RESPONSE TO PETITIONER'S
MOTION ADDITIONAL MANDAMUS ISSUES
Document Available (#1028712993) 📄TIFF    📄PDF

---

**02-19-2015  [ CTFREE ]**                                         MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ALL PARTIES PRESENT, TSCO, DA OFFICE AND DEFENDANT PRO SE WITH STAND-BY
COUNSEL. HEARING HELD ON DEFENDANT'S WRIT OF MANDAMUS ISSUES. TSCO TO HAVE PROPOSED
PROTECTIVE ORDER TO DEFENDANT BY FEBRUARY 23 AND AN AGREED ORDER TO THE COURT BY
FEBRUARY 25, 2015. DISCOVERY CONFERENCE HELD. DISCOVERY GIVEN TO DEFENDANT FROM STATE.
DISCOVERY CONFERENCE CONTINUED BY AGREEMENT FOR ADDITIONAL DISCOVERY TO MARCH 24, 2015
AT 1:30 PM.

---

**02-24-2015  [ ADISC ]**                                          MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available (#1028712311) 📄TIFF    📄PDF

---

**02-25-2015  [ CTFREE ]**                                         MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: AGREED PROTECTIVE ORDER SIGNED BY THE COURT.

---

**03-03-2015  [ O ]**                                              MILLER, VICTOR CORNELL 👤

AGREED PROTECTIVE ORDER
Document Available (#1028759038) 📄TIFF    📄PDF

---

**03-10-2015  [ REQ ]**                                            MILLER, VICTOR CORNELL 👤

PRO SE DEFENDANT'S REQUEST TO WITHDRAW DEFENDANT'S MOTION FOR EMERGENCY TEMPLRARY
RESTRAINING ORDER AND PRELIMINARY COPY TO JUDGE WALL AND D.A.
Document Available (#1028240056) 📄TIFF    📄PDF

ATTACHMENT 7

**03-24-2015** **[ CTPASS ]**                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, STATE REPRESENTED. DISCOVERY
CONFERENCE HELD AND CONTINUED TO 5-19-2015 @ 1:30 PM BEFORE JUDGE KUEHN.

---

**03-31-2015** **[ ADISC ]**                                      MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available (#1029115652) 📄TIFF    📕PDF

---

**04-22-2015** **[ CTFREE ]**                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER DIRECTING THE TULSA POLICE DEPARTMENT TO PROVIDE COPIES OF ITS
INVESTIGATION OF THE HOMICIDE OF MILDRED OVERSTREET TO THE DEFENDANT OR HIS
REPRESENTATIVE, SIGNED

---

**04-22-2015** **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION FOR DISCOVERY ORDER DIRECTING THE TULSA POLICE DEPARTMENT TO PROVIDE COPIES OF
ITS INVESTIGATION FO THE HOMICIDE OF MILDRED OVERSTREET
Document Available (#1029012576) 📄TIFF    📕PDF

---

**04-23-2015** **[ O ]**                                      MILLER, VICTOR CORNELL 👤

ORDER DIRECTING THE TULSA POLICE DEPARTMENT TO PROVIDE COPIES OF ITS INVESTIGATION OF THE
HOMICIDE OF MILDRED OVERSTREET TO THE DEFENDANT OR HIS REPRESENTATIVE
Document Available (#1029113791) 📄TIFF    📕PDF

---

**05-06-2015** **[ ADISC ]**                                      MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available (#1029403690) 📄TIFF    📕PDF

---

**05-08-2015** **[ OBJ ]**                                      MILLER, VICTOR CORNELL 👤

OBJECTION AND MOTION FOR HEARING ON ISSUE OF THE TULSA POLICE DEPARTMENT PROVIDING
COPIES OF ITS INVESTIGATION OF THE HOMICIDE OF MILDRED OVERSTREET
Document Available (#1029500131) 📄TIFF    📕PDF

---

**05-19-2015** **[ CTPASS ]**                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, STATE REPRESENTED. DISCOVERY
CONFERENCE CONTINUED TO 6-2-2015 @ 10:30 AM BEFORE JUDGE KUEHN.

---

**05-27-2015** **[ MO ]**                                      MILLER, VICTOR CORNELL 👤

MOTION TO MAKE MORE DEFINATE AND CERTAIN;; MOTION FOR FULL DISCOVERY AND TO PRODUCE A
LIST OF WITNESSES SUMMARY OF TESTIMONY, DOCUMENTS AND EXHIBITS RELEATED TO PROOF OF THE
BILL OF PARTICUILARS; MOTION TO STRIKE GREAT RISK AGGRAVATING CIRCUMSTANCE; AND MOTION TO
PROHIBIT USE OF CERTAIN EVIDENCE
Document Available (#1029743045) 📄TIFF    📕PDF

---

**05-29-2015** **[ P ]**                                      MILLER, VICTOR CORNELL 👤

PETITIONER'S SUBSEQUENT REQUEST FOR MANDAMUS RELIEF AND RECOVERY
Document Available (#1029629681) 📄TIFF    📕PDF

---

ATTACHMENT 7

**06-02-2015  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, WAYNE WOODYARD AS STANDBY COUNSEL PRESENT. ADAM HASELGRIN FOR OIDS PRESENT. JOHN DAVID LUTON FOR THE STATE PRESENT. GERRY BENDER FOR THE CITY OF TULSA PRESENT. DEFENDANT'S MOTION FILED MAY 27, 2015 WILL BE HELD IN ABEYANCE UNTIL AUGUST 17, 2015. ALL MOTIONS BY BOTH PARTIES TO BE FILED BY AUGUST 17, 2015. ALL RESPONSES TO THOSE MOTIONS TO BE FILED BY SEPTEMBER 29, 2015.
HEARING ON MOTIONS SET FOR OCTOBER 21, 2015 AT 10:30 A.M. DEFENDANT REMANDED TO JAIL. DEFENDANT TO PROVIDE STATE WITH DISCOVERY BY OCTOBER 21, 2015. COURT TO CONTACT SHERIFF'S OFFICE REGARDING ISSUES AT THE JAIL.

---

**07-07-2015  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

JUDGE KUEHN: EX PARTE HEARING ON EXPERTS SET FOR 7-27-2015 AT 1:30 PM.

