# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JOHN FITZGERALD HANSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-25-081-RAW-JAR |
| | ) | |
| **CHRISTE QUICK, Warden,** | ) | |
| **Oklahoma State Penitentiary;** | ) | |
| **STEVEN HARPE, Director of the** | ) | |
| **Oklahoma Department of Corrections;** | ) | |
| **DANON COLBERT, Acting Regional** | ) | |
| **Director, U.S. Department of Justice;** | ) | |
| **and WILLIAM W. LOTHROP,** | ) | |
| **Acting Director, U.S. Department of** | ) | |
| **Justice, Federal Bureau of Prisons,** | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent is hereby ordered to show cause why the writ should not issue by filing within thirty (30) days an answer to the petition, in accordance with Rule 5 of the Rules Governing Section 2254 Cases. As an alternative to filing a Rule 5 answer, Respondent may file within thirty (30) days a motion to dismiss based upon 28 U.S.C. § 2241, 28 U.S.C. § 2254, or other applicable statute. *Extensions of time will be granted for good cause only, and in no event for longer than an additional twenty (20) days.* Petitioner may submit a reply to Respondent's answer or motion within fifteen (15) days after the filing of Respondent's pleading.

**IT IS SO ORDERED** this 24th day of March, 2025.

JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma