# Exhibit 1

**DEATH PENALTY**

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )
                                  )   **DISTRICT COURT FILED**
    Plaintiff,                    )   DEC 2 6 2006
                                  )   SALLY HOWE SMITH, COURT CLERK
vs.                               )   STATE OF OKLA. TULSA COUNTY
                                  )   NO. CF-1999-4583
JOHN FITZGERALD HANSON,           )
                                  )
    Defendant.                    )

D-2006-126

COPY

TRANSCRIPT OF PROCEEDINGS

SENTENCING JURY TRIAL

FEBRUARY 7TH, 2006

BEFORE THE HONORABLE CAROLINE E. WALL

ASSOCIATE DISTRICT JUDGE

AND A JURY

**FILED**
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

JAN 10 2007

MICHAEL S. RICHIE
CLERK

APPEARANCES:
FOR THE STATE:          MR. DOUG E. DRUMMOND
and                     MR. WILLIAM J. MUSSEMAN
                        ASSISTANT DISTRICT ATTORNEYS
                        500 SOUTH DENVER
                        TULSA, OKLAHOMA  74103
FOR THE DEFENDANT:      MR. JACK E. GORDON, JR.
                        ATTORNEY AT LAW
                        111 SOUTH MUSKOGEE
                        CLAREMORE, OKLAHOMA  74017
and                     MR. STEVEN M. HIGHTOWER
                        ATTORNEY AT LAW
                        2 WEST SIXTH
                        TULSA, OKLAHOMA  74119

KIMBERLY A. WHITE
OFFICIAL COURT REPORTER
TULSA COUNTY COURTHOUSE
500 SOUTH DENVER
TULSA, OKLAHOMA  74103

RECEIVED
JAN 10 2007
Attorney General

OKLAHOMA DISTRICT COURT - OFFICIAL TRANSCRIPT

```
 1                      PROCEEDINGS
 2                   FEBRUARY 7, 2006
 3              (Whereupon, the following proceedings
 4    were had in open court, with all parties present.)
 5              THE COURT:  CF-1999-4583, State of
 6    Oklahoma versus John Hanson, who's present in court
 7    with Attorney Jack Gordon.  State of Oklahoma present
 8    through Attorney Doug Drummond.
 9         Any announcements or statements before I sentence
10    the Defendant?
11              MR. GORDON:  We object to the sentencing
12    on grounds that there should have been a new trial
13    granted in this case; therefore, the entire proceeding
14    is for not.
15              THE COURT:  All right.  On Count I the
16    jury has recommended the punishment of death, and I
17    will order the punishment as the jury recommended.
18         And, Mr. Hanson, you have a right to appeal your
19    sentence.  Has your attorney advised you of your right
20    to appeal?
21              MR. HANSON:  Yes.
22              THE COURT:  Do you have anything else
23    for the record right now?
24              MR. DRUMMOND:  Not on behalf of the
25    State, Your Honor.
```

```
 1                    MR. GORDON:  No, ma'am.
 2                    THE COURT:  And as far as setting a
 3    date --
 4                    MR. GORDON:  Need to set an execution
 5    date.
 6                    THE COURT:  Is there specific
 7    requirements?
 8                    MR. GORDON:  Prefer it wouldn't be
 9    tomorrow.
10                    MR. DRUMMOND:  Judge, I want to say it's
11    usually ninety days, but I'm not positive about that.
12                    THE COURT:  Mr. Gordon?
13                    MR. GORDON:  I think that's right.  I've
14    got my application to stay execution ready.
15                    THE COURT:  It's not ninety days
16    exactly, but a recommendation?
17                    MR. DRUMMOND:  Yeah, I just remember it
18    is about ninety.  I don't know if it's ninety exactly,
19    that's just my recollection, Judge.
20                    THE COURT:  All right.  April 11th --
21    actually, ninety -- I think would be May 9th, I think
22    is ninety days.
23                    MS. BUTCHER:  At?
24                    THE COURT:  Is there a specific time of
25    day?
```

OKLAHOMA DISTRICT COURT - OFFICIAL TRANSCRIPT

```
 1              MR. DRUMMOND:  I don't believe so, Your
 2   Honor.
 3              MR. GORDON:  No, ma'am.
 4              THE COURT:  Ten a.m.
 5       Anything else?
 6       Mr. Gordon, did you advise Mr. Hanson of all of
 7   his rights to appeal?
 8              MR. GORDON:  Yes, ma'am, I have the
 9   papers prepared.
10              THE COURT:  Do you want me to read them
11   on the record?
12              MR. GORDON:  No, ma'am.
13              THE COURT:  The deputy had a question
14   about the writ.
15              MR. GORDON:  We'd like him released from
16   the writ and returned to federal prison.
17              THE COURT:  All right.  That will be the
18   order of the Court.
19       We're off the record.
20   (PROCEEDINGS CONCLUDED)
21
22
23
24
25
```

5

```
1                    C E R T I F I C A T E

2    STATE OF OKLAHOMA          )
                                ) ss.
3    COUNTY OF TULSA            )

4

5         I, KIMBERLY A. WHITE, Official Court Reporter

6    within and for the State of Oklahoma, do hereby

7    certify that on the 7th day of February, 2006, before

8    the Honorable Caroline E. Wall, in the District Court

9    of Tulsa County, State of Oklahoma, I reported in

10   machine shorthand the proceedings had and the evidence

11   given, and the above and foregoing is a full, true,

12   correct, and complete transcript of the proceedings

13   had and the testimony given, together with the

14   objections of counsel and the rulings of the Court

15   thereto, taken at said time and place.

16        WITNESS my hand and seal this 26th day of

17   December, 2006.

18

19

20
                              _____
21                            Kimberly A. White
                              CSR No. 01789
22                            Official Reporter
                              Oklahoma District Court
23
                                     Kimberly White
24                            Oklahoma Certified Shorthand Reporter
                                    Certificate No. 1789
25                              Exp. Date: December 31, 2006
```

OKLAHOMA DISTRICT COURT - OFFICIAL TRANSCRIPT