# Exhibit 8

# Exhibit 2

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON,

     *Plaintiff,*

v.

GENTNER DRUMMOND, et al.,

     *Defendants.*

No. 1:25-CV-00102-DDD-JPM

## DECLARATION OF SARA PARKER MOONEY

I, Sara Parker Mooney, declare the following under 28 U.S.C. § 1746, and state under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a retired Advanced Practice Registered Nurse (APRN), and I live in Sherman, Texas, just across the border from Oklahoma. I am 67 years old.

2. In 1999, John Hanson murdered Mary Bowles, my maternal aunt. My mother, Ora Lee Bowles Parker, was Mary's youngest sister and the only surviving sibling at the time of Mary's murder.

3. Mary was the daughter of proud Oklahoma homesteaders. She was a lifelong resident of Tulsa. She was a retired banker and a community volunteer. She was a mentor and role model for professional women. Mary was an active and valuable member of the community. She was the matriarch of our family. She was truly beloved.

4.      My relationship with Mary was not a typical aunt/niece relationship.  Because my aunt did not have children, she was like a surrogate mother to me.  She was very involved in the lives of my numerous cousins and their families.

5.      Mary's murder was terrible for my family, and particularly my mother.  My mother was 75 years old when my aunt was murdered.  At the time, Mary was in good health, whereas my mother was not.  When we got the call that Mary was missing, my husband and I took my mother to Tulsa over the Labor Day Weekend to look for her.  We worked with the police and local media to try to see if we could figure out what happened to her.  Eventually, I had to take my mother back home, while we waited for information.

6.      A week or so later, one of the detectives contacted me and said they had found what they believed to be Mary's body, but they needed someone to identify her clothing.  Her remains were in such bad shape that they did not think the family should view the body.  My mother did not deal well with that.  That part was very difficult for her.  The condition of Mary's body was such that a forensic anthropologist from the University of Oklahoma was consulted and provided testimony.  The murder changed the balance of my mother's life, to her detriment.  She was never the same, afterward. She was never able to return to work, and she had to move from her home in Dallas to Sherman.

7.      We were fully involved and engaged during the prosecution of Hanson.  My mother was alive and was able to attend most legal proceedings, although she was in poor health.  Before she died in 2008, my mother asked that I be

2

personally present for all future proceedings. Advocating for justice, representing our family with dignity, and respect for the judicial system is our utmost goal. Thus, I speak as our family representative, for my cousins still alive and for those who have subsequently died.

8.  Mary's murder was indescribably difficult then, and it still is now. We have been worn out by the multiple trials, re-trials, and appeals. We find ourselves disappointed and angry with the machinations of the judicial system and the political aspects of the last years. We are ready to be done with this matter. It has been over 25 years of drama.

9.  If transfer from Federal to State custody occurs, the case will be closed and the sentence administered. We will not have to continue to re-litigate. The matter will be resolved, and we can then move forward. Specifically, on behalf of my mother, my family and I support the efforts made by the State of Oklahoma to effectuate the judgement and sentence which was rendered by more than one jury.

Executed on February 14, 2025.

Sara Parker Mooney
_____
Sara Parker Mooney

3