# Exhibit 9

ORIGINAL

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF OKLAHOMA

FILED
COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

APR - 1 2025

JOHN D. HADDEN
CLERK

**JOHN FITZGERALD HANSON,**

    Appellant,

v.

**THE STATE OF OKLAHOMA,**

    Appellee.

Case No. D-2006-126

## ORDER SETTING EXECUTION DATE

Before the Court is the State of Oklahoma's March 20, 2025 request to set an execution date in this case under 22 O.S.2021, § 1001.1. The State filed a Notice Regarding Execution of Death Warrant pursuant to this Court's Order of May 7, 2024.[1] Hanson has exhausted all his regular appeals in this State and in the federal court system challenging his conviction and sentence. Hanson responded to the State's request for execution date by filing Appellant's Notice of Pending Matters in Federal Court and Objection to Setting of

---

[1] *In Re: The Setting of Execution Dates in Richard Eugene Glossip, et al.,* Case Nos. D-2005-310, D-2006-126, D-2000-886, D-2005-1081, D-2007-660, D-2000-1609, D-2008-319, D-2008-595, D-2005-171, D-2007-1055, D-2009-702, D-2007-825, D-2003-1186, D-2008-43, DC-2009-1113, D-2008-57, and D-2008-657.

Execution Date based on his pending litigation in *Hanson v. Quick*, Case No. 25-CV-81-RAW-JAR (E.D. Okla., March 14, 2025).[2]

We find our statutory duty to set an execution date is not affected by Hanson's pending federal litigation challenging his transfer to state custody. Therefore, pursuant to Section 1001.1 of Title 22, the Oklahoma Court of Criminal Appeals hereby orders the execution of the judgment and sentence of death be carried out. The execution of John Fitzgerald Hanson is hereby set for Thursday, June 12, 2025.

**IT IS SO ORDERED.**

**WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this ___1st___ day of ___April___, 2025.

_____
**GARY L. LUMPKIN, Presiding Judge**

___Recused___
**WILLIAM J. MUSSEMAN, Vice Presiding Judge**

---

[2] Hanson's original execution date of December 15, 2022 expired because he was in federal custody on a federal conviction and the federal government refused to transfer him to Oklahoma's custody for execution of his state death sentence. On March 1, 2025, however, Hanson was transferred to Oklahoma and is currently housed at Oklahoma State Penitentiary. Hanson's habeas petition in *Hanson v. Quick* challenges his transfer and seeks his return to federal custody to continue serving his federal life sentence. The State's response is due March 28, 2025.

D-2006-126, Hanson v. State

_____
**DAVID B. LEWIS, Judge**

_____
**ROBERT L. HUDSON, Judge**

_____
**SCOTT ROWLAND, Judge**

ATTEST:

_____
Clerk

3