# Exhibit 1



U.S. Department of Justice

Federal Bureau of Prisons

*Office of the Director*

*Washington, DC 20534*

February 28, 2025

The Honorable Gentner Drummond
Attorney General of Oklahoma
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

    Re:    Transfer of inmate George John Hanson (aka, John Fitzgerald Hanson), Register Number 08585-062, to the custody of Oklahoma to implement a sentence of death

Dear, Attorney General Drummond,

On January 23, 2025, Attorney General of the State of Oklahoma, Gentner Drummond, delivered a letter to the Federal Bureau of Prisons (BOP), in which he requested that BOP transfer inmate George John Hanson (aka, John Fitzgerald Hanson), Register Number 08585-062, to the custody of Oklahoma. Mr. Hanson is currently serving a life sentence followed by a consecutive sentence of 1,584 months in federal custody for armed robbery and related federal crimes, but he has also received a sentence of death in the State of Oklahoma for the violent murder of a 77-year-old woman.

On February 11, 2025, U.S. Attorney General Pamela J. Bondi issued a memorandum, *see* attached, in which she determined pursuant to 18 U.S.C. § 3623 that it is in the public interest to transfer Mr. Hanson to the custody of the State of Oklahoma, consistent with President Trump's Executive Order "Restoring the Death Penalty and Protecting Public Safety," and Attorney General Bondi's own memorandum "Reviving the Federal Death Penalty and Lifting the Moratorium on Federal Executions." I concur with her determination of the public interest in this matter and direct the Acting Regional Director for the South Central Region of BOP and the Warden of USP Pollock to expeditiously transfer Mr. Hanson to the custody of the State of Oklahoma.

Sincerely,

William W. Lothrop
Acting Director

Enclosure: Memorandum from U.S. Attorney General Bondi



FEBRUARY 11, 2025

MEMORANDUM FOR THE ACTING DIRECTOR OF THE FEDERAL BUREAU OF PRISONS

FROM: THE ATTORNEY GENERAL

SUBJECT: TRANSFER OF INMATE GEORGE JOHN HANSON (AKA, JOHN FITZGERALD HANSON) TO THE CUSTODY OF OKLAHOMA TO IMPLEMENT A SENTENCE OF DEATH

On January 23, 2025, Attorney General of the State of Oklahoma, Gentner Drummond, delivered a letter to the Federal Bureau of Prisons (BOP). The letter requested that BOP transfer inmate George John Hanson (aka, John Fitzgerald Hanson) to the custody of Oklahoma. While inmate Hanson is presently in BOP custody serving a life sentence plus an additional 1,884 months, he also has received a death sentence in Tulsa County, Oklahoma, for the carjacking, kidnapping, and brutal murder of a 77-year-old woman. According to Attorney General Drummond, Oklahoma is now in a position to implement inmate Hanson's death sentence.

Federal law provides that if an inmate in BOP custody also carries a state conviction, BOP "shall" transfer the inmate to the state of conviction if requested by a state executive who provides a certified copy of the judgment of conviction to the BOP director, and if the transfer is in the "public interest." 18 U.S.C. § 3623. Consistent with BOP's internal policy guidance, the public interest is typically not served by transferring an inmate to state custody before a federal sentence is fully served. But following that policy where a state is ready to carry out a lawful death sentence grossly undermines the public interest. As President Trump made clear in Executive Order, "Restoring the Death Penalty and Protecting Public Safety;" and as I stated in a memorandum issued today entitled, "Reviving the Federal Death Penalty and Lifting the Moratorium on Federal Executions," the death penalty is the only just punishment for the most egregious crimes. It is vitally important to preserving public safety, supporting the rule of law, and achieving justice—and any unwarranted delay defeats these important public interests. Moreover, the transfer of a federal inmate to state custody furthers the public interest in promoting state and federal cooperation on capital crimes.

Upon my consideration of Oklahoma's request, I have determined that, in addition to meeting the first two requirements of § 3623, the transfer of inmate Hanson to Oklahoma is in the public interest under the unique circumstances of this case. Inmate Hanson viciously murdered an innocent woman. The victim experienced indescribable pain and terror before her violent death, and her family has suffered for decades as a result. An Oklahoma jury convicted

Memorandum from the Attorney General                                           Page 2
Subject: Transfer of Inmate George John Hanson (aka, John Fitzgerald Hanson) to the Custody of Oklahoma to
Implement a Sentence of Death

Oklahoma is ready to carry out the sentence. Timely enforcement of inmate Hanson's death sentence will achieve justice and provide a measure of closure to the victim's family and her community for the horrific crime committed by inmate Hason. The Department of Justice owes it to the victim and her family—as well as the public—to transfer inmate Hanson so that Oklahoma can carry out this just sentence.

Therefore, pursuant to my authority under 28 U.S.C. §§ 509-510, I am directing the Acting Director of the Federal Bureau of Prisons to transfer George Johnson Hanson (aka, John Fitzgerald Hanson) to the Lexington Assessment and Reception Center in Lexington, Oklahoma.