UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

JOHN FITZGERALD HANSON,

*Petitioner*,

v.                                                    District Court No. 25-cv-00081-RAW

CHRISTE QUICK, Warden, Oklahoma State                 CAPITAL CASE
Penitentiary; STEVEN HARPE, Director of the           EXECUTION SCHEDULED
Oklahoma Department of Corrections;                    10 A.M., JUNE 12, 2025
DANNON COLBERT, Acting Regional
Director, U.S. Department of Justice, Federal
Bureau of Prisons; and WILLIAM W.
LOTHROP, Acting Director, U.S. Department
of Justice, Federal Bureau of Prisons,

*Respondents*.

## OKLAHOMA RESPONDENTS' RESPONSE TO PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Oklahoma Respondents will stand on their original response, Doc. 7, the Magistrate Judge's

Findings and Recommendation, Doc. 18, and their response opposing the motion to stay, Doc. 19.

For the interest of time, Oklahoma will file nothing further unless requested by the Court.

Respectfully submitted,

s/ *Zach West*

GARRY M. GASKINS, II, OBA #20212
 *Solicitor General*
ZACH WEST, OBA # 30768
 *Director of Special Litigation*
CULLEN D. SWEENEY, OBA # 30269
WILL FLANAGAN, OBA #35110
 *Assistant Solicitors General*

CAROLINE HUNT, OBA # 32635
 *Deputy Attorney General*
MICHEL A. TRAPASSO, OBA # 35298
 *Assistant Attorney General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Cullen.Sweeney@oag.ok.gov
William.Flanagan@oag.ok.gov
Caroline.Hunt@oag.ok.gov
Michel.Trapasso@oag.ok.gov
*Counsel for Oklahoma Respondents*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22rd day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record who are registered participants.

 *s/ Zach West*
Zach West