# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOHN FITZGERALD HANSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No. CIV-25-81-RAW-JAR |
| ) | |
| **CHRISTE QUICK, Warden, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## JUDGMENT

Pursuant to the order entered contemporaneously, judgment is hereby entered in favor of the Respondents and against the Petitioner.

**ORDERED THIS 27th DAY OF MAY, 2025.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**