# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN FITZGERALD HANSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 25-cv-00081-RAW-JAR |
| CHRISTE QUICK, Warden, Oklahoma State Penitentiary, et al., | ) (Capital Case) |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that JOHN FITZGERALD HANSON, Petitioner herein, appeals to the United States Court of Appeals for the Tenth Circuit from the Order (Doc. 24) and Judgment (Doc. 25) entered in this action on the 27th day of May, 2025. Petitioner appeals from the denial of his petition for writ of habeas corpus and all other adverse rulings, including the denial of a certificate of appealability.

Respectfully submitted,

*s/ Thomas D. Hird*
THOMAS D. HIRD, OBA #13580
Research & Writing Specialist
Western District of Oklahoma
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Facsimile: (405) 609-5976
Tom_Hird@fd.org

COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of May, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which effects service upon all counsel of record.

                           *s/ Thomas D. Hird*
                           THOMAS D. HIRD