---

**07-07-2015  [ O ]**                                               MILLER, VICTOR CORNELL 👤

ORDER
Document Available (#1029910097) 🗏TIFF    📄PDF

---

**07-07-2015  [ MO ]**                                              MILLER, VICTOR CORNELL 👤

MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE OF JURORS AS FAR AS DEATH PENALTY IS CONCERNED
Document Available (#1029910093) 🗏TIFF    📄PDF

---

**07-07-2015  [ MOPRO ]**                                           MILLER, VICTOR CORNELL 👤

MOTION TO PRODUCE VICTIM IMPACT STATEMENTS, HOLD IN CAMERA (CARGLE) HEARING ON STATEMENTS AND GIVE JURY INSTRUCTION ON VICTIM IMPACT STATEMENTS
Document Available (#1029910089) 🗏TIFF    📄PDF

---

**07-07-2015  [ MO ]**                                              MILLER, VICTOR CORNELL 👤

MOTION FOR JURY QUESTIONNAIRE AND BRIEF IN SUPPORT
Document Available (#1029910164) 🗏TIFF    📄PDF

---

**07-07-2015  [ AM ]**                                              MILLER, VICTOR CORNELL 👤

AMENDED MOTIONTO MAKE MORE DEFINITE AND CERTIAN: MOTION FOR FULL DISCOVERY AND TO PRODUCE A LIST OF WITNESSES, SUMMARY OF TESTIMONY, DOCUMENTS AND EXHIBITS RELATED TO PROOF OF THE BILL OF PARTICULARS; MOTION TO STRIKE GREAT RISK AGGRAVATING CIRCUMSTANCE; AND MOTION TO PROHIBIT USE OF CERTAIN EVIDENCE
Document Available (#1029910160) 🗏TIFF    📄PDF

---

**07-13-2015  [ O ]**                                               MILLER, VICTOR CORNELL 👤

ORDER
Document Available (#1030094660) 🗏TIFF    📄PDF

---

**07-14-2015  [ ADISC ]**                                           MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY 1656 - 1720
Document Available (#1030245975) 🗏TIFF    📄PDF

---

**07-21-2015  [ O ]**                                               MILLER, VICTOR CORNELL 👤

ORDER
Document Available (#1029913623) 🗏TIFF    📄PDF

---

**07-27-2015  [ CTFREE ]**                                          MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, WAYNE WOODYARD AS STANDBY COUNSEL PRESENT. ADAM HASELGRIN FOR OIDS PRESENT. STATE REPRESENTED BY JOHN DAVID LUTON. COURT REPORTER: DIANA CAVENAH, EX PARTE HEARING HELD.

ATTACHMENT 7

**08-10-2015  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION FOR DISCOVERY ORDER DIRECTING THE STATE OF OKLAHOMA AND THE TULSA POLICE
DEPARTMENT TO PROVIDE COPIES OF THE 1981 MURDER INVESTIGATION AND SUBSUQUENT
DISPOSITION REGARDING CASE NUMBER CRF-81-2403 TO THE DEFENDANT OR HIS AUTHORIZED STAND
BY COUNSEL OR REPRESENTITIVE
Document Available (#1029764863) 🗎TIFF    🅰PDF

---

**08-10-2015  [ APLI ]**                                        MILLER, VICTOR CORNELL 👤

APPLICATION FOR SEQUESTERED VOIRE DIRE CONCERNING DEATH PENALTY ISSUES AND PRETRIAL
PUBLICITY
Document Available (#1029764859) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE RE: EXCLUSION OF IRREVELAVANT EVIDENCE
Document Available (#1029764855) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

PRO SE DEFENDANTS MOTION FO ALLOCUTION RIGHT
Document Available (#1029764851) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE
Document Available (#1029764847) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE
Document Available (#1029764843) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION FOR BREWER HEARING RE: PRIOR CONVICTION INVOLVING VIOLENCE AND CONTINUING THREAT
AGGRAVATING CIRCUMSTANCES
Document Available (#1029764839) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MOLIM ]**                                       MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE RE: PROSECUTORIAL MISCONDUCT
Document Available (#1029764835) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MOD ]**                                         MILLER, VICTOR CORNELL 👤

PRO SE DEFENDANT'S MOTION TO DISMISS THE CONTINUING THREAT TO SOCIETY AGGRAVATING
CIRCUMSTANCE FOR INSUFFICIENT EVIDENCE
Document Available (#1029764831) 🗎TIFF    🅰PDF

---

**08-10-2015  [ MO ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO ENJOIN VICTIMS FAMILY FROM SHOWING EMOTION IN THE COURTROOM WHILE SITTING AS
SPECTATORS
Document Available (#1029764827) 🗎TIFF    🅰PDF

---

**08-10-2015  [ DEFT ]**                                        MILLER, VICTOR CORNELL 👤

DEFENDANT'S OBJECTION TO UNIFORM JURY INSTRUCTIONS REGARDING THE WEIGHING OF
AGGRAVATING CIRCUMSTANCES AGAINST MITIGATING CIRCUMSTANCES
Document Available (#1029764904) 🗎TIFF    🅰PDF

---

ATTACHMENT 7

**08-10-2015  [ MOLIM ]**                                        MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE TO PRECLUDE THE STATE FROM UTILIZING MITIGATING EVIDENCE AS NON STATUTORY AGGRAVATOR
Document Available (#1029764900) 🗎TIFF     📄PDF

---

**08-10-2015  [ MOLIM ]**                                        MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE REGARDING INTRODUCTION OF CRIME SCENE PHOGRAPHS AND PHYSICAL EVIDENCE
Document Available (#1029764896) 🗎TIFF     📄PDF

---

**08-10-2015  [ MOLIM ]**                                        MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE
Document Available (#1029764892) 🗎TIFF     📄PDF

---

**08-10-2015  [ MOLIM ]**                                        MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE
Document Available (#1029764888) 🗎TIFF     📄PDF

---

**08-10-2015  [ MOQ ]**                                          MILLER, VICTOR CORNELL 👤

MOTION TO QUASH DEATH PRONE INJURY
Document Available (#1029764884) 🗎TIFF     📄PDF

---

**08-10-2015  [ DEFT ]**                                         MILLER, VICTOR CORNELL 👤

DEFENDANT'S BRIEF IN SUPPORT ON MOTION TO QUASH THE BILL OF PARTICULARS AND DECLARE CAPITAL PUNISHMENT DEATH UNCONSTITUTIONAL
Document Available (#1029764880) 🗎TIFF     📄PDF

---

**08-10-2015  [ DEFT ]**                                         MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION TO QUASH THE BILL OF PARTICULARS AND DELARE CAPITAL PUNISHMENT / DEATH PENALTY UNCONSTITUTIONAL AND REQUESTFOR AN EVIDENTIARY HEARING
Document Available (#1029764876) 🗎TIFF     📄PDF

---

**08-10-2015  [ MO ]**                                           MILLER, VICTOR CORNELL 👤

MOTION FOR PRE-TRIAL HEARINGON THE BILL OF PARTICULARS
Document Available (#1029764872) 🗎TIFF     📄PDF

---

**08-10-2015  [ MO ]**                                           MILLER, VICTOR CORNELL 👤

MOTION TO STRIKE DUPLICATING AGGRAVATING CIRCUMSTANCES
Document Available (#1029764868) 🗎TIFF     📄PDF

---

**08-10-2015  [ MO ]**                                           MILLER, VICTOR CORNELL 👤

MOTION TO EXCLUDE THE TESTIMONY OF PERJURED STATES WITNESSES
Document Available (#1029764864) 🗎TIFF     📄PDF

---

**08-10-2015  [ DEFT ]**                                         MILLER, VICTOR CORNELL 👤

PRO SE DEFENDANT'S MOTION TO DISMISS THE CONTINUING THREAT TO SOCIETY AGGRAVATING CIRCUMSTANCE FOR INSUFFICIENT EVIDENCE
Document Available (#1029764860) 🗎TIFF     📄PDF

---

**08-10-2015  [ MOLIM ]**                                        MILLER, VICTOR CORNELL 👤

MOTION IN LIMINE RE: TO EXCLUDE VICTIM IMPACT STATEMENTS OF BETTY HTURMAN AND SARAH MOONEY
Document Available (#1029764856) 🗎TIFF     📄PDF

---

ATTACHMENT 7

**08-10-2015  [ MOD ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO DISMISS AGGRAVATING CIRCUMSTANCE THAT DEFENDANT COMMITTED MURDER TO AVOID ARREST OR PROSECUTION
Document Available (#1029764852) 🗋TIFF    📄PDF

---

**08-10-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION FOR PROPORTIONALITY REVIEW HEARING
Document Available (#1029764848) 🗋TIFF    📄PDF

---

**08-10-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION FOR REQUIRE THE STATE TO PROVIDE VICTIM IMPACT STATEMENTS PRIOR VICTIM IMPACT STATEMENTS PRIOR TO TRAIL AND REQUEST FOR EVICENTIARY HEARING AND BRIEF IN SUPPORT HEREOF
Document Available (#1029764844) 🗋TIFF    📄PDF

---

**08-10-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION FOR JURY TO VISIT DEATH ROW
Document Available (#1029764840) 🗋TIFF    📄PDF

---

**08-10-2015  [ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTIONTO TAKE THE VIDEO DEPOSITION TESTIMONY OF DEFENSE WITNESS CHRISTINE JACKSON
Document Available (#1029764836) 🗋TIFF    📄PDF

---

**08-10-2015  [ DEFT ]**                                    MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION FOR DISCOVERY
Document Available (#1029764832) 🗋TIFF    📄PDF

---

**08-13-2015  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: AMENDED ORDERED SIGNED BY THE COURT AND FILED.

---

**08-13-2015  [ O ]**                                    MILLER, VICTOR CORNELL 👤

AMENDED ORDER
Document Available (#1030470988) 🗋TIFF    📄PDF

---

**08-14-2015  [ MO ]**                                    MILLER, PHYLLIS 👤

MOTION FOR DISCOVERY ORDER DIRECTING THE OKLAHOMA DEPARTMENT OF CORRECTION AND THE OKLAHOMA STATE PENITENTIRAY TO PROVIDE COPIES OF THE DISCIPINARY RECORDS FOR DEALTH ROW INMATES DURING THE YEARS OF 1976 TO 2015 COPY TO JUDGE KUEHN AND D.A.
Document Available (#1029764669) 🗋TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318675) 🗋TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOMOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318671) 🗋TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318667) 🗋TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318663) 🗋TIFF    📄PDF                    ATTACHMENT 7

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318659) 🗎TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318655) 🗎TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318651) 🗎TIFF    📄PDF

---

**08-17-2015  [ NO ]**                                    MILLER, VICTOR CORNELL 👤

STATES NOTICE OF INTENT TO OFFER VICTIM INPACT STATEMENTS
Document Available (#1030318647) 🗎TIFF    📄PDF

---

**08-17-2015  [ NO ]**                                    MILLER, VICTOR CORNELL 👤

NOTICE OF INTENT TO REURGE PREVIOUSLY FILED MOTIONS AND NOTICES
Document Available (#1030318643) 🗎TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE SUBSTITUTE MEDICAL EXAMINER TESTIMONY
Document Available (#1030318714) 🗎TIFF    📄PDF

---

**08-17-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY
Document Available (#1030318710) 🗎TIFF    📄PDF

---

**08-17-2015  [ TEXT ]**                                  MILLER, VICTOR CORNELL 👤

AMENDED BILL OF PARTICULARS
Document Available (#1030318718) 🗎TIFF    📄PDF

---

**08-19-2015  [ ADISC ]**                                 MILLER, VICTOR CORNELL 👤

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY 1721-1736
Document Available (#1030605632) 🗎TIFF    📄PDF

---

**08-24-2015  [ CTFREE ]**                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: COURT GRANTS THE MOTION FOR ALLOCATION OF ADDITIONAL FUNDS IN THE
AMOUNT OF $200.00

---

**08-24-2015  [ CTFREE ]**                                MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: COURT GRANTS MOTION FOR ALLOCATION OF ADDITIONAL FUNDS IN THE AMOUNT
OF $200.00

---

**08-25-2015  [ MO ]**                                    MILLER, VICTOR CORNELL 👤

MOTION FOR ALLOCATION OF ADDITIONAL FUNDS
Document Available (#1030748930) 🗎TIFF    📄PDF

---

**09-08-2015  [ B ]**                                     MILLER, VICTOR CORNELL 👤

TRIAL BRIEF
Document Available (#1030800966) 🗎TIFF    📄PDF

---

ATTACHMENT 7

**09-17-2015  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: MINUTE ORDER SIGNED BY THE COURT. THE COURT HAS FOR CONSIDERATION THE MOTION FOR DISCOVERY ORDER DIRECTING THE OKLAHOMA DEPARTMENT OF CORRECTIONS AND THE OKLAHOMA STATE PENITENTIARY TO PROVIDE COPIES OF THE DISCIPLINARY RECORD FOR DEATH ROW INMATE DURING THE YEARS OF 1967 TO 2015, FILED AUGUST 14TH, 2015. THE MOTION IS DENIED.

---

**09-18-2015  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: ORDER SIGNED BY THE COURT.

---

**09-18-2015  [ O ]**                                         MILLER, VICTOR CORNELL 👤

MINUTE ORDER
Document Available (#1030877209) 📄TIFF    📄PDF

---

**09-22-2015  [ MO ]**                                        MILLER, PHYLLIS 👤

MOTION FOR EXTENSION OF TIME TO RESPOND
Document Available (#1030467279) 📄TIFF    📄PDF

---

**09-22-2015  [ O ]**                                         MILLER, VICTOR CORNELL 👤

ORDER
Document Available (#1031085228) 📄TIFF    📄PDF

---

**09-23-2015  [ CTFREE ]**                                    MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: MOTION FOR EXTENSION OF TIME TO RESPOND, FILED 9-22-15, IS GRANTED.

---

**09-25-2015  [ RESP ]**                                      MILLER, PHYLLIS 👤

DEFENSE RESPONSE TO STATE'S NOTICE OF INTENT TO OFFER VICTIM IMPACT STATEMENTS
Document Available (#1029764145) 📄TIFF    📄PDF

---

**09-25-2015  [ RESP ]**                                      MILLER, PHYLLIS 👤

DEFENSE RESPONSE TO STATES MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY OF MARK BOESE COPY TO JUDGE KUEHN AND D.A.
Document Available (#1029764141) 📄TIFF    📄PDF

---

**09-25-2015  [ RESP ]**                                      MILLER, VICTOR CORNELL 👤

RESPONSE TO STATE'S MOTION TO USE SUBSTITUTE MEDICAL EXAMINER'S TESTIMONY
Document Available (#1029764137) 📄TIFF    📄PDF

---

**09-25-2015  [ DEFT ]**                                      MILLER, VICTOR CORNELL 👤

DEFENDANT'S MOTION TO RE OPEN FIST STAGE DEFENSE FOR PURPOSES OF INTRODUCING ADDTIONAL EVIDENCE COPY TO JUDGE KUEHN AND D.A.
Document Available (#1029764133) 📄TIFF    📄PDF

---

**09-25-2015  [ RESP ]**                                      MILLER, PHYLLIS 👤

DEFENSE RESPONSE TO STATES NOTICE OF INTENT TO REURGE PREVIOUSLY FILED MOTION AND NOTICES COPY TO JUDGE KUEHN AND D.A.
Document Available (#1029764129) 📄TIFF    📄PDF

---

**09-25-2015  [ RESP ]**                                      MILLER, PHYLLIS 👤

DEFENSE RESPONSE TO THE STATES MOTION TO USE TRANSCRIPT OF PREVIOUS TESTIMONY OF ANNA BLAZER COPY TO JUDGE KUEHN AND D.A.
Document Available (#1029764149) 📄TIFF    📄PDF

---

**10-02-2015  [ CTRS ]**                                      HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND

ATTACHMENT 7

---

**10-02-2015** **[ CTRS ]**                                       MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-13-2015** **[ RESP ]**                                       MILLER, PHYLLIS 👤

STATE'S REPONSE TO STAND BY COUNSEL'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE OF JURORS AS FAR AS DEATH PENALTY IS CONCERNED
Document Available (#1031081808) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, PHYLLIS 👤

STATE'S RESPONSE TO STAND BY COUNSEL'S MOTION TO PRODUCE VICTIM IMPACT STATMENTS, HOLD IN CAMERA (CARGLE) HEARING ON STATEMENTS AND GIVE JURY INSTURCTION ON VICTIM IMPACT STATEMENTS
Document Available (#1031081804) 📄TIFF    📕PDF

---

**10-13-2015** **[ TEXT ]**                                       MILLER, PHYLLIS 👤

STATE'S SUPPLEMENTAL NOTICE OF SECOND STAGE EVIDENCE
Document Available (#1031081800) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO QUASH DEATH PRONE JURY
Document Available (#1031081840) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION TO QUASH THE BILL OF PARTICULARS AND DELARE CAPITAL PUNISHMENT/ DEATH PENALTY UNCONSTITICAL
Document Available (#1031081836) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, PHYLLIS 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO QUASH THE BILL OF PARTICULARS AND DELCARE CAPITAL PUNISHMETN / DEATH PENALTY UNCONSTITUIONAL AND REQUEST FOR AN EVIDENTIARY HEARING
Document Available (#1031081832) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, PHYLLIS 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE DUPLICATING AGGRAVATING CIRCUMSTANCES
Document Available (#1031081828) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S OBJECTION TO UNIFORM JURY INSTURCTIONS REGARDING THE WEIGHING OF AGGRAVATING CIRCUMSTANCES AGAINST MITIGATING CIRCUMSTANCING
Document Available (#1031081824) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, PHYLLIS 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY
Document Available (#1031081820) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO PRO SE DEFENDANT'S MOTION TO REQUIRE THE STATE TO PROVIDE VICTIM IMPACT STATEMENTS PRIOR TO TRIAL AND REQUEST FOR EVIDENTIRAY HEARING
Document Available (#1031081816) 📄TIFF    📕PDF

---

**10-13-2015** **[ RESP ]**                                       MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO PROSE DEFENDANT'S MOTION TO DISMISS THE CONTINUING THREAT TO SOCIETY AGGRAVITING CIRCUMSTANCE FOR INSUFFICIENT EVIDENCE
Document Available (#1031081812) 📄TIFF    📕PDF                ATTACHMENT 7

**10-13-2015  [ RESP ]**                                    MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S APPLICATION FOR SEQUESTERED VOIR DIRE CONCERNING DEATH PENALTY ISSUES AND PRETRIAL PUBLICITY
Document Available (#1031335075) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION FOR PROPORTIONALITY REVIEW HEARING
Document Available (#1031335071) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANTS MOTION FOR BREWER HEARING RE: PRIOR CONVICTIONS INVOLVING VIOLENCE AND CONTINUING THREAT AGGRAVATING CIRCUMSTANCES
Document Available (#1031335067) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION TO TAKE THE VIDEO DEPOSITION TESTIMONY OF DEFENSE WITNESS CHRISTINE
Document Available (#1031335063) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION FOR A PRE TRIAL HEAING ON THE BILL OF PARTICULARS
Document Available (#1031335059) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION FOR RIGH OF ALLOCUTION
Document Available (#1031335055) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION FOR JURY TO VISIT DEATH ROW
Document Available (#1031335051) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE, RE: TO EXCLUDE VICTIM IMPACT STATES MENT OF BETTY THURMAN AND SARAH MOONEY
Document Available (#1031335047) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE RE PROSECUTORIAL MISCONDUCT
Document Available (#1031335043) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING CALDWELL
Document Available (#1031335039) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING INTRODUCTION OF CRIME SCENE PHOTGRAPHS AND PHYSICAL EVIDENCE
Document Available (#1031335035) 🗎TIFF    📄PDF

---

**10-13-2015  [ RESP ]**                                    MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING MUSKOGEE SEARCH WARRANT
Document Available (#1031335031) 🗎TIFF    📄PDF

---

ATTACHMENT 7

**10-13-2015  [ RESP ]**                                                        MILLER, PHYLLIS 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE STATE FROM UTILIZING MITIGATING EVDENCE AS NON STATORY AGGRAVATOR
Document Available (#1031335027) 📄TIFF    📕PDF

---

**10-13-2015  [ RESP ]**                                                        MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION IN LIMINE RE: EXCLUSION OF IRRELEVANT EVIDENCE
Document Available (#1031335023) 📄TIFF    📕PDF

---

**10-13-2015  [ RESP ]**                                                        MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION TO DISMISS AGGRAVATING CIRCUMSTANCE THAT DEFENDANT COMMITTED MURDER TO AVOID ARREST OR PROSECUTION
Document Available (#1031335019) 📄TIFF    📕PDF

---

**10-13-2015  [ RESP ]**                                                        MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE CONTINUING THREAT TO SOCIETY AGGRAVATING CIRCUMSTANCE FOR INSUFFICIENT EVIDENCE
Document Available (#1031335015) 📄TIFF    📕PDF

---

**10-13-2015  [ RESP ]**                                                        MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S MOTION TO ENJOIN VICITMS FAMILY FROM WOING EMOTION TINE COURT ROOM WHILE SITTING AS SPECTATORS
Document Available (#1031335011) 📄TIFF    📕PDF

---

**10-13-2015  [ RESP ]**                                                        MILLER, VICTOR CORNELL 👤

STATE'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PERJURED STATES WITNESSES
Document Available (#1031335007) 📄TIFF    📕PDF

---

**10-13-2015  [ RESP ]**                                                        MILLER, VICTOR CORNELL 👤

STATES RESPONSE TO DEFENDANT'S AMENDED MOTION TO MAKE MORE DEFINITE AND CERTIAIN MOTION FOR FULL DISCOVERY AND TO PRODUCE A LIST OF WITNESSES SUMMARY OF TESTIMONY DOCUMENTS AND EXHIBITS RELATED TO PROOF OF THE BILL OF PARTICULARS MOTION TO STRIKE GREAT RISK AGGRAVATING CIRCUMSTANCE AND MOTION TO PROHIBIT USE OF CERTAIN EVIDENCE
Document Available (#1031335079) 📄TIFF    📕PDF

---

**10-21-2015  [ CTFREE ]**                                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: HEARING RESET BY AGREEMENT TO 11-10-2015 @ 10 AM BEFORE JUDGE KUEHN.

---

**11-10-2015  [ CTFREE ]**                                                      MILLER, VICTOR CORNELL 👤

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, PRO SE, REPRESENTIVE FOR DEFENDANT WAYNE WOODYARD AND ADAM HASELGREN PRESENT. STATE REPRESENTED BY JOHN DAVID LUTON, COURT REPORTER DIANA CAVENAUGH, STATE ANNOUNCES WITH DRAWAL OF BILL OF PARTICULARS. DEFENDANT REQUES PSI, CASE SET FOR SENTENCING ON 12-8-2015 @ 1:30 PM BEFORE JUDGE KUEHN. DEFENDANT REMANDED TO CUSTODY.

---

**11-10-2015  [ CTFREE ]**

MINUTE FOR 11-10-2015 SHOULD READ AS:
JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, PRO SE, REPRESENTIVE FOR DEFENDANT WAYNE WOODYARD AND ADAM HASELGREN PRESENT. STATE REPRESENTED BY JOHN DAVID LUTON, COURT REPORTER DIANA CAVENAUGH, STATE ANNOUNCES WITH DRAWAL AND DISMISSAL OF BILL OF PARTICULARS WITH PREJUDICE. DEFENDANT REQUES PSI, CASE SET FOR SENTENCING ON 12-8-2015 @ 1:30 PM BEFORE JUDGE KUEHN. DEFENDANT REMANDED TO CUSTODY.

ATTACHMENT 7

**11-12-2015  [ ADISC ]**                                    MILLER, PHYLLIS &

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available (#1031431286) 🗋TIFF   📄PDF

---

**11-18-2015  [ DEFT ]**                                    MILLER, VICTOR CORNELL &

DEFENDANT'S OBJECTION TO NON JURY RE SENTENCING COPY TO JUDGE KUEHN AND D.A.
Document Available (#1031493387) 🗋TIFF   📄PDF

---

**11-18-2015  [ DEFT ]**                                    MILLER, VICTOR CORNELL &

DEFENDANT'S MOTION TO CANCEL PRE SENTENCING INVESTIGATION AND REPORT
Document Available (#1031493383) 🗋TIFF   📄PDF

---

**11-23-2015  [ CTFREE ]**                                   MILLER, VICTOR CORNELL &

JUDGE DANA KUEHN: DEFENDANT'S OBJECTION TO THE NON-JURY RESENTENCING AND DEFENDANT'S
MOTION TO CANCEL PRE-SENTENCING INVESTIGATION REPORT ARE DENIED BY THE COURT.

---

**12-08-2015  [ CONVICTED ]**                         MILLER, VICTOR CORNELL &   #2

JUDGE DANA KUEHN: DEFENDANT PRESENT, IN CUSTODY, DEFENDANT REPRESENTED HIMSELF. STATE
REPRESENTED BY JOHN DAVID LUTON COURT REPORTER DIANA CAVENAH. DEFENDANT SWORN IN OPEN
COURT, DEFENDANT ENTERS A PLEA OF GUILTY . PSI ORDERED VACATED, DEFENDANT WAIVED RIGHTS
TO THE REQUEST OF JURY TRIAL. 3 VICTIM IMPACT STATEMENT WERE GIVEN. COURT ACCEPTS PLEA,
COURT FINDS DEFENDANT GUILTY, DEFENDANT SENTENCED TO:

COUNT 2) LIFE WITHOUT PAROLE CONSECTIVE TO COUNT 1 AND CONCURRENT TO FEDERAL CASE.

DEFENDANT ADVISED OF APPEAL RIGHTS, JUDGEMENT AND SENTENCE ISSUED. COMMITMENT ISSUED.

---

**12-08-2015  [ MO ]**                                      MILLER, VICTOR CORNELL &

STATES MOTION FOR VICTIM IMPACT STATEMENTS
Document Available (#1031561611) 🗋TIFF   📄PDF

---

**12-08-2015  [ BDXON ]**                                   MILLER, PHYLLIS &

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #68901027 ABOVE HAS CHANGED TO
READ AS FOLLOWS:
RECOGNIZANCE BOND FOR MILLER, PHYLLIS POSTED BY MILLER, PHYLLIS, POSTED 11/05/2008,
EXONERATED 12/08/2015

---

**12-10-2015  [ RETCP ]**                                   MILLER, VICTOR CORNELL &

RETURN COMMITMENT FOR PUNISHMENT
Document Available (#1031718974) 🗋TIFF   📄PDF

---

**12-15-2015  [ J&S ]**                                     MILLER, PHYLLIS &   #2

AMENDED JUDGMENT AND SENTENCE
Document Available (#1031735220) 🗋TIFF   📄PDF

---

**12-17-2015  [ J&S ]**                                     MILLER, VICTOR CORNELL &   #2

2ND AMENDED JUDGMENT AND SENTENCE TO SHOW BILL OF PARTICULARS DISMISSED WITH PREJUDICE
Document Available (#1031735377) 🗋TIFF   📄PDF

---

**12-28-2015  [ MO ]**                                      MILLER, PHYLLIS &

DEFENDANT'S MOTION TO AMEND JUDGMENT AND SENTENCING; COURT MINUTES; AND CLARIFY RETURN
COMMITMENT FOR PUNISHMENT ORDER.
COPY TO D.A. AND JUDGE KUEHN
Document Available (#1031492625) 🗋TIFF   📄PDF

ATTACHMENT 7

**01-13-2016  [ J&S ]**  MILLER, VICTOR CORNELL 👤  **#2**

3RD AMENDED JUDGMENT AND SENTENCE TO CORRECT VERBAGE PER ORDER OF COURT
Document Available (#1031986929) 🗎TIFF   📄PDF

---

**01-14-2016  [ SORET ]**  MILLER, VICTOR CORNELL 👤  $ 261.20

SHERIFF'S RETURN TRANSPORTATION COSTS ON WRIT FROM OKLAHOMA STATE PENITENTIARY AT
MCALESTER, OKLAHOMA
Document Available (#1031898295) 🗎TIFF   📄PDF

---

**01-14-2016  [ OCISR ]**  MILLER, VICTOR CORNELL 👤  $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**06-03-2016  [ O ]**  HANSON, JOHN FITZGERALD 👤

ORDER ISSUING STAY
Document Available (#1033458702) 🗎TIFF   📄PDF

---

**10-12-2016  [ TEXT ]**  MILLER, VICTOR CORNELL 👤

ORIGINAL OF THE FOLLOWING RETURNED BY COURT OF CRIMINAL APPEALS AND PLACED IN COURT FILE:
MASTER CONTENTS INDEX AND EXHIBT INDES FILED 9-4-09
TRANSCRIPT OF PROCEEDINGS HELD 6-2-05
TRANSCRIPT OF PROCEEDINFS HELD 10-24-08
TRANSCRIPT OF SENTENCING HELD 6-17-02
TRANSCRIPT OF MOTION HEARING HELD 10-29-01
TRANSCRIPT OF CROSS EXAMINATION HELD 3-15-02
TRANSCRIPT OF PROCEEDINGS HELD 12-8-08
TRANSCRIPT OF PROCEEDINGS HELD 8-30-05
TRANSCRIPT OF PROCEEDINGS HELD 3-20-06
TRANSCRIPT OF PROCEEDINGS HELD 3-29-07
TRANSCRIPT OF PROCEEDINGS HELD 5-24-07
TRANSCRIPT OF PROCEEDIGNS HELD 8-13-07
TRANSCRIPT OF PROCEEDINGS HELD 6-3-08
TRANSCRIPT OF PROCEEDINGS HELD 8-14-08
TRANSCRIPT OF PROCEEDINGS HELD 10-6-08
TRANSCRIPT OF PROCEEDINGS HELD 10-16-08
TRANSCRIPT OF JUR TRIAL VOL I-X HELD 11-3-08
TRANSCRIPT OF JURY TRIAL VOL I-XIV HELD 4-19-02
DEFENDANT EXHIBIT 1
ENVELOPE OF STATES EXHIBIT A FILED 9-4-09
ENVELOPE OF DEFENDANTS EXHIBIT 1 FILED 6-13-07
ENVELOPE OF EXHIBITS FILED 11-25-02
ENVELOPE OF EXHIBITS FIELD 9-4-09

---

**10-18-2016  [ CTRS ]**  MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-18-2016  [ CTRS ]**  HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-10-2017  [ CTRS ]**  MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-10-2017  [ CTRS ]**  HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND

ATTACHMENT 7

**10-09-2019  [ CTRS ]**                                       MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**09-11-2020  [ CAP ]**                                       HANSON, JOHN FITZGERALD 👤

CERTIFICATE OF APPEAL - #PCD-2020-611
Document Available (#1047732430) 📄TIFF    📕PDF

---

**10-05-2020  [ CTRS ]**                                       MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**04-06-2021  [ O ]**                                       HANSON, JOHN FITZGERALD 👤

ORDER REMANDING FOR EVIDENTIARY HEARING
Document Available (#1049177023) 📄TIFF    📕PDF

---

**04-08-2021  [ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

JUDGE DAWN MOODY: COURT SETS STATUS OF EVIDENTIARY HEARING ON 5/04/21 AT 9AM IN ROOM 406.

---

**04-09-2021  [ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

JUDGE SHARON HOLMES: COURT SETS EVIDENTIARY HEARING 5-6-2021 AT 9AM IN ROOM 506. DA
MARIANNA MCKNIGHT NOTIFIED.

---

**04-12-2021  [ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

JUDGE SHARON HOLMES: HEARING STRICKEN FROM 5-6-2021. CASE SET BEFORE JUDGE DAWN MOODY
5-4-2021 AT 9AM IN ROOM 406.

---

**04-23-2021  [ EAA ]**                                       HANSON, JOHN FITZGERALD 👤

ENTRY OF APPEARANCE
Document Available (#1049359897) 📄TIFF    📕PDF

---

**04-28-2021  [ EAA ]**                                       HANSON, JOHN FITZGERALD 👤

ENTRY OF APPEARANCE
Document Available (#1049362222) 📄TIFF    📕PDF

---

**05-04-2021  [ CTFREE ]**                                       HANSON, JOHN FITZGERALD 👤

JUDGE DAWN MOODY: DEFENDANT NOT PRESENT, IN DOC CUSTODY AND REPRESENTED BY MEGHAN
LEFRANCOIS AND SARAH JERNIGAN WITH THE FEDERAL PUBLIC DEFENDER'S OFFICE. STATE
REPRESENTED BY MARIANNA MCKNIGHT FROM THE TULSA COUNTY DISTRICT ATTORNEY'S OFFICE AND
RANDALL YOUNG AND JULIE PITTMAN FROM THE ATTORNEY GENERAL'S OFFICE. COURT REPORTER LISA
FOSTER IS PRESENT. CASE CALLED FOR STATUS OF EVIDENTIARY HEARING. DEFENSE EXHIBIT'S 1 AND 2
ARE ADMITTED WITH NO OBJECTION FROM THE STATE. ARGUMENT BY THE DEFENSE HEARD. ALL
PARTIES TO FILE BRIEF'S BY 5/25/21. EVIDENTIARY HEARING SET FOR 6/03/21 AT 1:30PM IN ROOM 406.
DEFENDANT REMANDED TO THE DEPARTMENT OF CORRECTIONS.

---

**05-04-2021  [ EAA ]**                                       HANSON, JOHN FITZGERALD 👤

ENTRY OF APPEARANCE
Document Available (#1049357792) 📄TIFF    📕PDF

---

**05-25-2021  [ TEXT ]**                                       HANSON, JOHN FITZGERALD 👤

PETITIONER'S REMANDED EVIDENTIARY HEARING BRIEF
Document Available (#1049453843) 📄TIFF    📕PDF

---

**05-25-2021  [ TEXT ]**                                       HANSON, JOHN FITZGERALD 👤

RESPONDENT'S EVIDENTIARY HEARING BRIEF
Document Available (#1049685575) 📄TIFF    📕PDF

---

ATTACHMENT 7

**06-03-2021  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

JUDGE DAWN MOODY: DEFENDANT NOT PRESENT, IN DOC CUSTODY AND REPRESENTED BY MEGHAN LEFRANCOIS AND EMMA ROLLS FOR SARAH JERNIGAN WITH THE FEDERAL PUBLIC DEFENDER'S OFFICE. THE ATTORNEY GENERAL'S OFFICE IS REPRESENTED BY RANDALL YOUNG AND JULIE PITTMAN. COURT REPORTER LISA FOSTER IS PRESENT. CASE CALLED FOR EVIDENTIARY HEARING. DEFENSE EXHIBIT'S 3 THROUGH 7 ARE ADMITTED WITH NO OBJECTION FROM THE STATE. EVIDENTIARY HEARING HELD. ARGUMENT BY BOTH PARTIES HEARD. THE COURT FINDS THE PETITIONER WAS NOT AN INDIAN AT THE TIME THE CRIME WAS COMMITTED. THE STATE IS TO FILE WRITTEN FINDINGS OF FACT AND CONCLUSION OF LAW WITHIN 20 DAYS AFTER THE FILING OF THE TRANSCRIPTS. DEFENDANT REMANDED TO THE DEPARTMENT OF CORRECTIONS.

---

**06-09-2021  [ CTFREE ]**                                    HANSON, JOHN FITZGERALD 👤

JUDGE DAWN MOODY: PER THE COURT OF CRIMINAL APPEALS ORDER REMANDING, DISTRICT COURT ORDERS TRANSCRIPT OF THIS HEARING BE PREPARED.

---

**06-09-2021  [ T&2 ]**                                    HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRIPT & 2 COPIES OF THE FOLLOWING (ONE COPY TO TULSA COUNTY DISTRICT ATTORNEY'S OFFICE);
1) VOLUME I OF II VOLUME I EVIDENTIARY HEARING MAY 4, 2021,
2) VOLUME II OF II VOLME II EVIDENTIARY HEARING JUNE 3, 2021,

ALSO ORIGINAL AND TWO SETS OF DEFENDANT'S EXHIBITS 1-7 IN SEALED MANILA ENVELOPES. ONE SET TO TULSA COUNTY DISTRICT ATTORNEY'S OFFICE.
Document Available (#1049811445) 🗋TIFF    📄PDF

---

**06-10-2021  [ TEXT ]**                                    HANSON, JOHN FITZGERALD 👤

ONE COPY TO THE FOLLOWING TRANSCRIPTS TRANSMITTED TO SARAH H. JERNIGAN ASSISTANT FEDERAL PUBLIC DEFENDER BY CERTIFIED MAIL;
1) VOLUME I OF II VOLUME I EVIDENTIARY HEARING MAY 4, 2021,
2) VOLUME II OF II VOLUME II EVIDENTIARY HEARING JUNE 3, 2021,

ALSO ONE SET OF DEFENDANT'S EXHIBITS 1-7 IN CLOSED MANILA ENVELOPE.

---

**06-15-2021  [ O ]**                                    HANSON, JOHN FITZGERALD 👤

ORDER STAYING EVIDENTIARY HEARING. COPY TO JUDGE MOODY
Document Available (#1049807741) 🗋TIFF    📄PDF

---

**06-16-2021  [ MO ]**                                    HANSON, JOHN FITZGERALD 👤

JOINT MOTION TO EXTEND DEADLINE TO COMPLETE EVIDENTIARY HEARING
Document Available (#1049806424) 🗋TIFF    📄PDF

---

**06-16-2021  [ O ]**                                    HANSON, JOHN FITZGERALD 👤

ORDER STAYING EVIDENTIARY HEARING
Document Available (#1049806420) 🗋TIFF    📄PDF

---

**06-16-2021  [ APLI ]**                                    HANSON, JOHN FITZGERALD 👤

SUCCESSIVE APPLICATION FOR POST-CONVICTION RELIEF
DEATH PENALTY
Document Available (#1049806428) 🗋TIFF    📄PDF

---

**06-17-2021  [ RECAP ]**                                    HANSON, JOHN FITZGERALD 👤

RECEIPT FOR APPEAL RECORD
Document Available (#1049811693) 🗋TIFF    📄PDF

ATTACHMENT 7

**06-21-2021  [ F&C ]**                                    HANSON, JOHN FITZGERALD 👤

RESPONDENT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
Document Available (#1049680752) 🗎TIFF    📄PDF

---

**06-24-2021  [ PYREQ ]**                                 HANSON, JOHN FITZGERALD 👤              $ 112.00

PAYMENT REQUEST - TRANSCRIPTS
Document Available (#1049809485) 🗎TIFF    📄PDF

---

**06-30-2021  [ CTFREE ]**                                HANSON, JOHN FITZGERALD 👤

JUDGE DAWN MOODY: COURT SIGNS FINDINGS OF FACT AND CONCLUSIONS OF LAW ON REMAND.

---

**06-30-2021  [ F&C ]**                                   HANSON, JOHN FITZGERALD 👤

FINDINGS OF FACT AND CONCLUSIONS OF LAW ON REMAND
Document Available (#1049859366) 🗎TIFF    📄PDF

---

**07-01-2021  [ TEXT ]**                                  HANSON, JOHN FITZGERALD 👤

ORIGINAL TRANSCRTIPS OF THE FOLLOWING TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY
CERTIFIED MAIL;
1) VOLUME I EVIDENTIARY HEARING MAY 4, 2021,
2) VOLUME II EVIDENTIARY HEARING JUNE 3, 2021,

ORIGINAL DEFENDANT'S EXHIBITS 1-7 IN CLOSED MANILA ENVELOPE.

---

**09-15-2021  [ ODENY ]**                                 HANSON, JOHN FITZGERALD 👤

ORDER DENYING POST-CONVICTION RELIEF - CERTIFIED COPY TO DEFENDANT
Document Available (#1050469741) 🗎TIFF    📄PDF

---

**09-15-2021  [ MANTO ]**                                 HANSON, JOHN FITZGERALD 👤

RECEIVED MANDATE (DENIED) - DELIVERED TO JUDGE MOODY

---

**09-16-2021  [ CTFREE ]**                                HANSON, JOHN FITZGERALD 👤

JUDGE DAWN MOODY: COURT SIGNS MANDATE RECEIVED AND ORDERED FILED AND SPREAD OF
RECORD THIS 16TH DAY OF SEPTEMBER, 2021.

---

**09-17-2021  [ TEXT ]**                                  HANSON, JOHN FITZGERALD 👤

MANDATE (DENIED)
Document Available (#1050468236) 🗎TIFF    📄PDF

---

**09-23-2021  [ O ]**                                     HANSON, JOHN FITZGERALD 👤

ORDER DENYING PETITIONER'S REQUEST TO RECALL THE MANDATE
Document Available (#1050468235) 🗎TIFF    📄PDF

---

**09-23-2021  [ ODNY ]**                                  HANSON, JOHN FITZGERALD 👤

ORDER DENYING
Document Available (#1050473570) 🗎TIFF    📄PDF

---

**09-30-2021  [ TEXT ]**                                  HANSON, JOHN FITZGERALD 👤

RECEIPT FOR MANDATE AND TEMPORARY RETURN OF MANDATE MAILED TO THE COURT OF CRIMINAL
APPEALS.

---

**10-12-2021  [ CTRS ]**                                  HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-12-2021  [ CTRS ]**                                  MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

ATTACHMENT 7

**04-11-2022** **[ NO ]**                                                    HANSON, JOHN FITZGERALD 👤

NOTICE OF RESCUSAL
Document Available (#1052075210) 🗎TIFF    🗎PDF

---

**07-05-2022** **[ O ]**                                                     HANSON, JOHN FITZGERALD 👤

ORDER SETTING EXECUTION DATES (PHASE ONE). THE EXECUTION OF JOHN FITZGERALD HANSON
SHALL BE SET FOR DECEMBER 15, 2022.
Document Available (#1052773594) 🗎TIFF    🗎PDF

---

**11-10-2022** **[ CTRS ]**                                                  HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**11-10-2022** **[ CTRS ]**                                                  MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**12-06-2022** **[ O ]**                                                     HANSON, JOHN FITZGERALD 👤

ORDER DIRECTING APPELLEE TO SHOW CAUSE WHY EXECUTION DATE FOR JOHN FITZGERALD HANSON
SHOULD NOT BE STRICKEN AND RESET. COPY TO DISTRICT ATTORNEY'S OFFICE.
Document Available (#1053762988) 🗎TIFF    🗎PDF

---

**05-09-2024** **[ O ]**                                                     HANSON, JOHN FITZGERALD 👤

ORDER
Document Available (#1054120007) 🗎TIFF    🗎PDF

---

**10-01-2024** **[ CTRS ]**                                                  MILLER, VICTOR CORNELL 👤

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-01-2024** **[ CTRS ]**                                                  HANSON, JOHN FITZGERALD 👤

CLAIM FOR INTERCEPT OF TAX REFUND

ATTACHMENT 7